## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, and
DANA McCORMICK,

      Plaintiffs,

v.                                          Case No. 2020-CV-01660

CITY OF WAUWATOSA,
BARRY WEBER, and
DENNIS MCBRIDE

      Defendants.

## DEFENDANTS' DISCLOSURE STATEMENT
## PURSUANT TO CIVIL LOCAL RULE 7.1 AND FEDERAL
## RULE OF CIVIL PROCEDURE RULE 7.1

Defendants, City of Wauwatosa, Barry Weber and Dennis McBride, by their attorneys, Gunta Law Offices, S.C., hereby provide the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

**(1)  The full name of every party or amicus the attorney represents in the case:**

    A)    City of Wauwatosa

    B)    Chief Barry Weber

    C)    Dennis McBride

**(2)  If such party or amicus is a corporation:**

    A)    Any parent corporation:    **None**

    B)    Any publicly held corporation owning 10% or more of the company's stock:

            **None**

**(3)** **The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:**

    A)      Gunta Law Offices, S.C.

Dated at Wauwatosa, Wisconsin, this 24th day of November, 2020.

                                               GUNTA LAW OFFICES, S.C.
                                               Attorneys for Defendants

                                               /s/ Jasmyne M. Baynard
                                               Gregg J. Gunta, WI Bar No. 1004322
                                               Ann C. Wirth, WI Bar No. 1002469
                                               John A. Wolfgang, WI Bar No. 1045325
                                               Jasmyne M. Baynard, WI Bar No. 1099898
                                               9898 W. Bluemound Road, Suite 2
                                               Wauwatosa, Wisconsin  53226
                                               Telephone:    (414) 291-7979
                                               Facsimile:     (414) 291-7960
                                               Emails:          gjg@guntalaw.com
                                                                          acw@guntalaw.com
                                                                          jaw@guntalaw.com
                                                                          jmb@guntalaw.com