# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, et al.,

                    Plaintiff,      Case No. 20-CV-1660

v.

**MINUTE SHEET**

CITY OF WAUWATOSA, et al.,

                    Defendant.

---

**Hon.** Nancy Joseph, presiding.      **Deputy Clerk:** Amanda Chasteen

**Type of Proceeding:** RULE 16 SCHEDULING CONFERENCE

**Date:** January 6, 2021 at 10:00 AM    **Court Reporter:** Zoom Audio

**Time Commenced:** 10:01 AM    **Time Concluded:** 10:20 AM

**Appearances:**    **Plaintiff:**    Kimberley Motley, Edward Milo Schwab

                  **Defendant:**    Jasmyne Baynard

**Comments:**

Discussion as to background of case, and scope of discovery.
The court adopts the parties proposed dates as follows:

Initial Disclosures due by: February 6, 2021

Amended Pleadings due by: February 15, 2021

Plaintiff's Expert Witnesses: May 7, 2021

Defendant's Expert Witnesses: July 9, 2021

Discovery Deadline: August 27, 2021

Dispositive/*Daubert* Motions due by: September 10, 2021

The court will hold a telephonic scheduling conference to set additional dates pending the outcome of any dispositive motions.

The court discusses with the parties the availability of court-assisted mediation. If both parties agree to mediation, they are to submit a written request and the case will be referred.

The court makes itself available to the parties for status conferences to address minor discovery disputes prior to the filing of any motions. The parties are directed to contact Courtroom Deputy, Amanda Chasteen, at 414-699-7329.