# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KATHRYN KNOWLTON, et al.**,

        Plaintiffs,

Case No. **20-CV-1660**

v.

**CITY OF WAUWATOSA, et al.**,

        Defendants.

## SCHEDULING ORDER

On January 6, 2021 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff were Attorneys Edward Milo Schwab, and Kimberley Motley; on behalf of the defendant was Attorney Jasmyne Baynard.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **February 6, 2021**.

2. The parties may amend pleadings on or before **February 15, 2021**.

3. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **May 7, 2021**. Defendants shall disclose expert witnesses on or before **July 9, 2021**.

4. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **August 27, 2021**.

5. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **September 10, 2021**. Such motions shall not be filed prior to the date of completion of discovery.

6. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

7. If the parties are in need of any assistance, they are directed to contact Courtroom Deputy Amanda Chasteen at 414-297-1831, and Amanda_Chasteen@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 6th day of January, 2021.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge