UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, and
DANA McCORMICK,

      Plaintiffs,

v.                          Case No. 2020-CV-01660

CITY OF WAUWATOSA,
BARRY WEBER, and
DENNIS MCBRIDE

      Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Gunta Law Offices, S.C., hereby respectfully requests that Atty. John A. Wolfgang no longer be listed as an attorney of record for the Defendants City of Wauwatosa, Barry Weber and Dennis McBride. Attorney Wolfgang is no longer employed by Gunta Law Offices, S.C. and therefore no longer represents Defendants City of Wauwatosa, Barry Weber and Dennis McBride.

Dated at Wauwatosa, Wisconsin, this 5th day of February, 2021.

**GUNTA LAW OFFICES, S.C.**
Attorneys for Defendants City of Wauwatosa,
Barry Weber and Dennis McBride

By:   /s/ Ann C. Wirth
       Gregg J. Gunta, WI Bar Number: 1004322
       Ann C. Wirth WI Bar Number: 1002469
       Jasmyne M. Baynard WI Bar Number: 1099898
       9898 West Bluemound Road, Suite 2
       Wauwatosa, Wisconsin 53226
       Telephone: (414) 291-7979
       Facsimile: (414) 291-7960
       E-mail: gjg@guntalaw.com
       E-mail: acw@guntalaw.com
       E-mail: jmb@guntalaw.com