UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Civil Action No. 20-CV- 01660

KATHRYN KNOWLTON, and
DANA McCORMICK,

                                  Plaintiff,

v.

CITY OF WAUWATOSA,
BARRY WEBER, and
DENNIS MCBRIDE,

                                  Defendants.

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

PLAINTIFFS, Kathryn Knowlton and Dana McCormick, through its undersigned counsel, request leave to Amend the January 6, 2021 Scheduling Order [ECF No. 17].

## CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Defendants and have been advised that Defendants do not oppose the relief requested herein.

## ARGUMENT

1. On January 6, 2021, the court held a scheduling conference in this matter. At that hearing, a deadline of February 15, 2021 was set for the amendment of pleadings. [ECF No. 17]

2. Plaintiffs are still in the process of investigating this matter and additional time would greatly assist in such investigation and judicial economy.

3. Defendants do not oppose an amendment to the scheduling order to set the deadline for amendment of pleadings to February 26, 2021.

Plaintiffs therefore request that this court enter an order amending the Scheduling Order [ECF No. 17] to permit the amendment of pleadings up to and including February 26, 2021.

Respectfully submitted this 11th day of February 2021.

/s/ E. Milo Schwab
_____

E. Milo Schwab
Ascend Counsel, LL
3000 Lawrence St.
Denver, CO 80205
(303) 888-4407
milo@ascendcounsel.co