# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, et al,

|  | Plaintiff, | Case No. 20-CV-1660 |

v.

**MINUTE SHEET**

City of Wauwatosa, et al,

Defendant.

---

**Hon. Nancy Joseph, presiding.**          **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** 2/19/21 at 1:30PM          **Court Reporter:** Zoom Audio

**Time Commenced:** 1:32PM          **Time Concluded:** 1:40PM

**Appearances:**          **Plaintiff:**          Edward Milo Schwab, Kimberley Motley

                                **Defendant:**          Ann Wirth

**Comments:**

PLAINTIFF

Requested production of documents and did not receive any response until yesterday. Still have not received all documents. Making unopposed motion to extend the deadline for amended complaint to March 5th, 2021.

DEFENDANT

Requests court require written briefs before another hearing regarding discovery. Agrees to moving amended complaint deadline.

COURT

Advises that parties should discuss discovery issues and exhaust good faith attempts at solving problems before contacting court for a hearing. Court will not require briefs before another hearing on discovery issues but expects that both parties will be aware of the issues before the hearing.