UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Civil Action No. 20-CV- 01660

KATHRYN KNOWLTON, and
DANA McCORMICK,

                        Plaintiff,

v.

CITY OF WAUWATOSA,
BARRY WEBER, and
DENNIS MCBRIDE,

                        Defendants.

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

PLAINTIFFS, Kathryn Knowlton and Dana McCormick, through its undersigned counsel, request leave to Amend the January 6, 2021 Scheduling Order [ECF No. 17].

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Defendants and have been advised that Defendants do not oppose the relief requested herein.

### ARGUMENT

1. On February 19, 2021, the court held a conference in this matter regarding discovery. At that hearing, both parties appeared and plaintiffs presented to the court an unimposed motion to set a deadline of March 5, 2021 for the amendment of pleadings. [ECFNo. 17]

2. Plaintiffs are still in the process of investigating this matter and additional time would greatly assist in such investigation and judicial economy.

3. Defendants do not oppose an amendment to the scheduling order to set the deadline for amendment of pleadings to March 5, 2021.

Plaintiffs therefore request that this court enter an order amending the Scheduling Order [ECF No. 17] to permit the amendment of pleadings up to and including March 5, 2021.

Respectfully submitted this 19th day of February 2021.

/s/ Kimberley Cy. Motley
_____
WI State Bar No. 1047193
Motley Legal Services
2206 Bonnie Butler Way Charlotte,
North Carolina 28270
Telephone : (704) 763-5413
Email : kmotley@motleylegal.com