| | | |
|---|---|---|
| **From:** | | James Short |
| **Sent:** | | Tuesday, July 14, 2020 6:21 PM |
| **To:** | | Shane R. Wrucke |
| **Cc:** | | Bradley Isaacson; John Milotzky; Michael McDermott |
| **Subject:** | | Re: Updated protester list |

For the record I have never writtten a Tracs citation. Nor do I care.

Sent from my iPhone

> On Jul 14, 2020, at 4:28 PM, Shane R. Wrucke <swrucke@wauwatosa.net> wrote:
>
> He probably still has a ticket book.
>
> **From:** Bradley Isaacson <bisaacson@wauwatosa.net>
> **Sent:** Tuesday, July 14, 2020 3:14 PM
> **To:** John Milotzky <jmilotzky@WauwatosaWI.gov>
> **Cc:** Shane R. Wrucke <swrucke@wauwatosa.net>; James Short <jshort@wauwatosa.net>; Michael McDermott <mmcdermott@wauwatosa.net>
> **Subject:** Re: Updated protester list
>
> Does Shorty even know what Tracs is?
>
> Sent from my iPhone
>
>> On Jul 14, 2020, at 4:11 PM, John Milotzky <jmilotzky@wauwatosawi.gov> wrote:
>>
>> That list only needd to go to Shorty since he's in charge of mailing tickets.
>>
>> **From:** Shane R. Wrucke
>> **Sent:** Tuesday, July 14, 2020 3:05 PM
>> **To:** Bradley Isaacson <bisaacson@wauwatosa.net>; Brian Skornia <bskornia@wauwatosa.net>; Dominick Ratkowski <dratkowski@wauwatosa.net>; James Donovan <jdonovan@wauwatosa.net>; James Short <jshort@wauwatosa.net>; Jeff Griffin <jgriffin@wauwatosa.net>; Joe Lewandowski <jlewandowski@wauwatosa.net>; John Milotzky <jmilotzky@WauwatosaWI.gov>; Joseph Zientek <jzientek@wauwatosa.net>; Kelly Zielinski <kzielinski@wauwatosa.net>; Kirk Will <kwill@wauwatosa.net>; Martin Keck <mkeck@wauwatosa.net>; Michael Romeis <mromeis@wauwatosa.net>; Paula Roberson <proberson@wauwatosa.net>; Ryan Cepican <rcepican@wauwatosa.net>; Stephen Kirby <skirby@wauwatosa.net>;

Stephen Schmidt <sschmidt@wauwatosa.net>; Steve Sment <ssment@wauwatosa.net>; Timothy Kastner <tkastner@wauwatosa.net>; Timothy Warren <twarren@wauwatosa.net>
**Subject:** FW: Updated protester list

Bureau,

This list can be found in open investigations in the protest folder.

Shane

---

**From:** Dominick Ratkowski <dratkowski@wauwatosa.net>
**Sent:** Tuesday, July 14, 2020 2:58 PM
**To:** Bradley Beckman <bbeckman@wauwatosa.net>; Katie Gierach <kgierach@wauwatosa.net>; Jeff Farina <jfarina@wauwatosa.net>; Luke Vetter <lvetter@wauwatosa.net>; Shane R. Wrucke <swrucke@wauwatosa.net>; Brian Skornia <bskornia@wauwatosa.net>; Joseph Zientek <jzientek@wauwatosa.net>; Barry Weber <bweber@wauwatosa.net>; Michael Schultz <mschultz@wauwatosa.net>; Brian Zalewski <bzalewski@wauwatosa.net>
**Cc:** Christopher McAtee <cmcatee@wauwatosa.net>; Cory Wex <cwex@wauwatosa.net>; James Morrill <jmorrill@wauwatosa.net>; James Wood <jwood@wauwatosa.net>; Kurt Svatek <ksvatek@wauwatosa.net>; Kyle Strands <kstrands@wauwatosa.net>
**Subject:** Updated protester list

Here is the new updated list. There are around 40 people, I have fully IDed.

_____

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI  53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net
<Protesters invovled-Working copy.pdf>