**CITY OF WAUWATOSA**

7725 WEST NORTH AVENUE
WAUWATOSA, WISCONSIN 53213
PHONE: (414) 479-8915
FAX: (414) 479-8985
E-MAIL: mayor@wauwatosa.net
www.wauwatosa.net

DENNIS McBRIDE
Mayor

## PROCLAMATION OF EMERGENCY

WHEREAS, the Wauwatosa Police Department ("WPD") has been informed that on October 7, 2020, the Milwaukee County District Attorney will release his findings in the matter of the investigation of Officer Joseph Mensah regarding the killing of Alvin Cole in the City of Wauwatosa in February 2020; and

WHEREAS, based upon recent experience with protests concerning the continued employment of Officer Mensah by the WPD and upon community response to decisions and actions regarding police officers nationwide, most recently in Kenosha, Wisconsin, and Louisville, Kentucky, it is anticipated that an emergency will exist in the City of Wauwatosa due to conditions which will arise following that announcement, including civil unrest throughout Wauwatosa which creates concerns for the safety of persons and property and will impair transportation, health, and police protection and other critical systems in Wauwatosa; and

WHEREAS, in order to protect the systems and services described above, including the safety of persons and property, it will be necessary to remove traffic and pedestrians from Wauwatosa streets, limit the supply of flammable materials, reduce access to certain facilities, preserve resources for expected responses and protect the safety of public employees in the most expedient manner possible to reduce safety risks related to such activity and to protect persons and property in Wauwatosa; and

WHEREAS, it is in the City of Wauwatosa's best interest to enact a curfew by which pedestrian and vehicular traffic on Wauwatosa streets – except for persons who are going to or from work and government officials, social service workers, and credentialed members of the press acting in their official capacities – is prohibited between the hours of 7:00 p.m. and 6:00 a.m. each night beginning at 7:00 p.m. on October 7, 2020, and ending at 6:00 a.m. on October 12, 2020;

WHEREAS, it is in the City of Wauwatosa's best interest to prohibit overnight parking of vehicles and remove all possible traffic obstructions in Wauwatosa to protect and preserve the ability of emergency service providers to respond when and where necessary between the hours of 7:00 p.m. and 6:00 a.m. each night beginning at 7:00 p.m. on October 7, 2020, and ending at 6:00 a.m. on October 12, 2020; and

WHEREAS, it is in the City of Wauwatosa's best interest to prohibit access to fuel and other readily combustible materials by closing gasoline stations and prohibiting the display and sale of flammable materials at hardware stores, home improvement stores, and other facilities in Wauwatosa which provide access to materials which could be used to start or accelerate the burning of buildings and other property and thereby potentially cause injuries to people or damage to property, and also by limiting the sale, use or transportation of containers used or capable of being used to transport and dispense such materials by persons seeking to cause damage of this type, between 7:00 p.m. and 6:00 a.m. each night beginning at 7:00 p.m. on October 7, 2020, and ending at 6:00 a.m. on October 12, 2020; and

WHEREAS, it is in the City of Wauwatosa's best interest to suspend City Hall and Public Library services from access or use by members of the public, and to conduct any scheduled public meetings in a fully

virtual manner during this state of emergency, to protect the safety and integrity of City staff and resources and to continue the orderly functioning of City government and other government services beginning at 7:00 p.m. on October 7, 2020, and ending at 6:00 a.m. on October 12, 2020; and

WHEREAS, it is in the City of Wauwatosa's best interest to close all City of Wauwatosa and Wauwatosa School District facilities to access by members of the public to protect the safety of the persons and resources necessary to continue the orderly functioning of City government and other government services and to protect the ability of Wauwatosa's schools to continue the education of the community's children, which may result in certain City services, including dispatch and response of some City resources, becoming temporarily unavailable, beginning at 7:00 p.m. on October 7, 2020, and ending at 6:00 a.m. on October 12, 2020;

NOW, THEREFORE, I, Dennis R. McBride, Mayor of the City of Wauwatosa, under the authority granted to me by Sections 323.11 and 323.14(4)(b) of the Wisconsin Statutes, declare that the above conditions will be likely to give rise to and create an imminent threat of a riot or civil unrest which will impair transportation, fire, health, and police protection and operation of other critical systems and will thereby create a state of emergency in Wauwatosa, and that the proclamation of an emergency is necessary and expedient for the health, safety, and protection of people and property in Wauwatosa; and

FURTHERMORE, I hereby declare that the above-described actions necessary during this state of emergency to protect people and property within Wauwatosa are hereby ordered to be implemented as described above; and

FINALLY, I hereby declare that this proclamation of an emergency shall extend from October 7, 2020, at 12:00 noon until at 6:00 a.m. on October 12, 2020, and shall be subject to ratification, alteration, modification, or repeal by the Wauwatosa Common Council as soon as that Council can meet.

As Mayor of the City of Wauwatosa, I hereunto set my hand hereto this 30th day of September, 2020.

_____
Dennis R. McBride, Mayor