---------------------------------------------------------

THE WAUWATOSA POLICE & FIRE COMMISSION

INVESTIGATION OF OFFICER JOSEPH MENSAH

---------------------------------------------------------

Examination of CHIEF BARRY WEBER,
before ALICE M. BARBELN, a Registered Professional
Reporter and Notary Public in and for the State of
Wisconsin, at Biskupic & Jacobs, S.C., 1045 West Glen
Oaks Lane, Suite 106, Mequon, Wisconsin, on
September 21, 2020, commencing at 1:05 p.m. and
concluding at 3:35 p.m.

735 North Water Street, Suite M185
Milwaukee , WI 53202
(414) 224-9533
(800) 456-9531

1                    A P P E A R A N C E S

2     BISKUPIC & JACOBS, S.C., by
      MR. STEVEN M. BISKUPIC,
3     MS. MICHELLE L. JACOBS,
      1045 West Glen Oaks Lane, Suite 106,
4     Mequon, Wisconsin 53092,
      appeared on behalf of the Fire & Police Commission.
5
      GRGB LAW, by
6     MR. PATRICK KNIGHT,
      330 East Kilbourn Avenue, Suite 1170,
7     Milwaukee, Wisconsin 53202,
      appeared on behalf of Chief Barry Weber.
8

9                  A L S O   P R E S E N T

10    Mr. Dale Mueller, Investigator;
11    Mr. Rich Neureuther, Investigator;
      Mr. Mike DeMarco, Investigator.
12

13                     *  *  *  *  *

14                       I N D E X

15

16    Examination:                                   Page

17    By Mr. Biskupic.............................    5

18    Exhibit Identified:       (None)
19

20

21

22

23

24

25

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 3 of 127   Document 24-4

1           TRANSCRIPT OF PROCEEDINGS

01:06:07    2                MR. BISKUPIC:  The record can reflect

01:06:10    3        that we are on the record at Biskupic & Jacobs

01:06:14    4        Law Firm.  This is a proceeding in connection

01:06:17    5        with the Wauwatosa Police & Fire Commission.

01:06:19    6        I'm Steven Biskupic, the independent

01:06:22    7        investigator assigned by the Fire & Police

01:06:25    8        Commission.  With me today is my law partner,

01:06:29    9        Michelle Jacobs, who is assisting on the

01:06:32   10        matter, along with three retired FBI agents:

01:06:37   11        Dale Mueller, Michael DeMarco, and Rich

           12        Neureuther.

           13                We are here today to interview

01:06:39   14        Wauwatosa Police Chief Barry Weber who is here

01:06:41   15        in person along with his attorney, Patrick

01:06:44   16        Knight.

01:06:45   17                Good afternoon, Chief, Pat.  If you are

01:06:47   18        ready to proceed, we will start.

01:06:49   19                THE WITNESS:  Yes.

           20                    EXAMINATION

           21    BY MR. BISCUPIC:

01:06:49   22    Q   Chief, could you give us a brief summary of

01:06:52   23        your background, when you started in law

01:06:54   24        enforcement, when you got hired by Wauwatosa,

01:06:58   25        when you became police chief, how long you've

01:06:58  1       been chief.

01:06:58  2    A  I started in law enforcement when I was 18

01:07:01  3       years old, 1973 as a radio dispatcher in Wood

01:07:05  4       Dale, Illinois.  I became a police officer in

01:07:08  5       1975.  Stayed in Wood Dale until 1984, became a

01:07:16  6       police chief in Southwest Missouri, the city of

01:07:19  7       Aurora, Missouri, as police chief and public

01:07:22  8       safety director, and the last six months I was

01:07:24  9       a city manager too.  I stayed there for two

01:07:27  10      years, and then I went to Fort Dodge, Iowa, in

01:07:30  11      1986 to 1990 where I was police chief for Fort

01:07:33  12      Dodge for four years.  I came to Wauwatosa May

01:07:36  13      29, 1990, and I have been police chief since

01:07:39  14      then.

01:07:39  15   Q  Okay.  How many -- approximately how many

01:07:43  16      police officers are under your command in

01:07:47  17      Wauwatosa?

01:07:47  18   A  About 96.

01:07:49  19   Q  And I take it as part of your duties, you are

01:07:53  20      familiar with the rules and regulations and the

01:07:57  21      discipline of police officers?

01:07:58  22   A  Yes.

01:07:59  23   Q  What I would like to do today is review some

01:08:02  24      particular policies and procedures.  I would

01:08:06  25      like to start it -- it's a requirement, is it

| | | |
|---|---|---|
| 01:08:08 | 1 | | not, that all the Wauwatosa police officers |
| 01:08:11 | 2 | | review and read any policies, procedures, |
| 01:08:15 | 3 | | orders, memoranda that are put to them in |
| 01:08:17 | 4 | | writing? |
| 01:08:18 | 5 | A | Yes. |
| 01:08:18 | 6 | Q | Okay.  The first issue that's raised in |
| 01:08:21 | 7 | | connection with the complaint against Officer |
| 01:08:25 | 8 | | Mensah that I would like to discuss today is |
| 01:08:27 | 9 | | whether or not he received proper training from |
| 01:08:31 | 10 | | the department.  I would note that, based on |
| 01:08:34 | 11 | | records that your department has supplied to |
| 01:08:38 | 12 | | us, that we received a detailed printout and |
| 01:08:41 | 13 | | other documents related to his training, and |
| 01:08:44 | 14 | | just to summarize briefly, in his probationary |
| 01:08:49 | 15 | | time or at least between January of 2015 and |
| 01:08:52 | 16 | | June of 2016, he received approximately 151 |
| 01:08:55 | 17 | | hours of training.  The totals would have been |
| 01:08:58 | 18 | | consistent -- and the type of training would |
| 01:09:00 | 19 | | have been consistent with the Wisconsin |
| 01:09:04 | 20 | | Training and Standards Bureau.  And then we |
| 01:09:08 | 21 | | note specifically during the first 18 months of |
| 01:09:11 | 22 | | his training, he received several specific |
| 01:09:14 | 23 | | course instructions on, you know, using lethal |
| 01:09:18 | 24 | | force, and then, looking at the total training |
| 01:09:22 | 25 | | of his career, between January 3rd of 2015 and |

Case 2:20-cv-01660-NJ   Filed 03/04/24   Page 5 of 127   Document 24-4

01:09:27  1      June 10th of 2020, the record showed that he

01:09:31  2      received 1,149 and a half hours of training.

01:09:37  3      Your office also supplied to us comparison of

01:09:41  4      four other -- excuse me -- three other officers

01:09:44  5      who had received -- or, excuse me, had similar

01:09:46  6      service time, and they had training of 1,096

01:09:51  7      hours, 738 hours, and then 1,511 hours.

01:09:57  8           Obviously, given the law enforcement

01:10:00  9      experience of the three retired FBI agents in

01:10:03  10     the room and the other two that are helping us,

01:10:06  11     it seemed to us that he certainly received, not

01:10:10  12     just adequate training, but more than adequate

01:10:13  13     training, particularly on use of force.  Are

01:10:16  14     you in agreement with that conclusion, or is

01:10:18  15     there anything about his training that gives

01:10:19  16     you pause?

01:10:21  17  A  No.  I think he's got a lot of training, and I

01:10:25  18     see there is a lot of firearms training in

01:10:27  19     there too.  He was a member of the SRT team,

01:10:30  20     special response team, which is equivalent to

01:10:33  21     SWAT.  In our department, we call it SRT, so he

01:10:37  22     probably got more training than the average cop

01:10:39  23     would.

01:10:39  24  Q  Have you ever had a complaint that an officer

01:10:42  25     did not receive proper training that you can

01:10:43  1      recall, prior to this one?

01:10:47  2                  MS. JACOBS:  Firearms, or any kind of

01:10:49  3      training?

01:10:50  4                  MR. BISKUPIC:  I would say both.

01:10:52  5                  THE WITNESS:  Never about firearms,

01:10:53  6      but it seems like any time there is a lawsuit

01:10:56  7      filed today, they always claim that the police

01:10:58  8      chief failed to properly give them the right

01:11:02  9      training and it's always read into something

01:11:03  10     where I'm liable for it because of just being

01:11:06  11     the police chief, but I can't think of anything

01:11:08  12     specific that I've been accused of.

01:11:11  13   BY MR. BISKUPIC:

01:11:11  14   Q    Can you think of anything in those lawsuits

01:11:11  15     whether or not there was a finding that there

01:11:13  16     was inadequate training?

01:11:15  17   A    No, there never was.

01:11:16  18   Q    Okay.  Dale?

01:11:22  19                  MR. MUELLER:  The Acadis printout was

01:11:26  20     excellent when we talked to some of your

01:11:27  21     officers.  I just was unclear about the

01:11:29  22     duration of the on-the-job training with the

01:11:32  23     FTO.  Can you just describe how that works?

01:11:35  24                  THE WITNESS:  They just increased the

01:11:38  25     training earlier this year or last year, but,

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 9 of 127   Document 24-4

01:11:40  1    you know, the academy is first always and then

01:11:43  2    we usually have the guys ride for probably

01:11:52  3    another 10 to 12 weeks more, so we have them

01:11:56  4    for another three months or so when they are

01:11:58  5    riding with somebody.

01:11:59  6          MR. MUELLER:  And that comes in

01:12:01  7    stages?  I think Lieutenant Roy mentioned that

01:12:05  8    it's four stages to the OJT?

01:12:08  9          THE WITNESS:  Yeah.  We call it four

01:12:10  10   steps.  Step one is they just start to get

01:12:14  11   familiar with things.  They do more observation

01:12:16  12   than anything else, and then as they progress

01:12:18  13   through, then we start having them do more of

01:12:22  14   the -- they do the driving.  They take care of

01:12:24  15   handling the calls with the officer, the

01:12:27  16   training officer overseeing everything.  Then

01:12:31  17   we get to the point as they move along, they

01:12:34  18   get a little bit more proficient, and finally

01:12:35  19   before they go on their own, they do a shadow

01:12:37  20   period where the training officer is not even

01:12:40  21   in uniform but just is in plain clothes, so he

01:12:43  22   or she will only step in if there is a real

01:12:46  23   problem.  And then after that, then they are on

01:12:48  24   their own, and then they are still on probation

01:12:50  25   for the duration of the year.

01:12:52  1          MR. MUELLER:  And that's all

01:12:54  2    probation?

01:12:55  3          THE WITNESS:  Yes.

01:12:56  4          MR. MUELLER:  Would an unsatisfactory

01:12:58  5    cause his termination, or --

01:13:01  6          THE WITNESS:  It depends on what area

01:13:03  7    of unsatisfactory.  If they are not doing the

01:13:05  8    right type of reports or something, then there

01:13:07  9    is usually remedial training.  If they did

01:13:10 10    something totally unsafe, or, you know, they

01:13:13 11    could hurt somebody, that would -- that might

01:13:15 12    rise to the level where it would come to my

01:13:18 13    attention, but that hasn't happened.

01:13:19 14          MR. MUELLER:  Ever?

01:13:21 15          THE WITNESS:  I don't think so, no,

01:13:22 16    not in that program.

01:13:23 17          MR. MUELLER:  Thanks.

01:13:26 18          MR. BISKUPIC:  Anybody else?

01:13:32 19          MS. JACOBS:  Can you just describe

01:13:34 20    how they transition between those phases?

01:13:37 21          THE WITNESS:  We have the field

01:13:38 22    training officers make up what we call the FTO

01:13:42 23    cadre, and before you go to the next phase,

01:13:44 24    they all get together -- the FTOs all get

01:13:47 25    together in a conference room, and they go over

01:13:49  1          the -- because we give them a daily observation

01:13:52  2          report, you know, daily they are marked:  yes,

01:13:56  3          they are meeting the standards; no, they are

01:13:58  4          not.  So if I have an officer for this first

01:14:01  5          phase before we hand him or her over to the

01:14:04  6          next one, we will say to the next training

01:14:06  7          officer, here's what you need to look for

01:14:08  8          because she's a little bit unsure when she's,

01:14:13  9          you know, in certain situations, or he's not

01:14:17  10         making enough traffic stops, or maybe they are

01:14:18  11         not practicing the right techniques, so just

01:14:21  12         keep an eye out for that.  Or it seems they

01:14:24  13         have trouble with report writing or geography,

01:14:27  14         so we work on those kind of things.

01:14:36  15  BY MR. BISKUPIC:

01:14:36  16  Q     Next I would like to move on to the complaint

01:14:39  17         alleging that Officer Mensah should not have

01:14:42  18         participated in a legal defense fund, and the

01:14:44  19         complaint cites, among other things, department

01:14:49  20         Rules 57, 58, and 65 which prohibit use of

01:14:52  21         position for personal gain.

01:14:54  22                The first question I have is a factual

01:14:56  23         matter.  The fundraising, I guess, for Officer

01:15:03  24         Mensah utilized a picture of him -- it would

01:15:07  25         appear to be his official picture from

| | | |
|---|---|---|
| 01:15:10 | 1 | Wauwatosa. I believe his attorney in response |
| 01:15:11 | 2 | stated that that picture has already been put |
| 01:15:13 | 3 | out there in the public record. Has there been |
| 01:15:17 | 4 | requests that you are aware of for his picture |
| 01:15:20 | 5 | by members of the media? |
| 01:15:22 | 6 | A    Yes. |
| 01:15:23 | 7 | Q    Do you consider that his picture has been put |
| 01:15:25 | 8 | out there in the public record? |
| 01:15:27 | 9 | A    Yes. Media requested his pictures -- every |
| 01:15:31 | 10 | time there is an officer-involved shooting, |
| 01:15:33 | 11 | they request pictures. I usually try to resist |
| 01:15:36 | 12 | that as long as I can mainly because I don't |
| 01:15:41 | 13 | comment on personnel things as they are -- as |
| 01:15:44 | 14 | we are still going through them, so the picture |
| 01:15:46 | 15 | that I've seen, yeah, we -- I think maybe we |
| 01:15:51 | 16 | eventually had to release that one, but they |
| 01:15:53 | 17 | had it ahead of time, the media did. |
| 01:15:55 | 18 | Q    Okay. Do you recall any other Wauwatosa police |
| 01:16:01 | 19 | officer having either directly or indirectly |
| 01:16:04 | 20 | involvement with the legal defense fund? |
| 01:16:08 | 21 | A    Not that I'm aware of. |
| 01:16:10 | 22 | Q    Okay. I guess, based on my review of the Rules |
| 01:16:15 | 23 | 57, 58, and 65, and then also Wauwatosa |
| 01:16:20 | 24 | Municipal Code sections 2.05.030 and .040, |
| 01:16:25 | 25 | which are similar about conflict of interest |

01:16:29  1      and use of personal gain, it's not clear to me
01:16:31  2      that it is prohibited for an officer to
01:16:34  3      participate in a legal defense fund; clearly
01:16:37  4      the officer has institutional rights.  He's got
01:16:41  5      a union membership.  Obviously, they can
01:16:43  6      provide him benefits.  Are you aware of any
01:16:50  7      policy, procedural rule, or anything else from
01:16:53  8      the City of Wauwatosa that would inform an
01:16:55  9      officer that they are not to participate in a
01:16:57  10     legal defense fund?
01:16:58  11  A  No, I'm not aware of any.
01:17:01  12  Q  Do you recall whether Rules 57, 58, and 65 have
01:17:05  13     been used to impose discipline related to legal
01:17:10  14     fees at any time in the past?
01:17:14  15  A  Legal fees, no.
01:17:16  16  Q  What type of things have Rules 57, 58, and 65
01:17:20  17     been utilized for in the past for discipline,
01:17:24  18     if you can recall?
01:17:25  19  A  Rule 57, "Acceptance of bribes, gifts, rewards
01:17:30  20     or fees," that one's pretty clear, so like if
01:17:33  21     somebody -- we've had officers report a lot of
01:17:35  22     times; they will be in Starbucks and somebody
01:17:38  23     wants to pay for their coffee or gives them a
01:17:41  24     gift card.  They immediately report it and say,
01:17:44  25     "Chief, I got this gift card."  "Okay, well

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 13 of 127   Document 24-4

01:17:46  1    thanks for letting me know," and sometimes we

01:17:48  2    will let them keep it, or sometimes if we get a

01:17:50  3    bunch of things because people a lot of times

01:17:53  4    will say I want to buy the whole department

01:17:57  5    lunch or we get like 100 gift cards, if it's

01:17:58  6    not enough for everybody, we always do a raffle

01:18:00  7    thing where we just put their names, and people

01:18:02  8    get things that way because there is no other

01:18:03  9    way to distribute them equitably.  So that

01:18:06  10   would be the only time Rule 57 comes into play.

01:18:10  11        58, "Solicitation," I'm not aware of

01:18:13  12   anybody soliciting anything while on duty.  And

01:18:22  13   65, "Abuse of Position," I don't think I've

01:18:28  14   ever -- I've never charged anybody with abusing

01:18:30  15   their position.

01:18:33  16  Q   Okay.  I think some of these procedures,

01:18:35  17   particularly the Wauwatosa Municipal Code,

01:18:39  18   involve contracting and especially, you know,

01:18:41  19   not having a contract with somebody that you

01:18:43  20   might have a private interest in.  I assume

01:18:46  21   that Officer Mensah is not in any way involved

01:18:49  22   in department contracting?

01:18:50  23  A   He is not.

01:18:52  24  Q   The next one I would like to move on to is the

01:19:00  25   complaint that the officer may have violated

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 13 of 127   Document 24-4

| | | |
|---|---|---|
| 01:19:04 | 1 | Social Media Policy 18-10.  I'll give you each |
| 01:19:09 | 2 | a copy of that. |
| 01:19:12 | 3 | As I understand what's being alleged |
| 01:19:17 | 4 | is that Officer Mensah violated the policy on |
| 01:19:23 | 5 | June 5, 2020, at 10:18 p.m. by posting on a |
| 01:19:30 | 6 | Facebook page the definition of slander and |
| 01:19:33 | 7 | libel and then putting the following statement |
| 01:19:36 | 8 | "Y'all better pray to whoever it is you pray to |
| 01:19:44 | 9 | that you can back up whatever allegations you |
| 01:19:46 | 10 | make about me.  Especially" -- and the word |
| 01:19:50 | 11 | especially is in all caps -- "if you work for |
| 01:19:52 | 12 | or are associated with any organizations.  I'll |
| 01:19:56 | 13 | leave it at that."  So Social Media Policy |
| 01:20:04 | 14 | 18-10 states that officers may use social |
| 01:20:07 | 15 | media, but they are instructed that they "are |
| 01:20:09 | 16 | expected to maintain professionalism and |
| 01:20:13 | 17 | appropriate contact online."  The complaint |
| 01:20:15 | 18 | also cites Rule 30 that says that officers |
| 01:20:19 | 19 | should not engage in any conduct that is |
| 01:20:22 | 20 | overbearing or oppressive.  Of course, the |
| 01:20:24 | 21 | policy also recognizes that officers have a |
| 01:20:26 | 22 | constitutional right to speak on things.  I |
| 01:20:28 | 23 | think as I look on the policy, you are mainly |
| 01:20:30 | 24 | concerned that they not do any Facebook posting |
| 01:20:34 | 25 | while on duty and certainly not discuss |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 14 of 127   Document 24-4

01:20:38  1          Wauwatosa's investigations without permission.

01:20:41  2                    First, just note for the record that

01:20:44  3          your department has documented for me that

01:20:48  4          Officer Mensah was not on duty at 10:18 p.m. on

01:20:52  5          June 5th, so he would have not have posted this

01:20:54  6          while on duty.  Second, going to the substance

01:20:58  7          of the statement, given the context, do you see

01:21:03  8          anything in here that bothers you about

01:21:05  9          inappropriate conduct online?

01:21:07 10     A    Could you read it to me again what he said?

01:21:09 11     Q    Sure.  "Y'all better pray to whoever it is you

01:21:13 12          pray to that you that you" -- it says "that

01:21:18 13          you, that you" twice in this quote -- "can back

01:21:20 14          up whatever allegations you make about me,

01:21:23 15          especially if you work for or are associated

01:21:26 16          with any organizations.  I'll leave it at

01:21:29 17          that."  And above that statement, he has the

01:21:31 18          definition of slander and libel.

01:21:34 19     A    Okay.  The question is do I see that as

01:21:37 20          inappropriate?

01:21:38 21     Q    Correct.

01:21:41 22     A    I'm not sure I would say it's inappropriate as

01:21:47 23          much as I understand what he is going through.

01:21:50 24          I think he was letting his emotions get the

01:21:55 25          best of him because he's away from the

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 15 of 127   Document 24-4

01:21:58  1        department for a while, and people have been

01:22:00  2        saying things about him in the media since the

01:22:04  3        shooting happened in February, so, no, I wish

01:22:09  4        he hadn't done that because it just adds fuel

01:22:11  5        to the fire that people want to attack him even

01:22:14  6        more, but as far as violation of the policy, I

01:22:17  7        didn't really see it as one.

01:22:18  8    Q   It may not have been the wisest course of

01:22:20  9        action but not in violation of the policy?

01:22:22 10    A   Common sense would say keep your mouth shut,

01:22:25 11        but that's not what happened in this case.

01:22:27 12    Q   Okay.  Staying on the media policy -- or,

01:22:29 13        excuse me, the --

01:22:32 14              MS. JACOBS:   Social media?

01:22:33 15    BY MR. BISKUPIC:

01:22:34 16    Q   Yeah, well, I'm going to move to the media

01:22:36 17        policy.  The media policy that was provided to

01:22:49 18        us is 13-08, and one of the complaints that was

01:22:53 19        submitted was that Officer Mensah violated the

01:22:58 20        media policy by granting interviews to

01:23:00 21        conservative media which included a WISN radio

01:23:04 22        interview and a podcast.  We will get into the

01:23:07 23        radio interview in much more detail a little

01:23:10 24        later, but just starting with the complaint

01:23:11 25        about choosing media -- first of all, for any

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 16 of 127   Document 24-4

01:23:18    1    of these media interviews, am I correct that

01:23:20    2    you did not give permission to the officer to

01:23:24    3    engage in an official interview?

01:23:26    4    A    I was not asked.

01:23:28    5    Q    Okay.  In particular, July 28, 2020, is the

01:23:32    6    radio interview with WISN.  You were not asked

01:23:37    7    before that interview to give permission for

01:23:39    8    that?

01:23:39    9    A    That's correct.

01:23:40   10    Q    And nobody else in the department was that you

01:23:42   11    are aware of?

01:23:43   12    A    Not that I'm aware of.

01:23:45   13    Q    Okay.  On this particular charge of the

01:23:50   14    complaint, I don't read anything in the media

01:23:52   15    policy that dictates whether one outlet can be

01:23:59   16    used, you know, preferably over another.  It

01:24:03   17    certainly would seem maybe in the department

01:24:04   18    interest to utilize pro law enforcement media,

01:24:08   19    but, in any event, that seems to be a decision

01:24:11   20    for you and other policymakers.  Am I incorrect

01:24:15   21    on that, in terms of choosing who you do

01:24:18   22    interviews with and how you put information out

01:24:23   23    to the media as the department?

01:24:24   24    A    As a department, if there is certain

01:24:26   25    information you want to get out, everybody's

01:24:28  1          got certain reporters they trust more than

01:24:30  2          somebody else or somebody who will be more

01:24:32  3          confidential if you tell them something off the

01:24:35  4          record, so we do have our favorites, I would

01:24:37  5          guess.

01:24:41  6    Q     So nothing in your policy that you are aware of

01:24:44  7          prohibits that; it seems to me it gives you the

01:24:46  8          discretion?

01:24:47  9    A     Yeah, I have the discretion to do that.

01:24:52  10   Q     Okay.  Moving back now more to the substance of

01:24:58  11         Officer Mensah's encounter with Jay Anderson in

01:25:02  12         2016.  The first rule that I would like to

01:25:06  13         address is Rule 22, which in the rule book

01:25:11  14         deals with officer discretion, and, in

01:25:14  15         particular, the complaint alleges that the

01:25:16  16         officer violated his discretion by approaching

01:25:20  17         the passenger side of the Anderson vehicle

01:25:24  18         instead of the driver's side and, more

01:25:27  19         particularly, they said the complaint alleges

01:25:29  20         that Officer Mensah violated his discretion

01:25:33  21         under Rule 22 by parking his squad facing the

01:25:36  22         front of Anderson's vehicle, by turning on what

01:25:39  23         they referred to as "blinding take-down white

01:25:42  24         lights" instead of the emergency lights and by

01:25:45  25         approaching the passenger side of the vehicle

01:25:47  1          instead of the driver's side in which they
01:25:50  2          contend all of this was for nothing more than,
01:25:52  3          at the time, a county ordinance violation.
01:25:58  4                    Have you, as part of when you
01:26:01  5          reviewed this incident back in 2016 or more
01:26:03  6          recently, looked at the issue of whether or not
01:26:05  7          he should have walked in front of the vehicle
01:26:08  8          to the driver's side or whether he exercised
01:26:10  9          proper discretion by staying on the passenger
01:26:14  10         side?
01:26:14  11    A    I have looked at that.
01:26:15  12    Q    And can you tell us what your view of that is?
01:26:18  13    A    Well, it certainly doesn't violate Rule No. 22
01:26:22  14         because the officer's got discretion to do
01:26:24  15         whichever way he wants to approach that he
01:26:27  16         feels is most appropriate for that
01:26:29  17         circumstance.
01:26:30  18    Q    What factors go into officer discretion?  I
01:26:34  19         assume safety is near the top?
01:26:36  20    A    Safety.  If you see traffic stops by state
01:26:39  21         troopers, they usually walk up on the passenger
01:26:42  22         side now, and a lot of police officers are
01:26:44  23         doing that too because the drivers are always
01:26:46  24         looking on the left side, so you come up on the
01:26:49  25         right side, so that happens a lot.  In this

01:26:54    1    case, it looks like, you know, you see the car

01:26:56    2    is facing each other, and he's got the lights

01:26:58    3    on it, I think at the time he was probably --

01:27:01    4    and this is just from what I gather, he thought

01:27:04    5    he was just checking on a car that was just in

01:27:07    6    the park that shouldn't be there.  He didn't

01:27:08    7    expect it to turn out the way it did, so he

01:27:11    8    just approached it straight on with the lights.

01:27:15    9    Somebody else might do it somewhat differently,

01:27:17    10   but there was no violation of any policy or

01:27:20    11   procedure.  We have guys that teach vehicle

01:27:23    12   contacts, and they said that was perfectly

01:27:27    13   legit the way he did it.

01:27:31    14            MR. BISKUPIC:  Mike, you are the one

01:27:32    15   that looked at this for our team.

01:27:36    16            MR. DEMARCO:  I've looked into this

01:27:37    17   about approaching the passenger side.  The

01:27:40    18   research I did confirmed that it's a very

01:27:45    19   productive and careful way to approach a car,

01:27:49    20   especially at night.  And parking in the front,

01:27:55    21   from what I've read, allows the officer with

01:27:59    22   the take-down lights on to come to the

01:28:01    23   passenger side where he's not expected and be

01:28:05    24   unobserved because the take-down lights are

01:28:08    25   basically blinding the driver.

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 25 of 127   Document 24-4

| | | |
|---|---|---|
| 01:28:11 | 1 | THE WITNESS:  Yes. |
| 01:28:12 | 2 | MR. DEMARCO:  So, the research I did, |
| 01:28:14 | 3 | I thought Mensah did an appropriate |
| 01:28:18 | 4 | decision-making procedure there, and it also, |
| 01:28:23 | 5 | when you approach from the front, it takes away |
| 01:28:27 | 6 | the driver's use of the rear view and the |
| 01:28:30 | 7 | sideview mirrors to see where the officer is |
| 01:28:33 | 8 | coming from, especially with the take-down |
| 01:28:35 | 9 | lights blinding them from the front.  I thought |
| 01:28:38 | 10 | he must have sat in the car for at least a |
| 01:28:40 | 11 | short period of time and decided this was the |
| 01:28:42 | 12 | best way to go.  And I think, Steve, I gave you |
| 01:28:48 | 13 | the Massachusetts municipal folder for the |
| 01:28:58 | 14 | instructors doing basic training for police |
| 01:29:01 | 15 | officers, and in there they say that using the |
| 01:29:04 | 16 | passenger side is probably the best way to go. |
| 01:29:07 | 17 | I think it was an appropriate decision. |
| 01:29:10 | 18 | Whether or not it's taught that way, I don't |
| 01:29:12 | 19 | know.  I have no idea. |
| 01:29:13 | 20 | THE WITNESS:  I think they allow them |
| 01:29:15 | 21 | to go whatever way they feel comfortable with, |
| 01:29:18 | 22 | depending on the situation. |
| 01:29:20 | 23 | MR. DEMARCO:  It's also safer on the |
| 01:29:22 | 24 | passenger side for oncoming vehicles coming |
| 01:29:24 | 25 | from behind you.  Oftentimes you see on the |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 21 of 127   Document 24-4

01:29:28   1        news that an officer was struck by someone who

           2        wasn't paying attention who is going out ahead

           3        of them.

01:29:30   4                 THE WITNESS:  Right.  This is 3:00

01:29:32   5        in the morning, so it was dark.  Had it been

01:29:34   6        3:00 in the afternoon, probably not the best

01:29:36   7        way to do it for safety.

01:29:39   8                 MR. DEMARCO:  I think it shows some

01:29:41   9        good decision-making by Officer Mensah in that

01:29:46  10        instance.

01:29:47  11   BY MR. BISKUPIC:

01:29:48  12   Q    What about the fact that he chose to get out of

01:29:50  13        the vehicle and approach?  According to his

01:29:54  14        statement earlier in the evening, he came

01:29:56  15        through the park and basically just chased

01:29:58  16        people out, you know, I think approximately

01:30:01  17        12:30.  According to the videotape, a Milwaukee

01:30:05  18        police vehicle comes into the park at some

01:30:07  19        point looking and doesn't chase people out of

01:30:09  20        the park.  A Wauwatosa squad comes in at some

01:30:13  21        point -- I don't believe that was Officer

01:30:15  22        Mensah -- at approximately 12:30.  And here at

01:30:22  23        3:00 a.m., it's the only car in the parking

01:30:25  24        lot, and he chooses to get out of his police

01:30:29  25        squad and approach the vehicle.  Can you just

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 23 of 127   Document 24-4

01:30:32  1      explain for me about why an officer might make

01:30:34  2      a decision to just chase people out of the

01:30:37  3      park, maybe turning on his lights or pulling in

01:30:39  4      and everyone sees and leaves because the park

01:30:41  5      closes at 10:00 I think in the summertime when

01:30:44  6      this happened, versus I'm going to get out of

01:30:46  7      my vehicle and approach?

01:30:47  8  A   I can only speculate, but maybe he drove in

01:30:50  9      there, and he didn't see any movement in the

01:30:52 10      car, because there was some things that he put

01:30:57 11      in his report that he thought at first that

01:30:59 12      Anderson was asleep, so maybe he wasn't

01:31:03 13      responding to the lights or whatever in his

01:31:06 14      eyes, so that's when he decided he would get

01:31:08 15      out and approach.

01:31:09 16  Q   Is there anything that instructs officers as

01:31:13 17      to, you know, this truly is part of their

01:31:15 18      discretion, when they -- I mean, there were

01:31:19 19      obviously lots of vehicles that were in

01:31:20 20      violation of the county ordinance of being in

01:31:23 21      the park after closing.  I don't believe

01:31:25 22      Wauwatosa police have ever issued a county

01:31:28 23      ordinance for that park or at least Officer

01:31:32 24      Mensah said he had never done so, but how an

01:31:34 25      officer chooses to, you know, again just chase

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 23 of 127   Document 24-4

01:31:39  1      people away versus make an approach, you've

01:31:42  2      said maybe because he looked like he was

01:31:44  3      asleep; he was after the only car there;

01:31:46  4      obviously, you got a difference in time between

01:31:48  5      12:30 and 3:00 in the morning, et cetera.  Is

01:31:51  6      there anything else that comes to mind for you

01:31:52  7      as to the officer exercising his discretion

01:31:55  8      regarding this county ordinance violation?

01:31:58  9  A  If I had pulled in the park and didn't see a

01:32:03  10     guy moving in the car, maybe he's asleep, maybe

01:32:06  11     he's got some other medical problem or

01:32:08  12     whatever, so if I don't get a response, I would

01:32:11  13     probably get out to see if he's okay.

01:32:12  14  Q  There is no rule, no procedure, no order,

01:32:17  15     certainly nothing that I've been able to come

01:32:19  16     across that your office has produced which

01:32:22  17     would say that you must do this versus

01:32:24  18     something else?

01:32:26  19  A  No.

01:32:26  20  Q  You are not aware of anything?

01:32:28  21  A  No.

01:32:31  22          MR. BISKUPIC:  Anybody else?

01:32:35  23          MR. MUELLER:  Just to reconfirm, are

01:32:37  24     you aware of, based on your experience and

01:32:39  25     discussion with fellow officers, whether this

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 24 of 127   Document 24-4

01:32:40  1     technique of a front-to-front approach is

01:32:42  2     covered in, for instance, the high-risk vehicle

01:32:45  3     take-downs?

01:32:47  4          THE WITNESS:  I have talked with our

01:32:48  5     vehicle contact people, and they said it can go

01:32:52  6     either way, whatever you decide to do at that

01:32:54  7     particular time.  I might feel more comfortable

01:32:59  8     doing it another way, I'm not sure, but it's

01:33:01  9     all, when you pull in the park -- I don't know,

01:33:05  10    maybe he circled around first; that I don't

01:33:07  11    know, or if he just went right in.  So if he

01:33:10  12    went right in there and he thought maybe the

01:33:12  13    guy was awake or whatever, he wanted to get out

01:33:14  14    right away, I don't know, so either way it's up

01:33:17  15    to their discretion.

01:33:19  16          MR. MUELLER:  So, again, based on

01:33:21  17    your experience, there is no procedure that

01:33:24  18    precludes this front approach?

01:33:27  19          THE WITNESS:  No.  It's appropriate.

01:33:28  20          MR. MUELLER:  I want to clear

01:33:29  21    something up.  The Acadis training record,

01:33:35  22    state training record, does not include the FTO

01:33:38  23    training periods; is that right?  All those

01:33:41  24    hours he spends with a FTO are not on his

01:33:45  25    Acadis report?

BROWN & JONES REPORTING, INC.
414-224-9533

01:33:45  1          THE WITNESS:  I don't believe they

01:33:47  2      are.

01:33:47  3          MR. MUELLER:  Acadis, A-C-A-D-I-S:

01:33:57  4          MR. BISKUPIC:  Okay.  Anything else

01:33:58  5      on the approach to the vehicle?

01:33:59  6  BY MR. BISKUPIC:

01:34:00  7  Q   Let's talk about the squad video.  This is

01:34:06  8      policy -- Operating Procedure 2016-03.  The

01:34:19  9      first thing I'm going to ask you to do is to

01:34:21  10     turn to page 2 under Roman Numeral 3,

01:34:32  11     "Procedure."  This is where it describes how

01:34:37  12     the camera may be activated in-squad, laptop

01:34:43  13     computer, or the microphone worn by the

01:34:48  14     officer.  I guess the first question I'm going

01:34:50  15     to ask, our understanding from reading about

01:34:55  16     the camera and the demonstrations that your

01:34:59  17     department provided is that when the officer

01:35:03  18     activates the camera, it actually goes back --

01:35:08  19     using quote -- "in time" to record the prior 20

01:35:12  20     to 30 seconds?

