UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

KATHRYN KNOWLTON, DANA McCORMICK,
TRACY COLE, TALEAVIA COLE, TAHUDAH COLE,
TRIASTIANA WALLS, ANDREW AARON,
KAMILA AHMED, ROBERT AGNEW, ISIAH BALDWIN,
JACQUELINE BOGENBERGER, RAINE CICH, STEVEN
CONKLIN, RACHEL DULAY, ANNE DELESSIO-PARSON,
ERIK FANNING, JILL FERGUSON, BREON FOSTER,
JOANNA GEISER, JOSEPH HAYES, PERCY HAYES,
DESTINEY JONES, SEAN KAFER, JOEY KOEPP,
SONORA LARSON, HOLLY LAVORA, LAZARITO
MATHEU, MOLLY NILSSEN, CARMEN PALMER,
(JUVENILE) PALMER, (JUVENILE) PALMER,
LEAH PORTER, AIDALI RIVERA, WILLIAM RIVERA,
HECTOR RODRIGUEZ, JOSE HERNADEZ RAMIREZ,
OSCAR CONCEPCION RODRIGUEZ, ROSALIND ROGERS,
NATHAN SABEL, WILLIAM SCHROEDER, MARIAH
SMITH, PETER SPARKS, ANGEL VEGA,
CHRISTINA VITOLO-HADDAD, GABRIELLA
VITUCCI, SUZANNE WELLS, BRANDON WILBORN,
KATELYN WOJNAR, SONJA WORTHY, KHALIL
COLEMAN, and MEMBERS OF THE PEOPLE'S REVOLUTION
AN UNINCORPORATED ENTITY, hereinafter referred to as
(TPR), on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.                                          Case No. 2020-CV-01660

CITY OF WAUWATOSA, BARRY WEBER,
DENNIS MCBRIDE, and JOHN DOE OFFICERS,

        Defendants.
_____

**DECLARATION OF JASMYNE M. BAYNARD IN SUPPORT OF DEFENDANTS'
MOTION TO SEAL DISCOVERY DOCUMENTS**
_____

1

I, Jasmyne M. Baynard, declare as follows:

1. I am a shareholder of the firm Gunta Law Offices, S.C., with offices at 9898 West Bluemound Road, Suite 2, Wauwatosa, WI 53226, and counsel for the Defendants City of Wauwatosa, Barry Weber, and Dennis McBride in the above-referenced action. I make this declaration in connection with the Defendants' Motion to Seal all Discovery Materials.

2. On March 6, 2021, Plaintiffs filed an amended Complaint with Docket Number 24-1 attached as an exhibit. Docket Number 24-1 contains privileged and confidential law enforcement protocols and personally identifying information, including phone numbers, security detail and operations.

3. On March 31, 2021, our office received word that Plaintiffs attorney, Kim Motley, would be presenting a presentation via Facebook live regarding this matter. On Thursday, April 1, 2020, the Milwaukee National Lawyers Guild hosted a virtual presentation given by attorney Kimberley Motley titled "What's wrong with the Wauwatosa Police Department." During the presentation, which was open to the public, Attorney Motley shared her research, experiences, and court filings against the Wauwatosa Police Department. A true and correct copy of the live showing can be accessed via the following link : https://www.youtube.com/watch?v=C3kHhNwQqhE

4. On April 7, 2021, our office requested that Plaintiffs sign a Protective Order covering all discovery in this matter. The email and proposed Protective Order are attached as **Baynard Declaration Exhibit A**.

5. On April 9, 2021, Plaintiffs objected to the proposed Protective Order and provided no reason for the objections. Plaintiffs' email correspondence is attached as **Baynard Declaration Exhibit B**.

2

6. On or before April 12, 2021, our office became aware that a document provided in discovery, which contained highly sensitive material had been obtained and reproduced by a local media outlet UrbanMilwaukee.com.[1]

7. On April 12, 2021, our office placed Plaintiffs on notice that they filed an inadvertently disclosed document (Docket Number 24-1) and we requested that Plaintiffs file the redacted version of the document. Plaintiffs did not agree to the redacted document but did agree to redact addresses and phone numbers.

8. On April 22, 2021, I followed up on the Protective Order as the deposition of Mayor Dennis McBride was rapidly approaching. Plaintiffs again objected to the proffered Protective Order. The parties email correspondence relating to this issue is attached as **Baynard Declaration Exhibit C**.

9. The information that will be discussed in Mayor McBride's deposition may contain confidential information and pending objections before the court. I have reason to believe that Plaintiffs' counsel may discuss or produce the deposition testimony to the public.

10. Without an agreement on the protective order, I do not believe that there exists a less restrictive alternative available then sealing the discovery in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2021.

    /s/ Jasmyne M. Baynard_____
    Jasmyne M. Baynard

---

[1] https://urbanmilwaukee.com/wp-content/uploads/2021/03/DA-Announcement-Ops-Plan-FINAL-10-6-20.pdf.