Knowlton et al,

                                                      Plaintiffs,      Case No. 20-CV-1660

      v.

                                                      **MINUTE SHEET**

City of Wauwatosa et al,

                                                      Defendants.

| | |
|---|---|
| **Hon. Nancy Joseph, presiding.** | **Deputy Clerk:** Ross Miller |
| **Type of Proceeding:** RULE 16 SCHEDULING CONFERENCE | |
| **Date:** May 7, 2021 at 9:00am | **Court Reporter:** Zoom Audio |
| **Time Commenced:** 9:01am | **Time Concluded:** 9:31am |

| **Appearances:** | **Plaintiff:** | Milo Schwab, Kimberly Motley |
|---|---|---|
| | **Defendant:** | Jasmyne Baynard |

**Comments:**

Parties arguments heard as to amending Discovery, Amended Pleadings, and Dispositive Motions deadlines. Parties to confer regarding deposition requests. Parties agree to postpone scheduling of trial dates pending the outcome of any dispositive motions.

Court **ORDERS** the following Amended Deadlines:

**Amended Pleadings and Naming of John Doe's due by: July 31, 2021**

**Discovery Deadline: December 31, 2021**

**Dispositive/*Daubert* Motions due by: January 31, 2022**

The court will hold a telephonic scheduling conference to set additional dates pending the outcome of any dispositive motions.