# GUNTA LAW OFFICES, S.C.

## ATTORNEYS AT LAW

*Attorneys*
Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
Jasmyne M. Baynard, Esq.
Kyle R. Moore, Esq.

*Paralegal*
Christine M. Montgomery

May 28, 2021

**Via ecf filing**

Mr. Ross Miller,
Clerk for the Hon. Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Ave.
Milwaukee, WI 53202

RE:   *Kathryn Knowlton v. City of Wauwatosa, et al.*, Case No: 20-CV-01660

Dear Clerk Miller:

As requested, this is to inform the Court that Defendants do not intend on filing a motion to seal or restrict relating to their Brief in Opposition to Motion for Sanctions, Docket # 35, efiled on May 17, 2021. Defendants understand that all documents contained in Docket #35 will be considered publicly filed.

Very truly yours,

/s/ Ann C. Wirth

Ann C. Wirth,  WI State Bar No.  1002469
GUNTA LAW OFFICES, S.C.
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Facsimile:   (414) 291-7960
Email: acw@guntalaw.com