A   No.

Q   Whose job is that?

A   IT Department, I would say.

Q   All right. So with regards to what you provided to us on the flash drive when were you asked to provide to us that information?

A   Today is Thursday. Tuesday.

Q   So before Tuesday, which would have been --

    ATTORNEY KNOWLTON: Today's Wednesday; right.

A   Two days ago.

Q   So before June 21st, 2021, you have not been asked to provide any information to your counsel?

A   No. Before I got the subpoena I was not asked for anything.

Q   Okay. So I want to talk about some search terms to see if these are terms that you use. Just say, yes or no. Did you search the term, curfew?

A   Yes.

Q   Did you find any concerning information?

A   To the best of my knowledge I can't say for certain.

Q   Okay. Emergency declaration?

A   Yes.

Q   Did you find any concerning information?

A   Again, I don't know, exactly, what information was found.