UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton *et al.*,

          Plaintiffs,  Case No. 20-CV-1660

  v.

                 **MINUTE SHEET**

City of Wauwatosa *et al.*,

         Defendants.

---

**Hon. Nancy Joseph, presiding.**    **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** July 13, 2021 at 11:30am    **Court Reporter:** Zoom Audio

**Time Commenced:** 11:37am    **Time Concluded:** 12:22pm

**Appearances:**  **Plaintiff:**  Kimberly Motley

        **Defendant:** Jasmyne Baynard

**Comments:**

PLAINTIFFS

- Motion is regarding request for production of documents served January 6, 2021.
- Have been requesting drone videos.
- There was discussion about going to view the videos, but Defendants will not produce them.
- Did receive a flash drive yesterday that may contain the drone videos.
- Other issues with discovery have been issues with emails, text messages, and other communications.
- Have been learning about communication that have not been produced from depositions.
- There have been issues with the timeliness of the production of documents in relation to depositions.
- Plaintiffs believe these timeliness issues have been intentional.
- There have been people deposed who have stated they were deciding which emails to make available to Plaintiffs.
- Documents have been testified to existing but have not been turned over to Plaintiffs.
- Does not see a reason for a protective order.
- Does not understand why FAA regulations would restrict the drone video.
- Takes issue with insinuation that they have been leaking documents to the press.
- Asks Court about decision on previous motion for sanctions.


DEFENDANTS

- Disagrees with the position that there have been intentional delays with discovery.
- Did schedule a time to review drone video with Plaintiffs.
- City wants a protective order regarding the drone video because it shows police strategy.
- Would like a protective order regarding other discovery; concerned about leaks to the press.
- Willing to work with opposing counsel on a protective order.

- Has not been intentionally withholding production of communications.
- City attorney is going over police documents due to sensitive information.
- There is plenty of communication in flash drive sent to Plaintiffs.

COURT

- We need to keep this case moving forward.
- Parties to work on language in a protective order regarding the drove footage.
- Police will need to articulate reasons why documents should be under a protective order.
- Is willing to bring police and other officials to a hearing regarding these discovery issues.
- Informs parties that protective orders can be reviewed and removed.
- Plaintiff can look over flash drive and see what still is missing regarding their motion to compel.
- Court will review Plaintiffs' previously filed motion for sanctions.
- **Parties are to confer regarding protective orders and any outstanding issues and submit an update to the court by Friday, July 23, 2021.**
- **Court will then take further action or schedule further hearings after the update.**