UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton *et al.*,

                              Plaintiffs,       Case No. 20-CV-1660

    v.

City of Wauwatosa *et al.*,                            **MINUTE SHEET**

                                Defendants.

---

**Hon. Nancy Joseph, presiding.**        **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** July 29, 2021 at 11:00am        **Court Reporter:** Zoom

**Time Commenced:** 11:03am        **Time Concluded:** 11:18am

**Appearances:**    **Plaintiff:**    Kimberley Motley, Kathryn Knowlton, Milo Schwab
                        **Defendant:**   Jasmyne Baynard

**Comments:**

Matter in court for status conference requested by parties regarding discovery and deadlines.

PLAINTIFFS

- Parties have spoken about possible mutual agreement regarding amending the complaint.
- Requesting Amended Pleading be filed by 8/20/21 and any responses filed by 9/10/21.
- Do not want to modify any other part of the scheduling order.
- Requesting a future status conference to discuss outstanding discovery issues.

DEFENDANTS

- Parties have agreement regarding amended pleadings.
- Wants to keep discovery moving ahead.
- Does not know what amended complaint will look like.
- May have to address scheduling dates after amended complaint is filed.

COURT

- **Court orders Defendants to release the drone video to Plaintiffs restricted to Attorneys Eyes Only.**
- **Defendant to file a motion regarding protective order by August 6th, 2021.**
- **Court amends the scheduling order as follows: Amended Complaint to be filed by August 20, 2021 and any Responses to be filed by September 10, 2021.**
- **Court will set a new hearing once motion for protective order is filed and fully briefed, or, if motion is not filed by the deadline.**