# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al.,

        Plaintiffs,

v.

        Case No. 20-CV-1660

CITY OF WAUWATOSA et al.,

        Defendants.

## SECOND AMENDED SCHEDULING ORDER

On July 29, 2021 the court conducted a status conference. Appearing on behalf of the plaintiffs were Attorneys Milo Schwab, Kathryn Knowlton, and Kimberly Motley; on behalf of the defendants was Attorney Jasmyne Baynard.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties may amend pleadings on or before **August 20, 2021**. Responses due on or before **September 10, 2021**.

2. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **December 31, 2021**.

3. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **January 31, 2022**. Such motions shall not be filed prior to the date of completion of discovery.

4. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

5.  If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case.  Courtroom Deputy Ross Miller is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3334; Ross_Miller@wied.uscourts.gov.  Courtroom Deputy Amanda Chasteen is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-1831; Amanda_Chasteen@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 29th day of July, 2021.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge