| BATES # | DOCUMENT | NOTES |
|---|---|---|
| **February 18, 2021: Response to Plaintiffs' Request for Production Of Documents** | | |
| 1 – 2 | City of Wauwatosa Emergency Proclamation – 09/30/2020 | Response to Request No. 1 |
| 3 – 17 | Wauwatosa Police Department Civil Unrest Operational Plan (Redated) – 10/06/2020 (Also received unredacted copy) | Response to Request No. 1 |
| 18 – 19 | Wauwatosa Police Dept Special Response Team Civil Unrest REO (Rules of Engagement – Use of Force) – 09/24/2020 | Response to Request No. 1 |
| | *No Documents Produced* | *Response to Request No. 2* |
| 20 – 25 | Wauwatosa PD Call Detail Report for Incident #20.018531 (Redacted) | Response to Request No. 3 |
| 26 – 31 | Wauwatosa PD Incident Report No. 20.018531 (Redacted) | Response to Request No. 3 |
| 32 | Citation 1R8163XJRG issued to Kathryn Knowlton (10/10/2020) | Response to Request No. 3 |
| 33 | Citation 1R8163XJRH issued to Dana Shepherd McCormick (10/10/2020) | Response to Request No. 3 |
| 34 – 39 | Wauwatosa Mutual Aid Staff Tracking Form 10/07/2020 | Response to Request No. 4 |
| 40 – 46 | Wauwatosa Mutual Aid Staff Tracking Form 10/08/2020 | Response to Request No. 4 |
| 47 – 54 | Wauwatosa Mutual Aid Staff Tracking Form 10/09/2020 | Response to Request No. 4 |
| 55 – 63 | Wauwatosa Mutual Aid Staff Tracking Form 10/10/2020 | Response to Request No. 4 |
| 64 – 73 | Wauwatosa Mutual Aid Staff Tracking Form 10/11/2020 | Response to Request No. 4 |
| 74 – 83 | Wauwatosa Mutual Aid Staff Tracking Form 10/12/2020 | Response to Request No. 4 |
| 84 – 85 | Wauwatosa PD Mutual Aid Night Roster Memo to Vetter dated 09/30/2020 | Response to Request No. 4 |
| 86 – 89 | City of Wauwatosa Civil Unrest Activity Logs (ICS214) 10/07/2020 – 10/12/2020 | Response to Request No. 4 |
| 90 – 93 | Arrest List for DA Operation | Response to Request No. 5 |
| 94 | Non-Curfew Arrests | Response to Request No. 5 |
| 95 – 160 | Citations (Redacted) (66) | Response to Request No. 5 |
| 161 – 495 | Wauwatosa Police Department Incident Reports:<br>1. 20-15199;<br>2. 20-15259;<br>3. 20-16561;<br>4. 20-18493;<br>5. 20-17988;<br>6. 20-18468;<br>7. 20-16217;<br>8. 20-17227;<br>9. 20-17926;<br>10. 20-18472;<br>11. 20-18413;<br>12. 20-18566;<br>13. 20-18482;<br>14. 20-18535;<br>15. 20-16413;<br>16. 20-16412;<br>17. 20-18531;<br>18. 20-18367;<br>19. 20-18657;<br>20. 20-17988;<br>21. 20-13276; and | Response to Request No. 5 |

