**From:** Dominick Ratkowski <dratkowski@wauwatosa.net>
**Sent:** Tuesday, July 14, 2020 2:58 PM
**To:** Bradley Beckman <bbeckman@wauwatosa.net>; Katie Gierach <kgierach@wauwatosa.net>; Jeff Farina <jfarina@wauwatosa.net>; Luke Vetter <lvetter@wauwatosa.net>; Shane R. Wrucke <swrucke@wauwatosa.net>; Brian Skornia <bskornia@wauwatosa.net>; Joseph Zientek <jzientek@wauwatosa.net>; Barry Weber <bweber@wauwatosa.net>; Michael Schultz <mschultz@wauwatosa.net>; Brian Zalewski <bzalewski@wauwatosa.net>
**Cc:** Christopher McAtee <cmcatee@wauwatosa.net>; Cory Wex <cwex@wauwatosa.net>; James Morrill <jmorrill@wauwatosa.net>; James Wood <jwood@wauwatosa.net>; Kurt Svatek <ksvatek@wauwatosa.net>; Kyle Strands <kstrands@wauwatosa.net>
**Subject:** Updated protester list

Here is the new updated list. There are around 40 people, I have fully IDed.

_____

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI 53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net
<Protesters invovled-Working copy.pdf>