August 25, 2021

**Via ecf filing**

Hon. Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Ave.
Milwaukee, WI 53202

RE: *Kathryn Knowlton v. City of Wauwatosa, et al.*, Case No: 20-CV-01660

Dear Judge Joseph:

Please accept this correspondence as the Defendants' update on the timeframe for completing their response to Plainitffs' Discovery Demand. Defendants will have discovery completed, bates-labeled and to Plaintiffs' counsel on or before September 10, 2021.

Very truly yours,

/s/ *Jasmyne M. Baynard*

Jasmyne M. Baynard, WI State Bar No. 1002469
GUNTA LAW OFFICES, S.C.
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Facsimile: (414) 291-7960
Email: jmb@guntalaw.com