TRACY COLE, TALEAVIA COLE, TAHUDAH COLE, TRISTIANA WALLS, KATHRYN KNOWLTON, DANA McCORMICK, ANDREW AARON, KAMILA AHMED, ROBERT AGNEW, ISIAH BALDWIN, JACQUELINE BOGENBERGER, LAVITA BOOKER, REBECCA BURRELL, RAINE CICH, KHALIL COLEMAN, STEVEN CONKLIN, LAURYN CROSS, RACHEL DULAY, ANNE DELESSIO-PARSON, ERIK FANNING, JESSICA FENNER, JILL FERGUSON, BREON FOSTER, JOANNA GEISLER, CHRISTINE GROPPI, GAIGE GROSSKREUTZ, JOSEPH HAYES, PERCY HAYES, DESTINEY JONES, ADANTE JORDAN, MARY KACHELSKI, SEAN KAFER, JOEY KOEPP, JOHN LARRY, ALEX LARSON, SONORA LARSON, HOLLY LAVORA, LAZARITO MATHEU, VAUN MAYES, MOLLY NILSSEN, SHAWN PAGE, CARMEN PALMER, (JUVENILE) PALMER 1, (JUVENILE) PALMER 2, LEAH PORTER, AIDALI RIVERA, WILLIAM RIVERA, HECTOR RODRIGUEZ, JOSE HERNANDEZ RAMIREZ, OSCAR CONCEPCION RODRIGUEZ, ROSALIND ROGERS, NATHAN SABEL, WILLIAM SCHROEDER, MADELIENE SCHWEITZER, MARIAH SMITH, PETER SPARKS, TIFFANY STARK, ANGEL VEGA, CHRISTINA VITOLO-HADDAD, GABRIELLA VITUCCI, OSCAR WALTON, JAYDEN WELCH, BRITTA WELCH, SUZANNE WELLS, BRANDON WILBORN, TRISHA WILSON, KATELYN WOJNAR, SONJA WORTHY, and MEMBERS OF THE PEOPLE'S REVOLUTION, AN UNINCORPORATED ENTITY, hereinafter referred to as (TPR), on behalf of themselves and all others similarly situated,

    Plaintiffs.

    v.                                                                        Case No. 20 CV 01660

CITY OF WAUWATOSA, CITY OF WAUWATOSA CHIEF OF POLICE BARRY WEBER, in his official capacity, DENNIS McBRIDE, in his official and individual capacity, DOMINICK RATKOWSKI, in his official capacity, GEORGE SCHIMMEL, in his official capacity, LUKE VETTER in his official capacity, JEFFREY FARINA, in his official capacity, JOSEPH ROY, in his official capacity, JOSEPH LEWANDOWSKI, in his official capacity, MARTIN KECK, in his official capacity, SHANE WRUCKE, in his official capacity, KATHY CAUSIER, in her official capacity,
AND JOHN DOES OFFICERS in their official capacities,

    Defendants.

### 2nd NOTICE OF ERRATA for the CORRECTED 3rd AMENDED COMPLAINT

Plaintiffs respectfully submit this errata to their Third Amended Complaint, which was filed on August 21, 2021 and corrected on August 30, 2021 for formatting errors, in order to

1

correct an inadvertent subtraction of claims from the 2nd Amended Complaint as filed by Plaintiffs on March 5, 2021. In filing this notice today, there are no substantive changes from the 2nd Amended Complaint, and to which Defendants already responded on April 16, 2021.

Specifically, the re-inserted Claims here are identical in form and substance and correspond in number as below:

| 2nd Amended Complaint Claim Number: | Is inserted in 3rd Amended Complaint as Claim No.: |
|---|---|
| 9 | 11 |
| 10 | 12 |
| 12 | 13 |
| 13 | 14 |
| 14 | 15 |
| 15 | 16 |

Plaintiffs have inserted the above, appropriately continuing the paragraph numbers of the allegations and claims to properly reflect the correct number and have renamed the Claims to properly reflect their position of claims. Plaintiffs are concurrently filing a corrected Third Amended Complaint that corrects these mistakes and makes no other changes.

Respectfully submitted this 8th day of September, 2021.

s/ Kimberley Cy. Motley
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413

E. Milo Schwab
Ascend Counsel, LLC
2401 S. Downing Street
Denver, CO 80210

Kathryn Knowlton
State Bar No.: 1032814
7219 West Center Street
Wauwatosa, WI 53210-1126