UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHRYN KNOWLTON, and
DANA McCORMICK, et al,

                                    Case No. 20-CV-01660

  Plaintiffs,

  v.

CITY OF WAUWATOSA, BARRY WEBER,
In his individual capacity as Chief of Police, and
DENNIS MCBRIDE in his individual capacity, et al.

  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF DENNIS MCBRIDE

DATE TAKEN: June 23, 2021

TIME:      9:23 a.m. - 1:31 p.m.
LOCATION:  Knowlton Law Group
           7219 West Center Street
           Wauwatosa, Wisconsin 53210

*Miriam Beckford, Professional Court Reporter*

EXHIBIT B

```
        deposition transcripts?
A       No.
Q       Did you look at the video of the deposition?
A       No.
Q       Okay.  And you haven't spoken to Chief Weber since May.
        What date was that?
A       I don't know.
Q       Okay.  So with regards to your conversations with
        Mr. Archambo, where your attorney was not present; what
        did you discuss in preparation for today?
A       When it was going to be.  That he was going to be
        present.
Q       And whose idea was that for him to be present today?
                ATTORNEY BAYNARD:  I'm going to instruct him
        not to answer on the basis of attorney/client privilege.
Q       Why is he here?
                ATTORNEY BAYNARD:  Same objection.
Q       Why didn't you show up for the prior deposition?
                ATTORNEY BAYNARD:  Same objection.
                ATTORNEY KNOWLTON:  And you can object, he
        still has to answer the question.
                MAYOR MCBRIDE:  You're not a lawyer here.
                (Overlapping Discussion)
                MAYOR MCBRIDE:  I don't want questions from
        three lawyers at one time.  Can you just, please,
```

confine it to one at a time and I'll be happy to answer --

   ATTORNEY MOTLEY: This isn't your deposition and she is an attorney here --

   MAYOR MCBRIDE: That's -- not how you're supposed to conduct depositions.

   (Overlapping discussion)

   ATTORNEY BAYNARD: So I'm not sure what the last question was.

BY ATTORNEY SCHWAB:

Q Okay. Are you claiming attorney/client privilege over whose idea it was for Mr. Archambo to be present?

   ATTORNEY BAYNARD: Yes. I'm going to instruct him not to answer about that topic. As well as attorney/client privilege and our legal strategy as to why he did not appear or why I instructed him not to appear for his, previously, noticed deposition. And what was the last question?

   ATTORNEY MOTLEY: And are you also claiming attorney/client privilege for the conversations that he's had with Mr. Archambo when you have not been present?

   ATTORNEY BAYNARD: No. And, I think, I mad that clear. Any conversation that did not involve me or the city attorney counsel, there is no attorney/client