UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATHRYN KNOWLTON, DANA McCORMICK,
    et al.,

                        Plaintiffs,

v.                                                                Case No. 2020-CV-01660

CITY OF WAUWATOSA, BARRY WEBER,
DENNIS MCBRIDE, et al.,

                         Defendants.

---

### DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' (3RD) THIRD AMENDED COMPLAINT AND FOR REASONABLE COSTS INCLUDING ATTORNEYS' FEES PURSUANT TO F.R.C.P. 16 AND 15

---

Defendants, City of Wauwatosa, Barry Weber, Dennis McBride, Dominick Ratkowski, George Schimmel, Luke Vetter, Jeffrey Farina, Joseph Roy, Joseph Lewandowski, Martin Keck, Shane Wrucke, and Kathy Causier, by their attorneys, Gunta Law Offices, S.C., hereby move the Court to strike Plaintiffs' (3rd) Third Amended Complaint, pursuant to Fed. R. Civ. P. 16 and 15 on the basis of Plaintiffs' repeated noncompliance with the Federal Rules of Civil Procedure and this Court's Scheduling Orders.

The grounds of this Motion are more fully set forth in the accompanying Memorandum in Support of Defendants' Motion and Declaration of Kiley B. Zellner, which are incorporated by reference as if fully set forth herein. This Motion also is made upon the pleadings and proceedings herein. Through this motion, Defendants also seeks costs associated with this motion.

Dated at Wauwatosa, Wisconsin this 10th day of September, 2021.

          **GUNTA LAW OFFICES, S.C.**
          Attorneys for Defendants

BY:    */s/ Kiley B. Zellner*
          Gregg J. Gunta, WI Bar No. 1004322
          Ann C. Wirth, WI Bar No. 1002469
          Jasmyne M. Baynard, WI Bar No. 1099898
          Kyle R. Moore, WI Bar No. 1101745
          Kiley B. Zellner, WI Bar No. 1056806
          9898 W. Bluemound Road, Suite 2
          Wauwatosa, Wisconsin 53226
          T: 414) 291-7979 / F: (414) 291-7960
          Emails:   gjg@guntalaw.com
                        acw@guntalaw.com
                        jmb@guntalaw.com
                        krm@guntalaw.com
                        kbz@guntalaw.com