# EXHIBIT

## AUDIO OF MEET AND CONFER SEPT. 16, 2021

**FLASH DRIVE MAILED
TO CLERK'S OFFICE**