

# GUNTA LAW OFFICES, S.C.

## ATTORNEYS AT LAW

*Attorneys*
Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
Jasmyne M. Baynard, Esq.
Kyle R. Moore, Esq.

*Paralegal*
Christine M. Montgomery

September 21, 2021

Clerk of Court's Office
U.S. District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

**RE: Knowlton, et al. v. City of Wauwatosa, et al.**
**Case No. 20CV01660**

Dear Clerk:

We serve as counsel to defendants in the above-captioned case. In support of Defendants' letter to the court filed on today's date, enclosed please find a flash drive containing the Audio of Counsel's September 16, 2021, Meet and Confer.

By copy of this letter, attorneys of record are being copied with a flash drive containing the same.

Thank you.

Very truly yours,
GUNTA LAW OFFICES, S.C.

Kiley B. Zellner, Esq.
KBZ/cmm

c:      Counsel of Record



9898 West Bluemound Road • Suite 2 • Wauwatosa, Wisconsin 53226-4319
Phone: (414) 291-7979 • Fax: (414) 291-7960