UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATHRYN KNOWLTON, DANA McCORMICK,
    et al.,

                         Plaintiffs,

v.                                                    Case No. 2020-CV-01660

CITY OF WAUWATOSA, BARRY WEBER,
DENNIS MCBRIDE, et al.,

                        Defendants.

---

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PURSUANT TO THE DOCTRINES OF *YOUNG*, *HECK*, AND *PULLMAN***

---

      Defendants, City of Wauwatosa, Barry Weber, Dennis McBride, Dominick Ratkowski, George Schimmel, Luke Vetter, Jeffrey Farina, Joseph Roy, Joseph Lewandowski, Martin Keck, Shane Wrucke, and Kathy Causier, by their attorneys, Gunta Law Offices, S.C., hereby move the Court to stay proceedings in this case until the municipal proceedings pending against Plaintiffs are resolved pursuant to the doctrines of *Young, Heck*, and *Pullman*.

      The grounds of this Motion are more fully set forth in the accompanying Brief in Support of Defendants' Motion and Declaration of George Schimmel, which are incorporated by reference as if fully set forth herein. This Motion also is made upon the pleadings and proceedings herein.

Dated at Wauwatosa, Wisconsin this 30th day of September, 2021.

          **GUNTA LAW OFFICES, S.C.**
          Attorneys for Defendants

BY:    */s/ Kiley B. Zellner*
       Gregg J. Gunta, WI Bar No. 1004322
       Ann C. Wirth, WI Bar No. 1002469
       Jasmyne M. Baynard, WI Bar No. 1099898
       Kyle R. Moore, WI Bar No. 1101745
       Kiley B. Zellner, WI Bar No. 1056806
       9898 W. Bluemound Road, Suite 2
       Wauwatosa, Wisconsin 53226
       T: 414) 291-7979 / F: (414) 291-7960
       Emails:   gjg@guntalaw.com
                    acw@guntalaw.com
                    jmb@guntalaw.com
                    krm@guntalaw.com
                    kbz@guntalaw.com