UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, *et al.*,

                      Plaintiffs,      Case No. 20-CV-1660

    v.

**MINUTE SHEET**

City of Wauwatosa, *et al.*,

                      Defendants.

---

| | |
|---|---|
| **Hon. Nancy Joseph, presiding.** | **Deputy Clerk:** Ross Miller |
| **Type of Proceeding:** STATUS CONFERENCE | |
| **Date:** October 1, 2021 at 2:00pm | **Court Reporter:** Zoom Audio |
| **Time Commenced:** 2:01pm | **Time Concluded:** 3:24pm |

**Appearances:**     **Plaintiff:**     Kimberly Motley, Milo Schwab

                        **Defendant:**   Kiley Zellner, Kyle Moore

**Comments:**

Defendants filed three (3) motions on 9/30/2021. Court will not address Motion to Stay (ECF #83). That motion can be fully briefed.
As to the other two (2) Motions – Motion to Quash regarding George Schimmel (ECF #80) and Motion to Quash regarding Kathy Causier (ECF #86) – Court would like to discuss these motions.

Arguments heard by both parties as to both Motions and overarching discovery and deposition issues.

**Court makes the following orders and deadlines:**

**Parties to submit the audio recording of the Causier deposition. Court will listen to that recording and the recording of the hearing the Court held on July 13, 2021 and make a ruling as to Causier.**

**Defendants to submit all outstanding discovery to Plaintiffs by October 8th, 2021.**

**Parties to submit their discovery plan proposals by October 8th, 2021.**

**Court STAYS all depositions until further decision of the Court.**

**Court schedules a Status Conference for October 15, 2021 at 1:30pm via Zoom.**