IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TRACY COLE et al.,

    Plaintiffs.

    v.                                        Case No. 20 CV 01660

CITY OF WAUWATOSA et al.,

    Defendants.

### PLAINTIFF's DISCOVERY PLAN PROPOSAL

The Plaintiffs as instructed by the court on October 1, 2021 submit the following discovery plan proposal as it relates to the number of interrogatories, depositions, and requests for admissions.

**I.    PROPOSED DISCOVERY PLAN**

    A).    Rule 26(a)(1) disclosures.

           The parties will make available by October 8, 2021 the information required by Federal Rule of Civil Procedure 26(a)(1).

    B).    Interrogatories

           Plaintiffs propose that parties may serve not more than fifteen (15) written interrogatories on any other party.

    C).    Depositions.

           Plaintiff's propose 140 more hours of deposition time.

1

Case 2:20-cv-01660-NJ   Filed 10/08/21   Page 1 of 2   Document 93

D). Request for Admissions

Plaintiff's propose thirty-five written requests for admissions to be served per party.

s/ Kimberley Cy. Motley
MOTLEY LEGAL SERVICES
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413

Kathryn Knowlton
KNOWLTON LAW GROUP
State Bar No: 1032814
7219 West Center Street
Wauwatosa, WI 53210
Email: kate@knowltonlawgroup.com
Telephone: 414-202-2444

E. Milo Schwab
State Bar No.:
3000 Lawrence Street
Denver, CO 80205

**ATTORNEYS FOR PLAINTIFFS**