UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, et al.,

                             Plaintiffs,        Case No. 20-CV-1660

       v.

                                               **MINUTE SHEET**

City of Wauwatosa, et al.,

                             Defendants.

---

**Hon. Nancy Joseph, presiding.**            **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** October 15, 2021 at 1:30pm        **Court Reporter:** Zoom Audio

**Time Commenced:** 1:40pm                 **Time Concluded:** 3:11pm

**Appearances:**     **Plaintiffs:**    Kimberley Motley, Milo Schwab, Kathryn Knowlton

                          **Defendants:**   Kiley Zellner, Kyle Moore

**Comments:**

Parties discussed discovery issues.

Court makes the following ORDERS:

Motion for Sanctions (ECF #48) is GRANTED. Court will allow an additional ONE HOUR of Deposition of Causier. Court will not assess costs.

Parties will each have a maximum of 30 depositions. Parties will each have a maximum of 50 admissions. Parties will each have a maximum of 25 interrogatories.

Court Reporter Miriam Beckford will not be utilized for future depositions.

Defendants will now have 30 days to answer the amended complaint.

Plaintiffs to create a document with a list of requests that are missing and transmit that document to Defendants by Monday, October 18, 2021. Defendants will then list dates for responses to requests or information regarding previous transmission of said discovery if they have already provided the requested discovery.

Court will conduct a Status Conference on October 27, 2021 at 9:00am via Zoom.