

October 18, 2021


Honorable Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202


RE :   Missing Discovery from Defendants


Dear Judge Joseph,


Please note that as instructed by the court on October 15, 2021, Plaintiff's attach for your review some of the outstanding missing discovery missing from the Defendant's. If you have any questions or concerns please let me know. Thank you.


Warm regards,
ss:// Kimberley Cy. Motley
CEO / Founding Partner
Motley Legal Services
International Number : +1(704) 765-4887
US MOBILE : +1 (704) 763-5413
Email : kmotley@motleylegal.com


cc :   Attorney E. Milo Schwaub
       Attorney Kate Knowlton

Encl.  10/18/21 Missing Discovery Table