# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KATHRYN KNOWLTON,** *et al.*,

    **Plaintiffs,**

v.

                                Case No. 20-CV-1660

**CITY OF WAUWATOSA,** *et al.*,

    **Defendants.**

## ORDER REGARDING OUTSTANDING DISCOVERY

Pursuant to the October 15, 2021 conference, to resolve the outstanding discovery demands in this case, the parties are ordered as follows:

1. Plaintiffs are ordered to prepare an inventory of outstanding discovery with citation to when and where the discovery demand was made.

2. Defendants are ordered to respond to Plaintiffs' outstanding discovery inventory as follows: If the discovery was already provided, Defendants shall cite to the responsive documents. If the discovery has not been provided, Defendants shall state when the discovery will be provided to Plaintiffs.

   Defendants are also ordered to prepare an inventory of their outstanding discovery demands with citation to when and where the discovery demand was made.

3. Plaintiffs are ordered to respond Defendants' discovery inventory as described in Paragraph 2 above. Additionally, Plaintiffs are ordered to cure their responses to Defendants' Interrogatory No. 16 and Interrogatory No. 17. Neither interrogatory is vague or ambiguous. Both are relevant to the claims raised by Plaintiffs and must

be answered and signed by Plaintiffs as required by the Federal Rules. Additionally, Plaintiffs are ordered to review their responses and cure any other deficient interrogatory responses. If objections remain, Plaintiffs shall state the grounds for their objection with specificity.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 19th day of October, 2021.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge