STATE OF WISCONSIN     MUNICIPAL COURT     MILWAUKEE COUNTY

CITY OF WAUWATOSA,

       Plaintiff,

                                            CITATION NOS.:
                                            (LISTED ON EXHIBIT A)

vs.

PERSONS LISTED
ON EXHIBIT A.,

       Defendants.

## ORDER TO STAY PROCLAMATION OF EMERGENCY CURFEW RESTRICTION CITATIONS

THE COURT HEREBY ORDERS as follows:

1) Plaintiff, City of Wauwatosa's Motion to Stay Certain Citations Relating to Violation of the Proclamation of Emergency Curfew Restrictions (listed on Exhibit A) is granted;

2) Defendant, Mark Fraley's motion challenging the validity of the City's Proclamation of Emergency is postponed indefinitely and pending a determination in *Knowlton et al. v. City of Wauwatosa et al.* Case No. 2020-CV-01660 currently pending in the Eastern District of Wisconsin Federal Court; and

3) The parties shall promptly discuss whether any remaining issues will be tried on August 11, 2021 and advise the court.

Dated this 28 day of July 2021

_Richard J. Baker_
Hon. Richard J. Baker
Municipal Court Judge
City of Wauwatosa

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 1R814ZCGV2 | Baldwin | Isaiah | James | | Violate an Emergency Order |
| 2 | 1R81CF68W7 | Bogenberger | Jacqueline | Lee | | Violate an Emergency Order |
| 3 | 1R814ZCGTW | Cich | Raine | Alexandria | | Violate an Emergency Order |
| 4 | 1R813GX53R | Cole | Tahudah | Leteetah | | Violate an Emergency Order |
| 5 | 1R816DKRJB | Cole | Tracy | | | Violate an Emergency Order |
| 6 | 1R8155JN08 | Cole | Tahudah | Leteetah | | Violate an Emergency Order |
| 7 | 1R8155JN07 | Cole | Taleavia | L | | Violate an Emergency Order |
| 8 | 1R816P713C | Concepcion Rodriguez | Oscar | | | Violate an Emergency Order |
| 9 | 1R8163XJR5 | Delessio-Parson | Anne | | | Violate an Emergency Order |
| 10 | 1R8155JN09 | Dulay | Rachel | Rae | | Violate an Emergency Order |
| 11 | 1R816DKRJD | Ferguson | Jill | M | | Violate an Emergency Order |
| 12 | 1R814MH5N4 | Foster | Breon | Reginald | | Violate an Emergency Order |
| 13 | 1R8155JN06 | Fraley | Mark | Stefan | | Violate an Emergency Order |
| 14 | 1R8155JN0B | Hayes | Joseph | S | | Violate an Emergency Order |
| 15 | 1R8155JN0D | Hernandez Ramirez | Jose | Alfredo | | Violate an Emergency Order |
| 16 | 1R81CF68W4 | Hirth | Ashlee | P | | Violate an Emergency Order |
| 17 | 1R8163XJRB | Jones | Daniel | Blake | | Violate an Emergency Order |
| 18 | 1R8155JN0G | Jones | Destiney | S | | Violate an Emergency Order |
| 19 | 1R8163XJRG | Knowlton | Kathryn | Lyn | | Violate an Emergency Order |
| 20 | 1R8155JN0C | Larson | Sonora | Ann | | Violate an Emergency Order |
| 21 | 1R8155JN0H | Lavora | Holly | Rebecca | | Violate an Emergency Order |
| 22 | 1R8163XJR3 | Matheu | Lazarito | | | Violate an Emergency Order |
| 23 | 1R8163XJRH | Mccormick | Dana | Shepherd | | Violate an Emergency Order |
| 24 | 1R8155JN0J | Nelson | Blair | K | | Violate an Emergency Order |
| 25 | 1R8163XJRJ | Nilssen | Molly | J | | Violate an Emergency Order |
| 26 | 1R8138QXXL | Palmer | Dylan | Marquise | | Violate an Emergency Order |
| 27 | 1R8138QXXK | Palmer | Carmen | N | | Violate an Emergency Order |
| 28 | 1R8138QXXM | Palmer | Chasidy | N | | Violate an Emergency Order |
| 29 | 1R8196J8VZ | Porter | Leah | Aimee | | Violate an Emergency Order |
| 30 | 1R816DKRJ8 | Reed | Dimarious | D | | Violate an Emergency Order |
| 31 | 1R8163XJR7 | Rivera | William | | | Violate an Emergency Order |
| 32 | 1R8163XJR6 | Rodriguez | Hector | D | | Violate an Emergency Order |
| 33 | 1R8155JN0L | Sabel | Nathan | Albert | | Violate an Emergency Order |
| 34 | 1R8163XJRF | Sparks | Peter | Andrew | | Violate an Emergency Order |
| 35 | 1R8155JN0M | Tobias | Teri | D | | Violate an Emergency Order |
| 36 | 1R81CF68W9 | Vega Anguiano | Angel | | | Violate an Emergency Order |
| 37 | 1R8196J8W1 | Vitolo Haddad | Christina | Vesce | | Violate an Emergency Order |
| 38 | 1R814ZCGTX | Vitucci | Gabriella | Marie | | Violate an Emergency Order |
| 39 | 1R8155JN02 | Wells | Suzanne | Michelle | | Violate an Emergency Order |
| 40 | 1R814ZCGTZ | Wojnar | Katelyn | A | | Violate an Emergency Order |
| 41 | 1R8196J8W0 | Worthy | Sonja | Rae | | Violate an Emergency Order |



EXHIBIT A