# GUNTA LAW OFFICES, S.C.
## ATTORNEYS AT LAW

*Attorneys*
Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
Jasmyne M. Baynard, Esq.
Kyle R. Moore, Esq.
Kiley B. Zellner, Esq.

*Paralegal*
Christine M. Montgomery

October 29, 2021

Honorable Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

**RE:    *Knowlton, et al. v. City of Wauwatosa, et al; Case No. 20-CV-1660*
         *Missing Discovery from Plaintiffs***

Dear Judge Joseph:

Attached for your review is a list of outstanding discovery Defendants served upon Plaintiffs.

Please let us know if you have any questions or concerns.

Respectfully submitted,

*/s/ Kiley B. Zellner*

Kiley B. Zellner,  WI State Bar No.  1056806
GUNTA LAW OFFICES, S.C.
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Facsimile:   (414) 291-7960
Email: kbz@guntalaw.com