# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Kathryn Knowlton, *et al.*, | Plaintiffs, | Case No. 20-CV-1660 |
| v. | | **MINUTE SHEET** |
| City of Wauwatosa, *et al.*, | Defendants. | |

**Hon. Nancy Joseph, presiding.**   **Deputy Clerk:** Ross Miller

**Type of Proceeding:** STATUS CONFERENCE

**Date:** November 1, 2021 at 10:00am   **Court Reporter:** Zoom Audio

**Time Commenced:** 10:05am   **Time Concluded:** 11:23am

**Appearances:**   **Plaintiff:** Kathryn Knowlton, Milo Schwab, Kimberly Motley
   **Defendant:** Kiley Zellner

**Comments:**

Court has received documents regarding the outstanding discovery that were requested by the Court at the last hearing. Court will give written orders on outstanding motions. Court is waiting on briefing to be completed on the motion to stay. Plaintiffs just received Defendants' outstanding discovery inventory and have not had time to respond.

Parties discussed outstanding discovery and specifically issues with email discovery requests by Plaintiffs.

Court ORDERS parties to confer regarding the specifics of Plaintiffs' requested email terms and dates.

Court ORDERS Defendants to submit a letter specifying a date certain that emails can be provided to Plaintiffs.

Court ORDERS parties to confer regarding Defendants' outstanding discovery inventory.

Court schedules a Status Conference for Monday, December 6 at 10:00am via Zoom.