# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

KATHRYN KNOWLTON, DANA McCORMICK,
   et al.,

                  Plaintiffs,

v.                                                  Case No. 2020-CV-01660

CITY OF WAUWATOSA, BARRY WEBER,
   DENNIS MCBRIDE, et al.,

                  Defendants.

___

## DECLARATION OF GEORGE SCHIMMEL IN SUPPORT OF DEFENDANTS' MOTION TO STAY (REPLY)
___

STATE OF WISCONSIN    )
                                ) ss
MILWAUKEE COUNTY    )

     George Schimmel, being first duly sworn under oath, declares and states as follows:

     1.    I am an attorney licensed to practice law in the State of Wisconsin and a named defendant in this matter.

     2.    Attached as **Schimmel Declaration Exhibit A** is a true and accurate copy of email correspondence between myself and Attorney Motley regarding lifting the municipal stay of municipal citations relating to the Proclamation of Emergency curfew violations.

                                        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

     Executed on November 4, 2021.

                                                  */s/ George Schimmel*
                                                  George Schimmel