# RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel

"kmotley@motleylegal.com" [kmotley@motleylegal.com]

Sent: 3/18/2021 12:20 PM

To: ""Alan Kesner"" <akesner@wauwatosa.net>

Ok I will continue to wait for it as it should absolutely be somewhere. I was wondering in the meantime do you have Schimmel's job description that you can send?

> --------- Original Message ---------
> Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
> From: "Alan Kesner" <akesner@wauwatosa.net>
> Date: 3/15/21 9:12 pm
> To: "kmotley@motleylegal.com" <kmotley@motleylegal.com>
>
> Really, still nothing. I have not set eyes on it for quite a few years.
>
> Going into the deep recesses of our storage vault later this week. Maybe it will be there.
>
> Alan Kesner
> Wauwatosa City Attorney
>
>> -------- Original message --------
>> From: kmotley@motleylegal.com
>> Date: 3/15/21 7:04 PM (GMT-06:00)
>> To: Alan Kesner <akesner@wauwatosa.net>
>> Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
>>
>> Hello Alan,
>>
>> Checking to see if you have found George's contract. Thanks!
>>
>> Warm regards,
>> Kim
>>
>>> --------- Original Message ---------
>>> Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
>>> From: "kmotley@motleylegal.com" <kmotley@motleylegal.com>
>>> Date: 2/17/21 12:28 pm
>>> To: "Alan Kesner" <akesner@wauwatosa.net>
>>>
>>> Thanks Alan!
>>>
>>>> --------- Original Message ---------
>>>> Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
>>>> From: "Alan Kesner" <akesner@wauwatosa.net>
>>>> Date: 2/17/21 11:31 am
>>>> To: "kmotley@motleylegal.com" <kmotley@motleylegal.com>
>>>>
>>>> I have not been able to find a copy of the retainer agreement. As I mentioned, it was in place before I got to this office almost 20 years ago. I recall seeing it on paper many years ago, but not for quite a while.
>>>>
>>>> Looked in my own files, but have not gotten through the main files in the office. My office assistant left our employment and I just got a part time/temp replacement yesterday, so I will set her to looking through those paper files tomorrow to see if she can find anything.
>>>>
>>>> Alan Kesner
>>>> Wauwatosa City Attorney
>>>>
>>>> akesner@wauwatosa.net
>>>>
>>>> 414.479.8905
>>>>
>>>> From: kmotley@motleylegal.com <kmotley@motleylegal.com>
>>>> Sent: Wednesday, February 17, 2021 10:19 AM
>>>> To: Alan Kesner <akesner@wauwatosa.net>
>>>> Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
>>>>
>>>> Good Morning Alan,
>>>>
>>>> I hope you are well. Just checking if you have been able to find Schimmel's contract as I would still like that. Thanks!
>>>>
>>>> Warm regards,

Case 2:20-cv-01660-NJ   Filed 11/05/21   Page 1 of 3   Document 107-1

Kim

--------- Original Message ---------
Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
From: "kmotley@motleylegal.com" <kmotley@motleylegal.com>
Date: 1/31/21 12:12 am
To: "Alan Kesner" <akesner@wauwatosa.net>

Thanks Alan!

--------- Original Message ---------
Subject: RE: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel
From: "Alan Kesner" <akesner@wauwatosa.net>
Date: 1/30/21 11:40 pm
To: "kmotley@motleylegal.com" <kmotley@motleylegal.com>

Wow. I'll check if I can find it. Not sure it is in our electronic records and we may not have anybody in the office physically before Wednesday. Or office assistant is out until Thursday.

George is not an employee, he is an outside contractor, outside counsel. He took this over from his father, who was, in fact, doing it before I was born. The arrangement has not changed, including the cost, since I got here almost 20 years ago.

I'll see what I can find on Monday.

Alan Kesner
Wauwatosa City Attorney


-------- Original message --------
From: kmotley@motleylegal.com
Date: 1/30/21 10:09 PM (GMT-06:00)
To: Alan Kesner <akesner@wauwatosa.net>, tclerk <tclerk@wauwatosa.net>, trecords <records.tosapd@wauwatosa.net>
Subject: [External] Open Records Request - City of Wauwatosa Employment Contract with Attorney George Schimmel

Hello Alan,

I hope you are well.

I am sending this email as a formal open records request for the employment contract between the City of Wauwatosa and Attorney George Schimmel. If you could please provide that when you get a chance preferably before our court hearings of February 3, 2021 I would greatly appreciate it.

Thank you and have a great day!

-- Warm Regards,

Kim

Kimberley Cy Motley, Esq.
C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
International Number : 1 (704) 765 - 4887
U.A.E. Tel : 971 (0) 561 442 175
US Mobile : 1 (704) 763-5413
motleylegal.com

---

This is a transmission from Motley Legal Services and Motley Consulting International and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email

Case 2:20-cv-01660-NJ   Filed 11/05/21   Page 2 of 3   Document 107-1

the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

Copyright © 2003-2021. All rights reserved.

Case 2:20-cv-01660-NJ   Filed 11/05/21   Page 3 of 3   Document 107-1