UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

KATHRYN KNOWLTON, DANA McCORMICK,
    et al.,

                          Plaintiffs,

v.                                          Case No. 2020-CV-01660

CITY OF WAUWATOSA, BARRY WEBER,
DENNIS MCBRIDE, et al.,

                           Defendants.

___

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT (DOCKET NO. 56) PURSUANT TO FED. R. CIV. PROC. 12(B)(6)**

___

      Defendants, City of Wauwatosa, Barry Weber, Dennis McBride, Dominick Ratkowski, George Schimmel, Luke Vetter, Jeffrey Farina, Joseph Roy, Joseph Lewandowski, Martin Keck, Shane Wrucke, and Kathy Causier, by their attorneys, Gunta Law Offices, S.C., hereby move the Court dismiss Plaintiffs' Complaint against them, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) based on Plaintiffs' failure to state a claim upon which relief can be granted.

      The grounds of this Motion are more fully set forth in the accompanying Brief in Support of Defendants' Motion, which is incorporated by reference as if fully set forth herein. This Motion also is made upon the pleadings and proceedings herein.

Dated at Wauwatosa, Wisconsin this 15th day of November , 2021.

          **GUNTA LAW OFFICES, S.C.**
          Attorneys for Defendants

BY:    */s/ Kiley B. Zellner*
          Gregg J. Gunta, WI Bar No. 1004322
          Ann C. Wirth, WI Bar No. 1002469
          Jasmyne M. Baynard, WI Bar No. 1099898
          Kyle R. Moore, WI Bar No. 1101745
          Kiley B. Zellner, WI Bar No. 1056806
          9898 W. Bluemound Road, Suite 2
          Wauwatosa, Wisconsin 53226
          T: 414) 291-7979 / F: (414) 291-7960
          Emails:    gjg@guntalaw.com
                         acw@guntalaw.com
                         jmb@guntalaw.com
                         krm@guntalaw.com
                         kbz@guntalaw.com