UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

KATHRYN KNOWLTON, et al.,

                Plaintiffs,

v.                                                              Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

                Defendants.
_____

### DEFENDANTS' MOTION FOR RELIEF FROM ORDER ON ATTORNEY'S FEES PURSUANT TO RULE 60(b)(3)
_____

Defendants, by and through their counsel, Gunta Law Offices, S.C., move the Court for relief from the November 21, 2021, Order on Attorney Fees (Dkt. 111) under Rule 60(b)(3) of the Federal Rules of Civil Procedure due to counsel for Plaintiffs fraudulent representations to the parties and this Court.

The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support and Declaration of Kyle R. Moore, which are incorporated by reference as if fully set forth herein. Defendants respectfully seek relief from the Order, reimbursement of the $9,516.67 paid pursuant to the Order, and all other relief this Court finds just and appropriate.

Dated at Wauwatosa, Wisconsin this 22nd day of December, 2021.

                                                 **GUNTA LAW OFFICES, S.C.**
                                                 Attorneys for Defendants

                                                 */s/ Kyle R. Moore*
                                                 Gregg J. Gunta, WI Bar No. 1004322
                                               Ann C. Wirth, WI Bar No. 1002469
                                               Jasmyne M. Baynard, WI Bar No. 1099898
                                             Kyle R. Moore, WI Bar No. 1101745
                                             Kiley B. Zellner, WI Bar No. 1056806
                                             9898 W. Bluemound Road, Suite 2
                                             Wauwatosa, Wisconsin 53226

T: 414) 291-7979 / F: (414) 291-7960
Emails: gjg@guntalaw.com
acw@guntalaw.com
jmb@guntalaw.com
krm@guntalaw.com
kbz@guntalaw.com