

## Notice to Preserve Evidence

**Alan Kesner** &lt;akesner@wauwatosa.net&gt;     Tue, Oct 13, 2020 at 8:17 PM
To: Kate Knowlton &lt;kate@knowltonlawgroup.com&gt;, Dennis McBride &lt;dmcbride@wauwatosa.net&gt;, Barry Weber &lt;bweber@wauwatosa.net&gt;
Cc: Hanna Kolberg &lt;hkolberg@wauwatosa.net&gt;

I had not received notice prior to this e-mail, but I do acknowledge that I have received this e-mail tonight. Will get the IT staff on the hold first thing in the morning and will notify appropriate parties at that time.

Alan Kesner

Wauwatosa City Attorney

akesner@wauwatosa.net

414.479.8905

**From:** Kate Knowlton &lt;kate@knowltonlawgroup.com&gt;
**Sent:** Tuesday, October 13, 2020 7:23 PM
**To:** Alan Kesner &lt;akesner@wauwatosa.net&gt;; Dennis McBride &lt;dmcbride@wauwatosa.net&gt;; Barry Weber &lt;bweber@wauwatosa.net&gt;
**Subject:** [External] Fwd: Notice to Preserve Evidence

Attny. Kesner:

Please confirm receipt of this email and accompanying attachment, originally forwarded via email and first class USPS on Sunday, October 11, 2020 at 4:18pm to Chief Barry Weber, and Mayor Dennis McBride. Though requested, we have not received any confirmation of receipt. If there is a different preferred address, please advise without delay.

We are not seeking any substantive response, but a confirmation of this email and notice.

It is respectfully requested that if you have and/or are intending to contract additional legal representation, this correspondence is provided to her/him without delay, and preferred method of service is communicated to this email address, and the office address herein: Knowlton Law Group, 7219 West Center Street, Wauwatosa, WI 53210

I will look for your reply.

Thank you,

Kathryn L. Knowlton

---------- Forwarded message ---------
From: **Kate Knowlton** <kate@knowltonlawgroup.com>
Date: Tue, Oct 13, 2020 at 4:20 PM
Subject: Re: Notice to Preserve Evidence
To: <bweber@wauwatosa.net>, <dmcbride@wauwatosa.net>


Please confirm receipt of this email, originally sent at 4:18pm on October 11, 2020.  Same was also forwarded via first class USPS.


Thank you.


On Sun, Oct 11, 2020 at 4:18 PM Kate Knowlton <kate@knowltonlawgroup.com> wrote:

> Please see attached, also forwarded today via first class USPS.
>
> Your confirmation of receipt is respectfully requested.
>
> Thank you.
>
> --
> Attorney Kathryn L. Knowlton
>
> Knowlton Law Group, LLC
>
> 7219 West Center Street
>
> Wauwatosa, WI  53210
>
> direct: 414-202-2444 / office: 414-375-4880
>
> facsimile: 414-939-8830
>
> PLEASE NOTE: This message, and any attachments, may contain confidential information that is legally privileged and protected by the attorney-client privilege and/or the work product doctrine.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, you may not use, read, copy, forward or disclose this message or its attachments. If you have received this message in error, please notify the sender at administrator@knowltonlawgroup.com or (414) 375-4880 and delete all copies of the message and any attachments from your system immediately.
>
> Please consider the environment before printing this e-mail.


--
Attorney Kathryn L. Knowlton

Knowlton Law Group, LLC

7219 West Center Street

Wauwatosa, WI  53210

direct: 414-202-2444 / office: 414-375-4880

facsimile: 414-939-8830

PLEASE NOTE: This message, and any attachments, may contain confidential information that is legally privileged and protected by the attorney-client privilege and/or the work product doctrine.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, you may not use, read, copy, forward or disclose this message or its attachments. If you have received this message in error, please notify the sender at administrator@knowltonlawgroup.com or (414) 375-4880 and delete all copies of the message and any attachments from your system immediately.

Please consider the environment before printing this e-mail.

--

Attorney Kathryn L. Knowlton

Knowlton Law Group, LLC

7219 West Center Street

Wauwatosa, WI  53210

direct: 414-202-2444 / office: 414-375-4880

facsimile: 414-939-8830

PLEASE NOTE: This message, and any attachments, may contain confidential information that is legally privileged and protected by the attorney-client privilege and/or the work product doctrine.  The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  If you are not the intended recipient, you may not use, read, copy, forward or disclose this message or its attachments. If you have received this message in error, please notify the sender at administrator@knowltonlawgroup.com or (414) 375-4880 and delete all copies of the message and any attachments from your system immediately.

Please consider the environment before printing this e-mail.