

Afghanistan and United States
Afghan Tel: +93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

October 9, 2020

Chief of Police Barry Weber
Wauwatosa Police Department
1700 North 116th Street
Wauwatosa, WI 53226

RE: PRESERVATION OF ALL PHYSICAL AND DOCUMENTARY EVIDENCE
In the matter of the arrests of Tracy Cole, Tristiana Walls, Taleavia Cole, and Tahudah Cole

Date of Incident : October 9, 2020

Chief Weber,

    As you are aware we represent the Alvin Cole family, and specifically as it relates to this correspondence, Tracy Cole, Tristiana Walls, Taleavia Cole, and Tahudah Cole, with respect to their arrests and any and all potential claims that occurred on October 8th and 9th, 2020. It is our understanding that you are in possession of information related to the arrests and detention of my clients. This evidence includes, but is not limited to, any recordings of 911 calls, squad car videos, body camera videos, radio dispatch calls and messages, police radio communications, witness interview statements or recordings, photographs, medical records, suspect interview statements or recordings, etc.

    This correspondence is a litigation hold notice. We hereby notify that you must preserve and safeguard any and all materials mentioned above, as well as any and all documents and materials relating to the arrest and detention of my clients that are in your possession, custody, or control.

    It is specifically requested that you communicate this litigation hold notification to all persons and departments at your facility and to any other cooperating police districts, such as the National Guard, West Allis Police Department, Waukesha Police Department, etc, and anyone else that was involved in the incidents that occurred in Wauwatosa, WI on October 8th and 9th, 2020. Any of these policing entities that have custody of the forementioned evidence above, including any documents or communications relating to my clients, are to be told to preserve and safeguard any and all evidence, documents, and materials for the possible purpose of future litigation.

The failure to preserve and safeguard the materials set forth above (including, but not limited to, recordings of any 911 calls, witness interview statements or recordings, photographs, medical records, suspect interview statements or recordings) in addition any and all other documents and materials relating to the investigation of the incident that occurred on October 8 and 9th, 2020 involving my clients. It should be noted that the loss or destruction of any of the aforementioned items may result in an adverse spoliation instruction and related sanction in any future litigation relating to this matter.

If you have any questions please feel free to contact me at your leisure. Thank you for your cooperation.

By: *Kimberley Cy. Motley*

For Attorney: Kimberley Cy. Motley
Founding Partner / CEO
Motley Legal Services
Attorneys for the Alvin Cole Family
Office Number : +1 (704) 763-5413
Email : kmotley@motleylegal.com

By: *Deja (Deborah) Vishny*

Attorneys for the Alvin Cole Family
Of Counsel
Motley Legal Services
Attorneys for the Alvin Cole Family