1  Q   You didn't ask?
2  A   I did not.
3  Q   Do you read your e-mails?
4  A   Most of them.
5  Q   I wasn't trying to be funny. Does your secretary read
6      your e-mails and tell you, how does that work?
7  A   You know what, so many of the e-mails that I get, even
8      at our break, you know how you get those and you just
9      delete, and I delete a lot of them. I wasn't involved
10     with those kinds of things, you know, they've got,
11     Sergeant Wrucke and Dominic Ritkowski are exchanging
12     information about those things. Okay, guys, I don't
13     need to know.
14 Q   There has been several spoliation letters sent to you
15     and the Wauwatosa Police Department to preserve evidence
16     as it relates to the protest and the curfew, did you
17     delete any of those e-mails?
18 A   Not right away.
19 Q   But you have?
20 A   Once I forward them to the city attorney and to the
21     administrative bureau to handle those, you know, what is
22     required, then I delete them.
23 Q   By the "city attorney," are you referring to Alan
24     Kesner?
25 A   Yes.

| | | |
|---|---|---|
| 1 | Q | So the e-mails that are part of the preservation letters |
| 2 | | and spoliation letters in reference to curfews and |
| 3 | | protesting, you would have forward all those e-mails to |
| 4 | | Alan Kesner or the city administrator, is that correct? |
| 5 | A | Not the city administrator, I don't think. |
| 6 | Q | Sorry, who else did you say? |
| 7 | A | I would send them to Alan Kesner and the administrative |
| 8 | | bureau, probably Captain Morrison or Lieutenant Roy. |
| 9 | Q | Okay. Would you forward them to Mayor McBride? |
| 10 | A | No. |
| 11 | Q | Would you forward them to Dominic Leone or anyone else |
| 12 | | within the fire and police commission? |
| 13 | A | No. |
| 14 | Q | Okay. And other than your bweber@Wauwatosa.net do you |
| 15 | | use any other e-mail addresses? |
| 16 | A | No. |

EXAMINATION

BY MR. SCHWAB:

| | | |
|---|---|---|
| 19 | Q | Is that a personal e-mail, or is that your official |
| 20 | | e-mail? |
| 21 | A | That's the city e-mail. |
| 22 | Q | At bweber.net? |
| 23 | A | Bweber@Wauwatosa.net, that is the city e-mail. |
| 24 | Q | How long does the police, or the City of Wauwatosa |
| 25 | | retention policy? |