1  Q   And what is your personal number?
2  A   I won't give that out.
3  Q   Do you use your personal phone for work purposes?
4  A   Never.
5  Q   During the curfew of last year, is this the phone for
6      that work number you gave me, is that the primary cell
7      phone number you would use?
8  A   That would be the only one.
9  Q   That would be the only one, okay?
10 A   Yes.
11 Q   Is that on your Samsung Galaxy?
12 A   Yes.
13 Q   Then do you have an office phone specific to you?
14 A   Yes.
15 Q   What's that number?
16 A   (414) 771-3930.
17 Q   Okay.  And did you preserve any text messages that you
18     had going or coming from your work cell phone from last
19     year?
20 A   No.
21 Q   You erased those?
22 A   Yes, but again, they're still retrievable.
23 Q   Why did you erase those?
24 A   Because if I don't erase them my screen is all filled
25     with messages all the time, and I don't like the