# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

KATHRYN KNOWLTON, et al.,

                Plaintiffs,

v.                                                 Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

                Defendants.

---

## DEFENDANTS' CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO AMEND SCHEDULING ORDER

---

Defendants, by their attorneys, Gunta Law Offices, S.C., hereby moves the Court to Amend the Scheduling Order. This motion is brought pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and brought on the following bases:

1.     The original Complaint in this matter was filed November 2, 2020. (Dkt. 1) The original Complaint involved two Plaintiffs and four claims for relief. (Dkt. 1) The Original Scheduling Order in this case was dated January 6, 2021. (Dkt. 17) On February 11, 2021, Plaintiffs filed an Unopposed Motion to Amend Scheduling Order to allow amended pleadings up to and including February 26, 2021. (Dkt. ) Plaintiffs' motion was granted. (Dkt. 20) On Plaintiffs filed a second Motion to Amend Scheduling Order. (Dkt. 22) Plaintiffs' motion was granted on February 19, 2021. (TEXT ONLY ORDER)

2.     On March 5, 2021, Plaintiffs filed a 136-page First Amended Complaint, adding 49 plaintiffs, naming John Doe officers as additional defendants, and listing 15 claims for relief. (Dkt. 23) Shortly thereafter, on March 6, 2021, Plaintiffs filed a Second Amended Complaint.1 (Dkt. 24) Defendants answered the Second Amended Complaint on April 16, 2021. (Dkt. 27)

3. On May 7, 2021, the Court ordered new deadlines: Amended Pleadings and Naming of John Doe's: July 31, 2021; Discovery Deadline: December 31, 2021; and Dispositive/Daubert Motions: January 31, 2022. (Dkt. 33) The parties agreed to postpone scheduling of trial dates pending the outcome of any dispositive motions. *Id.* On July 29, 2021, the Court amended the scheduling order to allow an Amended Complaint to be filed by August 20, 2021. (Dkt. 41)

4. On August 21, 2021, Plaintiffs filed a 208-page Third Amended Complaint. (Dkt. 47) The Third Amended Complaint added 18 plaintiffs and nine defendants and included 10 claims for relief. On August 30, 2021, Plaintiffs filed a "Notice of Errata" to correct formatting errors present in the Third Amended Complaint. (Dkt. 54.) Plaintiffs filed a "2nd Notice of Errata for the Corrected 3rd Amended Complaint" on September 8, 2021. (Dkt. 55) Therein, Plaintiffs asserted that six claims for relief included in the Second Amended Complaint were inadvertently omitted from the Third Amended Complaint. (*Id.* at 2.) On September 22, 2021, Defendants moved to Strike Plaintiffs' Third Amended Complaint (Dkt. 62) which was denied on October 14, 2021. (Dkt. 95)

5. On September 30, 2021, Defendants filed a Motion to Stay proceedings pursuant to the doctrines of *Young, Heck*, and *Pullman.* The motion has not yet been decided.

6. On October 8, 2021, in their discovery plan filing, Defendants sought an amended scheduling order based on several additional parties and claims being added that since the July Scheduling Order in addition to several pertinent motions pending before the Court (*i.e.*, Striking of Plaintiffs' Third Amended Complaint (Dkt. 62) and Defendants' Request to Stay the Proceedings (Dkt. 83)). (Dkt. 94)

2

7. On October 15, 2021, the Court expanded the number of allowable depositions to thirty and allowed Defendants thirty days to answer the amended complaint. (Dkts. 96, 99) On November 15, 2021, Defendants filed a Motion to Dismiss Plaintiffs' Third Amended Complaint for failure to state a claim. (Dkt. 108) The motion has not yet been decided.

8. The last status conference was held on November 1, 2021. The status conference originally scheduled for December 6, and then December 21, was cancelled indefinitely on December 17, 2021, to allow the Court time to address the outstanding motions. (TEXT ONLY ORDER)

9. On December 31, 2021, Plaintiffs provided new and amended discovery responses to Defendants. (Dkt. 133, ¶ 9) Those responses are the subject of Defendants' pending Motion to Compel and for Sanctions. (Dkt. 131)

10. On January 17, 2022, after reviewing discovery responses, Defendants requested the depositions of thirty plaintiffs. (Zellner Declaration ¶ 3, Exhibit A) During the parties meet and confer on January 21, 2022, the scheduling order was discussed, and Plaintiffs denied there was ever an understanding that the scheduling order would be amended and saw nothing disconcerting about Plaintiffs providing untimely discovery responses on the eve of discovery closing. (Zellner Declaration ¶ 6) Immediately following the meet and confer, Plaintiffs denied the request for depositions citing the close of discovery on December 31, 2021, and Plaintiffs being in "trial posture" as the basis. (Zellner Declaration ¶ 4, Exhibit B)

11. Defendants seek an amendment of the scheduling order to set a new deadline for conducting discovery and a new dispositive motions deadline. The relief requested is within the discretion of the Court. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides district courts with discretion to grant or deny requests for extensions of time. *See Spears v. City of Indianapolis*,

3

74 F.3d 153, 157 (7th Cir. 1996). Rule 16(b)(4) specifically permits a judge to modify a scheduling order for good cause. Defendants have a pending Motion to Stay and a request to amend the scheduling order which has been pending since October 8, 2021. This Court agreed an amended scheduling order was appropriate and delayed entry to allow time for a decision on the Motion to Stay. As such, Plaintiffs' refusal to continue discovery; thereby requiring Defendants to file this motion, is unreasonable, vexatious, and conducted in bad faith.

Dated at Wauwatosa, Wisconsin this 24th day of January 2022.

**GUNTA LAW OFFICES, S.C.**
Attorneys for Defendants

*/s/ Kiley B. Zellner*
Gregg J. Gunta, WI Bar No. 1004322
Ann C. Wirth, WI Bar No. 1002469
Jasmyne M. Baynard, WI Bar No. 1099898
Kyle R. Moore, WI Bar No. 1101745
Kiley B. Zellner, WI Bar No. 1056806
9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
T: 414) 291-7979 / F: (414) 291-7960
Emails:     gjg@guntalaw.com
            acw@guntalaw.com
            jmb@guntalaw.com
            krm@guntalaw.com
            kbz@guntalaw.com

4