# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, et al.,

        Plaintiffs,

v.                                                             Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

        Defendants.

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO THEIR MOTION TO AMEND SCHEDULING ORDER

The Defendants in the above-captioned case, through counsel, respectfully move for leave, pursuant to Civil Local Rule 7(h)(2) and (i), for leave to file a reply to Plaintiffs' Objection to Defendants' Motion to Amend the Scheduling Order. (Dkt. 140) Since the filing of Defendants' Motion, Defendants have received the transcript of the court hearing where an amended scheduling order was specifically discussed. A reply is necessary to allow an opportunity for Defendants to correct misrepresentations made by Plaintiffs' counsel in the Objection. Consistent with Civil Local Rule 7(i), Defendants' proposed reply is attached to this motion.

Allowing Defendants to file their proposed reply is appropriate to allow them to address Plaintiffs' misrepresentations for which they had no opportunity to respond and to ensure the record is sufficiently developed for an informed decision.

Dated at Wauwatosa, Wisconsin this 31st day of January 2022.

                        **GUNTA LAW OFFICES, S.C.**
                        Attorneys for Defendants

                        ___*/s/ **Kiley B. Zellner**_____
                        Gregg J. Gunta, WI Bar No. 1004322
                        Ann C. Wirth, WI Bar No. 1002469
                        Jasmyne M. Baynard, WI Bar No. 1099898
                        Kyle R. Moore, WI Bar No. 1101745
                        Kiley B. Zellner, WI Bar No. 1056806
                        9898 W. Bluemound Road, Suite 2
                        Wauwatosa, Wisconsin 53226
                        T: 414) 291-7979 / F: (414) 291-7960
                        Emails:     gjg@guntalaw.com
                                        acw@guntalaw.com
                                        jmb@guntalaw.com
                                        krm@guntalaw.com
                                        kbz@guntalaw.com