```
            life and property, do you think any of the Common

            Council members had a different objective and that's

            what would have comprised you telling them this?

                    ATTORNEY KNOWLTON:  Objection to the form of

            the question.  Compound.  Go ahead.
```
A   We had no confidence in alderperson Kuhl for example.
Q   Okay.  For example.  Any others?
A   I'm not sure.
Q   What do you mean?
A   I don't know what your question is.
Q   Well, you said, for example, so that's fine you're telling me you had no confidence in alderperson Kuhl. Any other alders that you have no confidence in?
A   There's an old expression from WWII which is loose lips sink ships.
Q   Sure?
A   So the more people you tell the more likely it is that your ship is going go down.
Q   And again with the objective you've identified repeatedly, loss of life and protection of property --
A   Right.
Q   Do you think that these elected alder people had a different objective than you?
A   No.
Q   Then what was the problem with telling them about these