meetings?

A Because the more people you tell the more likely it is that someone is going to spill the beans on the planning.

Q Okay. So you didn't trust them?

A No, it's just that people have a way of talking. So it's possible that loose lips sink ships.

Q Okay. Other than Alderperson Kuhl, was there any other alderperson that you thought would have loose lips?

A Any of them might have had.

Q Oh, any of them?

A Well, again, human beings like to talk.

Q Okay.

A The fewer people you talk to the better it is as to keeping something confidential, anything.

Q What about the police?

A The police were the primary planners so how could we deny the police that information?

Q Well, the police were saying, that the benefit of a big force was going to be the impact that would deter, correct?

A I don't know what you're looking at.

Q I'm sorry, I'm not actually looking at this -- do you recall that one reason that Captain Vetter had expressed, if we can find it, but was that a large show