is, for the record?

A   This is an e-mail from me to Mayor Tom Barrett of Milwaukee, dated October 6th, 2020, 5:58 p.m., subject confidential emergency declaration. There is an attachment of the declaration which is the Proclamation of Emergency.

Q   Okay. And why did you -- or can you explain why you provided the copy of the Emergency Declaration to Mayor Barrett on October 6th?

A   Tom gave me a call and said, "would you send me that?" So I did. He knew that we had an Emergency Proclamation ready if needed and he wanted to know what it said so he could be prepared for the next day. Because protests were ongoing in Milwaukee as well as in Wauwatosa at that point.

Q   And I'm going to refer back to Exhibit 1P. Why did you Emergency Proclamation refer to Wis. Stat 323.11 when that statute only refers to powers granted to the Common Council?

A   Because in 323.14(4)(b) which is also referred to here which is the provision which gives me as Mayor the power to declare an emergency. It gives me the powers stated in 323.11 which are granted to the Common Council which could also declare as an emergency. So it was to make sure, as I read it, it was to make sure that there was