Q   When did you talk to him?

A   On October 11th he called me.

Q   Mayor Antaramian?

A   Yes.

Q   And that was during the curfew of Wauwatosa October 11, 2021, is when you talked to him?

A   Yes.

Q   Did you talk to the Mayor of Kenosha before October 11, 2020?

A   No, those discussion were going on between the two police departments.

Q   Did you talk to the Mayor of Louisville, Kentucky before the October 7th, 2020, curfew?

A   No.

Q   But you did to talk to Mayor Tom Barrett before?

A   Yes.

Q   When you talked to -- do you recall when you had a verbal conversation with Mayor Tom Barrett?

A   There were many verbal conversations with Tom Barrett.

Q   Okay. Do you recall when you had a verbal conversation with Mayor Tom Barrett regarding the potential proclamation of emergency and curfews for October 7th through October 12th of 2020?

A   It would have been sometime in September.

Q   Did you tell Mayor Barrett that those conversation were

```
              confidential?
A      I'm sure I did.  And I'm sure that he knew that they
       were because, loose lips sink ships.
Q      With regards to your e-mails to Mayor Tom Barrett, do
       you know if anyone else reads his e-mails?
A      I have no idea.
Q      Okay.  Why did you send, because loose lips sink ships,
       why did you send that e-mail to the general
       Mayor@Milwaukee.gov e-mail as oppose to his specific
       e-mail that goes directly to him?
A      Because that's where he told me to send it.
Q      Okay.  And is that where you normally send information
       to him?
A      That maybe the only e-mail I have ever sent to him.
Q      Okay.  Did he ever send you any e-mails regarding the
       curfew, Emergency Proclamation, or protesting in, 2020?
A      None that I recall.
Q      Okay.  With regards to Kenosha are you aware that
       Kenosha Guard posted on line sort of call to action for
       people to go to Kenosha?
A      Who is the Kenosha Guard?
Q      Are you aware that there were online postings with
       regards to different groups that were telling people to
       go to Kenosha after Jacob Blake was shot in the back?
A      You're talking about right wing groups?
```