that was taken and we finished.  But there were armed people at least a hundred people in council chambers who were The People's Revolution was trying to shut us down at that point.

Q     And they weren't successful, correct?

A     No, but just barely.

Q     Okay.  So the question is, were there any emergency conditions in the City of Wauwatosa from June 5th of 2020, through October 6th -- excuse me, yeah October 6th of 2020, that prevented, meaning you did not meet, that prevented you and the Common Council from meeting?

A     I already answered your question.

Q     No, you said -- you gave us an answer about a meeting that happened.

A     No, I said --

Q     That prevented.  That prevented you from meeting.

A     I said we had meetings all during that time but there were some emergency conditions which changed the way we meet.

Q     But there was never a meeting that you tried to have between you and the Common Council from June 5th of 2020, until October 6th of 2020, that did not happen because of emergency conditions?

A     As I have answered now three times the answer is no.

Q     Great.  Thank you.