```
                and Luke Vetter regards to Christine Groppi?
A       I don't recall.
Q       I do want to mark this as an exhibit.  Well, before we
        get into that, sorry.  Me jumping around.  With regards
        to the -- from July 7th through October 13th, did you
        call for a meeting with the Common Council to discuss a
        curfew?
A       No.
Q       Between July 7th and October 13th, did you call for a
        meeting with the Common Council with regards to the
        Emergency Proclamation?
A       No.
Q       Isn't it true according to Wauwatosa's local rules that
        you can call a special meeting with six hours notice?
A       I'm not sure about six hours, but I can certainly call a
        special meeting, yes.
Q       And between -- and you never called a special meeting
        with regards to the curfew or the proclamation from July
        7th through October 12th; is that correct?
A       That's correct.
Q       Who called the special meeting on October 13th?
A       I don't know if it was a special meeting.  I think it
        was just a regular meeting of the Common Council.  If it
        was -- it might have been a committee night and we
        called a special meeting, but I don't recall.  But we
```