# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, ANDREW AARON, KAMILA AHMED, ROBERT AGNEW, ISIAH BALDWIN, JACQUELINE BOGENBERGER, LAVITA BOOKER, REBECCA BURRELL, RAINE CICH, TAHUDAH COLE, TALEAVIA COLE, TRACY COLE, KHALIL COLEMAN, STEVEN CONKLIN, LAURYN CROSS, RACHEL DULAY, ANNE DELESSIO-PARSON, ERIK FANNING, JESSICA FENNER, JILL FERGUSON, BREON FOSTER, JOANNA GEISLER, CHRISTINE GROPPI, GAIGE GROSSKREUTZ, JOSEPH HAYES, PERCY HAYES, DESTINEY JONES, ADANTE JORDAN, MARY KACHELSKI, SEAN KAFER, JOEY KOEPP, JOHN LARRY, ALEX LARSON, SONORA LARSON, HOLLY LAVORA, LAZARITO MATHEU, VAUN MAYES, DANA McCORMICK, MOLLY NILSSEN, SHAWN PAGE, CARMEN PALMER, (JUVENILE) PALMER 1, (JUVENILE) PALMER 2, LEAH PORTER, AIDALI RIVERA, WILLIAM RIVERA, HECTOR RODRIGUEZ, JOSE HERNANDEZ RAMIREZ, OSCAR CONCEPCION RODRIGUEZ, ROSALIND ROGERS, NATHAN SABEL, WILLIAM SCHROEDER, MADELIENE SCHWEITZER, MARIAH SMITH, PETER SPARKS, TIFFANY STARK, ANGEL VEGA, CHRISTINA VITOLO-HADDAD, GABRIELLA VITUCCI, TRISTIANA WALLS, OSCAR WALTON, JAYDEN WELCH, BRITTA WELCH, SUZANNE WELLS, BRANDON WILBORN, TRISHA WILSON, KATELYN WOJNAR, SONJA WORTHY, and MEMBERS OF THE PEOPLE'S REVOLUTION, AN UNINCORPORATED ENTITY, hereinafter referred to as (TPR), on behalf of themselves and all others similarly situated,

    Plaintiffs.

v.                    Case No. 20 CV 01660

CITY OF WAUWATOSA, DENNIS McBRIDE in his individual capacity, BARRY WEBER, in his individual capacity as the Former Chief of Police of the Wauwatosa Police Department, MARIA ARBITER in her individual capacity JEFFREY FARINA in his individual capacity, JOSEPH LEWANDOWSKI in his individual capacity, DANIEL MITCHELL in his individual capacity, GEORGE OPELT in his individual capacity, ROBERT PIEHL in his individual capacity, DOMINICK RATKOWSKI in his individual capacity, RUSSELL RICHARDSON in his individual capacity, JOSEPH ROY in his individual capacity, GEORGE SCHIMMEL in his individual capacity, JAMES SHORT in his individual capacity, BRIAN SKORNIA in his individual capacity, LUKE VETTER in his individual capacity, TIMOTHY WARREN in his individual capacity, SHANE WRUCKE in his individual capacity, KELLY ZIELINSKI in his individual capacity, and JOHN DOES POLICE OFFICERS 1 – 100

    Defendants.

## DISCLOSURE STATEMENT

The undersigned counsel of record for Plaintiffs Knowlton et al., furnishes the

1

following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of every adult giving rise to these claims or amicus the attorneys represent in this matter.

   a. Kathryn Knowlton
   b. Andrew Aaron
   c. Kamila Ahmed
   d. Robert Agnew
   e. Isiah Baldwin
   f. Jacqueline Bogenberger
   g. Lavita Booker
   h. Rebecca Burrell
   i. Raine Cich
   j. Tahudah Cole
   k. Taleavia Cole
   l. Tracy Cole
   m. Khalil Coleman
   n. Steven Conklin
   o. Lauryn Cross
   p. Rachel Dulay
   q. Anne Delessio-Parson
   r. Erik Fanning
   s. Jessica Fenner
   t. Jill Ferguson
   u. Breon Foster
   v. Joanna Geisler
   w. Christine Groppi
   x. Gaige Grosskreutz
   y. Joseph Hayes
   z. Percy Hayes
   a1. Destiney Jones
   b1. Adante Jordan
   c1. Mary Kachelski
   d1. Sean Kafer
   e1. Joey Koepp
   f1. John Larry
   g1. Alex Larson
   h1. Sonora Larson
   i1. Holly Lavora
   j1. Lazarito Matheu
   k1. Vaun Mayes,
   l1. Dana McCormick
   m1. Molly Nilssen
   n1. Shawn Page

       o1.     Carmen Palmer
       p1.     Leah Porter
       q1.     Aidali Rivera
       r1.     William Rivera
       s1.     Hector Rodriguez
       t1.     Jose Hernandez Ramirez
       u1.     Oscar Concepcion Rodriguez
       v1.     Rosalind Rogers
       w1.    Nathan Sabel
       x1.     William Schroeder
       y1.     Madeliene Schweitzer
       z1.     Mariah Smith
       a2.     Peter Sparks
       b2.     Tiffany Stark
       c2.     Angel Vega
       d2.     Christina Vitolo-Haddad
       e2.     Gabriella Vitucci
       f2.     Tristiana Walls
       g2.     Oscar Walton
       h2.     Jayden Welch
       i2.     Britta Welch
       j2.     Suzanne Wells
       k2.     Brandon Wilborn
       l2.     Trisha Wilson
       m2.    Katelyn Wojnar
       n2.     Sonja Worthy
       o2.     Members Of The People's Revolution, An Unincorporated Entity

2.     If such party or amicus is a corporation:     Not applicable

3.     The names of all law firms whose attorneys will appear, or are expected to appear for the

Plaintiffs in this court: Motley Legal Services, Knowlton Law Group, and Ascend Counsel, LL.

     Respectfully submitted this 18th day of February 2022.

/s/ Kimberley Cy. Motley
Kimberley Cy. Motley, Esq.
Motley Legal Services
2206 Bonnie Butler Way
Charlotte, North Carolina  28270
Phone : (704) 763-5413
Fax : (704) 582-6229
Email : kmotley@motleylegal.com

3

/s/Kathryn Knowlton
Kathryn Knowlton
KNOWLTON LAW GROUP
7219 West Center Street
Wauwatosa, WI 53210
Email: kate@knowltonlawgroup.com
Telephone: 414-202-2444

/s/ E. Milo Schwab
E. Milo Schwab
Ascend Counsel, LL
3000 Lawrence St.
Denver, CO 80205
Phone : (303) 888-4407
milo@ascendcounsel.co

**ATTORNEYS FOR PLAINTIFFS**

4