IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, et al.,

    Plaintiffs,

v.                                                               Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

    Defendants.

## CITY OF WAUWATOSA, BARRY WEBER, AND DENNIS MCBRIDE'S MOTION TO EXTEND TIME TO ANSWER THE FOURTH AMENDED COMPLAINT

    Defendants, City of Wauwatosa, Barry Weber, and Dennis McBride, by their attorneys, Wirth + Baynard, hereby move the Court for an order extending the time to file an answer to Plaintiff's Fourth Amended Complaint until April 18, 2022. This motion is brought pursuant to Fed. R. Civ. P. 6(b)(1)(B). As grounds for this motion, counsel states as follows:

    1. A motion to extend a deadline filed after said deadline has expired may be granted if the moving party "failed to act because of excusable neglect." See Fed. R. Civ. P. 6(b)(1)(B).

    2. This Court's April 14, 2022, Order found the circumstances in this case to demonstrate excusable neglect. (Dkt. 172) Based on the finding of the Court, Defendants seek an extension of time to file an answer to Plaintiff's Fourth Amended Complaint until April 18, 2022.

    Dated at Wauwatosa, Wisconsin this 15th day of April 2022.

                                                    **WIRTH + BAYNARD**
                                                    Attorneys for Defendants

                                                    _/s/ Kiley B. Zellner_
                                                    Kiley B. Zellner, WI Bar No. 1056806
                                                    9898 W. Bluemound Road, Suite 2
                                                    Wauwatosa, Wisconsin 53226
                                                    T: 414) 291-7979 / F: (414) 291-7960
                                                    Email: kbz@wbattys.com