**Wauwatosa Municipal Court**
7725 W North Ave
Wauwatosa, WI 53213
414-471-8488

**Defendant Court Record**

Vitucci, Gabriella Marie

425B E Smith St

Milwaukee, WI  53207

**Citation No:** 1R814MH5MX

**Department** Wauwatosa Police Department

---

| | |
|---|---|
| **Original Violation:** | Obstructing Traffic by Loitering |
| **Amended Violation:** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Violation Date:** | 08/13/2020 | **Status:** | Dismissed | **Status Date:** | 02/02/2022 | |
| **Plea:** | | | | **Due:** | $   0.00 | **Viol. Due Date:** |
| **Finding:** | Dismissed | **Finding Date:** | 02/02/2022 | **Paid:** | $   0.00 | |
| | | | | **Non-Cash:** | $   0.00 | |
| | | | | **Balance** | $   0.00 | |

## PROCEEDINGS

| Type | Date | Time | Status | Attorney |
|---|---|---|---|---|
| Initial | 11/12/2020 | 5:00 pm | Plea by Mail | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC  28106 |
| Pre-Trial | 03/03/2021 | 4:45 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC  28106 |
| Pre-Trial | 04/21/2021 | 4:45 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC  28106 |
| Trial | 02/02/2022 | 5:30 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC  28106 |

## OTHER SENTENCES

| Description | Start Date | Status | Status Date | Number | X Unit = | Amount | Note |
|---|---|---|---|---|---|---|---|
| Subpoena | 01/21/2022 | Sent | 01/21/2022 | | | $0.00 | Gabriella Vitucci |

SCHMELL DECLARATION EXHIBIT A