**Wauwatosa Municipal Court**
7725 W North Ave
Wauwatosa, WI 53213
414-471-8488

## Defendant Court Record

Coleman, Khalil
4319 W Congress St
Milwaukee, WI 53218

**Citation No:** 1R814MH5MR
**Department** Wauwatosa Police Department

| | |
|---|---|
| **Original Violation:** | Obstructing Traffic by Loitering |
| **Amended Violation:** | |
| **Violation Date:** 08/13/2020 | **Status:** Dismissed **Status Date:** 02/02/2022 |
| **Plea:** | **Due:** $ 0.00 **Viol. Due Date:** |
| **Finding:** Dismissed | **Finding Date:** 02/02/2022 **Paid:** $ 0.00 |
| | **Non-Cash:** $ 0.00 |
| | **Balance:** $ 0.00 |

### PROCEEDINGS

| Type | Date | Time | Status | Attorney |
|---|---|---|---|---|
| Initial | 11/12/2020 | 5:00 pm | Plea by Mail | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |
| Pre-Trial | 03/24/2021 | 4:45 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |
| Pre-Trial | 05/19/2021 | 4:45 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |
| Trial | 02/02/2022 | 5:30 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |

### OTHER SENTENCES

| Description | Start Date | Status | Status Date | Number X Unit = | Amount | Note |
|---|---|---|---|---|---|---|
| Subpoena | 01/21/2022 | Sent | 01/21/2022 | | $0.00 | Khalil Coleman |