**Wauwatosa Municipal Court**
7725 W North Ave
Wauwatosa, WI 53213
414-471-8488

### Defendant Court Record

Wilborn, Brandon Rae
5314 N 34Th St
Milwaukee, WI 53209

**Citation No:** 1R816H1TJS
**Department** Wauwatosa Police Department

---

**Original Violation:**  Special Event - Permit Required
**Amended Violation:**

| | | | | | |
|---|---|---|---|---|---|
| **Violation Date:** 09/30/2020 | **Status:** Dismissed | **Status Date:** 03/03/2021 | | | |
| **Plea:** | | **Due:** $ 0.00 | **Viol. Due Date:** | | |
| **Finding:** Dismissed | **Finding Date:** 03/03/2021 | **Paid:** $ 0.00 | | | |
| | | **Non-Cash:** $ 0.00 | | | |
| | | **Balance:** $ 0.00 | | | |

### PROCEEDINGS

| Type | Date | Time | Status | Attorney |
|---|---|---|---|---|
| Initial | 11/12/2020 | 5:00 pm | Plea by Mail | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |
| Pre-Trial | 03/03/2021 | 4:45 pm | Rep by Attorney | Kimberley Cy Motley, The Justness Project, PO Box 1433, Matthews, NC 28106 |

WAUWATOSA MUNICIPAL COURT                    MILWAUKEE COUNTY

CITY OF WAUWATOSA,

    Plaintiff,      Ticket No. 1R816H1TJS

    v.

**RECEIVED**

MAR 0 1 2021

WAUWATOSA
MUNICIPAL COURT

BRANDON WILBORN,
    Defendant.

## STIPULATION

It is hereby agreed that the Special Event Permit Required ticket will be dismissed by the

City of Wauwatosa for Brandon Wilborn  Ticket No. 1R816H1TJS.


Respectfully Submitted:


Electronically Signed by:     Electronically Signed by:
Attorney George Schimmel    Attorney Kimberley Cy Motley
933 N. Mayfair Road, Suite 302   Motley Legal Services
Attorney for the City of Wauwatosa  Attorney for Brandon Wilborn
Milwaukee, WI 53226-3432    1-704-763-5413
Phone : (414) 881-8559     kmotley@motleylegal.com
gschimmel@schimmel-law.com



SO ORDERED,


_____  Date: 3-3-2021
Richard J. Baker
Wauwatosa Municipal Court Judge