# Christine M. Montgomery

| | |
|---|---|
| **From:** | George Schimmel <GSchimmel@Schimmel-Law.com> |
| **Sent:** | Tuesday, July 20, 2021 11:01 AM |
| **To:** | kmotley@motleylegal.com |
| **Subject:** | Stipulation and Order to Amend Curfew Citations |
| **Attachments:** | EXHIBIT A to Stipulation and Order to Amend Emergency Proclamation Curfew Citations.pdf; Stipulation and Order to Amend Curfew Violation Citations.pdf |

Ms. Motley,
Please find attached a Stipulation and Order (and Exhibit A which lists the citation number and your defendant-clients) which amends the pending Proclamation of Emergency curfew restriction citations so as to specify a Deposit amount of $313.00 for all 40 of the defendants you are representing.

Given my past explicit assurances expressed to you in person, I did not think this document was necessary.
You will recall months ago you were informed that these curfew violations would be prosecuted at the $313 amount, as opposed to the $1321 amount originally stated.
You will further recall at that first pretrial with me you were given a photocopy of the current Deposit Schedule which explains and specifies the costs, assessments and surcharges to be imposed under state law and added to the $200 forfeiture. You were given every assurance from me that these pending cases would be pursued and prosecuted with a $313 fine and I offered then to so stipulate in writing if you felt that was necessary. With most other defense counsel I encounter, such a document would not be necessary.
 I now forward this stipulation to you as I have become aware of your continuing misrepresentation that I am prosecuting these particular matters at the $1321 amount. We both know that is false and I request you cease asserting it.

Please sign the attached document and forward it to the court clerk. If you refuse to sign this stipulation, Be advised of my further intention (again, as I have previously advised you months ago) to amend these citations at trial to conform to the evidence.
Thank you.


George M. Schimmel
LAW OFFICE OF GEORGE M. SCHIMMEL
933 North Mayfair Road, Suite 302
Wauwatosa, WI  53226
Email: gschimmel@Schimmel-Law.com
P: 414.881.8559


NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged.  If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy or disseminate this e-mail or any attachment to it.  If you have received this email in error, please notify us immediately by return e-mail or by telephone at 414-881-8559 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the Law Office of George M. Schimmel.  Thank you.

| STATE OF WISCONSIN | WAUWATOSA MUNICIPAL COURT | MILWAUKEE COUNTY |
|---|---|---|

CITY OF WAUWATOSA,

      Plaintiff,

      vs.

40 DEFENDANTS LISTED
ON EXHIBIT A,

      Defendants.

CASE NOS.
(LISTED ON EXHIBIT A)

## STIPULATION AND ORDER TO AMEND
## PROCLAMATION OF EMERGENCY CURFEW RESTRICTION CITATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between the City of Wauwatosa, by its counsel, George M. Schimmel and the above-named Defendants (Listed on attached Exhibit A), by their counsel, Kimberley Cy Motley, that the citations currently pending in Wauwatosa Municipal Court alleging violation of the Proclamation of Emergency curfew restrictions shall be amended so as to specify a Deposit amount of $313.00, based upon a forfeiture of $200 in addition to applicable costs, assessments and surcharges.

SCHIMMEL DECLARATION EXHIBIT K

Dated at Wauwatosa, Wisconsin this 20th day of July 2021.

                                        LAW OFFICE OF GEORGE M. SCHIMMEL
                                        Attorneys for Plaintiff, City of Wauwatosa

                  By:   *Electronically Signed by George M. Schimmel*
                              State Bar No.: 1003026

Dated this _____ day of July, 2021.

                                        MOTLEY LEGAL SERVICES
                                        Attorneys for Defendants listed on Exhibit A

                  By:   _____
                              Kimberley Cy Motley
                              State Bar No.: _____

**STIPULATION APPROVED AND SO ORDERED**

Dated this _____ day of _____, 2021.

                                        _____
                                        Hon. Richard J. Baker
                                        Municipal Court Judge
                                        City of Wauwatosa

