# WAUWATOSA MUNICIPAL COURT
## JUDGE RICHARD J. BAKER

March 3, 2021

CONTESTED DOCKET (ADULT)
..................................................................................

Name : **Fanning, Eric C**  Hearing Type: **PRET**
Address: 10410 W Burleigh St
C/S/Z : Wauwatosa, WI, 53222
DOB: 09/21/1970    Sex: M    Race: White

Attorney: Kimberley Cy Motley

Citation No: **1R813RKD6T**  **Amended To:**
Description: **Special Event - Permit Required**    //
Arrest Date: October 8, 2020
Officer: Farina, Jeffery
Ordinance: 7.50.030
Statute No:
Fine Amount:$1,321.00


Plea:   Guilty     Not Guilty     No Contest        *  Total $_____     Payments: $0.00
Finding:  DJ        Guilty       (Dismissed)      Adjourned *  Stay: _____

Community Service Hours:_____    DL Revocation:_____
Booze It:_____                      DL Suspension:_____
Parental Suspension:_____

Comments: STIP + ORDER                                         ✓

Case 2:20-cv-01660-NJ   Filed 04/20/22   Page 1 of 2   Document 81-12
SCHIMMEL DECLARATION EXHIBIT L

CITY OF WAUWATOSA,

    Plaintiff,     Ticket No. 1R813RKD6T

    v.

ERIK FANNING,
    Defendant.

RECEIVED
MAR 01 2021
WAUWATOSA MUNICIPAL COURT

## STIPULATION

It is hereby agreed that the Special Event Permit Required ticket will be dismissed by the City of Wauwatosa for Erik Fanning Ticket No. 1R813RKD6T.

Respectfully Submitted:

Electronically Signed by:
Attorney George Schimmel
933 N. Mayfair Road, Suite 302
Attorney for the City of Wauwatosa
Milwaukee, WI 53226-3432
Phone : (414) 881-8559
gschimmel@schimmel-law.com

Electronically Signed by:
Attorney Kimberley Cy Motley
Motley Legal Services
Attorney for Erik Fanning
1-704-763-5413
kmotley@motleylegal.com

SO ORDERED,

_____     Date: 3-3-2021
Richard J. Baker
Wauwatosa Municipal Court Judge