# GUNTA LAW OFFICES, S.C.
## ATTORNEYS AT LAW

*Attorneys*
Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
Jasmyne M. Baynard, Esq.
Kyle R. Moore, Esq.
Kiley B. Zellner, Esq.

*Paralegal*
Christine M. Montgomery

March 28, 2022

**VIA E-MAIL and US MAIL**

Kimberley Cy. Motley
Motley Legal Services
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email: kmotley@motleylegal.com

E. Milo Schwab
3000 Lawrence Street
Denver, CO 80205
Email: milo@ascendcounsel.com

Kathryn Knowlton
Knowlton law Group
7219 West Center Street
Wauwatosa, WI 53210
Email: kate@knowltonlawgroup.com

**RE:** *Kathryn Knowlton v. City of Wauwatosa, et al.*; Case No: 20-CV-01660

Counsel,

    I write this pursuant to Fed. R. Civ. P. 11(c)(2), on behalf of Defendants. As detailed in our accompanying draft Motion for Sanctions Pursuant to Rule 11 several factual allegations in your Fourth Amendment Complaint are false and therefore lack evidentiary support. In addition, several of your claims are not warranted by existing law as previously outlined in Defendants' Motion to Dismiss and the Court's Order dismissing your prior complaint. Therefore, the Fourth Amended Complaint violates Fed. R. Civ. P. 11(b).

    Pursuant to Fed. R. Civ. P. 11(c)(2), you have twenty-one (21) days to withdraw those portions of your Complaint. If you fail to do so, I intend to move for sanctions.

Sincerely,

*/s/ Kiley B. Zellner*

KILEY B. ZELLNER