UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATHRYN KNOWLTON, et al.,

                Plaintiffs,

v.                                            Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

                Defendants.
_____

## DECLARATION OF KILEY B. ZELLNER

---

I, Kiley B. Zellner, declare as follows:

1. I am an attorney with Wirth + Baynard and was an attorney responsible for bringing the Rule 11 Motion for Sanctions on behalf of defendants in this matter.

2. I am an adult and I have been licensed to practice law in the State of Wisconsin since 2007. Prior to joining Wirth + Baynard in September of 2021, I was a shareholder attorney at Crivello Carlson S. C. where I also practiced in civil rights litigation.

3. I have litigated many civil and criminal cases to trial and have represented hundreds of individual clients in court in various legal matters.

4. Attached hereto as **Exhibit A** is a copy of invoices and time entries for legal work that was billed or will be billed to our client for the time spent bringing, researching, drafting, discussing, and reviewing the Rule 11 Motion for Sanctions. This exhibit shows the hours worked, a description of the work performed, and the hourly rate.

5. The hourly rates for the various personnel that worked on this case in our firm were billed as follows: Attorney Kiley B. Zellner and Attorney Jasmyne Baynard (Partner) $250, and Paralegal Christine Montgomery $150. The time entries total $15,530 for 63.8 hours of

work.

7. I am requesting payment for the time worked totaling $ $15,530.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 9th day of September 2022.

*/s/ Kiley B. Zellner*
Kiley B. Zellner