**Gunta Law Offices, S.C.**
**Attorneys at Law**
**9898 West Bluemound Rd, Suite 2**
**Wauwatosa, Wisconsin 53226-4319**

**CONFIDENTIAL**



Fees



| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/16/2022 | JMB | Telephone conference with George Schimmel regarding Amended Complaint and basis for malicious prosecution claims. | 250.00 | 0.20 | 50.00 |

EXHIBIT A

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| 02/17/2022 | KBZ | Phone call with Schimmel regarding municipal court proceedings to determine basis for Rule 11 motion. | 250.00 | 0.40 | 100.00 |
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| | KBZ | Research on state law claim for malicious prosecution. | 250.00 | 0.50 | 125.00 |
| | ▮ | ▮ | ▮ | ▮ | ▮ |
| | JMB | Telephone conference with George Schimmel regarding Amended Complaint, malicious prosecution claims against him, and proof or probable cause determinations. | 250.00 | 0.30 | 75.00 |
| 02/18/2022 | KBZ | Begin draft of Rule 11 motion for sanctions. | 250.00 | 5.00 | 1,250.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ |
| | | ▮ | | ▮ | ▮ |

### Fee Summary

| Timekeeper | Rate | |
|---|---|---|
| Jasmyne M Baynard | $250.00 | ▮ |
| Kiley B. Zellner | 250.00 | |

Please reference the above statement number with your payment.

Payment due upon receipt of statement. Thank you

**Gunta Law Offices, S.C.**
**Attorneys at Law**
**9898 West Bluemound Rd, Suite 2**
**Wauwatosa, Wisconsin 53226-4319**

CONFIDENTIAL




### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/2022 | JMB | Read and respond to email from George Schimmel regarding Circuit Court dismissals for curfew tickets. | 250.00 | 0.20 | 50.00 |
| 03/09/2022 | KBZ | Continue draft of Rule 11 Motion for Sanctions. | 250.00 | 2.00 | 500.00 |
| 03/10/2022 | CMM | Draft and review emails to and from the Wauwatosa Municipal Court requesting copies of their file on several plaintiffs. | 150.00 | 0.30 | 45.00 |
| | KBZ | Research for Rule 11 motion. | 250.00 | 0.50 | 125.00 |
| | KBZ | Review municipal court records of Plaintiffs to addresses misrepresentations in Fourth Amended Complaint. | 250.00 | 1.50 | 375.00 |
| | KBZ | Continue draft of motion for sanctions. | 250.00 | 4.40 | 1,100.00 |
| 03/11/2022 | CMM | Draft Declaration of George Schimmel in Support of Motion for Sanctions Pursuant to Rule 11. | 150.00 | 1.60 | 240.00 |
| | KBZ | Continue research for Rule 11 motion for sanctions. | 250.00 | 2.50 | 625.00 |
| | KBZ | Continue draft of Rule 11 motion for sanctions. | 250.00 | 4.50 | 1,125.00 |
| 03/14/2022 | CMM | Begin drafting Zellner Affidavit in Support of Rule 11 Motion for Sanctions. | 150.00 | 0.70 | 105.00 |
| | CMM | Draft email to Lt. Roy seeking additional discovery documents. | 150.00 | 0.10 | 15.00 |
| | KBZ | Research for Rule 11 sanction motion and motion to dismiss. | 250.00 | 4.20 | 1,050.00 |
| 03/18/2022 | JMB | Read and respond to email from George Schimmel regarding Defendant's rule 11 Motion for sanctions against Attorney Motley | 250.00 | 0.20 | 50.00 |

EXHIBIT A



| | | | Rate | Hours | |
|---|---|---|---|---|---|

| 03/28/2022 | | | | | |
| | KBZ | Finalize Draft Motion for Sanctions and Safe Harbor letter. | 250.00 | 2.50 | 625.00 |
| | CMM | Drafted email to plaintiffs' counsel serving upon them Defendants' Safe Harbor letter and proposed Motion for Sanctions. | 150.00 | 0.10 | 15.00 |
| | CMM | Assist in finalizing Defendants' proposed Motion for Sanctions. | 150.00 | 0.20 | 30.00 |
| 03/29/2022 | CMM | Drafted email to clients providing a copy of Defendants' Safe Harbor notice and proposed Motion for Sanctions. | 150.00 | 0.10 | 15.00 |

Fee Summary

| Timekeeper | Rate |
|---|---|
| Christine M. Montgomery | $150.00 |
| Jasmyne M Baynard | 250.00 |
| Kiley B. Zellner | 250.00 |

EXHIBIT A



Please reference the above statement number with your payment.
Payment due upon receipt of statement. Thank you

