UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, *et al.*,

                      Plaintiffs,     Case No. 20-CV-1660

    v.

City of Wauwatosa, *et al.*,                         **MINUTE SHEET**

                      Defendants.

---

**Hon. Nancy Joseph, presiding.**      **Deputy Clerk:** Evan Romel

**Type of Proceeding:** SCHEDULING CONFERENCE

**Date:** September 15, 2022, at 10:00am    **Court Reporter:** Zoom Audio

**Time Commenced:** 10:08 AM            **Time Concluded:** 11:02 AM

**Appearances:**    **Plaintiff:**    Kathryn Knowlton, Kimberly Motley, Edward Milo Schwab

                     **Defendant:**  Jasmyne Baynard, Kiley Zellner

**Comments:**

The Parties discussed the status of discovery and proposed deadlines.

The Court ORDERED the following:

The Court GRANTED Plaintiff's Motion for Extension of Time to Respond to Defendants Declaration of Cost and Fees (ECF No. 196). Plaintiff has until September 26, 2022, to respond.

Discovery to be completed by November 18, 2022.

Dispositive Motions to be filed by December 19, 2022.

Final Pretrial Reports due by April 3, 2023. Objections due by April 10, 2023.

Motions in *Limine* and *Daubert* Motions due by April 3, 2023. Objections due by April 10, 2023.

Expert Disclosures to be completed by April 3, 2023.

Final Pretrial Conference scheduled for April 24, 2023, at 9:00 am via Zoom.

One Week Jury Trial scheduled for May 1, 2023-May 5, 2023.

Status Conference scheduled for October 7, 2022, at 9:00 am via Zoom.

The Court will issue a written scheduling order.