# Action Forward

**kmotley motleylegal.com &lt;kmotley@motleylegal.com&gt;**
Mon 4/26/2021 10:39 PM

To: jmb@guntalaw.com &lt;jmb@guntalaw.com&gt;;Ann Wirth &lt;acw@guntalaw.com&gt;;Kyle Moore &lt;krm@guntalaw.com&gt;;milo@ascendcounsel.co &lt;milo@ascendcounsel.co&gt;;Kate Knowlton &lt;kate@knowltonlawgroup.com&gt;

📎 1 attachments (888 KB)
Open Records #8.pdf;

Dear Jasmyne,

Please find attached for your review Open Records #8 that asks for search terms in emails given to Wauwatosa Police Department and the records clerk on 10/30/20.  Since filing we have not heard from them and the search term of at least Alvin Cole is the same as the request for production of documents.

Just as a recitation of the conversation.  We agreed to speak again on Friday, April 30 at 1:30p.m.  We will look over to see what other videos, docs, etc.. that we believe we do not have.  You will also check to see if there are any other squad, drone, booking, and other videos which have not been turned over.  As you indicated, Mayor McBride keeps all of his text messages but we, unfortunately, have not received any text messages as part of the production.  If you can please also send those that would be great.

We will also discuss the Covid emergency search term with you on Friday.  Thank you and talk soon.

-- Warm Regards,

Kim

Kimberley Cy Motley, Esq.
C.E.O. / Founding Partner
Motley Legal Services
Afghan Mobile : 93 (0) 788 887 887
International Number : 1 (704) 765 - 4887
U.A.E. Tel : 971 (0) 561 442 175
US Mobile : 1 (704) 763-5413
motleylegal.com

_____

This is a transmission from Motley Legal Services and Motley Consulting International and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges and is intended solely for the use of the individual(s) to whom it is addressed. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please telephone or email the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.

Case 2:20-cv-01660-NJ    Filed 09/21/22    Page 1 of 1    Document 204-1