IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, *et al.*,

                Plaintiffs,

v.                                                CASE NO. 20 CV 01660

CITY OF WAUWATOSA, *et al.*,

                Defendants.

## [PROPOSED] TEMPORARY RESTRAINING ORDER DURING THE PENDENCY OF THE ACTION

(A) Due to the subject matter, claims, and defenses, in the above-captioned action, incontrovertibly containing sensitive, confidential and personally identifying information, including motor vehicle records information gleaned from the Department of Transportation, and Department of Motor Vehicles, compiled and maintained solely in the custody and under the control of Defendants, and their officers, agents, servants, employees, and attorneys;

(B) Two identified sources of this information are specifically subject to this temporary restraining order, and are described in the pleadings as:

1. "the protestor list" as created by Defendant Dominick Ratkowski; and

2. the dropbox folder (provided as a hyperlink), and all information comprised thereto and accessed through the folder/link, as provided in the January 7, 2021 email disclosure by Wauwatosa Police Officer Roy.

**IT IS THEREFORE ORDERED:**

During the pendency of this action, Defendants shall not use, access or distribute the

identified information above in any way or in any form except as lawfully permitted or pursuant to a court order; and whereby Plaintiffs shall be prohibited from public disclosure without redaction, as previously affirmed by Plaintiffs' Counsel.

As of September 19, 2022, Defendants' Counsel affirms, and the Court orders that the "dropbox folder" identified under sub. 2 above is removed from public access and view, and shall remain so restricted until otherwise determined by court order. Individual documents housed in the identified "dropbox folder" shall individually be appropriately accessible to Defendants and accessed and distributed according to the law governing their individual use and legal distribution.

The identified items subject to this temporary restraining order by their nature contain sufficiently sensitive and personally identifying information to justify a Court ordered temporary restraining order pursuant to Fed. Rule of Civ. Pro. 65(d)(1)(A-C), and Defendants will immediately effectuate actual notice to all persons with access, and/or previously known to have access, to ensure immediate and meaningful implementation pursuant to Fed. Rule of Civ. Pro. 65(d)(2)(A-C).

Dated at Milwaukee, Wisconsin, this __ day of September, 2022.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge