UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

KATHRYN KNOWLTON, et al.,

    Plaintiffs,

v.

CITY OF WAUWATOSA, et al.,

    Defendants.

Case No. 2:20-cv-01660-NJ

---

**NOTICE OF APPEARANCE ON BEHALF OF ALL PLAINTIFFS
BY ATTORNEY WILLIAM F. SULTON**

---

NOW COMES THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and gives notice of their appearance on behalf of all Plaintiffs in this action. Please send all future correspondence, documents, materials, and other information to the address below.

Date: October 6, 2022.

Respectfully submitted,

*/s/ William F. Sulton*
WILLIAM F. SULTON

THE SULTON LAW FIRM
2745 N. Dr. M.L.K. Drive
Suite 202
Milwaukee, WI 53212
414-477-0088 (direct)
414-250-7676 (fax)
william@sultonlaw.com

*Attorneys for Plaintiffs*