# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, *et al.*,

                Plaintiff,    Case No. 20-CV-1660

    v.

City of Wauwatosa, *et al.*,

                **MINUTE SHEET**

                Defendant.

---

**Hon. Nancy Joseph, presiding.**      **Deputy Clerk:** Evan Romel

**Type of Proceeding:** STATUS CONFERENCE

**Date:** October 7, 2022, at 9:00 AM      **Court Reporter:** Zoom Audio

**Time Commenced:** 9:10 AM      **Time Concluded:** 11:15 AM

| **Appearances:** | **Plaintiff:** | Kathryn Knowlton, Kimberly Motley, Edward Milo Schwab, William Sulton |
|---|---|---|
| | **Defendant:** | Jasmyne Baynard, Kiley Zellner |

**Comments:**

The Court held a status conference to discuss the status and progression of discovery, specifically the items listed in the September 16, 2022 Order. (Docket # 200.)

As to the Protestor List and Dropbox hyperlink, the parties were unable to submit an agreed upon stipulation prior to the hearing. After discussion with the Court on the record, the parties agreed as to some terms. The Court will issue a written order regarding the agreed terms. Plaintiffs will provide legal authority in support of enforcing a protective order against a non-party.

The parties addressed the status of written discovery and depositions. Plaintiffs contend they are still missing text messages, arrest reports, and emails from the Defendants. Parties are to confer and report back as to the status of the text messages. As to the arrest reports, Plaintiffs are propounding written interrogatories that will hopefully address their concerns regarding the arrest reports. The parties agreed that the emails issue is resolved.

The Defendants contend that Plaintiffs' responses to their written discovery, including requests to admit and interrogatories, remain deficient, as articulated in previously filed discovery motions. The parties are ordered to confer on these remaining discovery issues.

The parties disagree on the cumulative number of interrogatories and requests for admission. Defendants contend they are entitled to 25 interrogatories per party and 50 requests for admission per party per the federal and local rules. Plaintiffs contend that pursuant to the Court's October 19, 2021 Order (Docket # 99), the parties are entitled to 25 interrogatories per side and 50 requests for admission per side. The Court will take this issue under advisement.

As to depositions, the parties agree that Farina and Rivera should be deposed. The parties disagree as to the remaining individuals. The Court will take this issue under advisement, but is inclined not to allow individuals who have already been deposed to be deposed again.

Parties are to consult and work in good faith to resolve outstanding issues. Any remaining issues are to be submitted to the Court in writing by **October 25, 2022**.

Status Conference scheduled for **October 31, 2022, at 1:30 PM** by Zoom.