

Afghanistan and United States
Afghan Tel: +93 (0) 795 069 652
          +93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

October 17, 2022

Honorable Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE :   20CV1660 Update and Continued Discovery Issues

Dear Judge Joseph,

Please accept this joint letter in compliance with the courts Revised Final Scheduling Order filed September 16, 2022. (ECF 200). Parties have conferred and agree that they are open to the possibility of exploring mediation no sooner than December 19, 2022 which is when all pretrial dispositive motions and briefs are due.

Warm regards,


MOTLEY LEGAL SERVICES

ss:// Kimberley Cy. Motley
CEO / Founding Partner
Attorney for Plaintiffs
International Number : +1(704) 765-4887
US MOBILE : +1 (704) 763-5413
Email : kmotley@motleylegal.com


WIRTH + BAYNARD

ss://Jasmyne M. Baynard
Attorney for Defendants
Telephone : (414) 291-7979
Email : jmb@wbattys.com