UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KATHRYN KNOWLTON et al.,**

    **Plaintiffs,**

    v.                                                  Case No. 20-CV-1660

**CITY OF WAUWATOSA et al.,**

    **Defendants.**

## AMENDED PROTECTIVE ORDER REGARDING PROTESTOR LIST AND DROPBOX FOLDER

The parties, through their respective counsel, met for a status conference with the Court on October 7, 2022, and stipulated as follows as to the two sources of information referred to as "the Protestor List" and the Dropbox folder:

1. As of September 19, 2022, Defendants' Counsel affirms, and the Court orders that the Dropbox folder is removed from public access and view, and shall remain so restricted until otherwise determined by court order. The parties shall not distribute or otherwise disclose the Dropbox folder to the public.

2. Defendants' Counsel represents that the "Protestor List" has been moved to a folder with limited access. Three (3) individuals from the City Attorney's office and five (5) police department personnel have access to the list. Only these eight (8) identified individuals shall have access to the Protestor List.

3. The Protestor List shall not be accessed or used except for purposes of litigation in this case.

4. The Protestor List in any version, past or present, shall not be distributed by any employee or agent of the City of Wauwatosa except in response to a lawful open records request. In the case of a lawful open records request, the Defendants shall notify the Plaintiffs of the request so as to provide the Plaintiffs an opportunity to object to the request. To the extent the Protestor List is produced in response to a lawful open records request, it shall be produced in a redacted format. The parties indicated on the record that the redacted version of the Protestor List is not contested.

5. The Defendants shall provide a copy of this Order to any agency, City of Wauwatosa employees, and all individuals to whom Defendants previously disclosed or distributed the Protestor List.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 31st day of October, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge