# THE SULTON LAW FIRM

November 4, 2022

William F. Sulton
Direct: 414-477-0088
Fax: 414-250-7676
william@sultonlaw.com

<u>Via CM/ECF</u>
Hon. Nancy Joseph
United States District Court
517 E. Wisconsin Ave, Rm 320
Milwaukee, WI 53202

      RE:    The Parties' Discussions Related to Discovery Disputes
               Case: *Knowlton, et al. v. City of Wauwatosa, et al.*
               Case No. 2:20-cv-01660-NJ (E.D. Wis.)

Dear Judge Joseph,

     I am writing to provide the court with an update on the Parties' discussions about the outstanding discovery disputes.

     On November 3, 2022, I spoke with Attorney Kiley Zellner about the discovery in controversy. Plaintiffs will provide supplemental responses to the requests for admissions in controversy by November 5. Also, I explained to Atty. Zellner that I have a trial beginning on Monday but would make every effort to provide supplemental responses to the interrogatories by November 11. Since having that discussion, I have learned that the main lawyer working on the discovery for Plaintiffs will be out of the country next week. As such, November 11 may be too ambitious, but I will still make every effort to accomplish the tasks by that date.

     The Parties also discussed outstanding discovery due to Plaintiffs. Specifically, Plaintiffs need answers to interrogatories that were served on June 23, 2021, and September 21, 2021. These answers are particularly important to a deposition that is scheduled for November 14. The court should address those outstanding discovery disputes on Monday.

     We thank the court for its time and attention.

2745 N. Dr. M.L.K. Drive, Milwaukee, WI 53212

www.sultonlaw.com

Case 2:20-cv-01660-NJ    Filed 11/04/22   Page 1 of 2   Document 236

Best Regards,

**THE SULTON LAW FIRM**

William F. Sulton

cc:     Counsel of Record (via CM/ECF)