## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Kathryn Knowlton, *et al.*,

                                 Plaintiffs,      Case No. 20-CV-1660

    v.

                                              **MINUTE SHEET**

City of Wauwatosa, *et al.*,

                                 Defendants.

---

**Hon. Nancy Joseph, presiding.**                **Deputy Clerk:** Evan Romel

**Type of Proceeding:** STATUS CONFERENCE

**Date:** November 7, 2022, at 4:00 PM       **Court Reporter:** Zoom Audio

**Time Commenced:** 4:01 PM                 **Time Concluded:** 5:23 PM

**Appearances:**    **Plaintiff:**    Kimberly Motley, Edward Milo Schwab

                        **Defendant:**  Kiley Zellner

**Comments:**

The parties discuss the status of discovery.
The parties are still in disagreement as to the number of requests for admissions.
The area of contention is whether requests for admissions are per side or per party.
The parties are still working to resolve issues as to interrogatories.
By November 14, 2022, counsel is to address deficiencies in outstanding interrogatories/discovery.
The Plaintiffs' Response to the Motion to Compel will be due by November 15, 2022.
The Court will review and issue a written ruling regarding Docket # 99.
The Court will contact the parties for future scheduling.