IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

   Plaintiffs.

v.                                             Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

   Defendants.

---

## STIPULATION FOR DISMISSAL OF JOSE RAMIREZ'S FIRST AND FOURTEENTH CLAIMS FOR RELIEF

---

IT IS HEREBY stipulated and agreed by and between Plaintiff Jose Ramirez through his attorneys, Attorney Kimberley Cy. Motley and Defendants by their attorney, Attorney Kiley B. Zellner, that the First and Fourteenth claims for relief against the Defendants and causes of action of Jose Ramirez as set forth against defendants may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

   Dated: November 18, 2022

| | |
|---|---|
| s:/ Kimberley Cy. Motley, Esq. | /s/ Kiley B. Zellner |
| MOTLEY LEGAL SERVICES | WIRTH & BAYNARD |
| Attorney for Plaintiffs | Attorney for Defendants |
| Kimberley Cy. Motley | Kiley B. Zellner |
| WI State Bar No. 1047193 | WI State Bar No. 1056806 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

    Plaintiffs.

v.                                               Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

    Defendants.

## ORDER FOR DISMISSAL OF JOSE RAMIREZ'S FIRST AND FOURTEENTH CLAIMS FOR RELIEF

    Upon the Stipulation by and between the Plaintiff Jose Ramirez, by his attorney, Attorney Kimberley Cy. Motley; and Defendants, by their attorney, Attorney Kiley B. Zellner, that the First and Fourteenth Claims for Relief against Defendants and causes of action of Jose Ramirez as set forth against defendants may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

    Dated: November 18, 2022

                                      BY THE COURT:

                                      _____
                                      Honorable Nancy Joseph
                                      United States District Judge