| | |
|---|---|
| **From:** | Dominick Ratkowski |
| **Sent:** | Tuesday, October 6, 2020 4:27 PM |
| **To:** | Christin Berges |
| **Subject:** | TPR target list |
| **Attachments:** | Protesters invovled-Working copy.pdf |

---

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI 53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net