From: Dominick Ratkowski <dratkowski@wauwatosa.net>
Sent: Monday, July 13, 2020 12:02 PM
To: Adam Behnke <behnke@ci.brookfield.wi.us>
Subject: RE: [External] Re: ID's Folks Talking About Looting

**EXTERNAL EMAIL:** Do not click links or open attachments unless you know the content is safe.

I am thinking you guys may want this as well. I am compiling a list of people who are consistently involved in the protests. If you guys have names please let me know.

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI 53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net