Kathryn KNOWLTON et. al.,

    Plaintiffs,

    v.                      Case No. 20 CV 01660

CITY OF WAUWATOSA et. al,

    Defendants.

## PLAINTIFF's MOTION FOR LEAVE TO FILE EXHIBITS (*INSTANTER*)

NOW COMES the Plaintiffs, by their attorney, Kimberley Cy. Motley, and requests leave of this Court for its filing of Exhibits and refiling of the Declaration filed on December 20, 2022 *instanter* pursuant to Rule 26 of the Federal Rules of Appellate Procedure and Federal Rules of Civil Procedure Rule 6(b)(1)(B. (ECF #272). In further support of this Motion, Plaintiffs state as follows:

1. All dispositive motions were due on December 19, 2022.

2. On December 19, 2022 Plaintiffs filed its Motion for Partial Summary Judgment, Brief for the Motion for Partial Summary Judgment, Declaration of Kimberley Cy. Motley, Motion to Seal or Restrict with the Five Exhibits that it wished to be restricted, and Plaintiffs Proposed Finding of Fact. (ECF #'s 268 - 271)

3. On December 19, 2022 Plaintiffs attempted to file fifteen additional exhibits as referenced in Plaintiffs Brief for the Motion for Partial Summary Judgment, Declaration, and Plaintiffs Proposed Finding of Fact.

4. While attempting to file the fifteen additional, however, the system would not accept some of the documents and rejected all the filings which Plaintiffs tried to resubmit multiple times.

5.     Plaintiffs, sent an email to the clerks before midnight on December 19, 2022 explaining the technical issues that Plaintiffs were having in filing the exhibits.

6.     Plaintiffs contacted the court at 8:05a.m. on December 20, 2022 to try to inquire on how to resolve the technical issues which were resolved. Subsequent to this conversation, Plaintiffs refiled the Declaration (ECF #269) and the Exhibits under seal (ECF #270) both of which had been filed on December 19, 2022. Plaintiffs were then able to file the additional fifteen exhibits. (ECF #272)

7.     Plaintiffs Motion for Partial Summary Judgment, Brief for the Motion for Partial Summary Judgment, Declaration of Kimberley Cy. Motley, Motion to Seal or Restrict with the Five Exhibits that it wished to be restricted, and Plaintiffs Proposed Finding of Fact were filed timely. (ECF #'s 268 - 271). The fifteen additional exhibits as supporting evidence to the filings were not. (ECF #272)

8.     By accepting the brief *instanter*, however, this Court will be able to have the supporting documents in a more convenient form. The good cause and excusable neglect for this late filing was the result of unforeseen difficulties with the electronic filing system and not for any other reason. All counsel have been served with all the documents, and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court allowing the fifteen Exhibits to have been filed *instanter*.

9.     The Declaration of Kimberley Cy. Motley is attached in support of this Motion.

WHEREFORE, Plaintiffs, through their Counsel, respectfully requests an order of this Court accepting the filing of ECF #272 which includes Plaintiffs fifteen Exhibit documents *instanter*.

Respectfully submitted this 20th day of December, 2022.

/s/ Attorney Kimberley Cy. Motley
MOTLEY LEGAL SERVICES
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413

ATTORNEY FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

Kathryn KNOWLTON et. al.,

    Plaintiffs,

    v.               Case No. 20 CV 01660

CITY OF WAUWATOSA et. al,

    Defendants.

## DECLARATION OF KIMBERLEY CY. MOTLEY

I, Kimberley Cy. Motley, declare under penalty of perjury that the foregoing is true and accurate:

1. All dispositive motions were due on December 19, 2022.

2. On December 19, 2022 I filed, Plaintiffs filed its Motion for Partial Summary Judgment, Brief for the Motion for Partial Summary Judgment, Declaration of Kimberley Cy. Motley, Motion to Seal or Restrict with the Five Exhibits that it wished to be restricted, and Plaintiffs Proposed Finding of Fact. (ECF #'s 268 - 271)

3. On December 19, 2022 I attempted to file fifteen additional exhibits as referenced in Plaintiffs Brief for the Motion for Partial Summary Judgment, Declaration, and Plaintiffs Proposed Finding of Fact.

4. While attempting to file the fifteen additional exhibits, however, the system would not accept some of the documents based on their format and rejected all the exhibit filings which I tried to resubmit multiple times.

5. I sent an email to the clerks before midnight on December 19, 2022 explaining the technical issues that Plaintiffs were having in filing the exhibits.

6. I contacted the court at 8:05a.m. on December 20, 2022 to try to inquire on how to resolve the technical issues, which were resolved. The issue was the format of some

of the exhibit documents was not acceptable to the electronic system and as a result was rejected multiple times.

7. Subsequent to this conversation, I refiled the Declaration (ECF #269) and the Exhibits under seal (ECF #270) both of which had been filed on December 19, 2022. Plaintiffs were then able to file the additional fifteen exhibits. (ECF #272)

8. All Counsel have been served and have not suffered any prejudice as a result of this untimely filing, nor would they be prejudiced by the Court allowing the fifteen Exhibits to have been filed *instanter*.

9. This is Plaintiffs first request for an exception to deadlines as established for dispositive motions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 20th day of December, 2022.

/s/ Attorney Kimberley Cy. Motley
MOTLEY LEGAL SERVICES
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413

ATTORNEY FOR PLAINTIFFS