life and property, do you think any of the Common

Council members had a different objective and that's

what would have comprised you telling them this?

ATTORNEY KNOWLTON:  Objection to the form of

the question.  Compound.  Go ahead.

A    We had no confidence in alderperson Kuhl for example.

Q    Okay.  For example.  Any others?

A    I'm not sure.

Q    What do you mean?

A    I don't know what your question is.

Q    Well, you said, for example, so that's fine you're

telling me you had no confidence in alderperson Kuhl.

Any other alders that you have no confidence in?

A    There's an old expression from WWII which is loose lips

sink ships.

Q    Sure?

A    So the more people you tell the more likely it is that

your ship is going go down.

Q    And again with the objective you've identified

repeatedly, loss of life and protection of property --

A    Right.

Q    Do you think that these elected alder people had a

different objective than you?

A    No.

Q    Then what was the problem with telling them about these

meetings?

A    Because the more people you tell the more likely it is
     that someone is going to spill the beans on the
     planning.

Q    Okay.  So you didn't trust them?

A    No, it's just that people have a way of talking.  So
     it's possible that loose lips sink ships.

Q    Okay.  Other than Alderperson Kuhl, was there any other
     alderperson that you thought would have loose lips?

A    Any of them might have had.

Q    Oh, any of them?

A    Well, again, human beings like to talk.

Q    Okay.

A    The fewer people you talk to the better it is as to
     keeping something confidential, anything.

Q    What about the police?

A    The police were the primary planners so how could we
     deny the police that information?

Q    Well, the police were saying, that the benefit of a big
     force was going to be the impact that would deter,
     correct?

A    I don't know what you're looking at.

Q    I'm sorry, I'm not actually looking at this -- do you
     recall that one reason that Captain Vetter had
     expressed, if we can find it, but was that a large show