IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

KATHRYN KNOWLTON, *et al*.,

                      Plaintiffs,

v.                                                 Case No. 20 CV 01660

CITY OF WAUWATOSA, *et al*.,

                        Defendants.
_____

## DEFENDANTS' MOTION TO STRIKE DECLARATION OF ATTORNEY KIMBERLEY CY. MOTLEY, EXHIBITS, AND CORRESPONDING PROPOSED FACTS
_____

Defendants City of Wauwatosa, Dennis McBride, Jeffrey Farina, Dominick Ratkowski, and Joseph Roy by their attorneys, Wirth + Baynard, submit the following motion to strike the declaration of Attorney Motley (ECF No. 269-1), attached exhibits, and corresponding proposed facts (ECF No. 271, ## 1, 2, 5-7, 11, 14-19, 23, 24, 27-52) filed in support of plaintiffs' motion for partial summary judgment pursuant to Fed. R. Civ. P. 30(f)(1), 56(c), 56(e), and FRE 901. Defendants submit the attached Memorandum of Law in support of their Motion.

Dated this 18th day of January 2023.

                                                    **WIRTH + BAYNARD**
                                                  Attorneys for Defendants

                            BY:    */s/ Kiley B. Zellner*
                                       Kiley B. Zellner, WI Bar No. 1056806
                                       9898 W. Bluemound Road, Suite 2
                                       Wauwatosa, Wisconsin 53226
                                       T: (414) 291-7979 / F: (414) 291-7960
                                       Email: kbz@wbattys.com

1