IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Kathryn KNOWLTON, et al,

    Plaintiffs,

    v.                                                        Case No. 20 CV 01660

CITY OF WAUWATOSA, et al,

    Defendants.

## NOTICE OF ERRATA

    Plaintiffs respectfully submit this errata to ECF #272, Declaration of Kimberley Cy. Motley, exhibits 2 and 9, deposition transcripts of Joseph Roy and Dominic Ratkowski's deposition for July 27, 2021, respectively, which were filed on December 20, 2022, in order to correct the mistake of filing the unsigned transcripts. Plaintiffs concurrently file here the two certified, court-reporter-signed deposition transcripts to replace the unsigned versions, and regret any confusion for this good faith filing error.

    Additionally, Plaintiffs submit the corrected Declaration of Kimberley Cy. Motley (originally filed as ECF #272) because duplicate paragraph numbers were inadvertently used, repeating numerals 15 and 16. The corrected Declaration of Kimberley Cy. Motley replaces the duplicate numerals with "15a" and "16a." No other information was implicated or changed.

    Respectfully submitted this 25th day of January, 2023.

s/ Kimberley Cy. Motley
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413