[STATE] T/C w/ Maggie Gau and Gwen. Knapp   8/11/20

- Lead time — (5 days) law enforcement, not Cole family or protesters

- Request help from Emergency    Dallas Neville, Mgr.
  Policing Service at least 5 days
  early. After that, NG would
  get involved if needed (last resort).
  608-

- Emergency Response Center
  — list of sites to be protected

- Calling out National Guard?
  — request to EPS
  — if request exceeds EPS (and all
    calls throughout WI)
  — Gov. Evers would have to approve
  — emergency response team would
    be sent (quick reaction force)
    — 12-14 response time (from Kenosha)
    — estimated duration would be needed

Life
↓
Property
Damage
↓
Disorderly
conduct