On Aug 27, 2020, at 12:01 PM, Bill Walker <aliaschuck56@gmail.com> wrote:

Thank you.

Sent from my iPhone

> On Aug 27, 2020, at 10:58 AM, Dennis McBride <dmcbride@wauwatosa.net> wrote:
>
> Mr. Walker:
> Thank you for writing. We will be notified in advance of the District Attorney's decision, and we have plans in place, which include protection of Mayfair and other sites, to deal with any unrest that does occur here. We will get state help if needed. For strategic reasons, I'm not at liberty to share those plans.
> Dennis R. McBride, Mayor
> City of Wauwatosa
> 7725 W. North Avenue
> Wauwatosa, WI 53213
> mayor@wauwatosa.net
> (414) 479-8915
>
> **From:** Bill Walker <aliaschuck56@gmail.com>
> **Sent:** Wednesday, August 26, 2020 9:51 PM
> **To:** Dennis McBride <dmcbride@wauwatosa.net>
> **Subject:** Re: [External] Where is the law and order in Wauwatosa?
>
> What is the plan for protection of property and people when Milwaukee Cty Attorney rules on the last Mensa incident? What protection do you especially plan for Mayfair Mall?
>
> Sent from my iPhone
>
>> On Aug 10, 2020, at 4:55 PM, Dennis McBride <dmcbride@wauwatosa.net> wrote:
>>
>> Thank you for writing. Here is the statement I released to the media yesterday afternoon:
>>
>> Last night, approximately 50 people assembled at the private residence of Wauwatosa Police Officer Joseph Mensah, engaged in a protest, and began to vandalize his home. Officer Mensah tried to engage in a dialogue with them but was physically assaulted. As he retreated into his