**STATE** T/C w/ Maggie Gau and Gwen Knapp  8/11/20

- Lead time — (5 days) law enforcement, not Cole family or protesters

- Request help from Emergency Policing Service at least 5 days early. After that, NG would get involved if needed (last resort). — Dallas Neville, Mgr. 608-

- Emergency Response Center
  — list of sites to be protected

Life
↓
Property Damage
↓
Disorderly conduct

- Calling out National Guard?
  — request to EPS
  — if request exceeds EPS (and all calls throughout WI)
  — Gov. Evers would have to approve
  — emergency response team would be sent (quick reaction force)
  — 12-14 response time (from Kenosha)
  — estimated duration would be needed