01:35:13  21  A   Yes.

01:35:13  22  Q   That means the camera is running constantly,

01:35:17  23     correct, and recording constantly?

01:35:18  24  A   Yes, I believe so.

01:35:19  25  Q   And it's the activation, which, as I understand

01:35:22  1      it, stops the automatic deleting?

01:35:25  2  A   Yes.

01:35:25  3  Q   And so when the officer presses the button, it

01:35:30  4      will now record going forward, and it will go

01:35:35  5      back and capture the prior 30 seconds; they

01:35:38  6      won't be deleted, but that those prior 30

01:35:42  7      seconds will not have audio with them?

01:35:44  8  A   That's my understanding.

01:35:45  9  Q   Okay.  I would note that this policy in 2016

01:35:48 10      was amended in 2018 -- I'm going to make

01:35:50 11      reference to that in a second -- but referring

01:35:53 12      to this policy in 2016, that same paragraph

01:35:58 13      under Roman Numeral IIIA states, "The system

01:36:03 14      will also start automatically with the

01:36:05 15      activation of the squad's emergency lights or

01:36:07 16      when the squad reaches a speed of 65 miles per

01:36:11 17      hour.  The camera must be recording when the

01:36:13 18      vehicle's emergency lights are activated or the

01:36:16 19      squad reaches a speed of 65 miles an hour for

01:36:20 20      the following:"  And then there is A, B, C, D,

01:36:22 21      E and No. C is "all traffic stops."  I guess,

01:36:26 22      first, as a matter of just drafting, it seems

01:36:31 23      to suggest that, if you read the literal

01:36:34 24      language, it should only be on during traffic

01:36:37 25      stops in which a speed has exceeded 65 miles an

Case 2:20-cv-01660-NJ  Filed 03/06/21  Page 27 of 127  Document 24-4

01:36:43  1      hour.  In 2018, the policy was amended, and

01:36:45  2      this was clarified that said all traffic

01:36:48  3      accident stops would be covered.  When we

01:36:49  4      interviewed various members of the police

01:36:51  5      department, they seemed to suggest, all of

01:36:54  6      them, that it's -- everyone assumed that all

01:36:56  7      traffic stops were covered regardless of the

01:37:00  8      language here that might be a little confusing.

01:37:03  9           Can you tell me what your understanding

01:37:05  10     going back to 2016 and maybe comparing it to

01:37:07  11     the present of whether or not the camera needed

01:37:10  12     to be activated for traffic stops?

01:37:14  13  A  The camera was supposed to be activated for

01:37:18  14     traffic stops, but when you turn on the lights,

01:37:20  15     it goes on automatically.

01:37:22  16  Q  So it would be a little bit redundant to say

01:37:25  17     that the lights are activated, and then it must

01:37:28  18     be when lights are activated?

01:37:30  19  A  Yes.

01:37:30  20  Q  I suppose you could have, for example -- it's

01:37:32  21     correct, is it not, in the Officer Mensah first

01:37:36  22     shooting of Mr. Gonzales, on his way to the

01:37:41  23     scene, according to the official reports,

01:37:44  24     Officer Mensah turned off the recording on the

01:37:47  25     way to the incident.  I think he explained that

01:37:49  1      he had troubles in the past where it would just

01:37:52  2      be continuously running.  I'm not sure if that

          3      was an issue in the very first shooting when it

01:37:54  4      was under investigation.  But, in general, what

01:37:57  5      is your understanding of when officers are

01:38:00  6      required to be recording an interaction?

01:38:05  7    A  Certainly any traffic stop we want them to be

01:38:09  8      recording it.  When they are driving in a

01:38:14  9      pursuit, even if it's a slow-speed pursuit, we

01:38:18 10      want them to have that camera activated so we

01:38:20 11      can capture all that.  Like in letter E,

01:38:24 12      "During any other contact the officer deems

01:38:27 13      appropriate," we've had people even on a

01:38:29 14      motorist assist, for example, we want to make

01:38:32 15      sure that it captures as much data as we can.

01:38:40 16      I once disciplined an officer because he turned

01:38:43 17      off -- not Mensah, but another officer turned

01:38:44 18      off the camera because he was driving too fast

01:38:46 19      for the conditions, and he didn't want us to

01:38:49 20      see how fast he was going because it records

01:38:52 21      how fast the car is going too, so he turned it

01:38:56 22      off because he was driving like 80 miles an

01:38:59 23      hour in a 30-mile-an-hour zone, so he

01:39:01 24      ultimately got disciplined for that.

01:39:03 25    Q  What was the discipline, if you recall?

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 29 of 127   Document 24-4

01:39:06  1    A    I think it resulted in him leaving the

01:39:08  2         department because he had had a couple other

01:39:11  3         disciplines with me, and that was like the last

01:39:14  4         thing.  I don't think he told the truth why he

01:39:17  5         turned off the camera, so he wound up leaving

01:39:20  6         before we terminated him.  I think that pretty

01:39:27  7         much is everything that I've -- why we would

01:39:31  8         want those things running.

01:39:33  9    Q    Okay.  With respect to the Jay Anderson

01:39:38  10        shooting, obviously, we know that after the

01:39:40  11        shooting, Officer Mensah pressed the device on

01:39:44  12        his unit that was attached to his uniform, and

01:39:48  13        we have a recording going back 30 seconds

01:39:51  14        before the shooting and then audio picking up

01:39:54  15        at that point.  In the immediate aftermath of

01:39:56  16        the shooting, Officer Mensah stated to a fellow

01:40:00  17        superior officer, a lieutenant who arrived on

01:40:02  18        the scene, the following statement about

01:40:04  19        whether or not he had tried to activate it, and

01:40:08  20        in context I believe they are talking about

01:40:10  21        prior to the shooting, Officer Mensah stated,

01:40:13  22        "I tried to hit the button a couple of times."

01:40:16  23        Then he goes on to say, "I tried to hit record.

01:40:19  24        Kept hitting record over and over, but it

01:40:22  25        wouldn't turn on."  Let me ask you first, and

01:40:26  1        especially going back a few years, what kind of

01:40:30  2        mechanical issues have -- has your department

01:40:33  3        had with activating the squad video that you

01:40:39  4        are aware of?

01:40:39  5    A   I haven't been aware of any real issues with

01:40:42  6        that.  We have administrative people that are

01:40:47  7        assigned to repair those things.  I haven't

01:40:49  8        heard that we've had problems with them.  I

01:40:52  9        know that -- I think in this case, you know,

01:40:56  10       you can wear the device -- a lot of guys would

01:41:00  11       wear it on their epaulet, on their uniform

01:41:03  12       shirt.  I think that's what Mensah did, so that

01:41:06  13       kind of flops around a little bit too because

01:41:08  14       the shirt -- so I think when he meant, he was

01:41:10  15       trying to get the button, you know -- I don't

01:41:13  16       know if he had his weapon out at that point or

01:41:16  17       what, but he was trying to reach for the

01:41:17  18       button, and I think that's what he was

01:41:19  19       referring to.  I don't think we had any

01:41:20  20       problems with the video in that car.

01:41:22  21    Q   Well, the issue, I guess, is should he have

01:41:25  22       started the recording prior to the shooting

01:41:27  23       because the complaint alleges this was a

01:41:31  24       traffic stop.  Let's assume for now it was a

01:41:34  25       traffic stop and that he tried to activate as

| | | |
|---|---|---|
| 01:41:39 | 1 | he was approaching or as he was getting out of |
| 01:41:42 | 2 | the car. If an officer attempts to activate |
| 01:41:45 | 3 | the device during a traffic stop and it is not |
| 01:41:48 | 4 | functioning properly or because of the |
| 01:41:51 | 5 | circumstances he can't press the button |
| 01:41:53 | 6 | properly, or it's flopping around like you |
| 01:41:55 | 7 | described, I assume that's not a violation of |
| 01:41:57 | 8 | the policy if you attempt to comply? |
| 01:41:59 | 9 | A    That would be correct. |
| 01:42:03 | 10 | Q    Okay. Can you tell me whether or not you |
| 01:42:05 | 11 | believe an encounter in a vehicle for a county |
| 01:42:10 | 12 | ordinance of being in the park after dark |
| 01:42:12 | 13 | constitutes a traffic stop? |
| 01:42:13 | 14 | A    This was not a traffic stop, in my opinion. |
| 01:42:16 | 15 | Q    And why is that? |
| 01:42:17 | 16 | A    Because he was just stopping -- he saw the |
| 01:42:20 | 17 | person in the car. He was just stopping to |
| 01:42:22 | 18 | make an inquiry to see if everything was okay. |
| 01:42:27 | 19 | Q    Okay. |
| 01:42:29 | 20 |       MR. BISKUPIC: Anybody on the whether |
| 01:42:32 | 21 | it should have been activated? |
| 01:42:36 | 22 |       MR. MUELLER: Is there something |
| 01:42:38 | 23 | comparable to this where, again, he would |
| 01:42:40 | 24 | choose not to activate the camera? What other |
| 01:42:42 | 25 | kind of situations would compare? |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 33 of 127   Document 24-4

01:42:44   1        THE WITNESS:  To not activate it?

01:42:46   2        MR. MUELLER:  Uh-huh.

01:42:47   3        THE WITNESS:  You know, let's just

01:42:51   4   say somebody is in the parking lot changing the

01:42:56   5   tire or something.

01:42:57   6        MR. MUELLER:  On the road too, right?

01:42:59   7        THE WITNESS:  Well, on the road, then

01:42:59   8   you probably put on the emergency lights just

01:43:02   9   because you want to protect yourself, but in a

01:43:05   10  parking lot you probably would not, maybe just

01:43:07   11  put the spotlight on, so I think now the way

01:43:11   12  things are, and, of course, we are in the

01:43:12   13  process of getting body cameras.

01:43:17   14       MR. MUELLER:  At a great expense, I

01:43:19   15  guess.

01:43:19   16       THE WITNESS:  About $700,000 worth,

01:43:21   17  but I think everything would be recorded more

01:43:23   18  now.

01:43:25   19  BY MR. BISKUPIC:

01:43:26   20  Q    I would like to move now to the issue of the

01:43:32   21       complaint of failing to render medical aid.

01:43:36   22       I'm working a little backwards back to the

01:43:38   23       shooting here.  I hope that doesn't cause any

01:43:40   24       confusion, but the issue that was raised is the

01:43:44   25       Policy 13-01, which is your use of force

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 33 of 37   Document 24-4

01:43:47  1    policy.  I'll give you a copy of this for each

01:43:49  2    of you.  If you turn to the page, I believe

01:43:58  3    it's page 8, which has the rendering aid after

01:44:12  4    deadly force.  Deadly starts on page 7 and goes

01:44:14  5    to page 8.  So what I would like to do is show

01:44:17  6    one of the videos, so we are going to take a

01:44:19  7    break off the record.  I'll show a video of one

01:44:23  8    of the officers which, again, starts after

01:44:27  9    fellow officers have pulled up to the scene,

01:44:29  10   and Mr. Anderson has already been shot and some

01:44:34  11   of the activities before aid is rendered.

01:44:38  12                 (Playing video.)

01:50:43  13  BY MR. BISKUPIC:

01:50:47  14  Q    We are back on the record after watching a

01:50:49  15       video that's from Squad 318, and the video is

01:50:54  16       designated P219, Squad 318.

01:50:59  17            Chief, as I piece together the

01:51:00  18       contention on failure to render aid under the

01:51:04  19       deadly force policy, the shooting takes place,

01:51:08  20       according to the dispatch, within the first

01:51:10  21       minute.  After the shooting, Officer Mensah is

01:51:15  22       notifying dispatch that the suspect is down.

01:51:18  23       Within the same minute the police department

01:51:20  24       contacts Wauwatosa Fire Department and directs

01:51:23  25       paramedics to the scene.  Another video -- oh,

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 35 of 127   Document 24-4

01:51:29  1          also within that minute, Officer Mensah

01:51:31  2          responds to a direct question from dispatch

01:51:33  3          about whether it is safe for the paramedics to

01:51:36  4          enter the park.  He says it is.  So between

01:51:39  5          that point and then on the video it ends with

01:51:43  6          the officers approaching to administer the

01:51:45  7          first aid kit at 3:13, a couple minutes pass,

01:51:50  8          they take another video, and according to the

01:51:53  9          reports, the paramedics arrive at approximately

01:51:55  10         3:15.  So if we break down the eight minutes

01:52:01  11         that pass between the time of the shooting --

01:52:03  12         approximately eight minutes and the paramedics

01:52:05  13         arriving on the scene, it seems to -- our

01:52:09  14         investigation that during the first three

01:52:11  15         minutes Officer Mensah moves away from the

01:52:14  16         Anderson vehicle back towards his own squad and

01:52:16  17         does not reapproach Anderson's vehicle until

01:52:19  18         backup has arrived.

01:52:22  19                 Let's start with that segment there.

01:52:24  20         He has a shooting, the policy said, the deadly

01:52:28  21         force policy on page 8 says that "After the

01:52:32  22         situation has stabilized and the suspect is

01:52:35  23         under control, the officer shall:  Sub A, check

01:52:38  24         for injuries and render first aid, if

01:52:41  25         necessary."  So I guess I want to break down

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 35 of 127   Document 24-4

01:52:45  1      the time periods, and during this first three

01:52:47  2      minutes, was it appropriate for Officer Mensah

01:52:49  3      to move away from the vehicle and await for

01:52:52  4      backup?

01:52:53  5  A   Under that circumstance, it would appear that

01:52:55  6      that would be appropriate because he's by

01:52:57  7      himself.  He's just been involved in a

01:53:00  8      shooting.  He doesn't know if there is anybody

01:53:02  9      else close by.  He doesn't know if there is --

01:53:05 10      somebody else that's in the park that could be

01:53:08 11      associated with this person.  He does not know

01:53:12 12      if the guy -- I think he says that "suspect is

01:53:18 13      down."  I'm not sure if that was what he said.

01:53:21 14  Q   I believe so.

01:53:22 15  A   That doesn't mean that he is incapacitated; he

01:53:27 16      just wasn't moving at that point, so he waited

01:53:29 17      until he got his back up, so I don't have a

01:53:31 18      problem with that.

01:53:32 19  Q   Okay.  And then after that three-minute period

01:53:36 20      -- and, again, these are approximate times --

01:53:37 21      according to the video, Officers Salyers and

01:53:45 22      Mills arrive on the scene.  So you can see from

01:53:48 23      the video, it appears they are unaware of

01:53:50 24      Anderson's immediate condition, and they appear

01:53:53 25      concerned that Anderson's still in the vehicle

01:53:55  1    within reach of the firearm.  Officer Mensah,

01:53:59  2    on the other hand, seems more to be wandering

01:54:02  3    around.  If the officer believes he is

01:54:04  4    incapacitated, the suspect, how do you view

01:54:09  5    this policy?  Should he have approached -- I

01:54:12  6    mean, we know he has ultimately shot

01:54:18  7    Mr. Anderson in the head three times, or near

01:54:20  8    the head three times.  He may be dead.  There

01:54:23  9    may be nothing to do.  What obligation does an

01:54:26  10   officer have, and, again, balancing stabilizing

01:54:29  11   the situation and administering the first aid,

01:54:33  12   you know, what was done here, and, I guess,

01:54:36  13   what else could have been done?

01:54:38  14 A  The officer's first obligation is to protect

01:54:41  15   himself.  Could he have approached after he

01:54:47  16   radioed in that the subject was down?  That's a

01:54:51  17   matter of conjecture.  I'm not sure that would

01:54:53  18   be appropriate because he didn't have a backup

01:54:55  19   at that point.  He waited for the other guys

01:54:59  20   that backed him up, and when you saw on the

01:55:02  21   video, when the three of them staged together

01:55:04  22   and they walked --

01:55:05  23 Q  In single file?

01:55:06  24 A  Yup.  That's appropriate.  That's the way their

01:55:08  25   training is, the way they walked up there

01:55:11   1        because there was no cover around, so I thought

01:55:13   2        that was good what they did.  If you look at

01:55:15   3        the policy, you know, it also says we should

01:55:18   4        have handcuffed the person too just to make

01:55:24   5        sure because if we didn't know he was deceased

01:55:27   6        at that point, you don't know if he can still

01:55:29   7        do something else.  One of the other officers

01:55:32   8        also said that he had no pulse, and it wasn't

01:55:35   9        until they went up there again, and they said

01:55:40  10        he wasn't breathing.

01:55:42  11             You know, of course, the fire

01:55:43  12        department is not going to come in there until

01:55:46  13        they know that the situation is stable, because

01:55:48  14        they were staging just outside the park.  So I

01:55:51  15        don't know if they could have got there a

01:55:53  16        little bit quicker.  I'm not sure how close

01:55:54  17        they were when those guys made their approach

01:55:58  18        either.

01:55:58  19  Q   Okay.  I'm assuming when dispatch calls for the

01:56:01  20        fire department, that includes, obviously, the

01:56:03  21        paramedics?

01:56:04  22  A   Yes.

01:56:05  23  Q   The other complaint cites the Wisconsin Statute

01:56:10  24        940.921, which is a requirement under state

01:56:14  25        law; it makes it a Class A misdemeanor for an

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 38 of 127   Document 24-4

01:56:17  1      officer to intentionally fail to render aid.

01:56:20  2      The statute further notes that the officer must

01:56:23  3      possess the knowledge and ability to render the

01:56:25  4      necessary aid.  I don't have that explicitly in

01:56:29  5      your policy, it's in the state statute.  You

01:56:34  6      know, can you tell us what, if any, training an

01:56:38  7      officer would have on what to do with multiple

01:56:40  8      head wounds?  It doesn't seem like something

01:56:44  9      that CPR or first aid would be able to make --

01:56:47 10  A   We now carry the first aid bags to stop like a

01:56:51 11      sucking chest wound or the packs that you can

01:56:53 12      put in there.  As far as a head wound and all

01:56:56 13      that, I'm not sure that there is much somebody

01:56:59 14      can do with that because this subject had

01:57:01 15      multiple head wounds.  And I think they saw

01:57:04 16      that when they got up close.  You know, police

01:57:09 17      officers, they get -- we get first aid

01:57:12 18      training, you know, but the usual CPR, Heimlich

01:57:15 19      maneuver things, and if somebody's bleeding,

01:57:18 20      you know, direct pressure, but there wasn't a

01:57:20 21      lot of blood in this particular case, I don't

01:57:22 22      believe, so I'm not sure that they would have

01:57:24 23      had the wherewithal to know what else to do.

01:57:26 24  Q   There is a little bit of a delay where they

01:57:27 25      come back from the car and they put away their

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 39 of 127   Document 24-4

01:57:30  1       weapons, and that's when one of the officers, I

01:57:33  2       think, gets one of the first aid -- or two of

01:57:35  3       them go up there and one them says, I'll see if

01:57:39  4       there is anything we can do.  Is there anything

01:57:41  5       you can tell us about what you saw in the video

01:57:44  6       and in the delay of a couple minutes, given the

01:57:47  7       totality of the circumstances, whether that

01:57:50  8       implicates anything under the policy, in your

01:57:52  9       view?

01:57:52  10   A   I don't think so.  When you look at that, you

01:57:56  11      always look at the clock and you say, "Boy, I

01:57:58  12      wish we could have done something sooner than

01:58:00  13      we did," but under the circumstances, with the

01:58:03  14      officer backing away after being involved in a

01:58:06  15      deadly-force confrontation and trying to assess

01:58:09  16      what he's got and waiting for backup, and, of

01:58:13  17      course, when the backup comes, you know, they

01:58:15  18      are going to -- you heard them say, well,

01:58:17  19      should we approach or not?  What are we going

01:58:19  20      to do?  Because they are trying to formulate

01:58:21  21      their plan because they are not sure if the

01:58:23  22      guy's still alive or not either; so -- as I

01:58:27  23      said, I wish we could have done it sooner, but

01:58:30  24      under the circumstances, I'm not sure it could

01:58:33  25      have been done any sooner, and I don't think it

01:58:35  1          would have made much difference either,

01:58:37  2          although I'm not a doctor.

01:58:39  3     Q    From strictly a law enforcement standpoint, was

01:58:42  4          it better that Officer Mensah was not the

01:58:44  5          person who reached in and took the gun out of

01:58:47  6          the vehicle?

01:58:48  7     A    Yes.

01:58:49  8     Q    Why?

01:58:50  9     A    I think some of the allegations that we have

01:58:54  10         already seen is people think that we

01:58:56  11         manipulated the weapon or whatever, and I think

01:58:58  12         it was Steve Mills that took the gun.  We wish

01:59:01  13         he would have left the gun just as it was

01:59:03  14         because later on people say, well, you moved

01:59:05  15         the gun, and it wasn't really in his possession

01:59:07  16         and so on.  But you heard them on the video

01:59:11  17         say, get the gun to make it safe or whatever.

01:59:15  18         They wanted to get it out of the way, so I

01:59:18  19         think if Mensah would have done it, they

01:59:20  20         probably -- somebody would have said that he

01:59:21  21         just was positioning it in a different place so

01:59:25  22         it would make it look like it was self-defense

01:59:27  23         or whatever, so I'm glad that he didn't touch

01:59:31  24         it.

01:59:31  25    Q    Some of the legal research that I've done on

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 41 of 127   Document 24-4

01:59:33  1    the issue of just nationally delays in

01:59:37  2    administering medical aid, the courts have said

01:59:40  3    one of the main focuses is what's taking place

01:59:43  4    during the delay.  Is it legitimate law

01:59:46  5    enforcement concerns, regarding safety or

01:59:49  6    otherwise, addressing the situation on the

01:59:51  7    scene or is there some improper purpose; for

01:59:54  8    example, there is a case out of the Eighth

01:59:58  9    Circuit Court of Appeals in which during the

02:00:00  10   delay, the officers manipulated the evidence

02:00:03  11   improperly and then downgraded the injuries,

02:00:05  12   and the court said that clearly rose to the

02:00:07  13   level of a constitutional violation.

02:00:09  14   Conversely, at the other end of the spectrum,

02:00:11  15   the courts have talked about that if an officer

02:00:14  16   knows the paramedics have been called and they

02:00:16  17   do whatever they can under the circumstances;

02:00:18  18   they don't have a to do it personally if other

02:00:20  19   officers are there.  In this matter, as you

02:00:24  20   looked at that video and you understand the

02:00:26  21   circumstances beyond stating that, yes, you

02:00:30  22   always wish you could have moved a little

02:00:32  23   quicker, can you address whether or not during

02:00:34  24   the delay legitimate law enforcement concerns

02:00:37  25   were being addressed?

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 93 of 127   Document 24-4

02:00:39  1    A    I think they were because Mensah had just been

02:00:43  2         involved in this confrontation, so he's off

02:00:46  3         camera, but, you know, this is the second time

02:00:48  4         he's been involved in one of these incidents,

02:00:50  5         so he's probably thinking, what happened here,

02:00:54  6         trying to gather his thoughts, and, you know,

02:00:57  7         he did have the wherewithal to put that camera

02:00:59  8         -- turn it on right after the shooting, so he

02:01:02  9         was thinking rationally, and he wasn't

02:01:04  10        panicking, I don't believe.  He called the

02:01:07  11        backups in there.  Before the shooting even

02:01:11  12        took place, he said that the guy's got a gun,

02:01:13  13        so step it up.  He wanted that backup in a

02:01:16  14        hurry.

02:01:16  15   Q    What does "step it up" mean to the Wauwatosa

02:01:19  16        police?

02:01:19  17   A    Get here in a hurry.

02:01:20  18   Q    Backup?

02:01:21  19   A    Yup.

02:01:22  20   Q    Where does that phrase originate from?

02:01:25  21   A    I don't know.  It's always been there.  I never

02:01:27  22        used it in my career, but every time somebody's

02:01:29  23        asking for a backup, they will say "step it

02:01:31  24        up"; that means, all right, guys, put on the

02:01:33  25        lights and sirens, I need help right now.

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 43 of 127   Document 24-4

02:01:36    1        MR. BISKUPIC:  Anybody else on the

02:01:37    2    issue?

02:01:38    3        MS. JACOBS:  I have just a question.

02:01:40    4    When you are talking about the delay, there is

02:01:44    5    the delay between the time of the shooting and

02:01:48    6    when backup gets there, right, that Mensah's

02:01:51    7    alone?

02:01:52    8        THE WITNESS:  Uh-huh.

02:01:53    9        MS. JACOBS:  But then -- and then the

02:01:57   10    officers approach the car, open the door,

02:02:01   11    secure the gun.  Can you address the delay from

02:02:05   12    the point of time that the gun is out of the

02:02:07   13    car, they walk -- they all go back to the

02:02:11   14    squad, sort of standing around trying to figure

02:02:14   15    out what to do, talking, whatever, and then one

02:02:17   16    of the officers kind of eventually walks back

02:02:21   17    to Anderson.  Can you address that delay?  What

02:02:25   18    legitimate law enforcement purpose or thing is

02:02:29   19    happening once they have seen Anderson; they

02:02:33   20    have opened the door; they got rid of the gun.

02:02:36   21    Why not render aid then?

02:02:37   22        THE WITNESS:  I think what I heard

02:02:38   23    was that he did not appear to be breathing at

02:02:43   24    that point, so they probably -- and this is --

02:02:46   25    again, I'm assuming because I wasn't there.

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 45 of 127   Document 24-4

02:02:48  1    They were probably thinking there is nothing we

02:02:50  2    can do for him right now; he's not breathing;

02:02:54  3    saw the wounds on him.  I mean, I didn't see

02:02:56  4    the wounds on him until I saw him at the ME's

02:03:00  5    office, but they probably realized there was

02:03:02  6    nothing more than they can do.

02:03:05  7             MR. BISKUPIC:  "ME" meaning medical

02:03:06  8    examiner?

02:03:10  9             THE WITNESS:  Yes.  Now, I'm just

02:03:11  10   speculating because I didn't personally ask

02:03:13  11   those guys that question.

02:03:14  12             MS. JACOBS:  Right.  And then you

02:03:16  13   also said at the time that Mensah is there

02:03:19  14   alone and is not reapproaching the vehicle,

02:03:23  15   that at least in part, you said that -- well,

02:03:30  16   you said what he says on the audio is "suspect

02:03:34  17   down," but the down doesn't necessarily mean

02:03:38  18   incapacitated?

02:03:39  19             THE WITNESS:  Correct.

02:03:40  20             MS. JACOBS:  Okay.  But given what

02:03:42  21   you just described, given that he knew he had

02:03:45  22   shot him in the head, it sounds like, and given

02:03:49  23   that by the time they go back to the car, the

02:03:52  24   other officers go back to the car, they assume

02:03:56  25   he's incapacitated, should Mensah have

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 45 of 127   Document 24-4

02:04:02  1      appreciated that he was incapacitated in those

02:04:05  2      first moments?

02:04:07  3             THE WITNESS:  It's hard to think

02:04:08  4      about what he was going through at that point

02:04:10  5      because I think he described that he saw the --

02:04:15  6      felt that he saw the shots go into Anderson

02:04:18  7      when he fired it.  I don't know if that meant

02:04:20  8      that he saw that they were head shots or not.

02:04:24  9      So he did his shooting, and then you see him

02:04:27  10     back away, so I'm thinking at that point he's

02:04:29  11     probably trying to get back in the shadows

02:04:31  12     because he doesn't know if he's going to be

02:04:34  13     attacked from another area where if the guy is

02:04:37  14     indeed incapacitated totally, so I'm sure there

02:04:41  15     was a lot of things that were going through his

02:04:44  16     mind at that point.  I'm not certain I would

02:04:47  17     have wanted him to approach the car if he

02:04:50  18     wasn't certain right then and there.  He wants

02:04:53  19     to make sure he's safe.

02:04:55  20   BY MR. BISKUPIC:

02:04:55  21   Q   Anything you can tell us about training on this

02:04:58  22       particular -- or prior discipline or

02:05:00  23       application of this policy -- first of all, has

02:05:04  24       any officer in your time been disciplined for

02:05:06  25       failure to timely and properly administer

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 95 of 127   Document 24-4

02:05:10  1        medical aid after a shooting?

02:05:12  2   A   No.  Since this particular incident, we have

02:05:18  3        been involved in several situations where the

02:05:20  4        officers have immediately transitioned into

02:05:23  5        doing medical aid, but the difference is, there

02:05:27  6        was more officers on the scene.  You know,

02:05:31  7        if -- we haven't had anywhere that a guy is by

02:05:35  8        himself and had to think about that.  The times

02:05:38  9        where its happened since, there has been three

02:05:39 10        or four officers together, and they have shot,

02:05:41 11        and then they immediately started doing the

02:05:44 12        aid.  And one of them would be the Alvin Cole

02:05:50 13        case.  Mensah was involved in that one, but the

02:05:53 14        other officers that were there immediately

02:05:55 15        started rendering aid.

02:05:58 16   Q   Is there anything about the training on that

02:06:01 17        topic -- I mean, to a nonlaw enforcement

02:06:05 18        officer, there is a bit of an anomaly.  If you

02:06:11 19        are justified to use deadly force, you get to

02:06:13 20        use it until the threat is it stopped, and

02:06:16 21        after that you are supposed to transition to

02:06:20 22        trying to save the person you just shot?

02:06:21 23   A   Yes.

02:06:22 24   Q   How is that addressed in training, if you know?

02:06:24 25   A   Well, we have done that because we have taught

02:06:31  1     our guys on the range and so on and in their

02:06:35  2     inservice training that that's exactly what you

02:06:38  3     have to do because, as I said a moment ago,

02:06:41  4     that has happened, so they immediately go into

02:06:43  5     that mode, and that's hard to do, but first you

02:06:46  6     have to make sure you are safe, and that's the

02:06:47  7     whole issue with Mensah; he didn't know if he

02:06:50  8     was safe or not.

02:06:50  9  Q  Is that what -- when the policy talks about the

02:06:54  10    situation being stabilized, does that mean that

02:06:56  11    it becomes safe?

02:06:57  12 A  I think so.

02:06:57  13 Q  Obviously, as Ms. Jacobs said, removal of the

02:07:02  14    firearm?

02:07:02  15 A  Yes.

02:07:05  16         MR. DEMARCO:  Chief, I know you have

02:07:07  17    written policies and then sometimes you have

02:07:10  18    altered written policies.  I was wondering how

02:07:13  19    often are they -- the written policies amended

02:07:17  20    to show the other stuff?  This is just -- I

02:07:22  21    think -- you guys pipe up if I'm speaking

02:07:25  22    incorrectly, but I remember speaking to:

02:07:28  23    Lieutenant Roy, the three of us, and he said

02:07:35  24    that if you have a situation where -- what

02:07:39  25    Mensah did on the 23rd of July, I think it was,

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 48 of 127   Document 24-4

02:07:42  1   and he's alone, he's supposed to wait for two

02:07:45  2   other officers to show up, and -- before they

02:07:51  3   would approach the car.  From what Steve read

02:07:56  4   there in the policies, I don't hear that in

02:07:58  5   there, but this is what Lieutenant Roy told us.

02:08:02  6   It was in early August, maybe.  Is that a

02:08:07  7   policy that is a firm policy, or is that one

02:08:12  8   that's not so firm?

02:08:15  9          THE WITNESS:  That might be what

02:08:17  10   they're teaching them when they are out there

02:08:18  11   doing those kind of things now, but if we don't

02:08:21  12   have it in the written policy, then I'm not

02:08:23  13   sure.

02:08:25  14          MR. DEMARCO:  Do you recall that at

02:08:26  15   all?

02:08:26  16          MR. MUELLER:  I recall the part where

02:08:28  17   you are not to approach until you are secure in

02:08:31  18   the situation, but I can't remember if it's

02:08:34  19   waiting for two or just waiting for backup.

02:08:36  20          MR. DEMARCO:  I remember him saying

02:08:38  21   that there was a group of three that would

02:08:41  22   approach the car, and he included himself in

02:08:43  23   there because, I think it was Salyers and Mills

02:08:47  24   arrived, and he was the third one.  You can see

02:08:50  25   Mensah wandering with them, trailing a little

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 49 of 127   Document 24-4

02:08:52   1    bit, but he went with them to approach the car,

02:08:56   2    so I was just wondering.

02:08:58   3              THE WITNESS:  I'm not certain on

02:08:59   4    that.

02:09:01   5              MR. MUELLER:  You mentioned first aid

02:09:03   6    training.  When would that have been done,

02:09:06   7    during what part?  I didn't see that

02:09:08   8    specifically in his training records.

02:09:14   9              THE WITNESS:  We just have had first

02:09:16   10   aid training in the last couple of years.  I

02:09:17   11   mean, over a period of time when you are in the

02:09:20   12   academy and so on, you get the CPR training,

02:09:22   13   and then we've had some other CPR training.  We

02:09:25   14   have got one officer who is a certified

02:09:27   15   trainer, so he would get them through on shift

02:09:30   16   or whatever.  But we just started giving

02:09:33   17   everybody their individual first aid kits.

02:09:35   18   That was just within the last year.

02:09:38   19             MR. MUELLER:  So they cover first aid

02:09:39   20   pretty heavily during recruit training, the 720

02:09:43   21   hours?

02:09:44   22             THE WITNESS:  I think so.

02:09:45   23             MR. MUELLER:  Okay.

02:09:49   24             MR. BISKUPIC:  We are going to take

02:09:49   25   another break here to put on the video of the

02:09:52  1    shooting itself of Mr. Anderson, in particular,

02:09:55  2    as I indicated previously to your counsel and

02:09:58  3    you, I want to focus on the infrared version,

02:10:01  4    which I think gives us most movements of

02:10:06  5    Mr. Anderson.  So we will stop there and turn

02:10:09  6    on the video.

02:10:13  7                (Playing video.)

02:12:13  8    BY MR. BISKUPIC:

02:12:13  9    Q    We are back on the record.  We played one of

02:12:16  10        the videos of the actual shooting of

02:12:19  11        Mr. Anderson, and I want to transition into the

02:12:22  12        question of whether or not this was a use of

02:12:23  13        excessive force in violation of Policy 13-01,

02:12:28  14        which is your use of deadly force policy that

02:12:30  15        was in place at the time of this shooting.

02:12:32  16        Also to correct one of the statements

02:12:34  17        Mr. DeMarco made, the shooting was in June, not

02:12:38  18        July of 2016.

02:12:40  19                So, Chief, I want to start out first by

02:12:43  20        summarizing the legal standards as I understand

02:12:45  21        them in the policy, federal law, state law, and

02:12:48  22        under the particular facts of this case.  I

02:12:51  23        broke down the question into three parts:  Did

02:12:55  24        Officer Mensah reasonably perceive a threat of

02:12:58  25        great bodily harm?  Was his subsequent use of

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 53 of 127   Document 24-4

02:13:01  1     deadly force reasonably necessary to respond to

02:13:03  2     the threat?  Did he act in good faith?  The

02:13:07  3     district attorney's analysis, which I'll

02:13:09  4     incorporate into my report, broke the question

02:13:11  5     down into two points:  Did the officer have an

02:13:15  6     actual subjective belief that deadly force was

02:13:18  7     necessary to prevent imminent death or great

02:13:22  8     body injury to himself or others?  And No. 2,

02:13:25  9     was the belief objectively reasonable?  I

02:13:27 10     think, as you know, the district attorney found

02:13:29 11     that it was objectively reasonable.