| | 22. 20-16567<br>** *These reports, as well as all other Incident Reports from assisting agencies, were also produced to Motely by the Wauwatosa Police Department on January 7, 2021.* | |
|---|---|---|
| 496<br>(List of Videos Produced) | Videos – Body camera footage, squad camera, and interrogation footage created or maintained by the Wauwatosa PD.<br>** *These videos, as well as videos from all assisting departments, were also previously produced on January 7, 2021 by WPD.* | Response to Request No. 5 |
| **April 8, 2021: Supplemental Response to Plaintiffs' Request for Production of Documents** | | |
| 497 | McBride Notes titled "State" – 09/17/2020<br>Regarding 09/17/2020 telephone conference between Mayor McBride, Governor Evers' Chief of Staff, Maggie Gau, WI National Guard Generals Paul Knapp and David O'Donohue, Chief Barry Weber, Captain Luke Vetter and City Administrator Archambo | Response to Request No. 1 |
| 498 | McBride Notes titled "State" – 08/11/2020<br>Regarding 08/11/2020 telephone conference between Mayor McBride, Maggie Gau and General Paul Knapp | Response to Request No. 1 |
| 499 | McBride Note titled "DA Announcement" – 09/17/2020<br>Regarding discussion with WPD command staff _ | Response to Request No. 1 |
| 500 | Letter from Chief Weber to Mayor McBride – 09/10/2020 | Response to Request No. 1 |
| 501 – 516 | Various E-mail Exchanges between 09/17 and 09/30/2020 regarding the Emergency Proclamation and civil unrest (with Attachments) | Response to Request No. 1 |
| | *SEE* Documents produced relating to Defendants Response to Request #1 and #7. (Defendants are in possession of the Milwaukee PD Investigative File into the officer-involved shooting of Alvin Cole and willing to produce subject to a Protective Order | Response to Request No. 2 |
| 517 – 518 | Booking Photos – Knowlton | Response to Request No. 3 |
| 519 – 520 | Booking Photos – McCormick | Response to Request No. 3 |
| 521 – 586 | Booking Photos (Index of all booking photos produced is indicated in Excel Sheet attached as Exhibit A) | Response to Request No. 5 |
| 587 – 725<br>726 – 764<br>765 – 775 | All Citations (Voided & Re-Issued) for Named Plaintiffs<br>All Citations (Voided & Re-Issued) for Not Named Plaintiffs<br>Voided Citations for Individuals Represented by Other Attorneys | Response to Request No. 5 |
| 776 – 827 | Additional Wauwatosa Police Department Incident Reports<br>1. 20-016415<br>2. 20-016398<br>3. 20-018366<br>4. 20-016036<br>5. 20-018437<br>6. 20-14889<br>7. 20-16050 | Response to Request No. 5 |
| 828 – 918 | Text Messages:<br>1. Various text messages between Mayor McBride and Ald. Allison Byrne between August 14 and October 14, 2020;<br>2. Various text messages between Mayor McBride and Ald. Kathy Causier between August 26 and October 8, 2020;<br>3. Various text messages between Mayor McBride and Ald. Jason Kofroth between August 15 and October 12, 2020;<br>4. Text message thread between Mayor McBride, Ald. Jason Kofroth and Jim Archambo on September 14, 2020; | Response to Request No. 7 |

Exhibit A

| | | |
|---|---|---|
| | 5. Various text messages between Mayor McBride and Ald. Meagan Holman O'Reilly between September 3 and October 14, 2020;<br>6. Various text messages between Mayor McBride and Ald. Jason Wilke between September 2 and September 3, 2020;<br>7. Various text messages between Mayor McBride and Ald. Ernst-Ulrich Franzen between August 16 and October 12;<br>8. A text message from Mayor McBride to Governor Evers on October 9, 2020;<br>9. Various text messages between Mayor McBride and County Supervisor Shawn Rolland September 3 and October 12, 2020;<br>10. Various text messages between Mayor McBride and Maddie Gau on August 9, 2020;<br>11. Various text messages between Mayor McBride and Maddie Zimmerman on August 4 and August 11, 2020;<br>12. Various text messages between Mayor McBride and DA Chisholm on August 15, 2020;<br>13. Various text messages between Mayor McBride and Wauwatosa school superintendent, Dr. Phil Ertl on September 27 and October 5, 2020;<br>14. Various text messages between Mayor McBride and Captain Luke Vetter between September 17 and October 13;<br>15. Various text messages between Mayor McBride and PFC Chairman Dominic Leone on October 12, 2020; and<br>16. Text messages between Mayor McBride and Jim Paetsch on August 15, 2020. | |
| 919<br>920 – 921<br>922<br>923 – 1441 | City of Wauwatosa Common Council Agenda – 10/13/2020<br>City of Wauwatosa Proclamation of Emergency<br>Mayor McBride LTR to Common Counsel – 10/11/2020<br>Common Council E-Mails (523 pages) | Response to Request No. 7 |
| **Supplemental Productions of Documents** | | |
| 1442 – 1479 | **04/19/2021** – Various Email Exchanges (with attachments) RE Emergency Declaration between Kesner, Vetter, and McBride (09/17/2020 – 09/30/2020) | Response to Request No. 1 |
| 1930 – 1960 | **05/28/2021** – Produced:<br>1. Letter of 09/10/2020<br>2. Emails dated 09/17/2020 and 09/24/2020<br>3. Operational Plan dated 10/06/2020<br>4. News Print-out dated 07/22/2020<br>5. Proclamation of Emergency<br>6. Power Points (McBride) | Documents/Exhibits Responsive to Weber Deposition Notice |
| 2050 – 2051<br>(List of Squad Videos Produced)<br>*Do not have duplicate copy of what was produced* | **06/09/2021** – Produced hard drive containing all remaining squad, booking room, and body camera footage, as well as additional and duplicative email correspondence to/from Wauwatosa Mayor Dennis McBride (approximately 779 e-mails) using search terms "Emergency Order", "Curfew", "Emergency Declaration", Proclamation of Emergency" and "State of Emergency"; "The People's Revolution", People's Revolution", "TPR", Protest", "Protesting", and "Police Presence in the City of Wauwatosa" for time period for time period 07/01/2020 – 12/12/2020 | Squad Videos<br>47 Clips – 25GB of Data |