SCHIMMEL DECLARATION EXHIBIT K

|    | A                  | B                     | C         | D          | E | F                          |
|----|--------------------|-----------------------|-----------|------------|---|----------------------------|
| 1  | 1R814ZCGV2         | Baldwin               | Isaiah    | James      |   | Violate an Emergency Order |
| 2  | 1R81CF68W7         | Bogenberger           | Jacqueline| Lee        |   | Violate an Emergency Order |
| 3  | 1R814ZCGTW         | Cich                  | Raine     | Alexandria |   | Violate an Emergency Order |
| 4  | 1R813GX53R         | Cole                  | Tahudah   | Leteetah   |   | Violate an Emergency Order |
| 5  | 1R816DKRJB         | Cole                  | Tracy     |            |   | Violate an Emergency Order |
| 6  | 1R8155JN08         | Cole                  | Tahudah   | Leteetah   |   | Violate an Emergency Order |
| 7  | 1R8155JN07         | Cole                  | Taleavia  | L          |   | Violate an Emergency Order |
| 8  | 1R816P713C         | Concepcion Rodriguez  | Oscar     |            |   | Violate an Emergency Order |
| 9  | 1R8163XJR5         | Delessio-Parson       | Anne      |            |   | Violate an Emergency Order |
| 10 | 1R8155JN09         | Dulay                 | Rachel    | Rae        |   | Violate an Emergency Order |
| 11 | 1R816DKRJD         | Ferguson              | Jill      | M          |   | Violate an Emergency Order |
| 12 | 1R814MH5N4         | Foster                | Breon     | Reginald   |   | Violate an Emergency Order |
| 13 | 1R8155JN06         | Fraley                | Mark      | Stefan     |   | Violate an Emergency Order |
| 14 | 1R8155JN0B         | Hayes                 | Joseph    | S          |   | Violate an Emergency Order |
| 15 | 1R8155JN0D         | Hernandez Ramirez     | Jose      | Alfredo    |   | Violate an Emergency Order |
| 16 | 1R81CF68W4         | Hirth                 | Ashlee    | P          |   | Violate an Emergency Order |
| 17 | 1R8163XJRB         | Jones                 | Daniel    | Blake      |   | Violate an Emergency Order |
| 18 | 1R8155JN0G         | Jones                 | Destiney  | S          |   | Violate an Emergency Order |
| 19 | 1R8163XJRG         | Knowlton              | Kathryn   | Lyn        |   | Violate an Emergency Order |
| 20 | 1R8155JN0C         | Larson                | Sonora    | Ann        |   | Violate an Emergency Order |
| 21 | 1R8155JN0H         | Lavora                | Holly     | Rebecca    |   | Violate an Emergency Order |
| 22 | 1R8163XJR3         | Matheu                | Lazarito  |            |   | Violate an Emergency Order |
| 23 | 1R8163XJRH         | Mccormick             | Dana      | Shepherd   |   | Violate an Emergency Order |
| 24 | 1R8155JN0J         | Nelson                | Blair     | K          |   | Violate an Emergency Order |
| 25 | 1R8163XJRJ         | Nilssen               | Molly     | J          |   | Violate an Emergency Order |
| 26 | 1R8138QXXL         | Palmer                | Dylan     | Marquise   |   | Violate an Emergency Order |
| 27 | 1R8138QXXK         | Palmer                | Carmen    | N          |   | Violate an Emergency Order |
| 28 | 1R8138QXXM         | Palmer                | Chasidy   | N          |   | Violate an Emergency Order |
| 29 | 1R8196J8VZ         | Porter                | Leah      | Aimee      |   | Violate an Emergency Order |
| 30 | 1R816DKRJ8         | Reed                  | Dimarious | D          |   | Violate an Emergency Order |
| 31 | 1R8163XJR7         | Rivera                | William   |            |   | Violate an Emergency Order |
| 32 | 1R8163XJR6         | Rodriguez             | Hector    | D          |   | Violate an Emergency Order |
| 33 | 1R8155JN0L         | Sabel                 | Nathan    | Albert     |   | Violate an Emergency Order |
| 34 | 1R8163XJRF         | Sparks                | Peter     | Andrew     |   | Violate an Emergency Order |
| 35 | 1R8155JN0M         | Tobias                | Teri      | D          |   | Violate an Emergency Order |
| 36 | 1R81CF68W9         | Vega Anguiano         | Angel     |            |   | Violate an Emergency Order |
| 37 | 1R8196J8W1         | Vitolo Haddad         | Christina | Vesce      |   | Violate an Emergency Order |
| 38 | 1R814ZCGTX         | Vitucci               | Gabriella | Marie      |   | Violate an Emergency Order |
| 39 | 1R8155JN02         | Wells                 | Suzanne   | Michelle   |   | Violate an Emergency Order |
| 40 | 1R814ZCGTZ         | Wojnar                | Katelyn   | A          |   | Violate an Emergency Order |
| 41 | 1R8196J8W0         | Worthy                | Sonja     | Rae        |   | Violate an Emergency Order |



EXHIBIT A

SCHIMMEL DECLARATION EXHIBIT K