EXHIBIT A

**Wirth + Baynard Law Offices**
**788 North Jefferson Street, Suite 500**
**Milwaukee, Wisconsin 53202**

**CONFIDENTIAL**



Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/01/2022 | | | | | |
| | KBZ | Final additions to brief in support of motion for sanctions. | 250.00 | 1.50 | 375.00 |
| 04/12/2022 | JMB | Telephone conference with George Schimmel regarding probable cause determination for defense to Plainitffs' fourth amendment claims | 250.00 | 0.40 | 100.00 |
| 04/13/2022 | | | | | |
| | KBZ | Research on seizure incident to arrest. | 250.00 | 1.50 | 375.00 |

EXHIBIT A



| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 04/19/2022 | KBZ | Draft Declaration in support of sanctions. | 250.00 | 0.80 | 200.00 |
| | CMM | Draft Exhibits to Schimmel's Declaration in Support of Motion for Sanctions. | 150.00 | 0.30 | 45.00 |
| | KBZ | Determine necessary exhibits for Schimmel and Attorney Declarations. | 250.00 | 0.70 | 175.00 |
| | KBZ | Make additional arguments for motion for sanctions and update status of municipal litigation. | 250.00 | 2.50 | 625.00 |
| 04/20/2022 | KBZ | Communicate with Schimmel regarding municipal cases, Rule 11 motion, and wording for declaration. | 250.00 | 0.90 | 225.00 |
| | KBZ | Continue draft of Rule 11 motion for sanctions. | 250.00 | 4.00 | 1,000.00 |
| | CMM | Finalize and e-file Defendants' Motion for Sanctions; Draft email to client forwarding said filings. | 150.00 | 0.40 | 60.00 |
| | CMM | Received and reviewed Motion to Amend/Correct Scheduling Order filed by plaintiff. | 150.00 | 0.10 | 15.00 |
| 04/26/2022 | KBZ | Communicate with Schimmel regarding dismissal of citations. | 250.00 | 0.10 | 25.00 |

Fee Summary

| Timekeeper | Rate |
|---|---|
| Christine M. Montgomery | $150.00 |
| Jasmyne M Baynard | 250.00 |
| Kiley B. Zellner | 250.00 |

Please reference the above statement number with your payment.

Payment due upon receipt of statement. Thank you
Case 2:20-cv-02666-NJ   Filed 09/09/22   Page 8 of 13   Document 194-1
EXHIBIT A



### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/2022 | JMB | Read and respond to email from Attorney Schwab regarding Defendant's Motion for Sanctions | 250.00 | 0.20 | 50.00 |
| 05/05/2022 | JMB | Read and respond to Plaintiff's request to extend deadlines to respond to Defendants' Motion for Sanctions and Motion to Dismiss | 250.00 | 0.20 | 50.00 |
| 05/10/2022 | KBZ | Phone call with George Schimmel regarding municipal court proceedings. | 250.00 | 0.20 | 50.00 |
| 05/12/2022 | KBZ | Review Plaintiffs' Response to Motion for Sanctions. | 250.00 | 0.60 | 150.00 |
|  | KBZ | Draft Reply to Plaintiffs' Response to Motion for Sanctions. | 250.00 | 7.50 | 1,875.00 |
|  | CMM | Received and reviewed Plaintiff's Response to Defendants' Motion for Sanctions and calendar Reply deadline. | 150.00 | 0.20 | 30.00 |
|  | CMM | Draft email regarding the deposition transcript of Officer Lewandowski. | 150.00 | 0.10 | 15.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|



| 05/25/2022 | | | | | |
| | KBZ | Finalize draft of reply to motion for Rule 11 sanctions. | 250.00 | 6.90 | 1,725.00 |
| | JMB | Telephone conference with George Schimmel regarding case disposition, renewed Motion to Dismiss and Motion for Sanctions | 250.00 | 0.50 | 125.00 |

**Fee Summary**

| Timekeeper | | Rate | |
|---|---|---|---|
| Christine M. Montgomery | | $150.00 | |
| Jasmyne M Baynard | | 250.00 | |
| Kiley B. Zellner | | 250.00 | |

[redacted]

Please reference the above statement number with your payment.

Payment due upon receipt of statement. Thank you.

EXHIBIT A

Wirth + Baynard Law Offices
788 North Jefferson Street, Suite 500
Milwaukee, Wisconsin 53202

CONFIDENTIAL



Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 09/02/2022 | KBZ | Review decision and order on motion for sanctions. | 250.00 | 0.60 | 150.00 |
| | KBZ | Correspondence to City regarding decision and order on motion for relief and sanctions. | 250.00 | 0.30 | 75.00 |
| | KBZ | Draft Declaration in support of attorney fees. | 250.00 | 0.50 | 125.00 |

EXHIBIT A

|     |                                                              | Rate   | Hours |        |
|-----|--------------------------------------------------------------|--------|-------|--------|
| KBZ | Review billing invoices to determine applicable costs and fees. | 250.00 | 0.80  | 200.00 |

### Fee Summary

| Timekeeper | Rate |
|---|---|
| Christine M. Montgomery | $150.00 |
| Jasmyne M Baynard | 250.00 |
| Kiley B. Zellner | 250.00 |



Please reference the above statement number with your payment.

EXHIBIT A