02:13:31 12            So the facts as we have come to

02:13:34 13     understand from the video, the statements, the

02:13:39 14     radio dispatch information, and the other

02:13:41 15     sources is basically Officer Mensah approaches

02:13:43 16     the vehicle shortly after 3:00 a.m., sees a

02:13:47 17     firearm within reach on the front passenger

02:13:51 18     seat of the vehicle.  According to Officer

02:13:53 19     Mensah -- and, again, we don't have recordings

02:13:56 20     of these -- he made the following commands:

02:13:59 21     "Hands up.  I see the gun.  Don't reach for it.

02:14:02 22     Stop reaching for the weapon."  So I want to

02:14:05 23     stop there and focus on the infrared version

02:14:08 24     that we just watched.  It appears to show,

02:14:12 25     assuming that Officer Mensah accurately relates

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 53 of 127   Document 24-4

02:14:15  1    his commands, that Mr. Anderson continued to

02:14:19  2    move his hands and immediately before the

02:14:23  3    shooting moved his hands and body towards the

02:14:26  4    firearm.  Can you give us your analysis of what

02:14:31  5    happened in that stage of the video, the

02:14:34  6    approach to the vehicle, and, in particular,

02:14:36  7    referencing the use of deadly force under

02:14:39  8    Policy 13-01?

02:14:41  9  A    When I watched the video, after I read Officer

02:14:45  10   Mensah's statement, you see Anderson had put --

02:14:48  11   because Mensah said he told him to put his

02:14:50  12   hands up; you see his hands up.  And then it

02:14:52  13   seemed like on two different occasions, his

02:14:55  14   hands started dropping, and he said put them

02:14:57  15   back up, and then he put them back up, and then

02:14:57  16   in the, I think it was the third time, all of

02:15:02  17   sudden you see him go down, and that's when

02:15:04  18   Mensah said he reached for the weapon.

02:15:06  19  Q    So is the use of deadly force appropriate if an

02:15:10  20   officer believes that a suspect is reaching

02:15:12  21   towards a weapon within reach?

02:15:14  22  A    Yes.  If he feels that his life is going to be

02:15:18  23   in danger or he feels that, you know, great

02:15:25  24   bodily harm will come to him or somebody else,

02:15:28  25   yes.

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 53 of 127   Document 24-4

02:15:28  1   Q   Okay.  Well, let's start with -- I guess my
02:15:30  2       first question is, did Officer Mensah
02:15:33  3       reasonably perceive -- we know he felt that way
02:15:36  4       because he ultimately shoots -- but was it
02:15:39  5       reasonable for him under these circumstances to
02:15:41  6       perceive a threat of great bodily harm, in your
02:15:46  7       view?
02:15:47  8   A   He said he saw the gun within reach of the
02:15:49  9       driver, so he said he even radioed in, "He has
02:15:52  10      a gun.  Step it up."
02:15:54  11  Q   And does a gun within reach create a reasonable
02:16:02  12      threat of imminent great bodily harm or death
02:16:05  13      to himself, the suspect has the gun within
02:16:08  14      reach?
02:16:10  15  A   As long as -- if the gun is within reach, it's
02:16:13  16      not a shoot situation as long as the guy has
02:16:18  17      his hand up.  As long as he put his hand up
02:16:21  18      there, there is not a great bodily harm threat
02:16:23  19      here, I'm not going to shoot.  If he starts
02:16:26  20      putting his hand down, and Mensah says, "Put
02:16:29  21      your hand back up," which he does, and then
02:16:32  22      when he starts going down again, and he makes
02:16:33  23      that movement for the gun, it appears, that
02:16:35  24      changed the situation.
02:16:36  25  Q   Were the verbal commands necessary before

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 53 of 127   Document 24-4
414-224-9533

02:16:42  1          Officer Mensah used deadly force?

02:16:48  2      A   Were they necessary?

02:16:51  3      Q   Under these circumstances, given what you've

02:16:57  4          known about watching the video.

02:16:58  5      A   Yeah, I think had Anderson followed the

02:17:05  6          commands and not reached for the weapon, he

02:17:06  7          would not have got shot.

02:17:07  8      Q   If Mr. Anderson was reaching for the weapon, is

02:17:13  9          it reasonably appropriate for an officer to

02:17:15  10         respond by shooting him?

02:17:16  11     A   It would be different if it was a knife, no,

02:17:20  12         but since it was a gun, and Mensah had seen the

02:17:22  13         gun, yes.

02:17:27  14     Q   The complainant contends that Officer Mensah's

02:17:31  15         version is not credible because he sets forth a

02:17:34  16         verbal exchange with Mr. Anderson that's not

02:17:36  17         captured by the video and the audio.  For

02:17:39  18         example, the complainant argues that no verbal

02:17:41  19         warning was given even though Officer Mensah

02:17:45  20         states that he gave such warning; likewise,

02:17:48  21         Officer Mensah stated that Anderson denied

02:17:50  22         having identification on him when, in fact, he

02:17:52  23         did have identification in his pocket.  It

02:17:56  24         creates a dilemma.  Obviously, we only know

02:17:59  25         orally what Officer Mensah relates to us about

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 55 of 127   Document 24-4

02:18:02  1      what was said because it wasn't on video.  Is

02:18:07  2      there anything on the video that struck you as

02:18:09  3      inconsistent with what Officer Mensah

02:18:12  4      contended?

02:18:14  5  A   No.  What would be inconsistent if, you know --

02:18:19  6      what he says what Anderson did.  Anderson

02:18:24  7      wouldn't have had his hand up if Mensah hadn't

02:18:26  8      given him the command.  Anderson drops his hand

02:18:32  9      down, and Mensah says, put your hand back up,

02:18:34  10     so it seems consistent that he was getting the

02:18:37  11     commands from the police officer.

02:18:39  12  Q  Did the officer, whether in this specific

02:18:43  13     instance or any other with similar facts where

02:18:43  14     a gun is in reach, does an officer have to wait

02:18:46  15     until the firearm is in the suspect's hand

02:18:50  16     before firing?

02:18:51  17  A  Wait until it's in his hand?  If the officer

02:18:56  18     feels that he is going to be shot, no, he does

02:18:58  19     not have to wait.

02:19:00  20  Q  Is that just something that comes from the

02:19:03  21     training of the officers, or is that implied in

02:19:06  22     the policy; is it explicit in the policy?  I

02:19:09  23     mean, the policy uses the word of you are at

02:19:12  24     risk of great bodily harm or substantial risk.

02:19:16  25     I guess my question to you is, how much risk

02:19:19  1      was there for Officer Mensah from a reasonable

02:19:22  2      objective standpoint of a gun, you know, within

02:19:26  3      hand's reach from the driver's side or the

02:19:30  4      passenger side?

02:19:30  5   A  Well, I think it was on the console right close

02:19:33  6      to where the driver could reach it.  So

02:19:42  7      Anderson could have reached for the weapon and

02:19:43  8      pulled it up really fast and the officer

02:19:45  9      wouldn't have a chance to defend himself; so,

02:19:47 10      yes, the answer is he was justified, in my

02:19:55 11      opinion.

02:19:55 12           MR. NEUREUTHER:  Is there anything in

02:19:58 13      the training or the policies that clearly

02:20:00 14      indicate that the suspect does not have to have

02:20:02 15      the weapon in his hand, and you, the police

02:20:06 16      officer, will feel threatened?  And the only

02:20:12 17      reason I ask is because I'm not sure too.

02:20:16 18           THE WITNESS:  I think you go a lot by

02:20:18 19      what the officer's perception on the scene is

02:20:21 20      and what the suspect's actions are.  I don't

02:20:28 21      know like in Anderson's case how fast he could

02:20:30 22      reach for that weapon and shoot it.  For police

02:20:32 23      officers, we are all trained.  We can do it

02:20:34 24      really fast if you have to, get a gun in your

02:20:37 25      hand; we can all do that, so it can happen in

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 57 of 127   Document 24-4

| | | |
|---|---|---|
| 02:20:41 | 1 | a -- less than two seconds, I imagine, you |
| 02:20:43 | 2 | could have that gun and you start shooting at |
| 02:20:46 | 3 | Mensah, so I think it's how you perceive -- if |
| 02:20:52 | 4 | you perceive that you are -- if you perceive |
| 02:20:58 | 5 | that you are in danger of great bodily harm or |
| 02:21:00 | 6 | death from that, then you are justified. |
| 02:21:04 | 7 | MR. NEUREUTHER:  Okay. |
| 02:21:04 | 8 | BY MR. BISKUPIC: |
| 02:21:05 | 9 | Q   Can it be justified but still be aggressive? |
| 02:21:08 | 10 | A   I'm not sure I understand. |
| 02:21:10 | 11 | Q   Sure.  I mean, officers have broad |
| 02:21:12 | 12 | discretion -- |
| 02:21:13 | 13 | A   Yes. |
| 02:21:13 | 14 | Q   -- certainly on deadly force, and there may be |
| 02:21:17 | 15 | circumstances, identical circumstances where |
| 02:21:20 | 16 | one officer may choose to fire, and an |
| 02:21:23 | 17 | officer -- a second officer may not choose to |
| 02:21:25 | 18 | fire.  The officer who doesn't choose to fire |
| 02:21:30 | 19 | may perceive things slightly differently, both |
| 02:21:33 | 20 | may be legal, justified under the policy.  I |
| 02:21:35 | 21 | guess in terms of getting back to the question |
| 02:21:37 | 22 | of discretion, is it unfair to characterize one |
| 02:21:46 | 23 | officer as maybe more aggressive than other |
| 02:21:49 | 24 | officers? |
| 02:21:51 | 25 | A   I'm not sure I would use the word "aggressive." |

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 59 of 127   Document 24-4

02:21:53  1          I think for your first part where another

02:21:57  2          officer might perceive something differently,

02:22:00  3          you know, if we look out the window and we see

02:22:02  4          somebody, it looks like they are breaking into

02:22:04  5          a car, sometimes a normal citizen would say,

02:22:09  6          well, it just looks like a guy is by a car.

02:22:12  7          Most cops will look at that and say, that guy's

02:22:15  8          breaking into the car.  They just look at

02:22:17  9          things differently; so -- but generally police

02:22:20  10         officers recognize that there's a threat, there

02:22:23  11         might be some little nuances here and there,

02:22:24  12         but overall they would recognize a threat.

02:22:27  13    Q    Okay.  As part of the investigation that we

02:22:29  14         conducted, we tried to recreate what

02:22:32  15         Mr. Anderson did earlier in the day, and it

02:22:34  16         appears that he got himself fairly heavily

02:22:37  17         intoxicated.  He and a friend went to a bar,

02:22:40  18         drank, I think, $50 worth of whiskey or cognac.

02:22:45  19         Obviously, we know from the medical examiner

02:22:47  20         report that he also consumed marijuana.  Family

02:22:50  21         and friends say he was a regular consumer of

02:22:53  22         marijuana and had smoked quite a bit and also

02:22:57  23         had smoked outside the bar when he was

02:22:59  24         consuming alcohol.  I think his alcohol content

02:23:03  25         was well above the legal limit even several

| | | |
|---|---|---|
| 02:23:06 | 1 | | hours later. |
| 02:23:07 | 2 | A | .11. |
| 02:23:08 | 3 | Q | Even after he was taken to the medical |
| 02:23:12 | 4 | | examiner.  So I guess from my perspective |
| 02:23:15 | 5 | | watching the video knowing those facts, and |
| 02:23:19 | 6 | | conceding that Officer Mensah did not know |
| 02:23:20 | 7 | | those facts at the time, but it certainly |
| 02:23:25 | 8 | | creates an ambiguity in my mind that |
| 02:23:28 | 9 | | Mr. Anderson may well have been falling asleep |
| 02:23:31 | 10 | | or under the influence, and those body |
| 02:23:33 | 11 | | movements that we saw may not have been clearly |
| 02:23:36 | 12 | | him reaching for the firearm.  Assuming those |
| 02:23:41 | 13 | | facts, and, again, I don't have any reason to |
| 02:23:43 | 14 | | believe that you knew those facts any more than |
| 02:23:47 | 15 | | Officer Mensah, is it fair to say that that |
| 02:23:49 | 16 | | does create some ambiguity in the situation? |
| 02:23:53 | 17 | A | Not as far as the officer looks at things. |
| 02:23:56 | 18 | Q | Why is that? |
| 02:23:56 | 19 | A | Because the officer doesn't know that Anderson |
| 02:23:59 | 20 | | is maybe under the influence of marijuana |
| 02:24:01 | 21 | | and/or liquor; he doesn't know that.  He's just |
| 02:24:04 | 22 | | seeing what the guy's actions are.  You know, |
| 02:24:06 | 23 | | if you go back to -- and I know we are not |
| 02:24:08 | 24 | | talking about the Gonzales, but Mensah was |
| 02:24:11 | 25 | | involved in that one, there he's being |

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 95 of 127   Document 24-4

| | | |
|---|---|---|
| 02:24:13 | 1 | threatened by a guy with a sword, and that |
| 02:24:17 | 2 | particular -- Gonzales, his blood alcohol was |
| 02:24:19 | 3 | .26, you know, so, the officers -- because |
| 02:24:22 | 4 | there were two officers there.  They have no |
| 02:24:24 | 5 | way of knowing that.  A guy attacks them with a |
| 02:24:27 | 6 | sword.  What are you supposed to do?  So I |
| 02:24:29 | 7 | don't think that has any impact on how the |
| 02:24:31 | 8 | officer is going to respond. |
| 02:24:32 | 9 | Q   If an officer does know that the person's |
| 02:24:35 | 10 | either .26 or, you know, under the influence of |
| 02:24:41 | 11 | marijuana or alcohol, hard liquor, should the |
| 02:24:47 | 12 | officer, if he had known that, perceived what |
| 02:24:51 | 13 | we watched on the video as perhaps more |
| 02:24:53 | 14 | ambiguous than what Officer Mensah stated? |
| 02:24:57 | 15 | A   I don't know that there is any way you could |
| 02:25:00 | 16 | know that. |
| 02:25:07 | 17 |         MR. KNIGHT:  Assuming a longer |
| 02:25:09 | 18 | observation period in which it became apparent |
| 02:25:12 | 19 | to you, if you are close enough -- |
| 02:25:14 | 20 |         MS. JACOBS:  For example, the odor of |
| 02:25:17 | 21 | marijuana emanating from the car, would that |
| 02:25:21 | 22 | have -- should that have played into his |
| 02:25:25 | 23 | calculus as to what was going on? |
| 02:25:27 | 24 |         THE WITNESS:  I don't think Mensah |
| 02:25:29 | 25 | was close enough to smell the marijuana.  It |

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 63 of 127   Document 24-4
414-224-9533

02:25:32  1          wasn't until the other guys approached and got

02:25:34  2          Anderson out, they said the car had a heavy

02:25:37  3          odor of marijuana in it.  I don't think Mensah

02:25:42  4          noticed that.  He didn't notice any marijuana.

02:25:45  5     BY MR. BISKUPIC:

02:25:45  6     Q    I think that's right.  But I guess to

02:25:48  7          Mr. Knight's point is, it could well be that

02:25:53  8          Mr. Anderson was actually falling asleep and

02:25:56  9          couldn't keep his hands up because of that, and

02:26:00  10         at some point, if an officer does know those

02:26:03  11         factors, certainly, that would be applicable;

02:26:07  12         I'm not saying it's determinative, but

02:26:09  13         applicable to the analysis under 13-01; would

02:26:16  14         you agree?

02:26:16  15    A    Possible.

02:26:19  16    Q    Another part of the complaint is that Officer

02:26:24  17         Mensah fired six times.  The complainant

02:26:27  18         contends that in all these shootings, the three

02:26:30  19         shootings, that he fired more than was

02:26:33  20         necessary.  I want to ask you about the total

02:26:37  21         number of firearms.  First of all, our

02:26:40  22         understanding is that Officer Mensah's firearm

02:26:47  23         is issued by the department; you keep one

02:26:51  24         bullet in the chamber and that you have 15 in

02:26:56  25         the attached magazine?

02:26:57  1    A    Yes.

02:26:57  2    Q    So he had 16 total shots available in the

02:27:02  3         Anderson shooting.  I guess, by my calculation,

02:27:04  4         the 6 shots take approximately two seconds, and

02:27:09  5         he only fired 6 of the 16.  Can you give us

02:27:12  6         some guidance on what officers are told as to

02:27:15  7         how much they should keep shooting and when

02:27:18  8         they should stop shooting?

02:27:21  9    A    Officers are taught to shoot until they stop

02:27:23  10        the threat.

02:27:26  11   Q    And should he have known the threat was stopped

02:27:28  12        after one shot as opposed to six, or six as

02:27:32  13        opposed to he could have shot all 16, I guess,

02:27:35  14        is one of the issues?

02:27:36  15   A    He fired six shots in two seconds.  I mean, it

02:27:39  16        goes really fast, so I think after he fired

02:27:42  17        those first six shots, then he realized the

02:27:45  18        threat -- at least that at that point, nothing

02:27:47  19        else was happening, so he didn't fire any more.

02:27:49  20   Q    Do you apply a similar analysis to -- I know we

02:27:53  21        are not going to tell with the other two

02:27:54  22        shootings in depth, but they are basically part

02:27:57  23        of the scope of what we are looking at here,

02:28:00  24        and the complaint alleges that I believe 19

02:28:03  25        shots fired total in the three incidents, but,

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 63 of 127   Document 24-4
414-224-9533

02:28:06  1    again, at least as we have analyzed the

02:28:08  2    situation, in none of the three incidents does

02:28:11  3    he unload his entire magazine?

02:28:14  4  A  No.  I don't have any problems with the way he

02:28:17  5    did it.  He was responding to his training,

02:28:21  6    and, again, when he saw that there wasn't a

02:28:23  7    threat anymore, he stopped firing.

02:28:24  8  Q  What about in the first shooting where he fires

02:28:26  9    multiple times, and Officer Newman only fires

02:28:29  10    once?

02:28:31  11  A  Officer Newman was probably -- Officer Newman,

02:28:41  12    just so you know, he is deceased now.  He was a

02:28:46  13    police officer that was -- I don't mean this to

02:28:52  14    sound disparaging to him, but he was less than

02:28:55  15    stellar as a performer.  He barely made it

02:28:58  16    through the training program just because he

02:29:00  17    wasn't that bright, but he made it through, and

02:29:05  18    I think he was just very -- not aggressive.  I

02:29:10  19    don't think he did a lot of self-initiated

02:29:13  20    work, and it wasn't until Gonzales had backed

02:29:16  21    those guys both up that -- I think he probably

02:29:19  22    thought, well, if Mensah is firing, then I

02:29:22  23    should fire one too.  I can't say for sure, but

02:29:25  24    that's how I would think that happened.

02:29:29  25         MR. BISKUPIC:  I'm going to return to

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 64 of 127   Document 24-4

02:29:31   1   the totality of the three shootings a little

02:29:34   2   later, but on this particular shooting, does

02:29:36   3   anyone have any more questions on the

02:29:41   4   justification?

02:29:41   5            MR. MUELLER:  Chief, regarding the

02:29:43   6   dialogue between Officer Mensah and Anderson,

02:29:49   7   from a future training perspective, had you --

02:29:53   8   did you have an opinion about other things he

02:29:56   9   might have said or done during that short

02:29:58  10   encounter?  Some of the things that I've heard,

02:30:07  11   instead of making the guy hold his hands up,

02:30:10  12   telling the guy to put his hands on the wheel

02:30:12  13   or something else to deescalate the situation.

02:30:16  14            THE WITNESS:  That's possible.  This

02:30:20  15   happened so quickly, you know.  Or maybe -- you

02:30:28  16   know, I'm sure that if Mensah thought this was

02:30:31  17   going to turn into a confrontation, he might

02:30:34  18   have said, let me just back off here until I

02:30:36  19   get backup here.  If he would have known the

02:30:38  20   gun was there prior to him walking up, he might

02:30:40  21   have said, "Hey, I think this guy's got a gun.

02:30:43  22   Let's just stand by here for a second."  Be

02:30:45  23   that as it may, he got up there and saw the

02:30:48  24   gun.  By then it was already -- he had already

02:30:50  25   engaged him.  So you can look at every one of

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 65 of 127   Document 24-4

02:30:55  1    these as a learning experience that it could

02:30:57  2    be -- that's how we use the debriefing and

02:31:00  3    training issues that come up, we say, could we

02:31:03  4    have handled things differently?  Maybe in the

02:31:06  5    future we could, but at that time, here's the

02:31:08  6    way it unfolded.

02:31:10  7         MR. MUELLER:  I don't second-guess

02:31:11  8    the man.

02:31:15  9         THE WITNESS:  Can I just say one

02:31:17  10   other thing?

02:31:17  11        MR. BISKUPIC:  Sure.

02:31:17  12        THE WITNESS:  So the comment on that,

02:31:19  13   I have the luxury of second-guessing these guys

02:31:21  14   all the time because I watch these videos

02:31:25  15   backwards and forwards, frame by frame, slow

02:31:27  16   motion.  I take as much time as I want.  He has

02:31:31  17   two seconds to make up his mind, you know, so I

02:31:34  18   always look at those things, you know, were

02:31:37  19   they acting in good faith?  Was the cop trying

02:31:40  20   to do the right thing?  If the answer is yes,

02:31:42  21   then I kind of take that into account.  And I

02:31:44  22   always say, in my own mind, I may have handled

02:31:47  23   something different, but I wasn't there, so,

02:31:50  24   with what he had been faced with and what he

02:31:52  25   was dealing with, did he try to do it the right

02:31:54  1    way?  If the answer is yes, then I look at it
02:31:58  2    from that standpoint too.
02:32:00  3         MR. MUELLER:  Okay.
02:32:02  4         MR. NEUREUTHER:  Chief, we were
02:32:03  5    talking before a little bit about rendering
02:32:06  6    aid, and I know that the question here is
02:32:09  7    should Officer Mensah have rendered aid.  My
02:32:12  8    question to you would be, if an officer's
02:32:15  9    alone; he does a shoot, would it be prudent for
02:32:20  10   him to go to that car whether he's not sure if
02:32:26  11   he's alive or if he's incapacitated, the
02:32:31  12   question is, would it be prudent for him to go
02:32:34  13   alone or wait until two other officers come?
02:32:37  14        THE WITNESS:  I would think waiting
02:32:39  15   is the prudent thing to do because you don't
02:32:41  16   know if maybe -- maybe the other -- the guy in
02:32:44  17   the car, maybe his buddy was out of the car
02:32:47  18   doing something else outside.  He doesn't know
02:32:49  19   if there was another assailant, potentially,
02:32:52  20   and after he had just been involved in this
02:32:55  21   confrontation, I'm sure he was shaking,
02:32:58  22   thinking what do I have to do next?  Let me
02:33:01  23   just get my backups here.  So I think what he
02:33:03  24   did was okay.
02:33:04  25   BY MR. BISKUPIC:

| | | |
|---|---|---|
| 02:33:04 | 1 | Q A couple other follow-up questions on the |
| 02:33:06 | 2 | shooting.  First of all, your department tells |
| 02:33:08 | 3 | me that you can confirm that he received the |
| 02:33:12 | 4 | appropriate -- or you received confirmation |
| 02:33:14 | 5 | that he received, that is Officer Mensah |
| 02:33:17 | 6 | received appropriate psychological training |
| 02:33:20 | 7 | that's required for a post-shooting incident? |
| 02:33:22 | 8 | A I don't know about training, but evaluation. |
| 02:33:25 | 9 | Q Okay. |
| 02:33:26 | 10 | A I send somebody for counseling afterwards. |
| 02:33:29 | 11 | Q Okay.  And I'm sorry.  I did misspeak, what I |
| 02:33:32 | 12 | meant was that the mandatory counseling did |
| 02:33:34 | 13 | take place? |
| 02:33:35 | 14 | A Yes. |
| 02:33:35 | 15 | Q The next up, for this particular shooting, you |
| 02:33:39 | 16 | have -- you now have something called a |
| 02:33:41 | 17 | critical incident report, right, the form that |
| 02:33:45 | 18 | officers fill out; you are familiar with that |
| 02:33:47 | 19 | form? |
| 02:33:48 | 20 | A Yeah. |
| 02:33:49 | 21 | Q Okay.  I'm not sure if there was such a form in |
| 02:33:52 | 22 | 2016.  The use of force policy that says that |
| 02:33:55 | 23 | there will be some kind of supervisory |
| 02:33:57 | 24 | statement given and the officer will be |
| 02:34:00 | 25 | interviewed.  One of the complaint issues is |

02:34:03   1      that the form was not filled out in the

02:34:06   2      Anderson shooting.  I believe I talked to

02:34:16   3      Lieutenant Vetter -- I'm sorry, Captain Vetter

02:34:16   4      and Lieutenant Roy, and they believe that the

02:34:18   5      form was not in existence at that time; do you

02:34:21   6      know offhand?

02:34:22   7   A  I don't believe it was either.

02:34:24   8   Q  Okay.  Is there anything about the lack of that

02:34:29   9      form -- let me just ask this:  Obviously, there

02:34:31  10      was a detailed investigation conducted, and

02:34:36  11      your department did its own administrative

02:34:39  12      review.  It seems to me that the information

02:34:40  13      that would be on the form was relayed, and you

02:34:44  14      now -- do you know why a specific form was not

02:34:48  15      utilized other than it didn't exist in 2016?

02:34:52  16   A  I think -- unfortunately, we have had many more

02:34:57  17      incidents since 2016 because we are part of an

02:35:00  18      area-wide investigative team because

02:35:03  19      departments can't investigate their own, so we

02:35:06  20      are part of a -- we call it the MAIT team.  It

02:35:12  21      stands for Milwaukee Area Investigative Teams,

02:35:14  22      so if Milwaukee is involved in a shooting, they

02:35:17  23      can't handle their own, so we will do it.  So

02:35:19  24      part of the group is Wauwatosa, West Allis,

02:35:23  25      Greenfield, Oak Creek, and Waukesha, and then

02:35:28  1    Milwaukee, so we are always on a rotation, and

02:35:30  2    it's like, okay, we are free this month.  Like

02:35:33  3    the month of September, I think Greenfield is

02:35:34  4    up, and then West Allis is after that, so

02:35:38  5    hopefully for the month of September, we don't

02:35:40  6    have to get involved in any of the things, but

02:35:42  7    we all rotate them around, and, unfortunately,

02:35:45  8    there has been enough in the area that we have

02:35:47  9    all gotten really good at it, and so I think

02:35:49  10   that critical incident review report is

02:35:54  11   probably something we now have to utilize.

02:35:59  12        MR. NEUREUTHER:  Is that authorized

02:36:01  13   by all the departments involved?

02:36:02  14        THE WITNESS:  I think so.

02:36:03  15        MS. JACOBS:  Other than the Cole and

02:36:06  16   Anderson shootings, are you aware if Officer

02:36:11  17   Mensah has been involved in other incidents,

02:36:16  18   traffic stops, confrontations, you know, run

02:36:19  19   the gamut, whereby he had to disarm a person or

02:36:24  20   where there were weapons involved in those?

02:36:27  21        THE WITNESS:  Not offhand, not

02:36:28  22   without checking back, you know, with any

02:36:30  23   particular things that stand out in the file.

02:36:34  24   I've gotten a bunch of commendation letters

02:36:37  25   from people about him or complimentary letters

02:36:39  1    too because he talks well to people.  He's a

02:36:41  2    pretty articulate guy.

02:36:44  3         MS. JACOBS:  But in terms of dealing

02:36:46  4    with suspects or just, you know, someone in the

02:36:49  5    community who has a firearm.

02:36:51  6         THE WITNESS:  Offhand, I don't know

02:36:54  7         MS. JACOBS:  You can't recall any?

02:36:56  8         THE WITNESS:  No, not without having

02:36:57  9    it in front of me and seeing, but -- I'm not

02:36:59  10   saying that they don't exist; I'm just not

02:37:01  11   aware of any.

02:37:02  12        MS. JACOBS:  Okay.

02:37:11  13        MR. BISKUPIC:  By the way, just for

02:37:12  14   the record, it's Policy 17-11 which requires an

02:37:15  15   officer to have psychological counseling after

02:37:20  16   a shoot.  And I'm going to come back to Policy

02:37:23  17   17-11 in a minute.  Let's take a break.

02:37:33  18        (Recess taken.)

          19   BY MR. BISKUPIC:

02:48:44  20  Q  I would like to move on to the next area that I

02:48:51  21   want to deal with, and that is I want to return

02:48:53  22   to the radio interview and talk about some of

02:48:56  23   the statements that Officer Mensah made during

02:48:59  24   the radio interview.

02:49:02  25        Chief, have you reviewed the substance

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 72 of 127   Document 24-4

02:49:04  1        of what Officer Mensah stated during his July

02:49:07  2        28, 2020, radio interview?

02:49:10  3  A     No.  I listened to the radio interview.  I

02:49:13  4        never saw the transcript of anything what he

02:49:15  5        said.

02:49:15  6  Q     Okay.  I want to start by focusing on comments

02:49:20  7        he had about the police and fire commission.

02:49:23  8        First of all, in the rules in front of you,

02:49:25  9        Rule 31 states that officers shall obey all

02:49:30 10        lawful orders; that's 31.  33 states that a

02:49:34 11        police officer shall not act in a manner that

02:49:36 12        exhibits disrespect for supervisor.  And Rule

02:49:40 13        83 states that an officer who feels aggrieved

02:49:42 14        by an order of a supervisor "shall communicate

02:49:45 15        same in writing through the appropriate chain

02:49:48 16        of command."  The fire and police commission

02:49:53 17        directed you to suspend Officer Mensah with pay

02:49:56 18        during the pendency of the claim against him

02:49:58 19        that happened on July 15, 2020.  First of all,

02:50:02 20        would you agree that the police and fire

02:50:04 21        commission is the lawful superior for all

02:50:07 22        police officers including yourself?

02:50:10 23  A     No.

02:50:11 24  Q     Why?

02:50:12 25  A     The police and fire commission is responsible

02:50:15  1    for hiring and firing police officers,

02:50:20  2    promotions and things like that, but superiors

02:50:24  3    actually report to the mayor and the city

02:50:27  4    administrator.

02:50:33  5  Q    I want to read you a couple of quotes that

02:50:36  6    Officer Mensah had during the radio interview

02:50:37  7    about the police and fire commission.  The

02:50:39  8    first one is, "Not to throw race out there, but

02:50:44  9    it is just kind of weird that out of all these

02:50:46  10   critical incidents that we have, here's a black

02:50:49  11   police officer.  I'm the only one who has got

02:50:53  12   suspended for a critical incident involving a

02:50:56  13   suspect that's armed.  It's confusing, and I

02:51:00  14   don't understand why."  He then says, "Why does

02:51:06  15   the fire and police commission have an issue

02:51:08  16   with it now?  The incident was in 2016, they

02:51:12  17   have an issue with it now.  They knew all this

02:51:14  18   after 2016 and didn't have an issue with it in

02:51:17  19   2017, didn't have a issue with it in 2018,

02:51:21  20   didn't have a issue with it in 2019; now, in

02:51:24  21   2020, I'm suspended for no reason, but just

02:51:27  22   suspended."  First of all, I haven't found any

02:51:32  23   evidence that the suspension of Officer Mensah

02:51:34  24   was racially motivated by the police and fire

02:51:37  25   commission.  Do you have any information that

02:51:39  1        would indicate that they were motivated by race

02:51:40  2        in terms of directing you to suspend him?

02:51:43  3    A   No.

02:51:43  4    Q   Second, if Officer Mensah had made these

02:51:48  5        comments about you, would you have considered

02:51:51  6        them insubordination?

02:51:57  7    A   He wouldn't have made the comments about me

02:51:58  8        because I would have told him exactly what's

02:52:00  9        going on.

02:52:01  10   Q   And do you believe his statements were based on

02:52:03  11       him not knowing exactly what was going on?

02:52:06  12   A   Well, you know, he's right when he says that

02:52:12  13       there was no complaints made against him in

02:52:14  14       '16, '17, '18, or '19 on this very incident.

02:52:18  15       It wasn't until Kimberley Motley decided to

02:52:21  16       bring this forward that all of a sudden, we

02:52:24  17       have this investigation.

02:52:27  18   Q   I want to focus, though, on his comments which

02:52:30  19       I perceive as disparaging the police and fire

02:52:33  20       commission.  Do you believe that they run afoul

02:52:36  21       of the intent of Rules 31, 33, and 83?

02:52:40  22   A   His comments?

02:52:47  23   Q   Yes.

02:52:51  24   A   Of 31, insubordination, no, because if he was

02:52:55  25       insubordinate, he would be insubordinate to

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 58 of 127   Document 24-4

|  |  |  |
|---|---|---|
| 02:52:56 | 1 | somebody in our department, not the police and |
| 02:52:58 | 2 | fire commission. 33, disrespect for his |
| 02:53:01 | 3 | supervisor. They are not his supervisor. And |
| 02:53:04 | 4 | 83 is -- was it 83? |
| 02:53:08 | 5 | Q    Yeah. |
| 02:53:09 | 6 | A    Communication with the chief of police. |
| 02:53:13 | 7 | Q    Yeah, I read 83 to say, if you've got a problem |
| 02:53:16 | 8 | with an order, you are supposed to direct it to |
| 02:53:19 | 9 | you. |
| 02:53:21 | 10 | A    It says orders of supervisor, so, again, I |
| 02:53:34 | 11 | don't think the police and fire commission is |
| 02:53:36 | 12 | his supervisor, so I don't think that rule |
| 02:53:38 | 13 | would apply. |
| 02:53:39 | 14 | Q    Do you find it that his comments were otherwise |
| 02:53:43 | 15 | appropriate for a Wauwatosa police officer? |
| 02:53:48 | 16 | Did it disparage the police and fire |
| 02:53:50 | 17 | commission? |
| 02:53:50 | 18 | A    When you say disparage, do you mean the |
| 02:53:53 | 19 | comments that you already read off? |
| 02:53:55 | 20 | Q    Correct, that they suspended him for no reason, |
| 02:53:59 | 21 | and they may have done so because he's the only |
| 02:54:02 | 22 | black officer to get suspended for a critical |
| 02:54:04 | 23 | incident? |
| 02:54:04 | 24 | A    You know, he is a black police officer, and so |
| 02:54:08 | 25 | he's going to be able to have his perceptions |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 75 of 127   Document 24-4

02:54:10  1    and say what's on his mind as far as that goes,

02:54:13  2    whether or not that's true, but that's what he

02:54:17  3    believes, or he just points that out because he

02:54:19  4    is the only black police officer that has

02:54:21  5    gotten suspended.  I believe it's also true

02:54:26  6    they never told him the reason they were

02:54:30  7    suspending him.  I think his attorneys already

02:54:35  8    appealed to the circuit court because they have

02:54:36  9    never -- they never gave him a rule or reason

02:54:41  10   that he's been suspended.