| | | |
|---|---|---|
| 1480 – 1925 | **06/22/2021** – Produced approximately 244 e-mails to/from the Wauwatosa Common Council C_PoliceFire@wauwatosa.net<br>Produced Flash Drive containing all media that Wauwatosa PD Civilian Crime Analyst Dominick Ratkowski collected relating to the protest. | Response to Request No. 7 |
| 1961 – 1999 | **06/23/2021** – Produced:<br>1. Proclamation of Emergency<br>2. E-Mail Confidential: Emergency Declaration 10/06/2020<br>3. Common Council Agenda dated 10/13/2020<br>4. E-Mail Fw: [External] Protest 10/11/2020<br>5. E-Mail Fw: [External] Clergy request 10/09/2020<br>6. E-Mail Fw: [External] Re: Wauwatosa curfew 10/09/2020<br>7. E-Mail Fw: [External] recent demonstrations 10/12/2020<br>8. Protester List<br>9. E-Mail Fw: [External] Wauwatosa Arrests 10/14/2020 | Documents/Exhibits Responsive to McBride Deposition Notice |
| 8003 – 8032 | **06/23/2021** – Produced:<br>1. Protester List | Document/Exhibit Responsive to Ratkowski Deposition Notice |
| 8207 – 14035 | **07/09/2021** – Produced approximately 2,681 + attachments to/from the Wauwatosa Common Council, Including Mayor McBride using the search terms "Emergency Order", "Curfew", "Emergency Declaration", Proclamation of Emergency" and "State of Emergency"; "The People's Revolution", People's Revolution", "TPR", Protest", "Protesting", and "Police Presence in the City of Wauwatosa" for time period for time period 07/01/2020 – 12/12/2020 | 5,829 pages |
| 1926 – 1929 | **7/13/2021** – Produced hard copies of Text messages between Causier and Stippich on October 6, October 7, and October 10, 2020. | Document Responsive to Causier Deposition Notice |
| 2049 | **07/14/2021** – Provided copy of 07/14/2020 email to/from Captain Luke Vetter and Officer Shane R. Wrucke | |
| 2000 – 2007 | **07/23/2021** – Produced emails (2) from Mayor McBride's personal email account. | Response to Request No. 1 & Documents Responsive to McBride Deposition Notice |
| 2008<br><br>8033 – 8085 | **07/26/2021** – Produced additional email (1) from Mayor McBride's personal email account; and<br><u>Deposition Exhibits:</u><br>1. Proclamation of Emergency<br>2. E-mail - CONFIDENTIAL: Emergency Declaration Tues, 10/06/2020<br>3. City of Wauwatosa Common Council Agenda, 10/13/2020<br>4. E-mail - Fw: [External] Protest, Sunday, 10/11/2020<br>5. E-mail - Fw: [External] Clergy request, Friday, 10/09/2020<br>6. E-mail - Fw:[External] Re: Wauwatosa Curfew, Friday, 10/09/2020<br>7. E-mail - [External] recent demonstrations, Monday, 10/12/2020<br>8. Protester List<br>9. E-mail - Fw:[External] Wauwatosa Arrests, Wednesday, 10/14/2020<br>10. E-mail - Fwd: Curfew Enforcement, Friday, 07/23/2021<br>11. E-mail - Proactive Recovery v. Reactive Destruction, 10/11/2020<br>12. E-mail - DA-Operational Update-CONFIDENTIAL, Th., 09/24/2020<br>13. Wauwatosa Police Department Supplemental Report<br>14. E-mail - Re: [External] It's Time, Thursday, 10/08/2020<br>15. E-mail - RE: Cost of Emergency Declaration, Friday, 11/06/2020<br>16. Handwritten Notes, August 11, 2020<br>17. Holly's Post<br>18. Wauwatosa Police Dept Inter-Office Correspondence, 11/16/2020 | Response to Request No. 1 & Documents Responsive to McBride Deposition Notice |