02:54:45  11            MR. BISKUPIC:  Anything on that

02:54:46  12   particular issue about the police and fire

02:54:48  13   commission?

02:54:49  14   BY MR. BISKUPIC:

02:54:50  15   Q    Next I want to go through some of the

02:54:54  16   statements that he made in the interview about

02:54:58  17   his operation of the squad video, and, in

02:55:04  18   particular, his statement regarding the

02:55:08  19   activation of the squad video during the

02:55:12  20   Anderson shooting.  "The family claims I

02:55:15  21   violated a policy by not turning on my body

02:55:18  22   cam.  I'm not going to get into it, but that's

02:55:22  23   not a policy violation.  There is reasons and

02:55:25  24   circumstances when that gets turned on.  It's

02:55:30  25   turned on because I turn it on.  You can't

02:55:33  1    accidently bump the camera.  You can't

02:55:35  2    accidently push the button in a leather case.

02:55:38  3    You have to physically turn the button on.  I

02:55:40  4    turned it on.  I turned it on because I knew

02:55:42  5    people would want to believe me, but I

02:55:45  6    wanted -- I needed them to believe me, but I

02:55:48  7    wanted them -- I needed them to -- I needed to

02:55:51  8    have the evidence to support what I saw, so I

02:55:54  9    turned that on fully knowing that once I hit

02:55:57  10   the button, it would go back in time.  It would

02:56:00  11   go back, you know, 20, 30 seconds, and it would

02:56:02  12   capture that.  I did that."

02:56:06  13          I want to compare what he said there to

02:56:08  14   what he said -- and I brought it up previously,

02:56:13  15   when he said to a fellow officer arriving on

02:56:16  16   the scene immediately after the shooting, "I

02:56:18  17   tried to hit the button a couple of times.  I

02:56:21  18   tried to hit record, kept rehitting record over

02:56:24  19   and over, but it didn't -- it wouldn't turn

02:56:27  20   on."  So the first question I have for you, it

02:56:30  21   just seems to be inconsistent for him to state

02:56:34  22   that he turned it on because he knew he had to

02:56:36  23   turn it on, and then another instance he said

02:56:38  24   he tried to turn it on but it wasn't working

02:56:40  25   properly.  Have you done any comparison of what

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 75 of 127   Document 24-4

02:56:42  1          he said on these particular statements?

02:56:44  2     A    No, because when he said he tried to turn it on

02:56:47  3          but it wouldn't turn on, again, he may have

02:56:49  4          been hitting at that button, and it probably

02:56:51  5          turned on, and he didn't realize it was turned

02:56:54  6          on, so when he was talking to the radio

02:56:57  7          station, he said -- what he said was that he

02:56:59  8          turned it on because he decided to turn it on,

02:57:02  9          so that was not really inconsistent because

02:57:02  10         he's the one that decided to turn it on.

02:57:05  11    Q    What about when he told Detective O'Day from

02:57:08  12         the Milwaukee Police Department during his

02:57:10  13         immediate -- excuse me, during the interview

02:57:12  14         approximately a day later after the shooting,

02:57:16  15         Officer O'Day recounted, quote, "PO Mensah

02:57:18  16         stated immediately after discharging his

02:57:20  17         weapon, he pressed the button on his squad mic

02:57:23  18         that activated the camera.  He explained the

02:57:25  19         video goes back 20 seconds without audio."

02:57:28  20         Should he have told Detective O'Day that he

02:57:30  21         tried to hit the button a couple times and it

02:57:32  22         didn't work?

02:57:33  23    A    I don't know.  I don't know.  He said he turned

02:57:39  24         the -- he pushed the button.  He tried to turn

02:57:41  25         it on.  He said the same thing, you know -- I

02:57:45  1      think he was pretty consistent that he

02:57:46  2      physically tried to turn that thing on and then

02:57:48  3      ultimately it did turn on.

02:57:52  4   Q  Did he know that it had turned on?

02:57:56  5   A  At the time, he might not have known that

02:57:59  6      because he said he was -- he had to physically

02:58:00  7      do it, and he was having trouble with it, so

02:58:03  8      when he was hitting at the button a couple of

02:58:06  9      times, it probably went on, and he didn't

02:58:09  10     realize it, because when you hit it a couple of

02:58:13  11     times -- I think once it's on, it's on.

02:58:13  12  Q  You didn't construe that trying to turn it on

02:58:16  13     to be him explaining what happened when he

02:58:17  14     first arrived on the scene?

02:58:23  15  A  No, because he didn't turn it on until after

02:58:25  16     the shooting.

02:58:26  17  Q  No, but to us it seems like he is stating that

02:58:29  18     he tried to turn it on before the shooting and

02:58:32  19     it didn't work.  He says, quote, "I tried to

02:58:35  20     hit the button a couple of times.  I tried to

02:58:37  21     hit record, kept hitting record over and over,

02:58:40  22     but it wouldn't turn on."

02:58:41  23  A  I looked at --

02:58:44  24          MR. KNIGHT:  What's the sequence?

02:58:52  25     Referring to the recording preshooting?

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 80 of 127   Document 24-4

02:58:54  1          MR. BISKUPIC:  The context is he's

02:58:55  2      asked about whether he recorded the incident.

02:59:01  3          THE WITNESS:  I don't believe he went

02:59:02  4      to turn on the camera -- or the recording

02:59:05  5      device until after he fired the shots.

6  BY MR. BISKUPIC:

02:59:15  7  Q   We went back and we interviewed Detective

02:59:18  8      O'Day, or these gentlemen did, a couple of them

02:59:20  9      did, and Detective O'Day stated pretty clearly

02:59:22  10     to us that he never -- Officer Mensah never

02:59:26  11     related to him unsuccessful attempts to engage

02:59:29  12     the video camera.  We are just trying to

02:59:31  13     square, did he try to do it and it didn't work,

02:59:34  14     did he try to do it and it really did work, or

02:59:36  15     did he try it once and it didn't work, and he

02:59:39  16     tried it later and it didn't work?

17  A   I didn't ask him.

02:59:58  18  Q   Okay.  Next in the interview, also speaking

03:00:02  19     specifically about the Anderson shooting, he

03:00:08  20     states, "I'm an anomaly in this whole

03:00:13  21     situation, even though they continue, continue

03:00:15  22     to disregard the fact that the common

03:00:16  23     denominator in every single one of these

03:00:19  24     incidents is that the suspect was armed, either

03:00:23  25     they displayed a weapon, went for a weapon,

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 83 of 127   Document 24-4

03:00:26   1    fired that weapon, in every single one of them,

03:00:30   2    and out of all of these -- the entire -- their

03:00:34   3    defense in all these incidents is that I am the

03:00:37   4    problem in every single one of them.  It

03:00:40   5    completely takes out the fact that you have

03:00:41   6    people who are committing crimes, where I'm

03:00:44   7    going to calls where people have committed

03:00:46   8    crimes."  I want to focus particularly on that

03:00:51   9    last sentence where he says it completely takes

03:00:53  10    out the fact that you have people who are

03:00:54  11    committing crimes, where I'm going to calls

03:00:56  12    where people who have committed crimes -- where

03:00:59  13    people have committed crimes, correction.

03:01:03  14    Obviously, being in a park after dark is not a

03:01:07  15    crime; it's a forfeiture of between 20 and

03:01:12  16    $200, and also by his own statement, he wasn't

03:01:15  17    responding to a call.  He went there on normal

03:01:18  18    patrol.  It may not be the most major of

03:01:22  19    differences, but he certainly was suggesting

03:01:25  20    publicly that Mr. Anderson was engaged in a

03:01:28  21    crime that prompted Officer Mensah to the

03:01:30  22    scene.  I just wanted to address -- give you an

03:01:34  23    opportunity to address another statement of

03:01:36  24    that interview that troubles us because he is

03:01:38  25    stating that he was responding to a call about

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 81 of 127   Document 24-4

| | | |
|---|---|---|
| 03:01:40 | 1 | a crime and that was not the case with |
| 03:01:43 | 2 | Mr. Anderson? |
| 03:01:46 | 3 | A    Okay.  So what's the question? |
| 03:01:48 | 4 | Q    Is he not being forthright? |
| 03:01:54 | 5 | A    No, I don't think so. |
| 03:01:56 | 6 | Q    Why? |
| 03:01:56 | 7 | A    You can say that Anderson was in the park after |
| 03:02:03 | 8 | it had closed or whatever.  An ordinance |
| 03:02:06 | 9 | violation?  Sure.  But then when he goes there |
| 03:02:08 | 10 | and he does some investigation, he sees |
| 03:02:10 | 11 | Anderson was a gun.  In the Gonzales case, we |
| 03:02:14 | 12 | were there, and when we were called to that |
| 03:02:16 | 13 | scene, Gonzales was threatening his partner |
| 03:02:20 | 14 | with a -- trying to cut him with arrowheads. |
| 03:02:23 | 15 | At the mall, Alvin Cole had threatened another |
| 03:02:28 | 16 | customer at the mall with a gun, with a stolen |
| 03:02:31 | 17 | gun, so, I mean, you can split the hairs if you |
| 03:02:35 | 18 | want, but in each case, he faced three armed |
| 03:02:38 | 19 | people. |
| 03:02:41 | 20 | Q    I want to show you a memorandum that was |
| 03:02:45 | 21 | forwarded to us by your department.  It's |
| 03:02:51 | 22 | represented as the summary of critical |
| 03:02:54 | 23 | incidents that we requested be provided and |
| 03:02:59 | 24 | it's addressed to you, but it was forwarded to |
| 03:03:03 | 25 | us, from January of 2010 to August 24th of |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 83 of 127   Document 24-4

03:03:08   1          2020.  First of all, can you give me your
03:03:12   2          definition of what a critical incident is?
03:03:17   3    A     A critical incident is something -- here when
03:03:21   4          we have -- something that would arise to a
03:03:24   5          serious felony or deadly force or somebody
03:03:26   6          getting seriously hurt or the potential for
03:03:30   7          somebody to get seriously hurt or injured, that
03:03:32   8          would be critical.
03:03:33   9    Q     On these particular incidents, the first one
03:03:38  10          from June of 2015, "suspect fled, fired shots
03:03:44  11          at the officer, not fatally -- nonfatally
03:03:46  12          striking one of the detectives.  Officers
03:03:48  13          returned fire but did not hit the suspects."
03:03:52  14          Can you take a look -- maybe you want to look
03:03:54  15          through.  This is only two pages, but I'm
03:03:56  16          curious as to whether or not the officers that
03:03:58  17          returned fire but did not hit the suspect had
03:04:01  18          been involved in any of the other incidents
03:04:04  19          that are listed on these two pages.  Do you
03:04:07  20          want to take a second to go through?
03:04:08  21    A     Sure.  (Captain Weber reviewing document.)
03:04:40  22          Okay.
03:04:40  23    Q     Can you recall whether any of the officers who
03:04:42  24          were involved in the June 2015 incident were
03:04:44  25          also involved in any of the other shootings?

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 83 of 127   Document 24-4

03:04:47  1    A    I don't believe they were.  The June 15th -- or

03:04:49  2         June 19th one in 2015 was a day shift incident,

03:04:52  3         and those are day shift officers that were

03:04:56  4         involved, but the other ones were evening.

03:04:58  5    Q    And if we go to the January 11, 2016, we have

03:05:06  6         two police officers who arrived on the scene,

03:05:10  7         shot the suspect, the suspect survived his

03:05:12  8         injuries.  Were those two officers involved in

03:05:14  9         any of the other shootings on this list?

03:05:17  10   A    I don't think so.  One officer I know, and the

03:05:23  11        other one I'm trying to catch the name who was

03:05:25  12        involved in it, but I don't think they were.

03:05:27  13   Q    And then finally the January 9, 2018, incident

03:05:31  14        where it says, "Two officers returned fire

03:05:33  15        striking the suspect in the lower body."

03:05:37  16        Again, do you recall whether those officers had

03:05:38  17        ever been involved in a prior shooting that's

03:05:41  18        on this list?

03:05:46  19   A    Yes.

03:05:47  20   Q    Both officers?  One?

03:05:49  21   A    One of the officers in the January 9, 2018, is

03:05:54  22        no longer with the department, and the other

03:05:57  23        officer, he was involved in the Alvin Cole case

03:06:02  24        on February 2nd of 2020 this year.  He did not

03:06:05  25        fire his weapon, but he was there.

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 84 of 127   Document 24-4

03:06:07  1    Q    Okay.  But he was not involved in the June 2015
03:06:10  2         or January 2016 incident, to your knowledge?
03:06:18  3    A    Not in the 2015.  2016, I don't think so.
03:06:21  4    Q    Again, returning to the radio interview, one of
          5         the things that Officer Mensah stated in the
03:06:31  6         interview, particularly about these "critical
03:06:33  7         incidents," he states as follows:  "It's crazy
03:06:36  8         because if you were to look at my department
03:06:38  9         and other departments as well, there are
03:06:40  10        several officers that have fired way more.  I'm
03:06:44  11        not trying to deflect onto them, but the issue
03:06:47  12        is even with my own department.  We have over a
03:06:50  13        half dozen officers within these past five
03:06:53  14        years that have gotten in several critical
03:06:56  15        incidents of shootings."  Chief, as far as we
03:07:02  16        can tell, there weren't more than a half dozen
03:07:05  17        officers who in the last five years have fired
03:07:07  18        their weapons or been involved in "several
03:07:09  19        separate incidents in which weapons were
03:07:12  20        fired"; does that sound correct to you also?
03:07:16  21   A    I'm not sure.  Could you read that part again
03:07:21  22        what he said?
03:07:22  23   Q    Sure.  He says "We have over a half dozen
03:07:25  24        officers within the past five years that have
03:07:29  25        gotten in 'several critical incidents of

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 85 of 127   Document 24-4

03:07:32  1    shootings,'" so as I read his statement, he's,

03:07:36  2    No. 1, defining beyond himself over a half

03:07:40  3    dozen officers, seven or more, within the past

03:07:43  4    five years, who have gotten in several critical

03:07:46  5    incidents of shootings.  And based on your

03:07:49  6    list, I'm just not seeing it.

03:07:51  7  A  He's probably correct with the half dozen

03:07:54  8    officers, but they are not in multiple

03:07:57  9    incidents, if that's the way you are seeing it.

03:08:02  10   At one point I had almost ten percent of the

03:08:04  11   department that had been involved in a shooting

03:08:06  12   until a few guys retired, so in the last few

03:08:10  13   years we have been involved in a number of

03:08:11  14   shootings.  The ones that you cite on 2015, the

03:08:14  15   January -- the June of 2015, I think at least

03:08:21  16   two officers fired their weapons in that one,

03:08:24  17   and in the Gonzales incident, in addition to

03:08:27  18   Mensah, another officer fired.  The January 16,

03:08:32  19   2016, one, there was two officers that fired

03:08:35  20   weapons; that's five.  And then the January of

03:08:42  21   2018, two officers fired their weapons, so

03:08:47  22   that's seven.

03:08:47  23  Q  Sure, but the question is, are there officers

03:08:52  24   who have fired their weapons in these

03:08:54  25   incidents, an individual officer who has been

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 86 of 127   Document 24-4

03:08:57  1      involved in more than one shooting besides

03:09:00  2      Officer Mensah?

03:09:01  3   A  Other than the one I just stated where the guy

03:09:05  4      didn't fire his weapon in the Alvin Cole case,

03:09:09  5      but that's the only ones I'm aware of.

03:09:09  6   Q  Right.  And you certainly would be aware if you

03:09:11  7      had an officer that had been involved in more

03:09:14  8      than one shooting like Officer Mensah, correct?

03:09:16  9   A  Yes.

03:09:16  10  Q  I assume, if necessary -- and I don't think it

03:09:18  11     is right now -- you could supply the names of

03:09:22  12     the officers from this list?

03:09:22  13  A  Yes.

03:09:29  14          MR. BISKUPIC:  Any questions on that

03:09:30  15     issue?

03:09:34  16          MR. MUELLER:  Can I drop back a

03:09:36  17     little bit?

03:09:36  18          MR. BISKUPIC:  Sure.

03:09:37  19          MR. MUELLER:  When an officer hits

03:09:38  20     the button, is there some clear indication that

03:09:43  21     the camera's on?  I know it vibrates, but guys

03:09:48  22     wear it in the leather pouch or they put it

03:09:51  23     inside their shirt above their vest and so on

03:09:54  24     so that vibration may or may not work.  Is

03:09:56  25     there any other way that an officer knows that

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 87 of 127   Document 24-4

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
| 03:09:58 | 1  | the camera's on?                                           |
| 03:09:59 | 2  | THE WITNESS:  I don't know the answer                     |
| 03:10:00 | 3  | to that.  I've never worn one.                            |
| 03:10:02 | 4  | MR. MUELLER:  Okay.                                        |
| 03:10:08 | 5  | BY MR. BISKUPIC:                                           |
| 03:10:08 | 6  | Q   I want to stay with the radio interview, and I        |
| 03:10:11 | 7  | next want to direct you to Policy No. 17-11.              |
| 03:10:23 | 8  | In particular, I want to direct you to page 4             |
| 03:10:32 | 9  | sub B, "Release of Information."  So going back           |
| 03:10:53 | 10 | to the radio interview, during the radio                 |
| 03:10:55 | 11 | interview, part of those quotes I read you               |
| 03:10:58 | 12 | before, he starts discussing "every single one           |
| 03:11:01 | 13 | of these incidents the subject was armed,                |
| 03:11:04 | 14 | either they displayed a weapon, went for a               |
| 03:11:06 | 15 | weapon, fired that weapon in every single one            |
| 03:11:08 | 16 | of them."  He also states, "It completely takes          |
| 03:11:11 | 17 | out the fact that you have people who are                |
| 03:11:14 | 18 | committing crimes, where I'm going to calls              |
| 03:11:18 | 19 | where people have committed crimes; they                 |
| 03:11:19 | 20 | present a weapon at an officer."  Clearly, the           |
| 03:11:22 | 21 | Alvin Cole case is encompassed in the radio              |
| 03:11:25 | 22 | interview.  In fact, Mr. Cole is mentioned as            |
| 03:11:29 | 23 | somebody had who fired a gun at the officer,             |
| 03:11:32 | 24 | though that's from the interviewer, and                  |
| 03:11:37 | 25 | obviously not accurate, but putting that one             |

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 88 of 127   Document 24-4

| | | |
|---|---|---|
| 03:11:40 | 1 | aside, you have an officer who is commenting on |
| 03:11:46 | 2 | an investigation that is under review by the |
| 03:11:48 | 3 | district attorney's office.  In a normal |
| 03:11:50 | 4 | setting this would be a violation of 17-11, |
| 03:11:54 | 5 | correct? |
| 03:11:57 | 6 | A    In a normal setting, probably. |
| 03:12:00 | 7 | Q    Why is this not a normal setting? |
| 03:12:03 | 8 | A    Because when he made the reference on the |
| 03:12:07 | 9 | radio, first off, he was already under |
| 03:12:09 | 10 | administrative suspension, so once he is put |
| 03:12:15 | 11 | under administrative suspension, I don't think |
| 03:12:17 | 12 | I have as much control over him because we take |
| 03:12:20 | 13 | his badge and gun away, tell him he can't come |
| 03:12:23 | 14 | into the police department without permission. |
| 03:12:26 | 15 | So he wasn't reporting to me, and the comments |
| 03:12:30 | 16 | he made about the Alvin Cole case where nothing |
| 03:12:33 | 17 | -- it wasn't released by me on February 6th |
| 03:12:35 | 18 | when I did my first press release, I said that |
| 03:12:38 | 19 | Alvin Cole had fired a weapon at our police |
| 03:12:43 | 20 | officers with a stolen weapon. |
| 03:12:44 | 21 | Q    Well, as I understand Policy 17-11, |
| 03:12:48 | 22 | particularly the release of the information and |
| 03:12:49 | 23 | the district attorney's office review is that |
| 03:12:51 | 24 | it's important that the district attorney have |
| 03:12:53 | 25 | all statements of the people involved.  If |

Case 2:20-cv-01660-NJ   Filed 03/06/414   Page 89 of 127   Document 24-4

| | | |
|---|---|---|
| 03:12:56 | 1 | given a radio interview, the district attorney |
| 03:12:59 | 2 | may or may not be aware of that, but it's |
| 03:13:01 | 3 | certainly not an official statement of the |
| 03:13:03 | 4 | department or Officer Mensah, and the mere fact |
| 03:13:07 | 5 | that he's on suspension, does he get to violate |
| 03:13:09 | 6 | other policies that would be in effect? |
| 03:13:15 | 7 | A   You know, I don't think he gave any information |
| 03:13:17 | 8 | out that wasn't already out there, so he gave |
| 03:13:21 | 9 | his opinion and, you know, we can get into the |
| 03:13:23 | 10 | First Amendment rights, and I don't usually |
| 03:13:26 | 11 | fight those battles for the guys; their |
| 03:13:29 | 12 | attorneys can do that, but I don't think he |
| 03:13:31 | 13 | gave any information out that wasn't already |
| 03:13:33 | 14 | out there. |
| 03:13:33 | 15 | Q   Have you had to enforce Policy 17-11 in a |
| 03:13:42 | 16 | disciplinary proceeding that you can recall? |
| 03:13:51 | 17 | A   Involving fatalities?  I don't think so. |
| 03:13:55 | 18 | Q   What about an officer speaking to the media |
| 03:13:57 | 19 | without authorization? |
| 03:13:59 | 20 | A   I think I addressed something with a union |
| 03:14:03 | 21 | board member several years ago about that, but |
| 03:14:06 | 22 | it was just a -- I don't know if I gave him a |
| 03:14:10 | 23 | letter of reprimand or just a cautionary |
| 03:14:13 | 24 | letter, but that was about it. |
| 03:14:18 | 25 | MS. JACOBS:  Mr. Biskupic asked |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 95 of 127   Document 24-4

03:14:21  1    you if your -- what you are saying is that as

03:14:25  2    long as he's on administrative suspension; he's

03:14:27  3    not really under your control.  Are there other

03:14:29  4    policies that he could violate, in your view,

03:14:33  5    given that he's on administrative suspension?

03:14:37  6              THE WITNESS:  I would have to look at

03:14:38  7    what the policies are they violated.  In this

03:14:40  8    case, I don't think that he said anything that

03:14:42  9    wasn't already previously published.

03:14:45  10             MS. JACOBS:  That's not what the

          11    question was.

          12             THE WITNESS:  No, I understand what

03:14:47  13    the question is.  It depends on what the policy

03:14:49  14    is, but I don't think in this case, this was a

03:14:53  15    violation.

03:14:54  16             MS. JACOBS:  Are there other policies

03:14:57  17    there, as long as an officer is on

03:14:59  18    administrative suspension, they are free to

03:15:03  19    violate?

03:15:04  20             THE WITNESS:  No, they are not free

03:15:05  21    to violate policies.

03:15:07  22             MS. JACOBS:  Even if they are on

03:15:07  23    administrative suspension?

03:15:10  24             THE WITNESS:  Even if they are on

03:15:11  25    administrative suspension.  They still have to

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 95 of 127   Document 24-4

| | | |
|---|---|---|
| 03:15:13 | 1 | follow our rules. |
| 03:15:22 | 2 | BY MR. BISKUPIC: |
| 03:15:22 | 3 | Q    Okay.  The last area I would like to talk about |
| 03:15:27 | 4 | is a general area of fitness for duty and the |
| 03:15:32 | 5 | totality of the circumstances that the |
| 03:15:34 | 6 | department faces.  First, I haven't -- I have |
| 03:15:38 | 7 | not located a single rule or policy defining |
| 03:15:41 | 8 | when and under what circumstances an officer is |
| 03:15:44 | 9 | fit for duty.  Obviously, you have Rule 1, |
| 03:15:48 | 10 | which refers to performance of duty; Rule 5, is |
| 03:15:52 | 11 | failure to perform duties; Rule 9 is, in |
| 03:15:58 | 12 | particular, disregard for safety that I want to |
| 03:16:00 | 13 | make reference to in a moment.  You have |
| 03:16:05 | 14 | obviously your use of force policies and rules. |
| 03:16:09 | 15 | You know, you have to obviously be able to |
| 03:16:11 | 16 | report for duty. |
| 03:16:13 | 17 | In particular, I want to address a |
| 03:16:15 | 18 | situation where the Wisconsin courts have |
| 03:16:17 | 19 | talked about an officer is, quote, "fit for |
| 03:16:20 | 20 | duty" when they are able to exercise all of |
| 03:16:23 | 21 | their required duties; that is, you know, go |
| 03:16:28 | 22 | out be on the street as directed, gather |
| 03:16:30 | 23 | evidence, you know, conduct interviews, prepare |
| 03:16:33 | 24 | reports, testify in court.  I mean, in |
| 03:16:37 | 25 | particular, the case I'm referring to is |

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 93 of 127   Document 24-4

| | | |
|---|---|---|
| 03:16:39 | 1 | Wisconsin courts talked about when an officer |
| 03:16:41 | 2 | had undermined his ability to testify in court |
| 03:16:45 | 3 | that went to the totality of his ability to |
| 03:16:48 | 4 | perform his duties.  Here I want to ask about, |
| 03:16:52 | 5 | you know, if you go back to your rules and you |
| 03:16:55 | 6 | look -- we talked about at the beginning, and |
| 03:16:58 | 7 | that I passed out to you, in particular, Rule |
| 03:17:01 | 8 | 9, it talks about an officer shall not create a |
| 03:17:04 | 9 | situation of, quote, "unnecessary risk." |
| 03:17:12 | 10 | Officer Mensah's been involved in, as you know, |
| 03:17:14 | 11 | three shootings in five years.  The question |
| 03:17:17 | 12 | is, what risk to the department will there be |
| 03:17:21 | 13 | if he returns to duty, and, you know, as I |
| 03:17:25 | 14 | understand it, if he's fit for duty and returns |
| 03:17:27 | 15 | to duty and if the situation arises and there |
| 03:17:31 | 16 | is a fourth shooting, he's, as a matter of law, |
| 03:17:35 | 17 | permitted to use, you know, deadly force.  I'm |
| 03:17:41 | 18 | correct, you are not going to put an officer |
| 03:17:43 | 19 | back out on the street and tell him he can't |
| 03:17:45 | 20 | fire his gun, correct? |
| 03:17:46 | 21 | A    Correct. |
| 03:17:47 | 22 | Q    Is there concern to you about the Wauwatosa |
| 03:17:50 | 23 | Police Department putting an officer on the |
| 03:17:51 | 24 | street who has been involved in three prior |
| 03:17:53 | 25 | shootings and what would be the impact to the |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 93 of 127   Document 24-4

| | | |
|---|---|---|
| 03:17:55 | 1 | department and the city if there is a fourth |
| 03:17:58 | 2 | shooting? |
| 03:18:01 | 3 | A   There is a concern.  I'm concerned about his |
| 03:18:06 | 4 | safety right now too because if he's justified |
| 03:18:10 | 5 | and cleared, if we put him back out on the |
| 03:18:14 | 6 | road, I think there is people out there now |
| 03:18:16 | 7 | that would try to set him up to do harm to him. |
| 03:18:19 | 8 | I don't think it would be safe for him on the |
| 03:18:21 | 9 | road, so I have those concerns. |
| 03:18:25 | 10 | If you take his safety out of it, you |
| 03:18:30 | 11 | know, any police officer in any city in this |
| 03:18:33 | 12 | country right now, if an officer in California |
| 03:18:35 | 13 | shoots somebody tonight, that could cause |
| 03:18:37 | 14 | problems in Wauwatosa tonight.  It's just the |
| 03:18:40 | 15 | nature of the climate that we are in right now. |
| 03:18:44 | 16 | Right now because of Officer Mensah, it focuses |
| 03:18:48 | 17 | on Wauwatosa; that's just the way it is.  So I |
| 03:18:51 | 18 | do have concerns about that, but I have |
| 03:18:54 | 19 | concerns about everybody.  I've got 97 cops. |
| 03:18:57 | 20 | They all got guns, and sometimes I jokingly |
| 03:19:00 | 21 | refer to them as guys that go out there to go |
| 03:19:04 | 22 | get me in trouble because they all doing |
| 03:19:06 | 23 | things.  97 cops counting myself; 96 of them |
| 03:19:11 | 24 | think they would make a better chief than the |
| 03:19:13 | 25 | current one, and there is days that I agree |

03:19:15   1          with them.  So I have those concerns all the

03:19:18   2          time, and if it became Joe Mensah again, that

03:19:22   3          would probably be really -- that would bring a

03:19:24   4          lot more focus to our city, nationwide, or

03:19:27   5          whatever, but the legality is if the district

03:19:31   6          attorney clears him and says he can come back

03:19:33   7          to work, that would be up to, you know, people

03:19:40   8          at a higher level to decide if, yes, we can

03:19:44   9          make this happen, or, no, we can't.

03:19:47  10      Q   Do you want to give your view on whether he

03:19:50  11          should return?

03:19:51  12      A   I think for his own safety, if it was me, I

03:19:53  13          would not want to return just because, as I

03:19:55  14          said, people are going to set him up.  We've

03:19:58  15          had people make threats and said they will

03:19:59  16          follow him around and make sure he does

03:20:01  17          something wrong, so I would be more concerned

03:20:03  18          for him and -- but at the same time, how do you

03:20:08  19          just say, well, you can't do this anymore?

03:20:10  20      Q   What about fellow officers, do you think they

03:20:13  21          would have concern that, if they are on a call

03:20:16  22          with him, that he might be hesitant to shoot,

03:20:19  23          would be -- go the other way?  If you were

03:20:25  24          responding to a scene, put yourself in the

03:20:27  25          shoes of those other 96 officers, 95 if Officer

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 95 of 127   Document 24-4

03:20:32  1      Mensah is there, do you have concerns as the

03:20:34  2      ultimate supervisor of those officers whether

03:20:37  3      that creates too much risk for those officers?

03:20:41  4  A   There might be some hesitancy from some of

03:20:45  5      them.  Some would probably say it doesn't

03:20:48  6      bother them one way or the other, but others

03:20:50  7      might say, yeah, I'm concerned either way,

03:20:52  8      that, yes, he'll hesitate or might be too

03:20:55  9      quick.  That would be a legitimate concern that

03:20:57 10      somebody would probably express.

03:20:59 11  Q   Based on at least our interviews so far, I

03:21:04 12      mean, it seems that his fellow officers support

03:21:09 13      Officer Mensah strongly; is that your view?

03:21:11 14  A   Yes.

03:21:12 15  Q   So if they had subjective concerns regarding

03:21:16 16      another incident or another potential shooting,

03:21:19 17      we are not likely to get their blunt response,

03:21:22 18      are we?

03:21:22 19  A   Probably not.

03:21:24 20  Q   Has there ever been a situation where a

03:21:29 21      Wauwatosa police officer has fatally shot more

03:21:31 22      than one person, other than Officer Mensah that

03:21:37 23      you are aware of?

03:21:39 24  A   I don't think so.

03:21:40 25  Q   Is there something from an objective standpoint

03:21:45  1        -- I realize each incident is separate, but in

03:21:48  2        a jurisdiction the size of Wauwatosa, to have

03:21:51  3        one officer involved in three shootings, I

03:21:54  4        mean, just statistically, it's well off the

03:22:00  5        norm.  Obviously, you can look at each

03:22:02  6        individual situation, but does the total number

03:22:04  7        of shootings concern you?

03:22:07  8   A    Any shooting concerns me.

03:22:13  9   Q    And if there were three by one officer, is your

03:22:16  10       concern tripled?

03:22:18  11  A    Well, you have to look at each particular

03:22:20  12       situation.  You know, we are not the largest

03:22:24  13       department, so officers don't get to pick and

03:22:27  14       choose what calls they respond to.  But we want

03:22:30  15       them to go out and do their job.  If you tell

03:22:33  16       the guy, go out there and don't do anything so

03:22:35  17       you don't get in trouble or don't get hurt,

03:22:38  18       unfortunately, nationwide we are seeing those

03:22:40  19       things in-different cities because cops aren't

03:22:42  20       doing the things they used to do.  They are not

03:22:43  21       stopping cars anymore.  In Wauwatosa, we used

03:22:46  22       to stop a lot of cars.  They are not stopping

03:22:49  23       cars anymore; why would we?  Because everything

03:22:52  24       is a protest or another problem, so we have got

03:22:54  25       a real crisis in our city; so -- law

03:22:58   1          enforcement is in crisis.  You know, I've been

03:23:00   2          doing it longer than most people have, and it's

03:23:03   3          a bad situation, but, you know, the problem is,

03:23:09   4          if I can expound a little bit.

03:23:10   5    Q     Absolutely.

03:23:12   6    A     The problem is we want our cops to go out

03:23:14   7          there, and sometimes when they enforce the law,

03:23:17   8          people will say, why don't you show the human

03:23:20   9          touch, you are just acting like robots all the

03:23:23  10          time and give me a ticket.  So we ask the cops

03:23:24  11          to act like humans, and when they do that, the

03:23:27  12          human side, mistakes get made on occasion, and

03:23:30  13          people are all quick to jump on the police

03:23:32  14          officers, and say, yeah, they made a mistake.

03:23:35  15          Or how many times do you see nationwide where

03:23:36  16          the guy is reaching for a cell phone and a cop

03:23:39  17          thinks it's a gun and shoots?  Those are

03:23:42  18          horrible situations, but they are going to

03:23:44  19          happen.  They are going to happen.  And the

03:23:47  20          George Floyd case which started everything in

03:23:50  21          our country, I think everybody who saw that was

03:23:53  22          appalled by that behavior.  What bothered me

03:23:56  23          the most is that here's a guy that -- the

03:23:59  24          police officer just seemed so nonchalant about

03:24:04  25          his conduct.  That's what bothered me the most.

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 98 of 127   Document 24-4

03:24:06  1          He just seemed like this was an okay thing to

03:24:09  2          do.  And every cop that I know was appalled by

03:24:11  3          that behavior, so I think that our police

03:24:16  4          officers and the cops that we have, and maybe

03:24:19  5          I'm jaded because I've hired every one of them

03:24:23  6          in our department because I've been there so

03:24:25  7          long.  Every one of those people are so

03:24:27  8          compassionate and so caring about people and

03:24:31  9          very articulate in what they do and how they

03:24:34  10         approach their jobs, and they are very super

03:24:37  11         sensitive, very well educated, and, you know, I

03:24:40  12         think that if things don't change, we are going

03:24:43  13         to start losing people in this profession, and

03:24:45  14         it's going to be awfully hard to replace them.

03:24:48  15         I could get a lot more people, but do I want to

03:24:50  16         lower the standards?  I don't.  So it's a very

03:24:53  17         difficult time.