| | | |
|---|---|---|
| 8086 – 8152 | **07/26/2021** – Produced:<br>1. Protester List<br>2. Redacted Protester List<br>3. Wauwatosa Police Department Incident Report<br>4. Wisconsin Non-Traffic Citation<br>5. Wisconsin Non-Traffic Citation<br>6. Wisconsin Non-Traffic Citation<br>7. E-mail, 01/07/2021, Open Records Request Response | Documents/Exhibits Responsive to Roy Deposition Notice |
| 2009 – 2029 | **07/27/2021** – Produced<br>1. E-mail FW: Summary of DA response, Tuesday, July 27, 2021<br>2. Wauwatosa Police Dept Inter-Office Correspondence, 11/16/2020<br>3. State of WI, LESB - Use of Force Option Continuum<br>4. Summary of Operating Costs incurred During Emergency Declaration Period<br>5. E-mail FW: Special Meeting of the Common Council 10/13/2020, 07/27/2021<br>6. City of Wauwatosa October 11, 2020<br>7. E-mail FW: EOC operation, Tuesday, July 27, 2021<br>8. E-mail FW: Emergency Management, Tuesday, July 27, 2021<br>8. E-mail FW: Emergency Operations, Tuesday, July 27, 2021<br>10. E-mail: Emergency Operations, Tuesday, July 27, 2021<br>11. City of Wauwatosa Common Council Agenda, October 13, 2020 | Documents Responsive to Archambo Deposition Notice |
| 8153 – 8182 | **07/27/2021** – Produced:<br>1. Protester List<br>2. E-mail – Updated Protester List, July 14 2020 | Documents/Exhibits Responsive to Ratkowski Deposition Notice |
| 2030 – 2033<br><br>2034 – 2048 | **07/29/2021** – Produced Arrest List (unredacted), Daily Ops Summaries for October 7, 2020 – October 12, 2020 (redacted) and Rules of Engagement – Use of Force<br>Produced during Deposition:<br>1. Captain Vetter/Mayor McBride Text correspondence<br>2. Daily Op's October 7th, 2020<br>3. Wauwatosa Police Department Inter-Office Correspondence, 11/16/20<br>4. E-mail 07/14/2020 RE: Mall case update<br>5. E-mail 10/19/2020 Subject:10/13 Special Session Support<br>6. Wauwatosa Police Department Officer Involved Shooting DA Announcement Civil Unrest Operational Plan (Redacted) | Documents Responsive to Vetter Deposition Notice |

**July 26, 2021: Defendants' Response to Plaintiffs' First Request for Admissions and Interrogatories**

| | | |
|---|---|---|
| 14036 – 14069 | Redated e-mails and Employee Roster | |

**August 6, 2021: Supplemental Responses**

| | | |
|---|---|---|
| | HARD DRIVE – For Attorneys' Eyes Only<br>1. Drone Videos (10/7, 10/8, 10/9, 10/10, 10/11 and 10/12/2020) and two individual clips. | Produced in response to Court Order (Dkt. 41)<br>387GB of Data |
| 2070 - 7288 | 2. Emails from WPD (2,120) Unredacted | 468MB of Data (5,219 pages) |

| August 17, 2021 | | |
|---|---|---|
| 1930 – 1964<br>8001 – 8002 | Additional e-mails from Mayor McBride (personal e-mail: McBarry1953) | |
| 7289 – 8000 | 225 Emails from WPD | 712 pages |
| **August 18, 2021** | | |
| 8183 – 8194 | Chemical Agent / Less Lethal Munition Deployment Log 10/07/2020<br>Chemical Agent / Less Lethal Munition Deployment Log 10/09/2020 | Documents Responsive to Wrucke Deposition Notice |
| 8195<br>8196 – 8206 | Photograph from Protest<br>WPD Incident Report No. 20-010388 (Unredacted) | Documents Responsive to Keck Deposition Notice |

## INDEX OF DEPOSITION TESTIMONY

| Date | Deponent | Noticed By |
|---|---|---|
| May 13, 2021 | Barry Weber | Plaintiffs |
| June 23, 2021 | Mayor McBride | Plaintiffs |
| June 23, 2021 | Dominick Ratkowski | Plaintiffs |
| July 13, 2021 | Kathy Causier | Plaintiffs |
| July 13, 2021 | Matt Stippich | Plaintiffs |
| July 13, 2021 | Joel Tillerson | Plaintiffs |
| July 22, 2021 | Heather Kuhl | Plaintiffs |
| July 26, 2021 | Mayor McBride | Plaintiffs |
| July 26, 2021 | Joseph Roy | Plaintiffs |
| July 27, 2021 | James Archambo | Plaintiffs |
| July 27, 2021 | Dominick Ratkowski | Plaintiffs |
| July 29, 2021 | Luke Vetter | Plaintiffs |
| August 19, 2021 | Martin Keck | Plaintiffs |
| August 20, 2021 | Shane Wrucke | Plaintiffs |
| | | |

Exhibit A