03:24:53  18    Q    I want to follow up.  I didn't mean to be

03:24:55  19         facetious when I say triple the concern, but I

03:24:59  20         do have -- I want to give you an opportunity to

03:25:01  21         address that.  If in each individual

03:25:04  22         circumstance of a shooting or a nonshooting, an

03:25:06  23         officer is exercising discretion within legal

03:25:09  24         bounds and an officer within legal bounds --

03:25:12  25         you could have two officers, as we talked

03:25:14  1      before, perceiving the same situation and maybe

03:25:17  2      not slightly differently and whether it's the

03:25:19  3      district attorney's office, the U.S. attorney's

03:25:21  4      office or other reviewing entities could say,

03:25:24  5      well, the officer acted in good faith, and the

03:25:27  6      shooting was legally justified, and you take

03:25:30  7      that, and then you repeat that, two, three -- I

03:25:34  8      mean, you could keep going, I mean,

03:25:35  9      hypothetically, you could go five or ten.  At

03:25:37  10     what point, and an officer is exercising

03:25:41  11     discretion, is the department entitled to take

03:25:43  12     the totality of the circumstances and say, you

03:25:47  13     know, whether it's issuing 100 jaywalking

03:25:50  14     tickets, or -- again, I don't mean to be

03:25:54  15     facetious, but on the short end, you could

03:25:56  16     judge an officer who exercises discretion by

03:26:00  17     enforcing some minor rule to the letter the

03:26:04  18     same way you can judge an officer who uses, is

03:26:08  19     there anything more serious than deadly force

03:26:11  20     on multiple occasions, and on this instance

03:26:12  21     what I'm asking you to address is, does the

03:26:14  22     fact that this particular officer may have

03:26:16  23     acted legally within three incidents but used

03:26:22  24     his discretion to exert deadly force in a

03:26:26  25     legally constitutional fashion give you concern

| | | |
|---|---|---|
| 03:26:30 | 1 | about his use of that same discretion going |
| 03:26:33 | 2 | forward?  Because it does for us. |
| 03:26:39 | 3 | A   It probably does for every citizen and every |
| 03:26:44 | 4 | elected official in our city too would have |
| 03:26:46 | 5 | that same concern.  Legally, yeah, legally, we |
| 03:26:52 | 6 | have to return him if that's what happens. |
| 03:26:56 | 7 | Would there be concerns?  Yes, there would. |
| 03:26:58 | 8 | There just would have to be.  You know, I've |
| 03:27:01 | 9 | always -- the standard I've always told our |
| 03:27:03 | 10 | guys is you have to act reasonably and in good |
| 03:27:07 | 11 | faith, and if you usually do those things, then |
| 03:27:09 | 12 | you usually prevail in a proceeding. |
| 03:27:11 | 13 | Q   Would you dispute returning him to the streets |
| 03:27:14 | 14 | under these circumstances would create |
| 03:27:15 | 15 | unnecessary risk for the department? |
| 03:27:17 | 16 | A   I would not dispute that. |
| 03:27:19 | 17 | MR. BISKUPIC:  That's all the |
| 03:27:20 | 18 | questions I have. |
| 03:27:24 | 19 | MR. NEUREUTHER:  To follow up on that |
| 03:27:26 | 20 | just a little bit.  When Steve asked you a few |
| 03:27:28 | 21 | minutes before, should he return, personally, |
| 03:27:32 | 22 | what's your opinion?  You said, you know what, |
| 03:27:34 | 23 | for his own safety, probably not.  But your |
| 03:27:38 | 24 | personal opinion, Chief, should he be returned |
| 03:27:42 | 25 | to the department? |

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 103 of 127   Document 24-4

03:27:43   1          THE WITNESS:  My personal opinion is

03:27:48   2      that the city -- the way they have handled

03:27:51   3      things, they ruined this kid's life.  They

03:27:54   4      ruined his professional life.  When the city

03:27:57   5      put him on the -- you know, they gave me the

03:28:00   6      order the day before the police and fire

03:28:02   7      commission meeting and said, you and the city

03:28:05   8      administrator are ordered to make this guy's

03:28:07   9      employment change or whatever.  I told the

03:28:09  10      city, "That's an illegal order.  I'm not

03:28:11  11      following it."  Because by law I have to follow

03:28:15  12      lawful written orders of the police -- mayor

03:28:21  13      and/or common council, and that's an illegal

03:28:26  14      order.  So when they put that out there, that

03:28:28  15      just puts the police and fire commission almost

03:28:30  16      in a no-win situation so that they put him on

03:28:32  17      administrative suspension -- and I even said at

03:28:35  18      that meetings, "Leave him on administrative

03:28:38  19      leave" because until the district attorney

03:28:40  20      makes his decision, he's still getting paid,

03:28:43  21      and I can still utilize him.  I can have him

03:28:45  22      working here part time.  I can have him doing

03:28:48  23      filing, for that matter.  They said, "No, we

03:28:51  24      are going to put him on administrative

03:28:53  25      suspension," which means I had to go collect

03:28:55  1      his badge and gun from him the next day.  It

03:28:56  2      was an emotional time.  And I think when this

03:28:58  3      is done, no matter how it turns out, Joseph

03:29:01  4      Mensah is going to be a very wealthy guy,

03:29:03  5      because right now the city's paying for his

03:29:06  6      attorney, the union's attorney.  They have done

03:29:08  7      things and -- how will he ever be able to come

03:29:12  8      back because of the things that have been done

03:29:14  9      to him?  You know, they have said, why don't he

03:29:16  10     -- why can't we get him a job working for the

03:29:19  11     fire department?  It's like, are you kidding?

03:29:21  12     It doesn't work that way.  Well, they said,

03:29:24  13     well, maybe he could get a job as a -- maybe he

03:29:26  14     will work for the FBI?  I said, "Do you really

03:29:32  15     think that's the way it works?"  Maybe he can

03:29:34  16     go up north and be a cop somewhere?  No.  Those

03:29:38  17     things follow you around.  If you have ever

03:29:39  18     talked to Joe Mensah -- well, you obviously

03:29:41  19     heard him on the radio -- he's an articulate,

03:29:44  20     educated kid.  He's from Wauwatosa.  He's a

03:29:47  21     nice guy.  He wants to do the job; put in a bad

03:29:50  22     situation, no doubt about it.  And, you know, I

03:29:55  23     really wish none of these things would have

03:29:57  24     happened, of course.

03:29:58  25          I think the first one, the Gonzales

| | |
|---|---|
| 03:29:59 | 1 |
| 03:30:03 | 2 |
| 03:30:07 | 3 |
| 03:30:11 | 4 |
| 03:30:13 | 5 |
| 03:30:15 | 6 |
| 03:30:19 | 7 |
| 03:30:21 | 8 |
| 03:30:24 | 9 |
| 03:30:26 | 10 |
| 03:30:30 | 11 |
| 03:30:32 | 12 |
| 03:30:34 | 13 |
| 03:30:36 | 14 |
| 03:30:39 | 15 |
| 03:30:42 | 16 |
| 03:30:44 | 17 |
| 03:30:46 | 18 |
| 03:30:49 | 19 |
| 03:30:52 | 20 |
| 03:30:55 | 21 |
| 03:30:56 | 22 |
| 03:30:58 | 23 |
| 03:31:02 | 24 |
| 03:31:05 | 25 |

case, he had no choice.  Absolutely no choice.

Gonzales had backed those guys up to their cars

swinging a samurai sword around at them, and

they kept telling him drop the weapon, drop the

weapon, or we are going to shoot you.

Gonzales's last words were, "Go for it."

Now skip past the Anderson case for a

bit, but then you got the Cole case, Alvin

Cole, 17 years old -- they will show pictures

of him, he's a want-to-be gangster type thing.

They have pictures -- we got pictures of him on

this -- showing on Facebook.  He's got this

weapon that was stolen in Milwaukee, didn't

have an extended magazine, but when we got him

at the mall, he had a 30-round magazine in this

weapon, and it was fully loaded.  He had

threatened the guy in the mall.  The cops get

called to the mall; he takes off running.  What

we think happened in the end is that Alvin shot

himself, shot himself in the arm.  He was

reaching for the weapon, and he must have had

his hand on the trigger because he pulled it

out, he shot himself in the arm.  The cops,

they seen -- they hear the shot.  What are they

going to do?  It's dark.  So bad circumstances.

| | | |
|---|---|---|
| 03:31:09 | 1 | But then our city says, okay, well |
| 03:31:11 | 2 | let's, you know, now we have this equity |
| 03:31:14 | 3 | inclusion committee, and we have all these |
| 03:31:17 | 4 | other people that say, well, let's paint a |
| 03:31:19 | 5 | mural for the three people that were murdered |
| 03:31:21 | 6 | by Joseph Mensah.  And one of the things that |
| 03:31:23 | 7 | almost prompted a complaint from me to the |
| 03:31:25 | 8 | city, and Pat knows about it, and they had a |
| 03:31:29 | 9 | public session where people could complain |
| 03:31:31 | 10 | about anything they wanted about the police |
| 03:31:34 | 11 | officers.  They had a picture of Mensah behind |
| 03:31:36 | 12 | the microphone where people could talk, and |
| 03:31:38 | 13 | they called him a murderer, and next to that |
| 03:31:41 | 14 | they had my picture on TV on cable for five |
| 03:31:44 | 15 | hours as an accomplice to murder, and that just |
| 03:31:48 | 16 | set me off because I said, "You know what, if |
| 03:31:51 | 17 | you want to ruin my reputation, you got to do a |
| 03:31:53 | 18 | better job than that," because that's just |
| 03:31:56 | 19 | wrong, and I think the city probably realized, |
| 03:31:59 | 20 | yeah, we probably shouldn't have done that. |
| 03:31:59 | 21 | You know, but it's just -- we are in a bad |
| 03:32:01 | 22 | situation with this kid, and it's just |
| 03:32:04 | 23 | unfortunate. |
| 03:32:05 | 24 | MR. NEUREUTHER:  The short answer is, |
| 03:32:07 | 25 | yeah, it's tough.  Imagine him going forward, |

03:32:09  1    but it didn't have to be this way.  I think you

03:32:12  2    know with regard to Mensah, it's an anomaly, I

03:32:14  3    mean, three people in a career is an anomaly,

03:32:18  4    but --

03:32:20  5             THE WITNESS:  Three guys with guns.

03:32:22  6             MS. JACOBS:  So you said that you are

03:32:26  7    concerned about Officer Mensah's safety if he

03:32:28  8    were to be put back out on the road, right?

03:32:30  9             THE WITNESS:  Yes.

03:32:32  10            MS. JACOBS:  And I assume that at

03:32:34  11   least in part, given your comments, that it

03:32:36  12   really is a sort of volatile community

03:32:39  13   circumstances that you guys are working under

03:32:41  14   every day right now; is that right?

03:32:42  15            THE WITNESS:  Yes.  We've had 58

03:32:44  16   protests in our city since this all started.

03:32:49  17            MS. JACOBS:  Okay.  Are you concerned

03:32:51  18   about other officers' safety while out on the

03:32:56  19   road if Mensah returns, I mean, either because

03:33:00  20   they are riding in a car together or because

03:33:02  21   they respond to a scene together, things like

03:33:05  22   that?

03:33:06  23            THE WITNESS:  Since I'm old enough to

03:33:11  24   be -- I'm the oldest one in the department.

03:33:13  25   Many of them I'm old enough to be their father,

Case 2:20-cv-01660-NJ   Filed 03/06/21   Page 106 of 127   Document 24-4
414-224-9533

03:33:15  1    and some of the new people I'm old enough to be

03:33:18  2    their grandfather; I'm concerned about every

3    one of them.

03:33:20  4          MS. JACOBS:  I understand that.  You

03:33:22  5    understand my question, though.

03:33:22  6          THE WITNESS:  Yes, I do, I do, and if

03:33:25  7    I answer that yes, it sounds like I'm just -- I

03:33:28  8    think Mensah is horrible and a bad guy, and

03:33:31  9    he's not, but I am concerned about everybody's

03:33:33 10    safety, and, yes, because people are going to

03:33:37 11    look at Mensah, and they are going to try to

03:33:40 12    set him up or whatever, and because he's a

03:33:43 13    Wauwatosa police officer, they will continue to

03:33:47 14    harangue us and do the things, whatever they

03:33:49 15    are doing, against Wauwatosa because of that.

03:33:51 16    I believe that's true.

03:33:53 17          MS. JACOBS:  I may have missed this

03:33:55 18    when Mr. Biskupic was asking questions, but you

03:33:57 19    did not give Officer Mensah permission to do

03:34:01 20    the radio interview, correct?

03:34:02 21          THE WITNESS:  That is correct.  I

03:34:05 22    found about this as it was coming on the air.

03:34:10 23          MR. BISKUPIC:  Anybody else?

03:34:11 24          MR. MUELLER:  You gave him an award

03:34:13 25    for Gonzales, some kind of award; is that true?

Case 2:20-cv-01660-NJ  Filed 03/06/21  Page 107 of 127  Document 24-4

03:34:17  1          THE WITNESS:  Yes.

03:34:18  2          MR. MUELLER:  Did you consider that

03:34:19  3    in the Anderson case as well?

03:34:21  4          THE WITNESS:  No.  In the Gonzales

03:34:22  5    award -- every year we do a departmental

03:34:25  6    recognition and so on, and we gave him an

03:34:29  7    award -- a medal of valor or whatever because

03:34:31  8    they responded to that, and, you know, that

03:34:35  9    Gonzales was threatening his roommate trying to

03:34:37  10   cut him, and when Gonzales advanced on the

03:34:40  11   police officers, they took the action they did.

03:34:44  12          In their complaints, they make it sound

03:34:46  13   like we awarded him for murdering somebody, and

03:34:49  14   that's just not the case.  It was a deadly

03:34:51  15   force incident, and -- yeah, in every one, and

03:34:55  16   even after every one of these cases, and I've

03:34:58  17   given a press statement, no matter who it is,

03:35:03  18   somebody gets shot by a police officer, it's a

03:35:05  19   tragedy for the families, for the cops, for the

03:35:09  20   community, you know, and I've expressed my

03:35:14  21   sympathies to the families, but I've also made

03:35:17  22   it clear, if you have a firearm or whatever and

03:35:20  23   a police officer tells you to put it down and

03:35:22  24   you don't put it down, there is a good chance

03:35:25  25   you are going to either be killed or badly

03:35:27    1    injured because the police officers are not

03:35:29    2    going to wait and have you shoot first at them.

03:35:32    3    They just won't.  They are not trained that

03:35:35    4    way.  So it's unfortunate.  That's just the way

03:35:39    5    it is.

03:35:41    6              MR. BISKUPIC:  Thank you for your

03:35:42    7    time, and we will go off the record.

            8              (Proceedings concluded at 3:35 p.m.)

            9

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

Case 2:20-cv-01660-NJ   Filed 03/06/24   Page 253 of 127   Document 24-4

1    STATE OF WISCONSIN  )
                         ) SS:
2    COUNTY OF MILWAUKEE )

3

4

5              I, ALICE M. BARBELN, a Registered

6    Professional Reporter and Notary Public in and for

7    the State of Wisconsin, do hereby certify that the

8    above examination of CHIEF BARRY WEBER was recorded

9    by me on September 21, 2020, and reduced to writing

10   under my personal direction.

11             I further certify that I am not a

12   relative or employee or attorney or counsel of any

13   of the parties, or a relative or employee of such

14   attorney or counsel, or financially interested

15   directly or indirectly in this action.

16             In witness whereof I have hereunder set

17   my hand and affixed my seal of office at Milwaukee,

18   Wisconsin, this 24th day of September, 2020.

19

20

21

22                          _____
                                      Notary Public
23                          In and for the State of Wisconsin

24

25   My Commission Expires:  October 26, 2021.

**$**

**$200** [1] - 81:16
**$50** [1] - 59:18
**$700,000** [1] - 33:16

**'**

**'16** [1] - 74:14
**'17** [1] - 74:14
**'18** [1] - 74:14
**'19** [1] - 74:14
**'several** [1] - 85:25

**0**

**040** [1] - 11:24

**1**

**1** [2] - 86:2, 92:9
**1,096** [1] - 6:6
**1,149** [1] - 6:2
**1,511** [1] - 6:7
**10** [1] - 8:3
**100** [2] - 13:5, 100:13
**1045** [2] - 1:14, 2:3
**106** [2] - 1:15, 2:3
**10:00** [1] - 23:5
**10:18** [2] - 14:5, 15:4
**10th** [1] - 6:1
**11** [2] - 60:2, 84:5
**1170** [1] - 2:6
**12** [1] - 8:3
**12:30** [3] - 22:17, 22:22, 24:5
**13-01** [4] - 33:25, 51:13, 53:8, 62:13
**13-08** [1] - 16:18
**15** [2] - 62:24, 72:19
**151** [1] - 5:16
**15th** [1] - 84:1
**16** [4] - 63:2, 63:5, 63:13, 86:18
**17** [1] - 104:9
**17-11** [6] - 71:14, 71:17, 88:7, 89:4, 89:21, 90:15
**18** [2] - 4:2, 5:21
**18-10** [2] - 14:1, 14:14
**19** [1] - 63:24
**1973** [1] - 4:3
**1975** [1] - 4:5
**1984** [1] - 4:5
**1986** [1] - 4:11
**1990** [2] - 4:11, 4:13
**19th** [1] - 84:2

**1:05** [1] - 1:16

**2**

**2** [2] - 26:10, 52:8
**2.05.030** [1] - 11:24
**20** [4] - 26:19, 77:11, 78:19, 81:15
**2010** [1] - 82:25
**2015** [9] - 5:15, 5:25, 83:10, 83:24, 84:2, 85:1, 85:3, 86:14, 86:15
**2016** [16] - 5:16, 18:12, 19:5, 27:9, 27:12, 28:10, 51:18, 68:22, 69:15, 69:17, 73:16, 73:18, 84:5, 85:2, 85:3, 86:19
**2016-03** [1] - 26:8
**2017** [1] - 73:19
**2018** [8] - 27:10, 28:1, 73:19, 84:13, 84:21, 86:21
**2019** [1] - 73:20
**2020** [11] - 1:16, 6:1, 14:5, 17:5, 72:2, 72:19, 73:21, 83:1, 84:24, 110:9, 110:18
**2021** [1] - 110:24
**21** [2] - 1:16, 110:9
**22** [3] - 18:13, 18:21, 19:13
**23rd** [1] - 48:25
**24th** [2] - 82:25, 110:18
**26** [3] - 61:3, 61:10, 110:24
**28** [2] - 17:5, 72:2
**29** [1] - 4:13
**2nd** [1] - 84:24

**3**

**3** [1] - 26:10
**30** [6] - 14:18, 26:20, 27:5, 27:6, 30:13, 77:11
**30-mile-an-hour** [1] - 29:23
**30-round** [1] - 104:15
**31** [4] - 72:9, 72:10, 74:21, 74:24
**318** [2] - 34:15, 34:16
**33** [3] - 72:10, 74:21, 75:2

**330** [1] - 2:6
**3:00** [5] - 22:4, 22:6, 22:23, 24:5, 52:16
**3:13** [1] - 35:7
**3:15** [1] - 35:10
**3:35** [2] - 1:17, 109:8
**3rd** [1] - 5:25

**4**

**4** [1] - 88:8

**5**

**5** [3] - 2:17, 14:5, 92:10
**53092** [1] - 2:4
**53202** [1] - 2:7
**57** [6] - 10:20, 11:23, 12:12, 12:16, 12:19, 13:10
**58** [6] - 10:20, 11:23, 12:12, 12:16, 13:11, 106:15
**5th** [1] - 15:5

**6**

**6** [2] - 63:4, 63:5
**65** [8] - 10:20, 11:23, 12:12, 12:16, 13:13, 27:16, 27:19, 27:25
**6th** [1] - 89:17

**7**

**7** [1] - 34:4
**720** [1] - 50:20
**738** [1] - 6:7

**8**

**8** [3] - 34:3, 34:5, 35:21
**80** [1] - 29:22
**83** [5] - 72:13, 74:21, 75:4, 75:7

**9**

**9** [4] - 84:13, 84:21, 92:11, 93:8
**940.921** [1] - 38:24
**95** [1] - 95:25
**96** [3] - 4:18, 94:23, 95:25
**97** [2] - 94:19, 94:23

**A**

**a.m** [2] - 22:23, 52:16
**ability** [3] - 39:3, 93:2, 93:3
**able** [6] - 24:15, 39:9, 75:25, 92:15, 92:20, 103:7
**absolutely** [2] - 98:5, 104:1
**Abuse** [1] - 13:13
**abusing** [1] - 13:14
**academy** [2] - 8:1, 50:12
**ACADIS** [1] - 26:3
**Acadis** [6] - 7:19, 25:21, 25:25, 26:3
**Acceptance** [1] - 12:19
**accident** [1] - 28:3
**accidently** [2] - 77:1, 77:2
**accomplice** [1] - 105:15
**according** [7] - 22:13, 22:17, 28:23, 34:20, 35:8, 36:21, 52:18
**account** [1] - 66:21
**accurate** [1] - 88:25
**accurately** [1] - 52:25
**accused** [1] - 7:12
**act** [4] - 52:2, 72:11, 98:11, 101:10
**acted** [2] - 100:5, 100:23
**acting** [2] - 66:19, 98:9
**action** [3] - 16:9, 108:11, 110:15
**actions** [2] - 57:20, 60:22
**activate** [5] - 30:19, 31:25, 32:2, 32:24, 33:1
**activated** [9] - 26:12, 27:18, 28:12, 28:13, 28:17, 28:18, 29:10, 32:21, 78:18
**activates** [1] - 26:18
**activating** [1] - 31:3
**activation** [3] -

**26:25, 27:15, 76:19
**activities** [1] - 34:11
**actual** [2] - 51:10, 52:6
**addition** [1] - 86:17
**address** [9] - 18:13, 42:23, 44:11, 44:17, 81:22, 81:23, 92:17, 99:21, 100:21
**addressed** [4] - 42:25, 47:24, 82:24, 90:20
**addressing** [1] - 42:6
**adds** [1] - 16:4
**adequate** [2] - 6:12
**administer** [2] - 35:6, 46:25
**administering** [2] - 37:11, 42:2
**administrative** [12] - 31:6, 69:11, 89:10, 89:11, 91:2, 91:5, 91:18, 91:23, 91:25, 102:17, 102:18, 102:24
**administrator** [2] - 73:4, 102:8
**advanced** [1] - 108:10
**affixed** [1] - 110:17
**afoul** [1] - 74:20
**aftermath** [1] - 30:15
**afternoon** [2] - 3:17, 22:6
**afterwards** [1] - 68:10
**against** [4] - 5:7, 72:18, 74:13, 107:15
**agents** [2] - 3:10, 6:9
**aggressive** [4] - 58:9, 58:23, 58:25, 64:18
**aggrieved** [1] - 72:13
**ago** [2] - 48:3, 90:21
**agree** [3] - 62:14, 72:20, 94:25
**agreement** [1] - 6:14
**ahead** [2] - 11:17, 22:2

**aid** [25] - 33:21, 34:3, 34:11, 34:18, 35:7, 35:24, 37:11, 39:1, 39:4, 39:9, 39:10, 39:17, 40:2, 42:2, 44:21, 47:1, 47:5, 47:12, 47:15, 50:5, 50:10, 50:17, 50:19, 67:6, 67:7
**air** [1] - 107:22
**alcohol** [4] - 59:24, 61:2, 61:11
**ALICE** [2] - 1:12, 110:5
**alive** [2] - 40:22, 67:11
**allegations** [3] - 14:9, 15:14, 41:9
**alleged** [1] - 14:3
**alleges** [4] - 18:15, 18:19, 31:23, 63:24
**alleging** [1] - 10:17
**Allis** [2] - 69:24, 70:4
**allow** [1] - 21:20
**allows** [1] - 20:21
**almost** [3] - 86:10, 102:15, 105:7
**alone** [5] - 44:7, 45:14, 49:1, 67:9, 67:13
**altered** [1] - 48:18
**Alvin** [9] - 47:12, 82:15, 84:23, 87:4, 88:21, 89:16, 89:19, 104:8, 104:19
**ambiguity** [2] - 60:8, 60:16
**ambiguous** [1] - 61:14
**amended** [3] - 27:10, 28:1, 48:19
**Amendment** [1] - 90:10
**analysis** [4] - 52:3, 53:4, 62:13, 63:20
**analyzed** [1] - 64:1
**Anderson** [40] - 18:11, 18:17, 23:12, 30:9, 34:10, 35:16, 37:7, 44:17, 44:19, 46:6, 51:1, 51:5, 51:11, 53:1, 53:10, 55:5, 55:8, 55:16, 55:21, 56:6, 56:8, 57:7, 59:15, 60:9, 60:19, 62:2,

62:8, 63:3, 65:6, 69:2, 70:16, 76:20, 80:19, 81:20, 82:2, 82:7, 82:11, 104:7, 108:3
**Anderson's** [5] - 18:22, 35:17, 36:24, 36:25, 57:21
**anomaly** [4] - 47:18, 80:20, 106:2, 106:3
**answer** [6] - 57:10, 66:20, 67:1, 88:2, 105:24, 107:7
**appalled** [2] - 98:22, 99:2
**apparent** [1] - 61:18
**appealed** [1] - 76:8
**Appeals** [1] - 42:9
**appear** [4] - 10:25, 36:5, 36:24, 44:23
**appeared** [2] - 2:4, 2:7
**applicable** [2] - 62:11, 62:13
**application** [1] - 46:23
**apply** [2] - 63:20, 75:13
**appreciated** [1] - 46:1
**approach** [21] - 19:15, 20:19, 21:5, 22:13, 22:25, 23:7, 23:15, 24:1, 25:1, 25:18, 26:5, 38:17, 40:19, 44:10, 46:17, 49:3, 49:17, 49:22, 50:1, 53:6, 99:10
**approached** [4] - 20:8, 37:5, 37:15, 62:1
**approaches** [1] - 52:15
**approaching** [5] - 18:16, 18:25, 20:17, 32:1, 35:6
**appropriate** [16] - 14:17, 19:16, 21:3, 21:17, 25:19, 29:13, 36:2, 36:6, 37:18, 37:24, 53:19, 55:9, 68:4, 68:6, 72:15, 75:15
**approximate** [1] - 36:20
**Area** [1] - 69:21

**area** [7] - 9:6, 46:13, 69:18, 70:16, 71:20, 92:3, 92:4
**area-wide** [1] - 69:18
**argues** [1] - 55:18
**arise** [1] - 83:4
**arises** [1] - 93:15
**arm** [2] - 104:20, 104:23
**armed** [4] - 73:13, 80:24, 82:18, 88:13
**arrive** [1] - 35:9, 36:22
**arrived** [5] - 30:17, 35:18, 49:24, 79:14, 84:6
**arriving** [2] - 35:13, 77:15
**arrowheads** [1] - 82:14
**articulate** [3] - 71:2, 99:9, 103:19
**aside** [1] - 89:1
**asleep** [5] - 23:12, 24:3, 24:10, 60:9, 62:8
**assailant** [1] - 67:19
**assess** [1] - 40:15
**assigned** [2] - 3:7, 31:7
**assist** [1] - 29:14
**assisting** [1] - 3:9
**associated** [3] - 14:12, 15:15, 36:11
**assume** [7] - 13:20, 19:19, 31:24, 32:7, 45:24, 87:10, 106:10
**assumed** [1] - 28:6
**assuming** [5] - 38:19, 44:25, 52:25, 60:12, 61:17
**attached** [2] - 30:12, 62:25
**attack** [1] - 16:5
**attacked** [1] - 46:13
**attacks** [1] - 61:5
**attempt** [1] - 32:8
**attempts** [2] - 32:2, 80:11
**attention** [2] - 9:13, 22:2
**attorney** [11] - 3:15, 11:1, 52:10, 89:24, 90:1, 95:6, 102:19, 103:6,

110:12, 110:14
**attorney's** [5] - 52:3, 89:3, 89:23, 100:3
**attorneys** [2] - 76:7, 90:12
**audio** [5] - 27:7, 30:14, 45:16, 55:17, 78:19
**August** [2] - 49:6, 82:25
**Aurora** [1] - 4:7
**authorization** [1] - 90:19
**authorized** [1] - 70:12
**automatic** [1] - 27:1
**automatically** [2] - 27:14, 28:15
**available** [1] - 63:2
**Avenue** [1] - 2:6
**average** [1] - 6:22
**await** [1] - 36:3
**awake** [1] - 25:13
**award** [4] - 107:24, 107:25, 108:5, 108:7
**awarded** [1] - 108:13
**aware** [18] - 11:4, 11:21, 12:6, 12:11, 13:11, 17:11, 17:12, 18:6, 24:20, 24:24, 31:4, 31:5, 70:16, 71:11, 87:5, 87:6, 90:2, 96:23
**awfully** [1] - 99:14

**B**

**backed** [3] - 37:20, 64:20, 104:2
**background** [1] - 3:23
**backing** [1] - 40:14
**backup** [11] - 35:18, 36:4, 37:18, 40:16, 40:17, 43:13, 43:18, 43:23, 44:6, 49:19, 65:19
**backups** [2] - 43:11, 67:23
**backwards** [2] - 33:22, 66:15
**bad** [5] - 98:3, 103:21, 104:25, 105:21, 107:8
**badge** [2] - 89:13,

103:1
**badly** [1] - 108:25
**bags** [1] - 39:10
**balancing** [1] - 37:10
**bar** [2] - 59:17, 59:23
**BARBELN** [2] - 1:12, 110:5
**barely** [1] - 64:15
**BARRY** [2] - 1:11, 110:8
**Barry** [2] - 2:7, 3:14
**based** [7] - 5:10, 11:22, 24:24, 25:16, 74:10, 86:5, 96:11
**basic** [1] - 21:14
**battles** [1] - 90:11
**became** [5] - 3:25, 4:4, 4:5, 61:18, 95:2
**becomes** [1] - 48:11
**before** [16] - 1:12, 8:19, 9:23, 10:5, 17:7, 30:6, 30:14, 34:11, 43:11, 49:2, 53:2, 54:25, 56:16, 67:5, 79:18, 88:12, 100:1, 101:21, 102:6
**beginning** [1] - 93:6
**behalf** [2] - 2:4, 2:7
**behavior** [2] - 98:22, 99:3
**behind** [2] - 21:25, 105:11
**belief** [2] - 52:6, 52:9
**believes** [3] - 37:3, 53:20, 76:3
**benefits** [1] - 12:6
**best** [4] - 15:25, 21:12, 21:16, 22:6
**better** [5] - 14:8, 15:11, 41:4, 94:24, 105:18
**between** [9] - 5:15, 5:25, 9:20, 24:4, 35:4, 35:11, 44:5, 65:6, 81:15
**beyond** [2] - 42:21, 86:2
**BISCUPIC** [1] - 3:21
**Biskupic** [5] - 1:14, 3:3, 3:6, 90:25, 107:18
**BISKUPIC** [39] -

2:2, 2:2, 3:2, 7:4,
7:13, 9:18, 10:15,
16:15, 20:14,
22:11, 24:22, 26:4,
26:6, 32:20, 33:19,
34:13, 44:1, 45:7,
46:20, 50:24, 51:8,
58:8, 62:5, 64:25,
66:11, 67:25,
71:13, 71:19,
76:11, 76:14, 80:1,
80:6, 87:14, 87:18,
88:5, 92:2, 101:17,
107:23, 109:6
**Biskupic**............
.................... [1] -
2:17
**bit** [14] - 8:18,
10:8, 28:16, 31:13,
38:16, 39:24,
47:18, 50:1, 59:22,
67:5, 87:17, 98:4,
101:20, 104:8
**black** [4] - 73:10,
75:22, 75:24, 76:4
**bleeding** [1] -
39:19
**blinding** [3] -
18:23, 20:25, 21:9
**blood** [2] - 39:21,
61:2
**blunt** [1] - 96:17
**board** [1] - 90:21
**bodily** [7] - 51:25,
53:24, 54:6, 54:12,
54:18, 56:24, 58:5
**body** [6] - 33:13,
52:8, 53:3, 60:10,
76:21, 84:15
**book** [1] - 18:13
**bother** [1] - 96:6
**bothered** [2] -
98:22, 98:25
**bothers** [1] - 15:8
**bounds** [2] -
99:24
**Boy** [1] - 40:11
**break** [5] - 34:7,
35:10, 35:25,
50:25, 71:17
**breaking** [2] -
59:4, 59:8
**breathing** [3] -
38:10, 44:23, 45:2
**bribes** [1] - 12:19
**brief** [1] - 3:22
**briefly** [1] - 5:14
**bright** [1] - 64:17
**bring** [2] - 74:16,
95:3
**broad** [1] - 58:11
**broke** [2] - 51:23,
52:4

**brought** [1] -
77:14
**buddy** [1] - 67:17
**bullet** [1] - 62:24
**bump** [1] - 77:1
**bunch** [2] - 13:3,
70:24
**Bureau** [1] - 5:20
**button** [16] - 27:3,
30:22, 31:15,
31:18, 32:5, 77:2,
77:3, 77:10, 77:17,
78:4, 78:17, 78:21,
78:24, 79:8, 79:20,
87:20
**buy** [1] - 13:4
**BY** [16] - 3:21,
7:13, 10:15, 16:15,
22:11, 26:6, 33:19,
34:13, 46:20, 51:8,
58:8, 62:5, 67:25,
71:19, 76:14, 80:6,
88:5, 92:2

**C**

**cable** [1] - 105:14
**cadre** [1] - 9:23
**calculation** [1] -
63:3
**calculus** [1] -
61:23
**California** [1] -
94:12
**cam** [1] - 76:22
**camera** [17] -
26:12, 26:16,
26:18, 26:22,
27:17, 28:11,
28:13, 29:10,
29:18, 30:5, 32:24,
43:3, 43:7, 77:1,
78:18, 80:4, 80:12
**camera's** [2] -
87:21, 88:1
**cameras** [1] -
33:13
**caps** [1] - 14:11
**Captain** [2] -
69:3, 83:21
**capture** [3] - 27:5,
29:11, 77:12
**captured** [1] -
55:17
**captures** [1] -
29:15
**car** [30] - 20:1,
20:5, 20:19, 21:10,
22:23, 23:10, 24:3,
24:10, 29:21,
31:20, 32:2, 32:17,
39:25, 44:10,
44:13, 45:23,
45:24, 46:17, 49:3,

49:22, 50:1, 59:5,
59:6, 59:8, 61:21,
62:2, 67:10, 67:17,
106:20
**card** [2] - 12:24,
12:25
**cards** [1] - 13:5
**care** [1] - 8:14
**career** [3] - 5:25,
43:22, 106:3
**careful** [1] - 20:19
**caring** [1] - 99:8
**carry** [1] - 39:10
**cars** [4] - 97:21,
97:22, 97:23,
104:2
**case** [25] - 16:11,
20:1, 31:9, 39:21,
42:8, 47:13, 51:22,
57:21, 77:2, 82:1,
82:11, 82:18,
84:23, 87:4, 88:21,
89:16, 91:8, 91:14,
92:25, 98:20,
104:1, 104:7,
104:8, 108:3,
108:14
**cases** [1] - 108:16
**catch** [1] - 84:11
**cautionary** [1] -
90:23
**cell** [1] - 98:16
**certain** [6] - 10:9,
17:24, 18:1, 46:16,
46:18, 50:3
**certainly** [12] -
6:11, 14:25, 17:17,
19:13, 24:15, 29:7,
58:14, 60:7, 62:11,
81:19, 87:6, 90:3
**certified** [1] -
50:14
**certify** [2] - 110:7,
110:11
**cetera** [1] - 24:5
**chain** [1] - 72:15
**chamber** [1] -
62:24
**chance** [2] - 57:9,
108:24
**change** [2] -
99:12, 102:9
**changed** [1] -
54:24
**changing** [1] -
33:4
**characterize** [1] -
58:22
**charge** [1] - 17:13
**charged** [1] -
13:14
**chase** [3] - 22:19,
23:2, 23:25

**chased** [1] -
22:15
**check** [1] - 35:23
**checking** [2] -
20:5, 70:22
**chest** [1] - 39:11
**CHIEF** [2] - 1:11,
110:8
**Chief** [9] - 2:7,
3:14, 3:17, 12:25,
34:17, 51:19, 67:4,
71:25, 101:24
**chief** [14] - 3:22,
3:25, 4:1, 4:6, 4:7,
4:11, 4:13, 7:8,
7:11, 48:16, 65:5,
75:6, 85:15, 94:24
**choice** [2] - 104:1
**choose** [5] -
32:24, 58:16,
58:17, 58:18,
97:14
**chooses** [2] -
22:24, 23:25
**choosing** [2] -
16:25, 17:21
**chose** [1] - 22:12
**circled** [1] - 25:10
**circuit** [1] - 76:8
**Circuit** [1] - 42:9
**circumstance** [3]
- 19:17, 36:5,
99:22
**circumstances**
[17] - 32:5, 40:7,
40:13, 40:24,
42:17, 42:21, 54:5,
55:3, 58:15, 76:24,
92:5, 92:8, 100:12,
101:14, 104:25,
106:13
**cite** [1] - 86:14
**cites** [3] - 10:19,
14:18, 38:23
**cities** [1] - 97:19
**citizen** [2] - 59:5,
101:3
**city** [16] - 4:6, 4:9,
73:3, 94:1, 94:11,
95:4, 97:25, 101:4,
102:2, 102:4,
102:7, 102:10,
105:1, 105:8,
105:19, 106:16
**City** [1] - 12:8
**city's** [1] - 103:5
**claim** [2] - 7:7,
72:18
**claims** [1] - 76:20
**clarified** [1] - 28:2
**Class** [1] - 38:25
**clear** [5] - 12:1,
12:20, 25:20,

87:20, 108:22
**cleared** [1] - 94:5
**clearly** [6] - 12:3,
42:12, 57:13,
60:11, 80:9, 88:20
**clears** [1] - 95:6
**climate** [1] -
94:15
**clock** [1] - 40:11
**close** [6] - 36:9,
38:16, 39:16, 57:5,
61:19, 61:25
**closed** [1] - 82:8
**closes** [1] - 23:5
**closing** [1] -
23:21
**clothes** [1] - 8:21
**Code** [2] - 11:24,
13:17
**coffee** [1] - 12:23
**cognac** [1] -
59:18
**Cole** [11] - 47:12,
70:15, 82:15,
84:23, 87:4, 88:21,
88:22, 89:16,
89:19, 104:8,
104:9
**collect** [1] -
102:25
**comfortable** [2] -
21:21, 25:7
**coming** [3] - 21:8,
21:24, 107:22
**command** [2] -
4:16, 56:8, 72:16
**commands** [5] -
52:20, 53:1, 54:25,
55:6, 56:11
**commencing** [1]
- 1:16
**commendation**
[1] - 70:24
**comment** [2] -
11:13, 66:12
**commenting** [1] -
89:1
**comments** [9] -
72:6, 74:5, 74:7,
74:18, 74:22,
75:14, 75:19,
89:15, 106:11
**COMMISSION** [1]
- 1:4
**commission** [14]
- 72:7, 72:16,
72:21, 72:25, 73:7,
73:15, 73:25,
74:20, 75:2, 75:11,
75:17, 76:13,
102:7, 102:15
**Commission** [4] -
2:4, 3:5, 3:8,

110:24
  **committed** [4] -
81:7, 81:12, 81:13,
88:19
  **committee** [1] -
105:3
  **committing** [3] -
81:6, 81:11, 88:18
  **common** [3] -
16:10, 80:22,
102:13
  **communicate** [1]
- 72:14
  **communication**
[1] - 75:6
  **community** [3] -
71:5, 106:12,
108:20
  **comparable** [1] -
32:23
  **compare** [2] -
32:25, 77:13
  **comparing** [1] -
28:10
  **comparison** [2] -
6:3, 77:25
  **compassionate**
[1] - 99:8
  **complain** [1] -
105:9
  **complainant** [3] -
55:14, 55:18,
62:17
  **complaint** [17] -
5:7, 6:24, 10:16,
10:19, 13:25,
14:17, 16:24,
17:14, 18:15,
18:19, 31:23,
33:21, 38:23,
62:16, 63:24,
68:25, 105:7
  **complaints** [3] -
16:18, 74:13,
108:12
  **completely** [3] -
81:5, 81:9, 88:16
  **complimentary**
[1] - 70:25
  **comply** [1] - 32:8
  **computer** [1] -
26:13
  **conceding** [1] -
60:6
  **concern** [9] -
93:22, 94:3, 95:21,
96:9, 97:7, 97:10,
99:19, 100:25,
101:5
  **concerned** [8] -
14:24, 36:25, 94:3,
95:17, 96:7, 106:7,
106:17, 107:2,

107:9
  **concerns** [10] -
42:5, 42:24, 94:9,
94:18, 94:19, 95:1,
96:1, 96:15, 97:8,
101:7
  **concluded** [1] -
109:8
  **concluding** [1] -
1:17
  **conclusion** [1] -
6:14
  **condition** [1] -
36:24
  **conditions** [1] -
29:19
  **conduct** [4] -
14:19, 15:9, 92:23,
98:25
  **conducted** [2] -
59:14, 69:10
  **conference** [1] -
9:25
  **confidential** [1] -
18:3
  **confirm** [1] - 68:3
  **confirmation** [1] -
68:4
  **confirmed** [1] -
20:18
  **conflict** [1] -
11:25
  **confrontation** [4]
- 40:15, 43:2,
65:17, 67:21
  **confrontations**
[1] - 70:18
  **confusing** [2] -
28:8, 73:13
  **confusion** [1] -
33:24
  **conjecture** [1] -
37:17
  **connection** [2] -
3:4, 5:7
  **conservative** [1] -
16:21
  **consider** [2] -
11:7, 108:2
  **considered** [1] -
74:5
  **consistent** [4] -
5:18, 5:19, 56:10,
79:1
  **console** [1] - 57:5
  **constantly** [2] -
26:22, 26:23
  **constitutes** [1] -
32:13
  **constitutional** [3]
- 14:22, 42:13,
100:25
  **construe** [1] -

79:12
  **consumed** [1] -
59:20
  **consumer** [1] -
59:21
  **consuming** [1] -
59:24
  **contact** [3] -
14:17, 25:5, 29:12
  **contacts** [2] -
20:12, 34:24
  **contend** [1] - 19:2
  **contended** [1] -
56:4
  **contends** [2] -
55:14, 62:18
  **content** [1] -
59:24
  **contention** [1] -
34:18
  **context** [3] - 15:7,
30:20, 80:1
  **continue** [3] -
80:21, 107:13
  **continued** [1] -
53:1
  **continuously** [1]
- 29:2
  **contract** [1] -
13:19
  **contracting** [2] -
13:18, 13:22
  **control** [3] -
35:23, 89:12, 91:3
  **conversely** [1] -
42:14
  **cop** [5] - 6:22,
66:19, 98:16, 99:2,
103:16
  **cops** [10] - 59:7,
94:19, 94:23,
97:19, 98:6, 98:10,
99:4, 104:17,
104:23, 108:19
  **copy** [2] - 14:2,
34:1
  **correct** [18] -
15:21, 17:1, 17:9,
26:23, 28:21, 32:9,
45:19, 51:16,
75:20, 85:20, 86:7,
87:8, 89:5, 93:18,
93:20, 93:21,
107:20, 107:21
  **correction** [1] -
81:13
  **council** [1] -
102:13
  **counsel** [3] -
51:2, 110:12,
110:14
  **counseling** [2] -
68:10, 68:12,

71:15
  **counting** [1] -
94:23
  **country** [2] -
94:12, 98:21
  **COUNTY** [1] -
110:2
  **county** [5] - 19:3,
23:20, 23:22, 24:8,
32:11
  **couple** [13] -
30:2, 30:22, 35:7,
40:6, 50:10, 68:1,
73:5, 77:17, 78:21,
79:8, 79:10, 79:20,
80:8
  **course** [7] - 5:23,
14:20, 16:8, 33:12,
38:11, 40:17,
103:24
  **Court** [1] - 42:9
  **court** [4] - 42:12,
76:8, 92:24, 93:2
  **courts** [4] - 42:2,
42:15, 92:18, 93:1
  **cover** [2] - 38:1,
50:19
  **covered** [3] -
25:2, 28:3, 28:7
  **CPR** [4] - 39:9,
39:18, 50:12,
50:13
  **crazy** [1] - 85:7
  **create** [4] - 54:11,
60:16, 93:8,
101:14
  **creates** [3] -
55:24, 60:8, 96:3
  **credible** [1] -
55:15
  **Creek** [1] - 69:25
  **crime** [3] - 81:15,
81:21, 82:1
  **crimes** [7] - 81:6,
81:8, 81:11, 81:12,
81:13, 88:18,
88:19
  **crisis** [2] - 97:25,
98:1
  **critical** [13] -
68:17, 70:10,
73:10, 73:12,
75:22, 82:22, 83:2,
83:3, 83:8, 85:6,
85:14, 85:25, 86:4
  **curious** [1] -
83:16
  **current** [1] -
94:25
  **customer** [1] -
82:16
  **cut** [2] - 82:14,
108:10

| **D** |
| --- |

  **daily** [2] - 10:1,
10:2
  **Dale** [6] - 2:10,
3:11, 4:4, 4:5, 7:18
  **danger** [2] -
53:23, 58:5
  **dark** [4] - 22:5,
32:12, 81:14,
104:25
  **data** [1] - 29:15
  **days** [1] - 94:25
  **dead** [1] - 37:8
  **deadly** [17] - 34:4,
34:19, 35:20,
40:15, 47:19,
51:14, 52:1, 52:6,
53:7, 53:19, 55:1,
58:14, 83:5, 93:17,
100:19, 100:24,
108:14
  **Deadly** [1] - 34:4
  **deadly-force** [1] -
40:15
  **deal** [1] - 71:21
  **dealing** [2] -
66:25, 71:3
  **deals** [1] - 18:14
  **death** [3] - 52:7,
54:12, 58:6
  **debriefing** [1] -
66:2
  **deceased** [2] -
38:5, 64:12
  **decide** [2] - 25:6,
95:8
  **decided** [5] -
21:11, 23:14,
74:15, 78:8, 78:10
  **decision** [8] -
17:19, 21:4, 21:17,
22:9, 23:2, 102:20
  **decision-**
**making** [2] - 21:4,
22:9
  **deems** [1] - 29:12
  **deescalate** [1] -
65:13
  **defend** [1] - 57:9
  **defense** [6] -
10:18, 11:20, 12:3,
12:10, 41:22, 81:3
  **defining** [2] -
86:2, 92:7
  **definition** [3] -
14:6, 15:18, 83:2
  **deflect** [1] - 85:11
  **delay** [8] - 39:24,
40:6, 42:4, 42:10,
42:24, 44:4, 44:5,
44:11, 44:17
  **delays** [1] - 42:1
  **deleted** [1] - 27:6

deleting [1] - 27:1
DeMarco [3] -
2:11, 3:11, 51:17
DEMARCO [7] -
20:16, 21:2, 21:23,
22:8, 48:16, 49:14,
49:20
demonstrations
[1] - 26:16
denied [1] - 55:21
denominator [1] -
80:23
Department [3] -
34:24, 78:12,
93:23
department [40] -
5:10, 5:11, 6:21,
10:19, 13:4, 13:22,
15:3, 16:1, 17:10,
17:17, 17:23,
17:24, 26:17, 28:5,
30:2, 31:2, 34:23,
38:12, 38:20,
62:23, 68:2, 69:11,
75:1, 82:21, 84:22,
85:8, 85:12, 86:11,
89:14, 90:4, 92:6,
93:12, 94:1, 97:13,
99:6, 100:11,
101:15, 101:25,
103:11, 106:24
departmental [1]
- 108:5
departments [3] -
69:19, 70:13, 85:9
depth [1] - 63:22
describe [2] -
7:23, 9:19
described [3] -
32:7, 45:21, 46:5
describes [1] -
26:11
designated [1] -
34:16
detail [1] - 16:23
detailed [2] -
5:12, 69:10
Detective [4] -
78:11, 78:20, 80:7,
80:9
detectives [1] -
83:12
determinative [1]
- 62:12
device [4] -
30:11, 31:10, 32:3,
80:5
dialogue [1] -
65:6
dictates [1] -
17:15
difference [3] -
24:4, 41:1, 47:5

differences [1] -
81:19
different [5] -
41:21, 53:13,
55:11, 66:23,
97:19
differently [6] -
20:9, 58:19, 59:2,
59:9, 66:4, 100:2
difficult [1] -
99:17
dilemma [1] -
55:24
direct [5] - 35:2,
39:20, 75:8, 88:7,
88:8
directed [2] -
72:17, 92:22
directing [1] -
74:2
direction [1] -
110:10
directly [2] -
11:19, 110:15
director [1] - 4:8
directs [1] - 34:24
disarm [1] - 70:19
discharging [1] -
78:16
disciplinary [1] -
90:16
discipline [5] -
4:21, 12:13, 12:17,
29:25, 46:22
disciplined [3] -
29:16, 29:24,
46:24
disciplines [1] -
30:3
discretion [18] -
18:8, 18:9, 18:14,
18:16, 18:20, 19:9,
19:14, 19:18,
23:18, 24:7, 25:15,
58:12, 58:22,
99:23, 100:11,
100:16, 100:24,
101:1
discuss [2] - 5:8,
14:25
discussing [1] -
88:12
discussion [1] -
24:25
disparage [2] -
75:16, 75:18
disparaging [2] -
64:14, 74:19
dispatch [5] -
34:20, 34:22, 35:2,
38:19, 52:14
dispatcher [1] -
4:3

displayed [2] -
80:25, 88:14
dispute [2] -
101:13, 101:16
disregard [1] -
80:22, 92:12
disrespect [2] -
72:12, 75:2
distribute [1] -
13:9
district [9] - 52:3,
52:10, 89:3, 89:23,
89:24, 90:1, 95:5,
100:3, 102:19
doctor [1] - 41:2
document [1] -
83:21
documented [1] -
15:3
documents [1] -
5:13
Dodge [2] - 4:10,
4:12
done [18] - 16:4,
23:24, 37:12,
37:13, 40:12,
40:23, 40:25,
41:19, 41:25,
47:25, 50:6, 65:9,
75:21, 77:25,
103:3, 103:6,
103:8, 105:20
door [2] - 44:10,
44:20
doubt [1] - 103:22
down [19] - 18:23,
20:22, 20:24, 21:8,
34:22, 35:10,
35:25, 36:13,
37:16, 45:17,
51:23, 52:5, 53:17,
54:20, 54:22, 56:9,
108:23, 108:24
downgraded [1] -
42:11
downs [1] - 25:3
dozen [5] - 85:13,
85:16, 85:23, 86:3,
86:7
drafting [1] -
27:22
drank [1] - 59:18
driver [3] - 20:25,
54:9, 57:6
driver's [5] -
18:18, 19:1, 19:8,
21:6, 57:3
drivers [1] - 19:23
driving [4] - 8:14,
29:8, 29:18, 29:22
drop [3] - 87:16,
104:4
dropping [1] -

53:14
drops [1] - 56:8
drove [1] - 23:8
duration [2] -
7:22, 8:25
During [1] - 29:12
during [19] - 5:21,
27:24, 32:3, 35:14,
36:1, 42:4, 42:9,
42:23, 50:7, 50:20,
65:9, 71:23, 72:1,
72:18, 73:6, 76:19,
78:12, 78:13,
88:10
duties [4] - 4:19,
92:11, 92:21, 93:4
duty [12] - 13:12,
14:25, 15:4, 15:6,
92:4, 92:9, 92:10,
92:16, 92:20,
93:13, 93:14,
93:15

## E

early [1] - 49:6
East [1] - 2:6
educated [2] -
99:11, 103:20
effect [1] - 90:6
eight [2] - 35:10,
35:12
Eighth [1] - 42:8
either [13] -
11:19, 25:6, 25:14,
38:18, 40:22, 41:1,
61:10, 69:7, 80:24,
88:14, 96:7,
106:19, 108:25
elected [1] -
101:4
emanating [1] -
61:21
emergency [4] -
18:24, 27:15,
27:18, 33:8
emotional [1] -
103:2
emotions [1] -
15:24
employee [2] -
110:12, 110:13
employment [1] -
102:9
encompassed [1]
- 88:21
encounter [3] -
18:11, 32:11,
65:10
end [2] - 42:14,
100:15, 104:19
ends [1] - 35:5
enforce [2] -
90:15, 98:7

enforcement [10]
- 3:24, 4:2, 6:8,
17:18, 41:3, 42:5,
42:24, 44:18,
47:17, 98:1
enforcing [1] -
100:17
engage [3] -
14:19, 17:3, 80:11
engaged [2] -
65:25, 81:20
enter [1] - 35:4
entire [2] - 64:3,
81:2
entities [1] -
100:4
entitled [1] -
100:11
epaulet [1] -
31:11
equitably [1] -
13:9
equity [1] - 105:2
equivalent [1] -
6:20
especially [7] -
13:18, 14:10,
14:11, 15:15,
20:20, 21:8, 31:1
et [1] - 24:5
evaluation [1] -
68:8
evening [2] -
22:14, 84:4
event [1] - 17:19
eventually [2] -
11:16, 44:16
evidence [4] -
42:10, 73:23, 77:8,
92:23
exactly [3] - 48:2,
74:8, 74:11
Examination [2] -
1:11, 2:16
examination [1] -
110:8
EXAMINATION
[1] - 3:20
examiner [3] -
45:8, 59:19, 60:4
example [5] -
28:20, 29:14, 42:8,
55:18, 61:20
exceeded [1] -
27:25
excellent [1] -
7:20
excessive [1] -
51:13
exchange [1] -
55:16
excuse [4] - 6:4,
6:5, 16:13, 78:13

exercise [2] - 92:20

exercised [1] - 19:8

exercises [1] - 100:16

exercising [3] - 24:7, 99:23, 100:10

exert [1] - 100:24

Exhibit [1] - 2:18

exhibits [1] - 72:12

exist [2] - 69:15, 71:10

existence [1] - 69:5

expect [1] - 20:7

expected [2] - 14:16, 20:23

expense [1] - 33:14

experience [4] - 6:9, 24:24, 25:17, 66:1

Expires [1] - 110:24

explain [1] - 23:1

explained [2] - 28:25, 78:18

explaining [1] - 79:13

explicit [1] - 56:22

explicitly [1] - 39:4

expound [1] - 98:4

express [1] - 96:10

expressed [1] - 108:20

extended [1] - 104:14

eye [1] - 10:12

eyes [1] - 23:14

**F**

Facebook [3] - 14:6, 14:24, 104:12

faced [2] - 66:24, 82:18

faces [1] - 92:6

facetious [2] - 99:19, 100:15

facing [1] - 18:21, 20:2

fact [9] - 22:12, 55:22, 80:22, 81:5, 81:10, 88:17, 88:22, 90:4, 100:22

factors [2] - 19:18, 62:11

facts [7] - 51:22, 52:12, 56:13, 60:5, 60:7, 60:13, 60:14

factual [1] - 10:22

fail [1] - 39:1

failed [1] - 7:8

failing [1] - 33:21

failure [3] - 34:18, 46:25, 92:11

fair [1] - 60:15

fairly [1] - 59:16

faith [4] - 52:2, 66:19, 100:5, 101:11

falling [2] - 60:9, 62:8

familiar [3] - 4:20, 8:11, 68:18

families [2] - 108:19, 108:21

family [2] - 59:20, 76:20

far [6] - 16:6, 39:12, 60:17, 76:1, 85:15, 96:11

fashion [1] - 100:25

fast [7] - 29:18, 29:20, 29:21, 57:8, 57:21, 57:24, 63:16

fatalities [1] - 90:17

fatally [2] - 83:11, 96:21

father [1] - 106:25

favorites [1] - 18:4

FBI [3] - 3:10, 6:9, 103:14

February [3] - 16:3, 84:24, 89:17

federal [1] - 51:21

fees [3] - 12:14, 12:15, 12:20

fellow [6] - 24:25, 30:16, 34:9, 77:15, 95:20, 96:12

felony [1] - 83:5

felt [2] - 46:6, 54:3

few [4] - 31:1, 86:12, 101:20

field [1] - 9:21

fight [1] - 90:11

figure [1] - 44:14

file [2] - 37:23, 70:23

filed [1] - 7:7

filing [1] - 102:23

fill [1] - 68:18

filled [1] - 69:1

finally [2] - 8:18, 84:13

financially [1] - 110:14

FIRE [1] - 1:4

fire [29] - 16:5, 38:11, 38:20, 58:16, 58:18, 63:19, 64:23, 72:7, 72:16, 72:20, 72:25, 73:7, 73:15, 73:24, 74:19, 75:2, 75:11, 75:16, 76:12, 83:13, 83:17, 84:14, 84:25, 87:4, 93:20, 102:6, 102:15, 103:11

Fire [4] - 2:4, 3:5, 3:7, 34:24

firearm [9] - 37:1, 48:14, 52:17, 53:4, 56:15, 60:12, 62:22, 71:5, 108:22

firearms [4] - 6:18, 7:2, 7:5, 62:21

fired [21] - 46:7, 62:17, 62:19, 63:5, 63:15, 63:16, 63:25, 80:5, 81:1, 83:10, 85:10, 85:17, 85:20, 86:16, 86:18, 86:19, 86:21, 86:24, 88:15, 88:23, 89:19

fires [2] - 64:8, 64:9

firing [4] - 56:16, 64:7, 64:22, 73:1

firm [2] - 49:7, 49:8

Firm [1] - 3:4

first [54] - 5:6, 5:21, 8:1, 10:4, 10:22, 15:2, 16:25, 18:12, 23:11, 25:10, 26:9, 26:14, 27:22, 28:21, 29:3, 30:25, 34:20, 35:7, 35:14, 35:24, 36:1, 37:11, 37:14, 39:9, 39:10, 39:17, 40:2, 46:2, 46:23, 48:5, 50:5, 50:9, 50:17, 50:19, 51:19, 54:2, 59:1, 62:21, 63:17, 64:8, 68:2, 72:8, 72:19, 73:8, 73:22, 77:20, 79:14, 83:1, 83:9, 89:9, 89:18,

92:6, 103:25, 109:2

First [1] - 90:10

fit [3] - 92:9, 92:19, 93:14

fitness [1] - 92:4

five [8] - 85:13, 85:17, 85:24, 86:4, 86:20, 93:11, 100:9, 105:14

fled [1] - 83:10

flopping [1] - 32:6

flops [1] - 31:13

Floyd [1] - 98:20

focus [5] - 51:3, 52:23, 74:18, 81:8, 95:4

focuses [2] - 42:3, 94:16

focusing [1] - 72:6

folder [1] - 21:13

follow [7] - 68:1, 92:1, 95:16, 99:18, 101:19, 102:11, 103:17

follow-up [1] - 68:1

followed [1] - 55:5

following [5] - 14:7, 27:20, 30:18, 52:20, 102:11

follows [1] - 85:7

force [23] - 5:24, 6:13, 33:25, 34:4, 34:19, 35:21, 40:15, 47:19, 51:13, 51:14, 52:1, 52:6, 53:7, 53:19, 55:1, 58:14, 68:22, 83:5, 92:14, 93:17, 100:19, 100:24, 108:15

forfeiture [1] - 81:15

form [8] - 68:17, 68:19, 68:21, 69:1, 69:5, 69:9, 69:13, 69:14

formulate [1] - 40:20

Fort [2] - 4:10, 4:11

forth [1] - 55:15

forthright [1] - 82:4

forward [4] - 27:4, 74:16, 101:2, 105:25

forwarded [2] - 82:21, 82:24

forwards [1] - 66:15

four [5] - 4:12, 6:4, 8:8, 8:9, 47:10

fourth [2] - 93:16, 94:1

frame [2] - 66:15

free [3] - 70:2, 91:18, 91:20

friend [1] - 59:17

friends [1] - 59:21

front [11] - 18:22, 19:7, 20:20, 21:5, 21:9, 25:1, 25:18, 52:17, 71:9, 72:8

front-to-front [1] - 25:1

FTO [4] - 7:23, 9:22, 25:22, 25:24

FTOs [1] - 9:24

fuel [1] - 16:4

fully [2] - 77:9, 104:16

functioning [1] - 32:4

fund [4] - 10:18, 11:20, 12:3, 12:10

fundraising [1] - 10:23

future [2] - 65:7, 66:5

**G**

gain [2] - 10:21, 12:1

gamut [1] - 70:19

gangster [1] - 104:10

gather [3] - 20:4, 43:6, 92:22

general [2] - 29:4, 92:4

generally [1] - 59:9

gentlemen [1] - 80:8

geography [1] - 10:13

George [1] - 98:20

gift [3] - 12:24, 12:25, 13:5

gifts [1] - 12:19

given [14] - 6:8, 15:7, 40:6, 45:20, 45:21, 45:22, 55:3, 55:19, 56:8, 68:24, 90:1, 91:5, 106:11, 108:17

glad [1] - 41:23

Glen [2] - 1:14, 2:3

Gonzales [13] -

28:22, 60:24, 61:2,
64:20, 82:11,
82:13, 86:17,
103:25, 104:2,
107:25, 108:4,
108:9, 108:10
**Gonzales's** [1] -
104:6
**grandfather** [1] -
107:2
**granting** [1] -
16:20
**great** [9] - 33:14,
51:25, 52:7, 53:23,
54:6, 54:12, 54:18,
56:24, 58:5
**Greenfield** [2] -
69:25, 70:3
**GRGB** [1] - 2:5
**group** [2] - 49:21,
69:24
**guess** [17] -
10:23, 11:22, 18:5,
26:14, 27:21,
31:21, 33:15,
35:25, 37:12, 54:1,
56:25, 58:21, 60:4,
62:6, 63:3, 63:13,
66:7
**guessing** [1] -
66:13
**guidance** [1] -
63:6
**gun** [33] - 41:5,
41:12, 41:13,
41:15, 41:17,
43:12, 44:11,
44:12, 44:20,
52:21, 54:8, 54:10,
54:11, 54:13,
54:15, 54:23,
55:12, 55:13,
56:14, 57:2, 57:24,
58:2, 65:20, 65:21,
65:24, 82:11,
82:16, 82:17,
88:23, 89:13,
93:20, 98:17,
103:1
**guns** [2] - 94:20,
106:5
**guy** [21] - 24:10,
25:13, 36:12,
46:13, 47:7, 54:16,
59:6, 61:1, 61:5,
65:11, 65:12,
67:16, 71:2, 87:3,
97:16, 98:16,
98:23, 103:4,
103:21, 104:17,
107:8
**guys** [20] - 8:2,
20:11, 31:10,
37:19, 38:17,

43:24, 45:11, 48:1,
48:21, 62:1, 64:21,
66:13, 86:12,
87:21, 90:11,
94:21, 101:10,
104:2, 106:5,
106:13

## H

**hairs** [1] - 82:17
**half** [6] - 6:2,
85:13, 85:16,
85:23, 86:2, 86:7
**hand** [15] - 10:5,
37:2, 54:17, 54:20,
54:21, 56:7, 56:8,
56:9, 56:15, 56:17,
57:15, 57:25,
104:22, 110:17
**hand's** [1] - 57:3
**handcuffed** [1] -
38:4
**handle** [1] - 69:23
**handled** [3] -
66:4, 66:22, 102:2
**handling** [1] -
8:15
**Hands** [1] - 52:21
**hands** [8] - 53:2,
53:3, 53:12, 53:14,
62:9, 65:11, 65:12
**harangue** [1] -
107:14
**hard** [4] - 46:3,
48:5, 61:11, 99:14
**harm** [6] - 51:25,
53:24, 54:6, 54:12,
54:18, 56:24, 58:5,
94:7
**head** [7] - 37:7,
37:8, 39:8, 39:12,
39:15, 45:22, 46:8
**hear** [2] - 49:4,
104:24
**heard** [6] - 31:8,
40:18, 41:16,
44:22, 65:10,
103:19
**heavily** [2] -
50:20, 59:16
**heavy** [1] - 62:2
**Heimlich** [1] -
39:18
**help** [1] - 43:25
**helping** [1] - 6:10
**hereby** [1] - 110:7
**hereunder** [1] -
110:16
**hesitancy** [1] -
96:4
**hesitant** [1] -
95:22
**hesitate** [1] - 96:8

**high** [1] - 25:2
**high-risk** [1] -
25:2
**higher** [1] - 95:8
**himself** [12] -
36:7, 37:15, 47:8,
49:22, 52:8, 54:13,
57:9, 59:16, 86:2,
104:20, 104:23
**hired** [2] - 3:24,
99:5
**hiring** [1] - 73:1
**hit** [11] - 30:22,
30:23, 77:9, 77:17,
77:18, 78:21,
79:10, 79:20,
79:21, 83:13,
83:17
**hits** [1] - 87:19
**hitting** [4] - 30:24,
78:4, 79:8, 79:21
**hold** [1] - 65:11
**hope** [1] - 33:23
**hopefully** [1] -
70:5
**horrible** [2] -
98:18, 107:8
**hour** [4] - 27:17,
27:19, 28:1, 29:23
**hours** [9] - 5:17,
6:2, 6:7, 25:24,
50:21, 60:1,
105:15
**human** [2] - 98:8,
98:12
**humans** [1] -
98:11
**hurry** [2] - 43:14,
43:17
**hurt** [4] - 9:11,
83:6, 83:7, 97:17
**hypothetically** [1]
- 100:9

## I

**idea** [1] - 21:19
**identical** [1] -
58:15
**identification** [2]
- 55:22, 55:23
**identified** [1] -
2:18
**IIIA** [1] - 27:13
**illegal** [2] -
102:10, 102:13
**illinois** [1] - 4:4
**imagine** [2] -
58:1, 105:25
**immediate** [2] -
30:15, 36:24,
78:13
**immediately** [8] -
12:24, 47:4, 47:11,

47:14, 48:4, 53:2,
77:16, 78:16
**imminent** [2] -
52:7, 54:12
**impact** [2] - 61:7,
93:25
**implicates** [1] -
40:8
**implied** [1] -
56:21
**important** [1] -
89:24
**impose** [1] -
12:13
**improper** [1] -
42:7
**improperly** [1] -
42:11
**in-squad** [1] -
26:12
**inadequate** [1] -
7:16
**inappropriate** [3]
- 15:9, 15:20,
15:22
**incapacitated** [7]
- 36:15, 37:4,
45:18, 45:25, 46:1,
46:14, 67:11
**incident** [21] -
19:5, 28:25, 47:2,
68:7, 68:17, 70:10,
73:12, 73:16,
74:14, 75:23, 80:2,
83:2, 83:3, 83:24,
84:2, 84:13, 85:2,
86:17, 96:16, 97:1,
108:15
**incidents** [20] -
43:4, 63:25, 64:2,
69:17, 70:17,
73:10, 80:24, 81:3,
82:23, 83:9, 83:18,
85:7, 85:15, 85:19,
85:25, 86:5, 86:9,
86:25, 88:13,
100:23
**include** [1] -
25:22
**included** [2] -
16:21, 49:22
**includes** [1] -
38:20
**including** [1] -
72:22
**inclusion** [1] -
105:3
**inconsistent** [4] -
56:3, 56:5, 77:21,
78:9
**incorporate** [1] -
52:4
**incorrect** [1] -

17:20
**incorrectly** [1] -
48:22
**increased** [1] -
7:24
**indeed** [1] - 46:14
**independent** [1] -
3:6
**indicate** [2] -
57:14, 74:1
**indicated** [1] -
51:2
**indication** [1] -
87:20
**indirectly** [2] -
11:19, 110:15
**individual** [4] -
50:17, 86:25, 97:6,
99:21
**influence** [3] -
60:10, 60:20,
61:10
**inform** [1] - 12:8
**Information** [1] -
88:9
**information** [8] -
17:22, 17:25,
52:14, 69:12,
73:25, 89:22, 90:7,
90:13
**infrared** [2] -
51:3, 52:23
**initiated** [1] -
64:19
**injured** [2] - 83:7,
109:1
**injuries** [3] -
35:24, 42:11, 84:8
**injury** [1] - 52:8
**inquiry** [1] - 32:18
**inservice** [1] -
48:2
**inside** [1] - 87:23
**instance** [5] -
22:10, 25:2, 56:13,
77:23, 100:20
**instead** [4] -
18:18, 18:24, 19:1,
65:11
**institutional** [1] -
12:4
**instructed** [1] -
14:15
**instructions** [1] -
5:23
**instructors** [1] -
21:14
**instructs** [1] -
23:16
**insubordinate** [2]
- 74:25
**insubordination**
[2] - 74:6, 74:24

**intent** [1] - 74:21
**intentionally** [1] - 39:1
**interaction** [1] - 29:6
**interest** [3] - 11:25, 13:20, 17:18
**interested** [1] - 110:14
**interview** [23] - 3:13, 16:22, 16:23, 17:3, 17:6, 17:7, 71:22, 71:24, 72:2, 72:3, 73:6, 76:16, 78:13, 80:18, 81:24, 85:4, 85:6, 88:6, 88:10, 88:11, 88:22, 90:1, 107:20
**interviewed** [3] - 28:4, 68:25, 80:7
**interviewer** [1] - 88:24
**interviews** [5] - 16:20, 17:1, 17:22, 92:23, 96:11
**intoxicated** [1] - 59:17
**investigate** [1] - 69:19
**INVESTIGATION** [1] - 1:5
**investigation** [7] - 29:4, 35:14, 59:13, 69:10, 74:17, 82:10, 89:2
**investigations** [1] - 15:1
**investigative** [1] - 69:18
**Investigative** [1] - 69:21
**investigator** [3] - 2:10, 2:11, 2:11
**investigator** [1] - 3:7
**involve** [1] - 13:18
**involved** [33] - 11:10, 13:21, 36:7, 40:14, 43:2, 43:4, 47:3, 47:13, 60:25, 67:20, 69:22, 70:6, 70:13, 70:17, 70:20, 83:18, 83:24, 83:25, 84:4, 84:8, 84:12, 84:17, 84:23, 85:1, 85:18, 86:11, 86:13, 87:1, 87:7, 89:25, 93:10, 93:24, 97:3
**involvement** [1] -

11:20
**involving** [2] - 73:12, 90:17
**Iowa** [1] - 4:10
**issue** [17] - 5:6, 19:6, 29:3, 31:21, 33:20, 33:24, 42:1, 44:2, 48:7, 73:15, 73:17, 73:18, 73:19, 73:20, 76:12, 85:11, 87:15
**issued** [2] - 23:22, 62:23
**issues** [5] - 31:2, 31:5, 63:14, 66:3, 68:25
**issuing** [1] - 100:13
**itself** [1] - 51:1

**J**

**Jacobs** [1] - 1:14, 3:3, 3:9, 48:13
**JACOBS** [23] - 2:2, 2:3, 7:2, 9:19, 16:14, 44:3, 44:9, 45:12, 45:20, 61:20, 70:15, 71:3, 71:7, 71:12, 90:25, 91:10, 91:16, 91:22, 106:6, 106:10, 106:17, 107:4, 107:17
**jaded** [1] - 99:5
**January** [10] - 5:15, 5:25, 82:25, 84:5, 84:13, 84:21, 85:2, 86:15, 86:18, 86:20
**Jay** [2] - 18:11, 30:9
**jaywalking** [1] - 100:13
**job** [6] - 7:22, 97:15, 103:10, 103:13, 103:21, 105:18
**jobs** [1] - 99:10
**Joe** [2] - 95:2, 103:18
**jokingly** [1] - 94:20
**Joseph** [2] - 103:3, 105:6
**JOSEPH** [1] - 1:5
**judge** [2] - 100:16, 100:18
**July** [5] - 17:5, 48:25, 51:18, 72:1, 72:19
**jump** [1] - 98:13
**June** [11] - 5:16,

6:1, 14:5, 15:5, 51:17, 83:10, 83:24, 84:1, 84:2, 85:1, 86:15
**jurisdiction** [1] - 97:2
**justification** [1] - 65:4
**justified** [7] - 47:19, 57:10, 58:6, 58:9, 58:20, 94:4, 100:6

**K**

**keep** [7] - 10:12, 13:2, 16:10, 62:9, 62:23, 63:7, 100:8
**kept** [4] - 30:24, 77:18, 79:21, 104:4
**kid** [2] - 103:20, 105:22
**kid's** [1] - 102:3
**kidding** [1] - 103:11
**Kilbourn** [1] - 2:6
**killed** [1] - 108:25
**Kimberley** [1] - 74:15
**kind** [11] - 7:2, 10:14, 31:1, 31:13, 32:25, 44:16, 49:11, 66:21, 68:23, 73:9, 107:25
**kit** [1] - 35:7
**kits** [1] - 50:17
**knife** [1] - 55:11
**KNIGHT** [3] - 2:6, 61:17, 79:24
**Knight** [1] - 3:16
**Knight's** [1] - 62:7
**knowing** [4] - 60:5, 61:5, 74:11, 77:9
**knowledge** [2] - 39:3, 85:2
**known** [5] - 55:4, 61:12, 63:11, 65:19, 79:5
**knows** [3] - 42:16, 87:25, 105:8

**L**

**lack** [1] - 69:8
**Lane** [2] - 1:15, 2:3
**language** [2] - 27:24, 28:8
**laptop** [1] - 26:12

**largest** [1] - 97:12
**last** [10] - 4:8, 7:25, 30:3, 50:10, 50:18, 81:9, 85:17, 86:12, 92:3, 104:6
**Law** [1] - 3:4
**LAW** [1] - 2:5
**law** [16] - 3:8, 3:23, 4:2, 6:8, 17:18, 38:25, 41:3, 42:4, 42:24, 44:18, 51:21, 93:16, 97:25, 98:7, 102:11
**lawful** [3] - 72:10, 72:21, 102:12
**lawsuit** [1] - 7:6
**lawsuits** [1] - 7:14
**learning** [1] - 66:1
**least** [9] - 5:15, 21:10, 23:23, 45:15, 63:18, 64:1, 86:15, 96:11, 106:11
**leather** [2] - 77:2, 87:22
**Leave** [1] - 102:18
**leave** [3] - 14:13, 15:16, 102:19
**leaves** [1] - 23:4
**leaving** [2] - 30:1, 30:5
**left** [2] - 19:24, 41:13
**legal** [12] - 10:18, 11:20, 12:3, 12:10, 12:13, 12:15, 41:25, 51:20, 58:20, 59:25, 99:23, 99:24
**legality** [1] - 95:5
**legally** [5] - 100:6, 100:23, 100:25, 101:5
**legit** [1] - 20:13
**legitimate** [4] - 42:4, 42:24, 44:18, 96:9
**less** [2] - 58:1, 64:14
**lethal** [1] - 5:23
**letter** [4] - 29:11, 90:23, 90:24, 100:17
**letters** [2] - 70:24, 70:25
**letting** [1] - 13:1, 15:24
**level** [3] - 9:12, 42:13, 95:8
**liable** [1] - 7:10

**libel** [2] - 14:7, 15:18
**Lieutenant** [4] - 8:7, 49:5, 69:3, 69:4
**lieutenant** [2] - 30:17, 48:23
**life** [3] - 53:22, 102:3, 102:4
**lights** [16] - 18:24, 20:2, 20:8, 20:22, 20:24, 21:9, 23:3, 23:13, 27:15, 28:14, 28:17, 28:18, 33:8, 43:25
**likely** [1] - 96:17
**likewise** [1] - 55:20
**limit** [1] - 59:25
**liquor** [2] - 60:21, 61:11
**list** [4] - 84:9, 84:18, 86:6, 87:12
**listed** [1] - 83:19
**listened** [1] - 72:3
**literal** [1] - 27:23
**loaded** [1] - 104:16
**located** [1] - 92:7
**look** [20] - 10:7, 14:23, 38:2, 40:10, 40:11, 41:22, 59:3, 59:7, 59:8, 65:25, 66:18, 67:1, 83:14, 85:8, 91:6, 93:6, 97:5, 97:11, 107:11
**looked** [7] - 19:6, 19:11, 20:15, 20:16, 24:2, 42:20, 79:23
**looking** [4] - 5:24, 19:24, 22:19, 63:23
**looks** [4] - 20:1, 59:4, 59:6, 60:17
**losing** [1] - 99:13
**lower** [2] - 84:15, 99:16
**lunch** [1] - 13:5
**luxury** [1] - 66:13

**M**

**magazine** [4] - 62:25, 64:3, 104:14, 104:15
**main** [1] - 42:3
**maintain** [1] - 14:16
**MAIT** [1] - 69:20
**major** [1] - 81:18
**mall** [5] - 82:15,

82:16, 104:15,
104:17, 104:18
**man** [1] - 66:8
**manager** [1] - 4:9
**mandatory** [1] -
68:12
**maneuver** [1] -
39:19
**manipulated** [2] -
41:11, 42:10
**manner** [1] -
72:11
**marijuana** [8] -
59:20, 59:22,
60:20, 61:11,
61:21, 61:25, 62:3,
62:4
**marked** [1] - 10:2
**Massachusetts**
[1] - 21:13
**matter** [9] - 3:10,
10:23, 27:22,
37:17, 42:19,
93:16, 102:23,
103:3, 108:17
**mayor** [2] - 73:3,
102:12
**ME** [1] - 45:7
**ME's** [1] - 45:4
**mean** [24] - 23:18,
36:15, 37:6, 43:15,
45:3, 45:17, 47:17,
48:10, 50:11,
56:23, 58:11,
63:15, 64:13,
75:18, 82:17,
92:24, 96:12, 97:4,
99:18, 100:8,
100:14, 106:3,
106:19
**meaning** [1] -
45:7
**means** [3] -
26:22, 43:24,
102:25
**meant** [3] - 31:14,
46:7, 68:12
**mechanical** [1] -
31:2
**medal** [1] - 108:7
**Media** [2] - 14:1,
14:13
**media** [17] - 11:5,
11:9, 11:17, 14:15,
16:2, 16:12, 16:14,
16:16, 16:17,
16:20, 16:21,
16:25, 17:1, 17:14,
17:18, 17:23,
90:18
**medical** [8] -
24:11, 33:21, 42:2,
45:7, 47:1, 47:5,

59:19, 60:3
**meeting** [2] -
10:3, 102:7
**meetings** [1] -
102:18
**member** [2] -
6:19, 90:21
**members** [2] -
11:5, 28:4
**membership** [1] -
12:5
**memoranda** [1] -
5:3
**memorandum** [1]
- 82:20
**MENSAH** [1] - 1:5
**Mensah** [92] - 5:8,
10:17, 10:24,
13:21, 14:4, 15:4,
16:19, 18:20, 21:3,
22:9, 22:22, 23:24,
28:21, 28:24,
29:17, 30:11,
30:16, 30:21,
31:12, 34:21, 35:1,
35:15, 36:2, 37:1,
41:4, 41:19, 43:1,
45:13, 45:25,
47:13, 48:7, 48:25,
49:25, 51:24,
52:15, 52:19,
52:25, 53:11,
53:18, 54:2, 54:20,
55:1, 55:12, 55:19,
55:21, 55:25, 56:3,
56:7, 56:9, 57:1,
58:3, 60:6, 60:15,
60:24, 61:14,
61:24, 62:3, 62:17,
64:22, 65:6, 65:16,
67:7, 68:5, 70:17,
71:23, 72:1, 72:17,
73:6, 73:23, 74:4,
78:15, 80:10,
81:21, 85:5, 86:18,
87:2, 87:8, 90:4,
94:16, 95:2, 96:1,
96:13, 96:22,
103:4, 103:18,
105:6, 105:11,
106:2, 106:19,
107:8, 107:11,
107:19
**Mensah's** [7] -
18:11, 44:6, 53:10,
55:14, 62:22,
93:10, 106:7
**mentioned** [3] -
8:7, 50:5, 88:22
**Mequon** [2] -
1:15, 2:4
**mere** [1] - 90:4
**mic** [1] - 78:17
**Michael** [1] - 3:11

**MICHELLE** [1] -
2:3
**Michelle** [1] - 3:9
**microphone** [2] -
26:13, 105:12
**might** [17] - 9:11,
13:20, 20:9, 23:1,
25:7, 28:8, 49:9,
52:9, 59:11, 65:9,
65:17, 65:20, 79:5,
95:22, 96:4, 96:7,
96:8
**Mike** [2] - 2:11,
20:14
**miles** [4] - 27:16,
27:19, 27:25,
29:22
**Mills** [3] - 36:22,
41:12, 49:23
**MILWAUKEE** [1]
- 110:2
**Milwaukee** [8] -
2:7, 22:17, 69:21,
69:22, 70:1, 78:12,
104:13, 110:17
**mind** [6] - 24:6,
46:16, 60:8, 66:17,
66:22, 76:1
**minor** [1] - 100:17
**minute** [5] -
34:21, 34:23, 35:1,
36:19, 71:17
**minutes** [7] -
35:7, 35:10, 35:12,
35:15, 36:2, 40:6,
101:21
**mirrors** [1] - 21:7
**misdemeanor** [1]
- 38:25
**missed** [1] -
107:17
**Missouri** [2] - 4:6,
4:7
**misspeak** [1] -
68:11
**mistake** [1] -
98:14
**mistakes** [1] -
98:12
**mode** [1] - 48:5
**moment** [2] -
48:3, 92:13
**moments** [1] -
46:2
**month** [3] - 70:2,
70:3, 70:5
**months** [3] - 4:8,
5:21, 8:4
**morning** [2] -
22:5, 24:5
**most** [7] - 19:16,
51:4, 59:7, 81:18,
98:2, 98:23, 98:25

**motion** [1] - 66:16
**motivated** [2] -
73:24, 74:1
**Motley** [1] - 74:15
**motorist** [1] -
29:14
**mouth** [1] - 16:10
**move** [8] - 8:17,
10:16, 13:24,
16:16, 33:20, 36:3,
53:2, 71:20
**moved** [3] -
41:14, 42:22, 53:3
**movement** [2] -
23:9, 54:23
**movements** [2] -
51:4, 60:11
**moves** [1] - 35:15
**moving** [3] -
18:10, 24:10,
36:16
**MR** [80] - 2:2, 3:2,
3:21, 7:4, 7:13,
7:19, 8:6, 9:1, 9:4,
9:14, 9:17, 9:18,
10:15, 16:15,
20:14, 20:16, 21:2,
21:23, 22:8, 22:11,
24:22, 24:23,
25:16, 25:20, 26:3,
26:4, 26:6, 32:20,
32:22, 33:2, 33:6,
33:14, 33:19,
34:13, 44:1, 45:7,
46:20, 48:16,
49:14, 49:16,
49:20, 50:5, 50:19,
50:23, 50:24, 51:8,
57:12, 58:7, 58:8,
61:17, 62:5, 64:25,
65:5, 66:7, 66:11,
67:3, 67:4, 67:25,
70:12, 71:13,
71:19, 76:11,
76:14, 79:24, 80:1,
80:6, 87:14, 87:16,
87:18, 87:19, 88:4,
88:5, 92:2, 101:17,
101:19, 105:24,
107:23, 107:24,
108:2, 109:6
**MS** [26] - 2:3, 7:2,
9:19, 16:14, 44:3,
44:9, 45:12, 45:20,
61:20, 70:15, 71:3,
71:7, 71:12, 90:25,
91:10, 91:16,
106:6, 106:10,
106:17, 107:4,
107:17
**MUELLER** [26] -
7:19, 8:6, 9:1, 9:4,
9:14, 9:17, 24:23,
25:16, 25:20, 26:3,

32:22, 33:2, 33:6,
33:14, 49:16, 50:5,
50:19, 50:23, 65:5,
66:7, 67:3, 87:16,
87:19, 88:4,
107:24, 108:2
**Mueller** [2] - 2:10,
3:11
**multiple** [5] -
39:7, 39:15, 64:9,
86:8, 100:20
**Municipal** [2] -
11:24, 13:17
**municipal** [1] -
21:13
**mural** [1] - 105:5
**murder** [1] -
105:15
**murdered** [1] -
105:5
**murderer** [1] -
105:13
**murdering** [1] -
108:13
**must** [6] - 21:10,
24:17, 27:17,
28:17, 39:2,
104:21

## N

**name** [1] - 84:11
**names** [2] - 13:7,
87:11
**nationally** [1] -
42:1
**nationwide** [3] -
95:4, 97:18, 98:15
**nature** [1] - 94:15
**near** [2] - 19:19,
37:7
**necessarily** [1] -
45:17
**necessary** [8] -
35:25, 39:4, 52:1,
52:7, 54:25, 55:2,
62:20, 87:10
**need** [2] - 10:7,
43:25
**needed** [4] -
28:11, 77:6, 77:7
**NEUREUTHER**
[6] - 57:12, 58:7,
67:4, 70:12,
101:19, 105:24
**Neureuther** [2] -
2:11, 3:12
**never** [12] - 7:5,
7:17, 13:14, 23:24,
43:21, 72:4, 76:6,
76:9, 80:10, 88:3
**new** [1] - 107:1
**Newman** [3] -
64:9, 64:11

**news** [1] - 22:1
**next** [13] - 9:23,
10:6, 10:16, 13:24,
67:22, 68:15,
71:20, 76:15,
80:18, 88:7, 103:1,
105:13
**nice** [1] - 103:21
**night** [1] - 20:20
**no-win** [1] -
102:16
**nobody** [1] -
17:10
**nonchalant** [1] -
98:24
**none** [2] - 64:2,
103:23
**None** [1] - 2:18
**nonfatally** [1] -
83:11
**nonlaw** [1] -
47:17
**nonshooting** [1] -
99:22
**norm** [1] - 97:5
**normal** [5] - 59:5,
81:17, 89:3, 89:6,
89:7
**north** [1] - 103:16
**Notary** [3] - 1:13,
110:6, 110:22
**note** [4] - 5:10,
5:21, 15:2, 27:9
**notes** [1] - 39:2
**nothing** [8] -
18:6, 19:2, 24:15,
37:9, 45:1, 45:6,
63:18, 89:16
**notice** [1] - 62:4
**noticed** [1] - 62:4
**notifying** [1] -
34:22
**nuances** [1] -
59:11
**number** [3] -
62:21, 86:13, 97:6
**Numeral** [2] -
26:10, 27:13

**O**

**O'Day** [5] - 78:11,
78:15, 78:20, 80:8,
80:9
**Oak** [1] - 69:25
**Oaks** [2] - 1:15,
2:3
**obey** [1] - 72:9
**objective** [2] -
57:2, 96:25
**objectively** [2] -
52:9, 52:11
**obligation** [2] -
37:9, 37:14

**observation** [3] -
8:11, 10:1, 61:18
**obviously** [16] -
6:8, 12:5, 23:19,
24:4, 30:10, 38:20,
48:13, 55:24, 69:9,
81:14, 88:25, 92:9,
92:14, 92:15, 97:5,
103:18
**Obviously** [1] -
59:19
**occasion** [1] -
98:12
**occasions** [2] -
53:13, 100:20
**October** [1] -
110:24
**odor** [2] - 61:20,
62:3
**OF** [4] - 1:5, 3:1,
110:1, 110:2
**offhand** [3] -
69:6, 70:21, 71:6
**office** [8] - 6:3,
24:16, 45:5, 89:3,
89:23, 100:3,
100:4, 110:17
**officer** [111] - 4:4,
6:24, 8:15, 8:16,
8:20, 10:4, 10:7,
11:10, 11:19, 12:2,
12:4, 12:9, 13:25,
17:2, 18:14, 18:16,
19:18, 20:21, 21:7,
22:1, 23:1, 23:25,
24:7, 26:14, 26:17,
27:3, 29:12, 29:16,
29:17, 30:17, 32:2,
35:23, 37:3, 37:10,
39:1, 39:2, 39:7,
40:14, 42:15,
46:24, 47:18,
50:14, 52:5, 53:20,
55:9, 56:11, 56:12,
56:14, 56:17, 57:8,
57:16, 58:16,
58:17, 58:18,
58:23, 59:2, 60:17,
60:19, 61:8, 61:9,
61:12, 62:10,
64:11, 64:13,
68:24, 71:15,
72:11, 72:13,
73:11, 75:15,
75:22, 75:24, 76:4,
77:15, 83:11,
84:10, 84:23,
86:18, 86:25, 87:7,
87:19, 87:25,
88:20, 88:23, 89:1,
90:18, 91:17, 92:8,
92:19, 93:1, 93:8,
93:10, 93:18,
93:23, 94:11,

94:12, 96:21, 97:3,
97:9, 98:24, 99:23,
99:24, 100:5,
100:10, 100:16,
100:18, 100:22,
107:13, 108:18,
108:23
**OFFICER** [1] - 1:5
**Officer** [66] - 5:7,
10:17, 10:23,
13:21, 14:4, 15:4,
16:19, 18:11,
18:20, 22:9, 22:21,
23:23, 28:21,
28:24, 30:11,
30:16, 30:21,
34:21, 35:1, 35:15,
36:2, 37:1, 41:4,
51:24, 52:15,
52:18, 52:25, 53:9,
54:2, 55:1, 55:14,
55:19, 55:21,
55:25, 56:3, 57:1,
60:6, 60:15, 61:14,
62:16, 62:22, 64:9,
64:11, 65:6, 67:7,
68:5, 70:16, 71:23,
72:1, 72:17, 73:6,
73:23, 74:4, 78:15,
80:10, 81:21, 85:5,
87:2, 87:8, 90:4,
94:16, 95:25,
96:13, 96:22,
106:7, 107:19
**officer's** [4] -
19:14, 37:14,
57:19, 67:8
**officer-involved**
[1] - 11:10
**Officers** [1] -
36:21
**officers** [79] -
4:16, 4:21, 5:1,
6:4, 7:21, 9:22,
12:21, 14:14,
14:18, 14:21,
19:22, 21:15,
23:16, 24:25, 29:5,
34:8, 34:9, 35:6,
38:7, 39:17, 40:1,
42:10, 42:19,
44:10, 44:16,
45:24, 47:4, 47:6,
47:10, 47:14, 49:2,
56:21, 57:23,
58:11, 58:24,
59:10, 61:3, 61:4,
63:6, 63:9, 67:13,
68:18, 72:9, 72:22,
73:1, 83:12, 83:16,
83:23, 84:3, 84:6,
84:8, 84:14, 84:16,
84:20, 84:21,
85:10, 85:13,

85:17, 85:24, 86:3,
86:8, 86:16, 86:19,
86:21, 86:23,
87:12, 89:20,
95:20, 95:25, 96:2,
96:3, 96:12, 97:13,
98:14, 99:4, 99:25,
105:11, 108:11,
109:1
**officers'** [1] -
106:18
**official** [5] -
10:25, 17:3, 28:23,
90:3, 101:4
**often** [1] - 48:19
**Oftentimes** [1] -
21:25
**OJT** [1] - 8:8
**old** [5] - 4:3,
104:9, 106:23,
106:25, 107:1
**oldest** [1] -
106:24
**on-the-job** [1] -
7:22
**once** [7] - 29:16,
44:19, 64:10, 77:9,
79:11, 80:15,
89:10
**oncoming** [1] -
21:24
**one** [72] - 7:1,
8:10, 10:6, 11:16,
13:24, 16:7, 16:18,
17:15, 20:14, 34:6,
34:7, 38:7, 40:1,
40:2, 40:3, 42:3,
43:4, 44:15, 47:12,
47:13, 49:7, 49:24,
50:14, 51:9, 51:16,
58:16, 58:22,
60:25, 62:23,
63:12, 63:14,
64:23, 65:25, 66:9,
68:25, 73:8, 73:11,
78:10, 80:23, 81:1,
81:4, 83:9, 83:12,
84:2, 84:10, 84:11,
84:20, 84:21, 85:4,
86:10, 86:16,
86:19, 87:1, 87:3,
87:8, 88:3, 88:12,
88:15, 88:25,
94:25, 96:6, 96:22,
97:3, 97:9, 99:5,
99:7, 103:25,
105:6, 106:24,
107:3, 108:15,
108:16
**one's** [1] - 12:20
**ones** [3] - 84:4,
86:14, 87:5
**online** [2] - 14:17,
15:9

**open** [1] - 44:10
**opened** [1] -
44:20
**Operating** [1] -
26:8
**operation** [1] -
76:17
**opinion** [7] -
32:14, 57:11, 65:8,
90:9, 101:22,
101:24, 102:1
**opportunity** [2] -
81:23, 99:20
**opposed** [2] -
63:12, 63:13
**oppressive** [1] -
14:20
**orally** [1] - 55:25
**order** [6] - 24:14,
72:14, 75:8, 102:6,
102:10, 102:14
**ordered** [1] -
102:8
**orders** [4] - 5:3,
72:10, 75:10,
102:12
**ordinance** [6] -
19:3, 23:20, 23:23,
24:8, 32:12, 82:8
**organizations** [2]
- 14:12, 15:16
**originate** [1] -
43:20
**otherwise** [2] -
42:6, 75:14
**outlet** [1] - 17:15
**outside** [3] -
38:14, 59:23,
67:18
**overall** [1] - 59:12
**overbearing** [1] -
14:20
**overseeing** [1] -
8:16
**own** [11] - 8:19,
8:24, 35:16, 66:22,
69:11, 69:19,
69:23, 81:16,
85:12, 95:12,
101:23

**P**

**p.m** [5] - 1:16,
1:17, 14:5, 15:4,
109:8
**P219** [1] - 34:16
**packs** [1] - 39:11
**page** [8] - 14:6,
26:10, 34:2, 34:3,
34:4, 34:5, 35:21,
88:8
**Page** [1] - 2:16
**pages** [2] - 83:15,

**83:19**
**paid** [1] - 102:20
**paint** [1] - 105:4
**panicking** [1] - 43:10
**paragraph** [1] - 27:12
**paramedics** [6] - 34:25, 35:3, 35:9, 35:12, 38:21, 42:16
**park** [16] - 20:6, 22:15, 22:18, 22:20, 23:3, 23:4, 23:21, 23:23, 24:9, 25:9, 32:12, 35:4, 36:10, 38:14, 81:14, 82:7
**parking** [5] - 18:21, 20:20, 22:23, 33:4, 33:10
**part** [17] - 4:19, 19:4, 23:17, 45:15, 49:16, 50:7, 59:1, 59:13, 62:16, 63:22, 69:17, 69:20, 69:24, 85:21, 88:11, 102:22, 106:11
**participate** [2] - 12:3, 12:9
**participated** [1] - 10:18
**particular** [26] - 4:24, 17:5, 17:13, 18:15, 25:7, 39:21, 46:22, 47:2, 51:1, 51:22, 53:6, 61:2, 65:2, 68:15, 70:23, 76:12, 76:18, 78:1, 83:9, 88:8, 92:12, 92:17, 92:25, 93:7, 97:11, 100:22
**particularly** [6] - 6:13, 13:17, 18:19, 81:8, 85:6, 89:22
**parties** [1] - 110:13
**partner** [2] - 3:8, 82:13
**parts** [1] - 51:23
**pass** [2] - 35:7, 35:11
**passed** [1] - 93:7
**passenger** [10] - 18:17, 18:25, 19:9, 19:21, 20:17, 20:23, 21:16, 21:24, 52:17, 57:4
**past** [7] - 12:14, 12:17, 29:1, 85:13, 85:24, 86:3, 104:7
**Pat** [2] - 3:17,

**105:8**
**PATRICK** [1] - 2:6
**Patrick** [1] - 3:15
**patrol** [1] - 81:18
**pause** [1] - 6:16
**pay** [2] - 12:23, 72:17
**paying** [1] - 22:2, 103:5
**pendency** [1] - 72:18
**people** [43] - 13:3, 13:7, 16:1, 16:5, 22:16, 22:19, 23:2, 24:1, 25:5, 29:13, 31:6, 41:10, 41:14, 70:25, 71:1, 77:5, 81:6, 81:7, 81:10, 81:12, 81:13, 82:19, 88:17, 88:19, 89:25, 94:6, 95:7, 95:14, 95:15, 98:2, 98:8, 98:13, 99:7, 99:8, 99:13, 99:15, 105:4, 105:5, 105:9, 105:12, 106:3, 107:1, 107:10
**per** [1] - 27:16
**perceive** [8] - 51:24, 54:3, 54:6, 58:3, 58:4, 58:19, 59:2, 74:19
**perceived** [1] - 61:12
**perceiving** [1] - 100:1
**percent** [1] - 86:10
**perception** [1] - 57:19
**perceptions** [1] - 75:25
**perfectly** [1] - 20:12
**perform** [2] - 92:11, 93:4
**performance** [1] - 92:10
**performer** [1] - 64:15
**perhaps** [1] - 61:13
**period** [5] - 8:20, 21:11, 36:19, 50:11, 61:18
**periods** [2] - 25:23, 36:1
**permission** [5] - 15:1, 17:2, 17:7, 89:14, 107:19
**permitted** [1] -

**93:17**
**person** [8] - 3:15, 32:17, 36:11, 38:4, 41:5, 47:22, 70:19, 96:22
**person's** [1] - 61:9
**personal** [5] - 10:21, 12:1, 101:24, 102:1, 110:10
**personally** [3] - 42:18, 45:10, 101:21
**personnel** [1] - 11:13
**perspective** [2] - 60:4, 65:7
**phase** [2] - 9:23, 10:5
**phases** [1] - 9:20
**phone** [1] - 98:16
**phrase** [1] - 43:20
**physically** [3] - 77:3, 79:2, 79:6
**pick** [1] - 97:13
**picking** [1] - 30:14
**picture** [8] - 10:24, 10:25, 11:2, 11:4, 11:7, 11:14, 105:11, 105:14
**pictures** [5] - 11:9, 11:11, 104:9, 104:11
**piece** [1] - 34:17
**pipe** [1] - 48:21
**place** [6] - 34:19, 41:21, 42:3, 43:12, 51:15, 68:13
**plain** [1] - 8:21
**plan** [1] - 40:21
**play** [1] - 13:10
**played** [2] - 51:9, 61:22
**Playing** [2] - 34:12, 51:7
**PO** [1] - 78:15
**pocket** [1] - 55:23
**podcast** [1] - 16:22
**point** [19] - 8:17, 22:19, 22:21, 30:15, 31:16, 35:5, 36:16, 37:19, 38:6, 44:12, 44:24, 46:4, 46:10, 46:16, 62:7, 62:10, 63:18, 86:10, 100:10
**points** [2] - 52:5, 76:3
**POLICE** [1] - 1:4
**police** [63] - 3:25,

**4:4, 4:6, 4:7, 4:11,**
4:13, 4:16, 4:21, 5:1, 7:7, 7:11, 11:18, 19:22, 21:14, 22:18, 22:24, 23:22, 28:4, 34:23, 39:16, 43:16, 56:11, 57:15, 57:22, 59:9, 64:13, 72:7, 72:11, 72:16, 72:20, 72:22, 72:25, 73:1, 73:7, 73:11, 73:15, 73:24, 74:19, 75:1, 75:6, 75:11, 75:15, 75:16, 75:24, 76:4, 76:12, 84:6, 89:14, 89:19, 94:11, 96:21, 98:13, 98:24, 99:3, 102:6, 102:12, 102:15, 105:10, 107:13, 108:11, 108:18, 108:23, 109:1
**Police** [6] - 2:4, 3:5, 3:7, 3:14, 78:12, 93:23
**policies** [13] - 4:24, 5:2, 48:17, 48:18, 48:19, 49:4, 57:13, 90:6, 91:4, 91:7, 91:16, 91:21, 92:14
**Policy** [10] - 14:1, 14:13, 33:25, 51:13, 53:8, 71:14, 71:16, 88:7, 89:21, 90:15
**policy** [42] - 12:7, 14:4, 14:21, 14:23, 16:6, 16:9, 16:12, 16:17, 16:20, 17:15, 18:6, 20:10, 26:8, 27:9, 27:12, 28:1, 32:8, 34:1, 34:19, 35:20, 35:21, 37:5, 38:3, 39:5, 40:8, 46:23, 48:9, 49:7, 49:12, 51:14, 51:21, 56:22, 56:23, 58:20, 68:22, 76:21, 76:23, 91:13, 92:7
**policymakers** [1] - 17:20
**position** [2] - 10:21, 13:15
**Position** [1] - 13:13
**positioning** [1] - 41:21
**possess** [1] - 39:3

**possession** [1] - 41:15
**possible** [2] - 62:15, 65:14
**post** [1] - 68:7
**post-shooting** [1] - 68:7
**posted** [1] - 15:5
**posting** [2] - 14:5, 14:24
**potential** [2] - 83:6, 96:16
**potentially** [1] - 67:19
**pouch** [1] - 87:22
**practicing** [1] - 10:11
**pray** [4] - 14:8, 15:11, 15:12
**precludes** [1] - 25:18
**preferably** [1] - 17:16
**prepare** [1] - 92:23
**present** [2] - 28:11, 88:20
**preshooting** [1] - 79:25
**press** [3] - 32:5, 89:18, 108:17
**pressed** [2] - 30:11, 78:17
**presses** [1] - 27:3
**pressure** [1] - 39:20
**pretty** [6] - 12:20, 30:6, 50:20, 71:2, 79:1, 80:9
**prevail** [1] - 101:12
**prevent** [1] - 52:7
**previously** [3] - 51:2, 77:14, 91:9
**printout** [2] - 5:12, 7:19
**prior** [10] - 7:1, 26:19, 27:5, 27:6, 30:21, 31:22, 46:22, 65:20, 84:17, 93:24
**private** [1] - 13:20
**pro** [1] - 17:18
**probation** [2] - 8:24, 9:2
**probationary** [1] - 5:14
**problem** [8] - 8:23, 24:11, 36:18, 75:7, 81:4, 97:24, 98:3, 98:6
**problems** [4] - 31:8, 31:20, 64:4,

94:14
**procedural** [1] -
12:7
**Procedure** [2] -
26:8, 26:11
**procedure** [4] -
20:11, 21:4, 24:14,
25:17
**procedures** [3] -
4:24, 5:2, 13:16
**proceed** [1] - 3:18
**proceeding** [3] -
3:4, 90:16, 101:12
**Proceedings** [1] -
109:8
**PROCEEDINGS**
[1] - 3:1
**process** [1] -
33:13
**produced** [1] -
24:16
**productive** [1] -
20:19
**profession** [1] -
99:13
**Professional** [2] -
1:12, 110:6
**professional** [1] -
102:4
**professionalism**
[1] - 14:16
**proficient** [1] -
8:18
**program** [2] -
9:16, 64:16
**progress** [1] -
8:12
**prohibit** [1] -
10:20
**prohibited** [1] -
12:2
**prohibits** [1] -
18:7
**promotions** [1] -
73:2
**prompted** [2] -
81:21, 105:7
**proper** [3] - 5:9,
6:25, 19:9
**properly** [5] - 7:8,
32:4, 32:6, 46:25,
77:25
**protect** [2] - 33:9,
37:14
**protest** [1] -
97:24
**protests** [1] -
106:16
**provide** [1] - 12:6
**provided** [3] -
16:17, 26:17,
82:23
**prudent** [3] -

67:9, 67:12, 67:15
**psychological** [2]
- 68:6, 71:15
**Public** [3] - 1:13,
110:6, 110:22
**public** [4] - 4:7,
11:3, 11:8, 105:9
**publicly** [1] -
81:20
**published** [1] -
91:9
**pull** [1] - 25:9
**pulled** [4] - 24:9,
34:9, 57:8, 104:22
**pulling** [1] - 23:3
**pulse** [1] - 38:8
**purpose** [2] -
42:7, 44:18
**pursuit** [1] - 29:9
**push** [1] - 77:2
**pushed** [1] -
78:24
**put** [33] - 5:3,
11:2, 11:7, 13:7,
17:22, 23:10, 33:8,
33:11, 39:12,
39:25, 43:7, 43:24,
50:25, 53:10,
53:11, 53:14,
53:15, 54:17, 56:9,
65:12, 87:22,
89:10, 93:18, 94:5,
95:24, 102:5,
102:14, 102:16,
102:24, 103:21,
106:8, 108:23,
108:24
**Put** [1] - 54:20
**puts** [1] - 102:15
**putting** [4] - 14:7,
54:20, 88:25,
93:23

## Q

**questions** [5] -
65:3, 68:1, 87:14,
101:18, 107:18
**quick** [2] - 96:9,
98:13
**quicker** [1] -
38:16, 42:23
**quickly** [1] -
65:15
**quite** [1] - 59:22
**quote** [6] - 15:13,
26:19, 78:15,
79:19, 92:19, 93:9
**quotes** [2] - 73:5,
88:11

## R

**race** [2] - 73:8,

74:1
**racially** [1] -
73:24
**radio** [20] - 4:3,
16:21, 16:23, 17:6,
52:14, 71:22,
71:24, 72:2, 72:3,
73:6, 78:6, 85:4,
88:6, 88:10, 88:21,
89:9, 90:1, 103:19,
107:20
**radioed** [2] -
37:16, 54:9
**raffle** [1] - 13:6
**raised** [2] - 5:6,
33:24
**range** [1] - 48:1
**rationally** [1] -
43:9
**reach** [13] - 31:17,
37:1, 52:17, 52:21,
53:21, 54:8, 54:11,
54:14, 54:15,
56:14, 57:3, 57:6,
57:22
**reached** [4] -
41:5, 53:18, 55:6,
57:7
**reaches** [2] -
27:16, 27:19
**reaching** [6] -
52:22, 53:20, 55:8,
60:12, 98:16,
104:21
**read** [14] - 5:2,
7:9, 15:10, 17:14,
20:21, 27:23, 49:3,
53:9, 73:5, 75:7,
75:19, 85:21, 86:1,
88:11
**reading** [1] -
26:15
**ready** [1] - 3:18
**real** [3] - 8:22,
31:5, 97:25'
**realize** [3] - 78:5,
79:10, 97:1
**realized** [3] -
45:5, 63:17,
105:19
**really** [13] - 16:7,
41:15, 57:8, 57:24,
63:16, 70:9, 78:9,
80:14, 91:3, 95:3,
103:14, 103:23,
106:12
**reapproach** [1] -
35:17
**reapproaching**
[1] - 45:14
**rear** [1] - 21:6
**reason** [6] -
57:17, 60:13,

73:21, 75:20, 76:6,
76:9
**reasonable** [5] -
52:9, 52:11, 54:5,
54:11, 57:1
**reasonably** [5] -
51:24, 52:1, 54:3,
55:9, 101:10
**reasons** [1] -
76:23
**receive** [1] - 6:25
**received** [11] -
5:9, 5:12, 5:16,
5:22, 6:2, 6:5,
6:11, 68:3, 68:4,
68:5, 68:6
**recently** [1] - 19:6
**Recess** [1] -
71:18
**recognition** [1] -
108:6
**recognize** [2] -
59:10, 59:12
**recognizes** [1] -
14:21
**reconfirm** [1] -
24:23
**record** [22] - 3:2,
3:3, 6:1, 11:3,
11:8, 15:2, 18:4,
25:21, 25:22,
26:19, 27:4, 30:23,
30:24, 34:7, 34:14,
51:9, 71:14, 77:18,
79:21, 100:7
**recorded** [2] -
33:17, 80:2, 110:8
**recording** [9] -
26:23, 27:17,
28:24, 29:6, 29:8,
30:13, 31:22,
79:25, 80:4
**recordings** [1] -
52:19
**records** [3] -
5:11, 29:20, 50:8
**recounted** [1] -
78:15
**recreate** [1] -
59:14
**recruit** [1] - 50:20
**reduced** [1] -
110:9
**redundant** [1] -
28:16
**refer** [1] - 94:21
**reference** [3] -
27:11, 89:8, 92:13
**referencing** [1] -
53:7
**referred** [1] -
18:23
**referring** [4] -

27:11, 31:19,
79:25, 92:25
**refers** [1] - 92:10
**reflect** [1] - 3:2
**regard** [1] - 106:2
**regarding** [5] -
24:8, 42:5, 65:5,
76:18, 96:15
**regardless** [1] -
28:7
**Registered** [2] -
1:12, 110:5
**regular** [1] -
59:21
**regulations** [1] -
4:20
**rehitting** [1] -
77:18
**related** [3] - 5:13,
12:13, 80:11
**relates** [2] -
52:25, 55:25
**relative** [2] -
110:12, 110:13
**relayed** [1] -
69:13
**release** [3] -
11:16, 89:18,
89:22
**Release** [1] - 88:9
**released** [1] -
89:17
**remedial** [1] - 9:9
**remember** [3] -
48:22, 49:18,
49:20
**removal** [1] -
48:13
**render** [6] -
33:21, 34:18,
35:24, 39:1, 39:3,
44:21
**rendered** [2] -
34:11, 67:7
**rendering** [3] -
34:3, 47:15, 67:5
**repair** [1] - 31:7
**repeat** [1] - 100:7
**replace** [1] -
99:14
**report** [12] - 10:2,
10:13, 12:21,
12:24, 23:11,
25:25, 52:4, 59:20,
68:17, 70:10, 73:3,
92:16
**Reporter** [2] -
1:13, 110:6
**reporters** [1] -
18:1
**reporting** [1] -
89:15
**reports** [4] - 9:8,

28:23, 35:9, 92:24
**represented** [1] - 82:22
**reprimand** [1] - 90:23
**reputation** [1] - 105:17
**request** [1] - 11:11
**requested** [2] - 11:9, 82:23
**requests** [1] - 11:4
**required** [3] - 29:6, 68:7, 92:21
**requirement** [2] - 4:25, 38:24
**requires** [1] - 71:14
**research** [3] - 20:18, 21:2, 41:25
**resist** [1] - 11:11
**respect** [1] - 30:9
**respond** [5] - 52:1, 55:10, 61:8, 97:14, 106:21
**responded** [1] - 108:8
**responding** [5] - 23:13, 64:5, 81:17, 81:25, 95:24
**responds** [1] - 35:2
**response** [4] - 6:20, 11:1, 24:12, 96:17
**responsible** [1] - 72:25
**resulted** [1] - 30:1
**retired** [3] - 3:10, 6:9, 86:12
**return** [6] - 64:25, 71:21, 95:11, 95:13, 101:6, 101:21
**returned** [4] - 83:13, 83:17, 84:14, 101:24
**returning** [2] - 85:4, 101:13
**returns** [3] - 93:13, 93:14, 106:19
**review** [7] - 4:23, 5:2, 11:22, 69:12, 70:10, 89:2, 89:23
**reviewed** [2] - 19:5, 71:25
**reviewing** [2] - 83:21, 100:4
**rewards** [1] - 12:19
**Rich** [2] - 2:11,

3:11
**rid** [1] - 44:20
**ride** [1] - 8:2
**riding** [2] - 8:5, 106:20
**rights** [2] - 12:4, 90:10
**rise** [1] - 9:12
**risk** [2] - 25:2, 56:24, 56:25, 93:9, 93:12, 96:3, 101:15
**road** [6] - 33:6, 33:7, 94:6, 94:9, 106:8, 106:19
**robots** [1] - 98:9
**Roman** [2] - 26:10, 27:13
**room** [2] - 6:10, 9:25
**roommate** [1] - 108:9
**rose** [1] - 42:12
**rotate** [1] - 70:7
**rotation** [1] - 70:1
**Roy** [4] - 8:7, 48:23, 49:5, 69:4
**ruin** [1] - 105:17
**ruined** [2] - 102:3, 102:4
**Rule** [11] - 13:10, 14:18, 18:13, 18:21, 19:13, 72:9, 72:12, 92:9, 92:10, 92:11, 93:7
**rule** [9] - 12:7, 12:19, 18:12, 18:13, 24:14, 75:12, 76:9, 92:7, 100:17
**Rules** [5] - 10:20, 11:22, 12:12, 12:16, 74:21
**rules** [5] - 4:20, 72:8, 92:1, 92:14, 93:5
**run** [2] - 70:18, 74:20
**running** [4] - 26:22, 29:2, 30:8, 104:18

**S**

**S.C** [2] - 1:14, 2:2
**safe** [7] - 35:3, 41:17, 46:19, 48:6, 48:8, 48:11, 94:8
**safer** [1] - 21:23
**safety** [13] - 4:8, 19:19, 19:20, 22:7, 42:5, 92:12, 94:4, 94:10, 95:12, 101:23, 106:7,

106:18, 107:10
**Salyers** [2] - 36:21, 49:23
**samurai** [1] - 104:3
**sat** [1] - 21:10
**save** [1] - 47:22
**saw** [16] - 32:16, 37:20, 39:15, 40:5, 45:3, 45:4, 46:5, 46:6, 46:8, 54:8, 60:11, 64:6, 65:23, 72:4, 77:8, 98:21
**scene** [16] - 28:23, 30:18, 34:9, 34:25, 35:13, 36:22, 42:7, 47:6, 57:19, 77:16, 79:14, 81:22, 82:13, 84:6, 95:24, 106:21
**scope** [1] - 63:23
**seal** [1] - 110:17
**seat** [1] - 52:18
**second** [9] - 15:6, 27:11, 43:3, 58:17, 65:22, 66:7, 66:13, 74:4, 83:20
**second-guess** [1] - 66:7
**second-guessing** [1] - 66:13
**seconds** [10] - 26:20, 27:5, 27:7, 30:13, 58:1, 63:4, 63:15, 66:17, 77:11, 78:19
**sections** [1] - 11:24
**secure** [2] - 44:11, 49:17
**see** [25] - 6:18, 15:7, 15:19, 16:7, 19:20, 20:1, 21:7, 21:25, 23:9, 24:9, 24:13, 29:20, 32:18, 36:22, 40:3, 45:3, 46:9, 49:24, 50:7, 52:21, 53:10, 53:12, 53:17, 59:3, 98:15
**seeing** [5] - 60:22, 71:9, 86:6, 86:9, 97:18
**seem** [2] - 17:17, 39:8
**sees** [3] - 23:4, 52:16, 82:10
**segment** [1] - 35:19
**self** [2] - 41:22, 64:19

**self-defense** [1] - 41:22
**self-initiated** [1] - 64:19
**send** [1] - 68:10
**sense** [1] - 16:10
**sensitive** [1] - 99:11
**sentence** [1] - 81:9
**separate** [2] - 85:19, 97:1
**September** [5] - 1:16, 70:3, 70:5, 110:9, 110:18
**sequence** [1] - 79:24
**serious** [2] - 83:5, 100:19
**seriously** [2] - 83:6, 83:7
**service** [1] - 6:6
**session** [1] - 105:9
**set** [5] - 94:7, 95:14, 105:16, 107:12, 110:16
**sets** [1] - 55:15
**setting** [3] - 89:4, 89:6, 89:7
**seven** [2] - 86:3, 86:22
**several** [8] - 5:22, 47:3, 59:25, 85:10, 85:14, 85:18, 86:4, 90:21
**shadow** [1] - 8:19
**shadows** [1] - 46:11
**shaking** [1] - 67:21
**shall** [5] - 35:23, 72:9, 72:11, 72:14, 93:8
**shift** [3] - 50:15, 84:2, 84:3
**shirt** [3] - 31:12, 31:14, 87:23
**shoes** [1] - 95:25
**shoot** [9] - 54:16, 54:19, 57:22, 63:9, 67:9, 71:16, 95:22, 104:5, 109:2
**shooting** [54] - 11:10, 16:3, 28:22, 29:3, 30:10, 30:11, 30:14, 30:16, 30:21, 31:22, 33:23, 34:19, 34:21, 35:11, 35:20, 36:8, 43:8, 43:11, 44:5, 46:9, 47:1, 51:1, 51:10,

51:15, 51:17, 53:3, 55:10, 58:2, 63:3, 63:7, 63:8, 64:6, 65:2, 68:2, 68:7, 68:15, 69:2, 69:22, 76:20, 77:16, 78:14, 79:16, 79:18, 80:19, 84:17, 86:11, 87:1, 87:8, 93:16, 94:2, 96:16, 97:8, 99:22, 100:6
**shootings** [15] - 62:18, 62:19, 63:22, 65:1, 70:16, 83:25, 84:9, 85:15, 86:1, 86:5, 86:14, 93:11, 93:25, 97:3, 97:7
**shoots** [3] - 54:4, 94:13, 98:17
**short** [4] - 21:11, 65:9, 100:15, 105:24
**shortly** [1] - 52:16
**shot** [16] - 34:10, 37:6, 45:22, 47:10, 47:22, 55:7, 56:18, 63:12, 63:13, 84:7, 96:21, 104:19, 104:20, 104:23, 104:24, 108:18
**shots** [9] - 46:6, 46:8, 63:2, 63:4, 63:15, 63:17, 63:25, 80:5, 83:10
**show** [8] - 34:5, 34:7, 48:20, 49:2, 52:24, 82:20, 98:8, 104:9
**showed** [1] - 6:1
**showing** [1] - 104:12
**shows** [1] - 22:8
**shut** [1] - 16:10
**side** [16] - 18:17, 18:18, 18:25, 19:1, 19:8, 19:10, 19:22, 19:24, 19:25, 20:17, 20:23, 21:16, 21:24, 57:3, 57:4, 98:12
**sideview** [1] - 21:7
**similar** [4] - 6:5, 11:25, 56:13, 63:20
**single** [7] - 37:23, 80:23, 81:1, 81:4, 88:12, 88:15, 92:7
**sirens** [1] - 43:25
**situation** [26] - 21:22, 35:22, 37:11, 38:13, 42:6,

48:10, 48:24, 49:18, 54:16, 54:24, 60:16, 64:2, 65:13, 80:21, 92:18, 93:9, 93:15, 96:20, 97:6, 97:12, 98:3, 100:1, 102:16, 103:22, 105:22
**situations** [4] - 10:9, 32:25, 47:3, 98:18
**six** [6] - 4:8, 62:17, 63:12, 63:15, 63:17
**size** [1] - 97:2
**skip** [1] - 104:7
**slander** [2] - 14:6, 15:18
**slightly** [2] - 58:19, 100:2
**slow** [2] - 29:9, 66:15
**slow-speed** [1] - 29:9
**smell** [1] - 61:25
**smoked** [2] - 59:22, 59:23
**Social** [2] - 14:1, 14:13
**social** [2] - 14:14, 16:14
**Solicitation** [1] - 13:11
**soliciting** [1] - 13:12
**someone** [2] - 22:1, 71:4
**sometimes** [6] - 13:1, 13:2, 48:17, 59:5, 94:20, 98:7
**somewhat** [1] - 20:9
**somewhere** [1] - 103:16
**sooner** [3] - 40:12, 40:23, 40:25
**sorry** [2] - 68:11, 69:3
**sort** [2] - 44:14, 106:12
**sound** [3] - 64:14, 85:20, 108:12
**sounds** [2] - 45:22, 107:7
**sources** [1] - 52:15
**Southwest** [1] - 4:6
**speaking** [4] - 48:21, 48:22, 80:18, 90:18

**special** [1] - 6:20
**specific** [4] - 5:22, 7:12, 56:12, 69:14
**specifically** [3] - 5:21, 50:8, 80:19
**spectrum** [1] - 42:14
**speculate** [1] - 23:8
**speculating** [1] - 45:10
**speed** [4] - 27:16, 27:19, 27:25, 29:9
**spends** [1] - 25:24
**split** [1] - 82:17
**spotlight** [1] - 33:11
**squad** [13] - 18:21, 22:20, 22:25, 26:7, 26:12, 27:16, 27:19, 31:3, 35:16, 44:14, 76:17, 76:19, 78:17
**Squad** [2] - 34:15, 34:16
**squad's** [1] - 27:15
**square** [1] - 80:13
**SRT** [2] - 6:19, 6:21
**sS** [1] - 110:1
**stabilized** [2] - 35:22, 48:10
**stabilizing** [1] - 37:10
**stable** [1] - 38:13
**stage** [1] - 53:5
**staged** [1] - 37:21
**stages** [2] - 8:7, 8:8
**staging** [1] - 38:14
**stand** [2] - 65:22, 70:23
**standard** [1] - 101:9
**Standards** [1] - 5:20
**standards** [3] - 10:3, 51:20, 99:16
**standing** [1] - 44:14
**standpoint** [4] - 41:3, 57:2, 67:2, 96:25
**stands** [1] - 69:21
**Starbucks** [1] - 12:22
**start** [11] - 3:18, 4:25, 8:10, 8:13,

27:14, 35:19, 51:19, 54:1, 58:2, 72:6, 99:13
**started** [8] - 3:23, 4:2, 31:22, 47:11, 47:15, 50:16, 53:14, 98:20, 106:16
**starting** [1] - 16:24
**starts** [5] - 34:4, 34:8, 54:19, 54:22, 88:12
**state** [5] - 19:20, 25:22, 38:24, 39:5, 51:21, 77:21
**STATE** [1] - 110:1
**State** [3] - 1:13, 110:7, 110:22
**statement** [13] - 14:7, 15:7, 15:17, 22:14, 30:18, 53:10, 68:24, 76:18, 81:16, 81:23, 86:1, 90:3, 108:17
**statements** [7] - 51:16, 52:13, 71:23, 74:10, 76:16, 78:1, 89:25
**states** [6] - 14:14, 27:13, 55:20, 72:9, 72:10, 72:13, 80:20, 85:7, 88:16
**stating** [3] - 42:21, 79:17, 81:25
**station** [1] - 78:7
**statistically** [1] - 97:4
**Statute** [1] - 38:23
**statute** [2] - 39:2, 39:5
**stay** [1] - 88:6
**stayed** [2] - 4:5, 4:9
**staying** [2] - 16:12, 19:9
**stellar** [1] - 64:15
**step** [6] - 8:10, 8:22, 43:13, 43:15, 43:23, 54:10
**steps** [1] - 8:10
**Steve** [4] - 21:12, 41:12, 49:3, 101:20
**Steven** [1] - 3:6
**STEVEN** [1] - 2:2
**still** [6] - 8:24, 11:14, 36:25, 38:6, 40:22, 58:9, 91:25, 102:20, 102:21

**stolen** [3] - 82:16, 89:20, 104:13
**stop** [13] - 29:7, 31:24, 31:25, 32:3, 32:13, 32:14, 39:10, 51:5, 52:22, 52:23, 63:8, 63:9, 97:22
**stopped** [3] - 47:20, 63:11, 64:7
**stopping** [4] - 32:16, 32:17, 97:21, 97:22
**stops** [10] - 10:10, 19:20, 27:1, 27:21, 27:25, 28:3, 28:7, 28:12, 28:14, 70:18
**straight** [1] - 20:8
**street** [3] - 92:22, 93:19, 93:24
**streets** [1] - 101:13
**strictly** [1] - 41:3
**striking** [2] - 83:12, 84:15
**strongly** [1] - 96:13
**struck** [2] - 22:1, 56:2
**stuff** [1] - 48:20
**sub** [2] - 35:23, 88:9
**subject** [3] - 37:16, 39:14, 88:13
**subjective** [2] - 52:6, 96:15
**submitted** [1] - 16:19
**subsequent** [1] - 51:25
**substance** [3] - 15:6, 18:10, 71:25
**substantial** [1] - 56:24
**sucking** [1] - 39:11
**sudden** [2] - 53:17, 74:16
**suggest** [2] - 27:23, 28:5
**suggesting** [1] - 81:19
**Suite** [3] - 1:15, 2:3, 2:6
**summarize** [1] - 5:14
**summarizing** [1] - 51:20
**summary** [2] - 3:22, 82:22
**summertime** [1] -

23:5
**super** [1] - 99:10
**superior** [2] - 30:17, 72:21
**superiors** [1] - 73:2
**supervisor** [7] - 72:12, 72:14, 75:3, 75:10, 75:12, 96:2
**supervisory** [1] - 68:23
**supplied** [2] - 5:11, 6:3
**supply** [1] - 87:11
**support** [2] - 77:8, 96:12
**suppose** [1] - 28:20
**supposed** [5] - 28:13, 47:21, 49:1, 61:6, 75:8
**survived** [1] - 84:7
**suspect** [16] - 34:22, 35:22, 36:12, 37:4, 45:16, 53:20, 54:13, 57:14, 73:13, 80:24, 83:10, 83:17, 84:7, 84:15
**suspect's** [2] - 56:15, 57:20
**suspects** [2] - 71:4, 83:13
**suspend** [2] - 72:17, 74:2
**suspended** [7] - 73:12, 73:21, 73:22, 75:20, 75:22, 76:5, 76:10
**suspending** [1] - 76:7
**suspension** [11] - 73:23, 89:10, 89:11, 90:5, 91:2, 91:5, 91:18, 91:23, 91:25, 102:17, 102:25
**SWAT** [1] - 6:21
**swinging** [1] - 104:3
**sword** [3] - 61:1, 61:6, 104:3
**sympathies** [1] - 108:21
**system** [1] - 27:13

---

**T**

**take-down** [4] - 18:23, 20:22, 20:24, 21:8
**take-downs** [1] -

25:3
  talks [3] - 48:9,
71:1, 93:8
  taught [3] - 21:18,
47:25, 63:9
  teach [1] - 20:11
  teaching [1] -
49:10
  team [5] - 6:19,
6:20, 20:15, 69:18,
69:20
  Teams [1] - 69:21
  technique [1] -
25:1
  techniques [1] -
10:11
  ten [2] - 86:10,
100:9
  terminated [1] -
30:6
  termination [1] -
9:5
  terms [4] - 17:21,
58:21, 71:3, 74:2
  testify [2] - 92:24,
93:2
  THE [53] - 1:4,
3:19, 7:5, 7:24,
8:9, 9:3, 9:6, 9:15,
9:21, 21:1, 21:20,
22:4, 25:4, 25:19,
26:1, 33:1, 33:3,
33:7, 33:16, 44:8,
44:22, 45:9, 45:19,
46:3, 49:9, 50:3,
50:9, 50:22, 57:18,
61:24, 65:14, 66:9,
66:12, 67:14,
70:14, 70:21, 71:6,
71:8, 80:3, 88:2,
91:6, 91:12, 91:20,
91:24, 102:1,
106:5, 106:9,
106:15, 106:23,
107:6, 107:21,
108:1, 108:4
  thinking [5] -
43:5, 43:9, 45:1,
46:10, 67:22
  thinks [1] - 98:17
  third [2] - 49:24,
53:16
  thoughts [1] -
43:6
  threat [12] -
47:20, 51:24, 52:2,
54:6, 54:12, 54:18,
59:10, 59:12,
63:10, 63:11,
63:18, 64:7
  threatened [4] -
57:16, 61:1, 82:15,
104:17

  threatening [2] -
82:13, 108:9
  threats [1] - 95:15
  three [28] - 3:10,
6:4, 6:9, 8:4,
35:14, 36:1, 36:19,
37:7, 37:8, 37:21,
47:9, 48:23, 49:21,
51:23, 62:18,
63:25, 64:2, 65:1,
82:18, 93:11,
93:24, 97:3, 97:9,
100:7, 100:23,
105:5, 106:3,
106:5
  three-minute [1] -
36:19
  throw [1] - 73:8
  ticket [1] - 98:10
  tickets [1] -
100:14
  timely [1] - 46:25
  tire [1] - 33:5
  today [5] - 3:8,
3:13, 4:23, 5:8, 7:7
  together [7] -
9:24, 9:25, 34:17,
37:21, 47:10,
106:20, 106:21
  tonight [2] -
94:13, 94:14
  took [4] - 41:5,
41:12, 43:12,
108:11
  top [1] - 19:19
  topic [1] - 47:17
  total [5] - 5:24,
62:20, 63:2, 63:25,
97:6
  totality [5] - 40:7,
65:1, 92:5, 93:3,
100:12
  totally [2] - 9:10,
46:14
  totals [1] - 5:17
  touch [2] - 41:23,
98:9
  tough [1] - 105:25
  towards [3] -
35:16, 53:3, 53:21
  traffic [15] -
10:10, 19:20,
27:21, 27:24, 28:2,
28:7, 28:12, 28:14,
29:7, 31:24, 31:25,
32:3, 32:13, 32:14,
70:18
  tragedy [1] -
108:19
  trailing [1] - 49:25
  trained [2] -
57:23, 109:3
  trainer [1] - 50:15

  Training [1] -
5:20
  training [50] - 5:9,
5:13, 5:17, 5:18,
5:22, 5:24, 6:2,
6:6, 6:12, 6:13,
6:15, 6:17, 6:18,
6:22, 6:25, 7:3,
7:9, 7:16, 7:22,
7:25, 8:16, 8:20,
9:9, 9:22, 10:6,
21:14, 25:21,
25:22, 25:23,
37:25, 39:6, 39:18,
46:21, 47:16,
47:24, 48:2, 50:6,
50:8, 50:10, 50:12,
50:13, 50:20,
56:21, 57:13, 64:5,
64:16, 65:7, 66:3,
68:6, 68:8
  TRANSCRIPT [1]
- 3:1
  transcript [1] -
72:4
  transition [3] -
9:20, 47:21, 51:11
  transitioned [1] -
47:4
  tried [16] - 30:19,
30:22, 30:23,
31:25, 59:14,
77:17, 77:18,
77:24, 78:2, 78:21,
78:24, 79:2, 79:18,
79:19, 79:20,
80:16
  trigger [1] -
104:22
  triple [1] - 99:19
  tripled [1] - 97:10
  troopers [1] -
19:21
  trouble [4] -
10:13, 79:7, 94:22,
97:17
  troubles [2] -
29:1, 81:24
  true [4] - 76:2,
76:5, 107:16,
107:25
  truly [1] - 23:17
  trust [1] - 18:1
  truth [1] - 30:4
  try [7] - 11:11,
66:25, 80:13,
80:14, 80:15, 94:7,
107:11
  trying [15] -
31:15, 31:17,
40:15, 40:20, 43:6,
44:14, 46:11,
47:22, 66:19,

79:12, 80:12,
82:14, 84:11,
85:11, 108:9
  turn [25] - 20:7,
26:10, 28:14,
30:25, 34:2, 43:8,
51:5, 65:17, 76:25,
77:3, 77:19, 77:23,
77:24, 78:2, 78:3,
78:8, 78:10, 78:24,
79:2, 79:3, 79:12,
79:15, 79:18,
79:22, 80:4
  turned [16] -
28:24, 29:16,
29:17, 29:21, 30:5,
76:24, 76:25, 77:4,
77:9, 77:22, 78:5,
78:8, 78:23, 79:4
  turning [3] -
18:22, 23:3, 76:21
  turns [1] - 103:3
  TV [1] - 105:14
  twice [1] - 15:13
  Two [1] - 84:14
  two [23] - 4:9,
6:10, 40:2, 49:1,
49:19, 52:5, 53:13,
58:1, 61:4, 63:4,
63:15, 63:21,
66:17, 67:13,
83:15, 83:19, 84:6,
84:8, 86:16, 86:19,
86:21, 99:25,
100:7
  type [4] - 5:18,
9:8, 12:16, 104:10

# U

  U.S [1] - 100:3
  ultimate [1] - 96:2
  ultimately [4] -
29:24, 37:6, 54:4,
79:3
  unaware [1] -
36:23
  unclear [1] - 7:21
  under [30] - 4:16,
18:21, 26:10,
27:13, 29:4, 34:18,
35:23, 36:5, 38:24,
40:8, 40:13, 40:24,
42:17, 51:22, 53:7,
54:5, 55:3, 58:20,
60:10, 60:20,
61:10, 62:13, 89:2,
89:9, 89:11, 91:3,
92:8, 101:14,
106:13, 110:10
  undermined [1] -
93:2
  unfair [1] - 58:22
  unfolded [1] -

66:6
  unfortunate [2] -
105:23, 109:4
  unfortunately [3]
- 69:16, 70:7,
97:18
  uniform [3] -
8:21, 30:12, 31:11
  union [2] - 12:5,
90:20
  union's [1] -
103:6
  unit [1] - 30:12
  unload [1] - 64:3
  unnecessary [2] -
93:9, 101:15
  unobserved [1] -
20:24
  unsafe [1] - 9:10
  unsatisfactory
[2] - 9:4, 9:7
  unsuccessful [1]
- 80:11
  unsure [1] - 10:8
  up [52] - 9:22,
14:9, 15:14, 19:21,
19:24, 25:14,
25:21, 30:5, 30:14,
34:9, 36:17, 37:20,
37:25, 38:9, 39:16,
40:3, 43:13, 43:15,
43:24, 48:21, 49:2,
52:21, 53:12,
53:15, 54:10,
54:17, 54:21, 56:7,
56:9, 57:8, 62:9,
64:21, 65:11,
65:20, 65:23, 66:3,
66:17, 68:1, 68:15,
70:4, 77:14, 94:7,
95:7, 95:14, 99:18,
101:19, 103:16,
104:2, 107:12
  uses [2] - 56:23,
100:18
  usual [1] - 39:18
  utilize [3] - 17:18,
70:11, 102:21
  utilized [3] -
10:24, 12:17,
69:15

# V

  valor [1] - 108:7
  various [1] - 28:4
  vehicle [22] -
18:17, 18:22,
18:25, 19:7, 20:11,
22:13, 22:18,
22:25, 23:7, 25:2,
25:5, 26:5, 32:11,
35:16, 35:17, 36:3,
36:25, 41:6, 45:14,

52:16, 52:18, 53:6
**vehicle's** [1] - 27:18
**vehicles** [2] - 21:24, 23:19
**verbal** [3] - 54:25, 55:16, 55:18
**version** [3] - 51:3, 52:23, 55:15
**versus** [3] - 23:6, 24:1, 24:17
**vest** [1] - 87:23
**Vetter** [2] - 69:3
**vibrates** [1] - 87:21
**vibration** [1] - 87:24
**video** [32] - 26:7, 31:3, 31:20, 34:7, 34:12, 34:15, 34:25, 35:5, 35:8, 36:21, 36:23, 37:21, 40:5, 41:16, 42:20, 50:25, 51:6, 51:7, 52:13, 53:5, 53:9, 55:4, 55:17, 56:1, 56:2, 60:5, 61:13, 76:17, 76:19, 78:19, 80:12
**videos** [3] - 34:6, 51:10, 66:14
**videotape** [1] - 22:17
**view** [8] - 19:12, 21:6, 37:4, 40:9, 54:7, 91:4, 95:10, 96:13
**violate** [5] - 19:13, 90:5, 91:4, 91:19, 91:21
**violated** [7] - 13:25, 14:4, 16:19, 18:16, 18:20, 76:21, 91:7
**violation** [13] - 16:6, 16:9, 19:3, 20:10, 23:20, 24:8, 32:7, 42:13, 51:13, 76:23, 82:9, 89:4, 91:15
**volatile** [1] - 106:12

## W

**wait** [6] - 49:1, 56:14, 56:17, 56:19, 67:13, 109:2
**waited** [2] - 36:16, 37:19
**waiting** [4] - 40:16, 49:19,

67:14
**walk** [2] - 19:21, 44:13
**walked** [3] - 19:7, 37:22, 37:25
**walking** [1] - 65:20
**walks** [1] - 44:16
**wandering** [2] - 37:2, 49:25
**want-to-be** [1] - 104:10
**wants** [4] - 12:23, 19:15, 46:18, 103:21
**warning** [2] - 55:19, 55:20
**watch** [1] - 66:14
**watched** [3] - 52:24, 53:9, 61:13
**watching** [3] - 34:14, 55:4, 60:5
**Waukesha** [1] - 69:25
**WAUWATOSA** [1] - 1:4
**Wauwatosa** [26] - 3:5, 3:14, 3:24, 4:12, 4:17, 5:1, 11:1, 11:18, 11:23, 12:8, 13:17, 22:20, 23:22, 34:24, 43:15, 69:24, 75:15, 93:22, 94:14, 94:17, 96:21, 97:2, 97:21, 103:20, 107:13, 107:15
**Wauwatosa's** [1] - 15:1
**wealthy** [1] - 103:4
**weapon** [27] - 31:16, 41:11, 52:22, 53:18, 53:21, 55:6, 55:8, 57:7, 57:15, 57:22, 78:17, 80:25, 81:1, 84:25, 87:4, 88:14, 88:15, 88:20, 89:19, 89:20, 104:4, 104:5, 104:13, 104:16, 104:21
**weapons** [8] - 40:1, 70:20, 85:18, 85:19, 86:16, 86:20, 86:21, 86:24
**wear** [3] - 31:10, 31:11, 87:22
**Weber** [3] - 2:7, 3:14, 83:21

**WEBER** [2] - 1:11, 110:8
**weeks** [1] - 8:3
**weird** [1] - 73:9
**West** [4] - 1:14, 2:3, 69:24, 70:4
**wheel** [1] - 65:12
**whereby** [1] - 70:19
**whereof** [1] - 110:16
**wherewithal** [2] - 39:23, 43:7
**whichever** [1] - 19:15
**whiskey** [1] - 59:18
**white** [1] - 18:23
**whole** [3] - 13:4, 48:7, 80:20
**wide** [1] - 69:18
**win** [1] - 102:16
**window** [1] - 59:3
**Wisconsin** [11] - 1:14, 1:15, 2:4, 2:7, 5:19, 38:23, 92:18, 93:1, 110:7, 110:18, 110:22
**WISCONSIN** [1] - 110:1
**wisest** [1] - 16:8
**wish** [8] - 16:3, 40:12, 40:23, 41:12, 42:22, 103:23
**WISN** [2] - 16:21, 17:6
**witness** [1] - 110:16
**WITNESS** [52] - 3:19, 7:5, 7:24, 8:9, 9:3, 9:6, 9:15, 9:21, 21:1, 21:20, 22:4, 25:4, 25:19, 26:1, 33:1, 33:3, 33:7, 33:16, 44:8, 44:22, 45:9, 45:19, 46:3, 49:9, 50:3, 50:9, 50:22, 57:18, 61:24, 65:14, 66:9, 66:12, 67:14, 70:14, 70:21, 71:6, 71:8, 80:3, 88:2, 91:6, 91:12, 91:20, 91:24, 102:1, 106:5, 106:9, 106:15, 106:23, 107:6, 107:21, 108:1, 108:4
**wondering** [2] - 48:18, 50:2
**Wood** [2] - 4:3, 4:5

**word** [3] - 14:10, 56:23, 58:25
**words** [1] - 104:6
**works** [2] - 7:23, 103:15
**worn** [2] - 26:13, 88:3
**worth** [2] - 33:16, 59:18
**wound** [3] - 30:5, 39:11, 39:12
**wounds** [4] - 39:8, 39:15, 45:3, 45:4
**writing** [4] - 5:4, 10:13, 72:15, 110:9
**written** [5] - 48:17, 48:18, 48:19, 49:12, 102:12

## Y

**Y'all** [2] - 14:8, 15:11
**year** [6] - 7:25, 8:25, 50:18, 84:24, 108:5
**years** [13] - 4:3, 4:10, 4:12, 31:1, 50:10, 85:14, 85:17, 85:24, 86:4, 86:13, 90:21, 93:11, 104:9
**yourself** [3] - 33:9, 72:22, 95:24
**Yup** [1] - 37:24
**yup** [1] - 43:19

## Z

**zone** [1] - 29:23

# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's Direct E-mail
pknight@grgblaw.com

October 2, 2020

Attorney Steven M. Biskupic
Biskupic & Jacobs, S. C.
1045 West Glen Oaks Lane – Suite 106
Mequon, WI 53092

Re:    Interview of Chief Barry Weber

Dear Mr. Biskupic:

As we discussed, I write to clarify and provide context to a couple of points in your interview of Chief Weber.

Toward the end of the interview at page 101, you asked if returning Officer Mensah "would create an unnecessary risk for the department". Chief Weber responded that he would not dispute that statement. In the lengthy discussion leading up to that question Chief Weber acknowledged that the return of Officer Mensah to active street duty carried some risk, primarily risk to officer Mensah's safety given past events and the ongoing threats to him. In not disputing your statement Chief Weber did not mean to suggest that Officer Mensah's conduct in the performance of his duties created any unnecessary risk. Chief Weber also wishes to point out that he is not the person to determine when a risk is unnecessary. If the Fire and Police Commission returns Office Mensah to active duty, it is Chief Weber's responsibility to take steps to minimize that risk for all members of the police department and the community. It is the Fire and Police Commission's role to determine if such a risk is "unnecessary".

Additionally, you and Chief Weber discussed Officer Mensah's radio interview with the question being whether doing that interview was a basis for discipline. Chief Weber believes that under the "just cause" standards of Section 6213 of the Statutes, Officer Mensah would not have known that his comments could have violated any rules.

Thank you for the opportunity for the Chief to provide these clarifications.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

PATRICK J. KNIGHT

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com