[STATE] T/C w/ Gov, Knapp, O'Donohue, DM, JA, Weber, Vetter   9/17/20

McBride — pre-positioning is needed
Vetter: ① high-value assets ② crowd control ③ air surveillance.
Knapp — NG will provide support for "high-value assets," rear-guard crowd control, and (maybe) airborne surveillance. FBI can provide arrest extraction vehicles (armored), and should be asked for air support (helicopters). NG would have a problem w/ using air support (political issue).

Next steps: Gen. Knapp and Gen. O'Donohue will coordinate w/ WPD, etc. to prepare and provide needed resources.

Weber: Do we need to exhaust EPS before getting NG help?
Knapp: No, NG will be pre-positioned. Gov. Evers has already approved this.

[DA Announcement]  9/17/20

12-hour shifts; no vacations or off days. WPD, WFD, and Brookfield PD.

No one will be warned, except for Mayfair, etc.

Teams:
1. crowd control
2. property control
3. service calls will still be answered
4. arrest vans

Protected sites:
- City Hall
- Village
- Mayor's house
- Fire Station 51
- Mayfair / Collection
- Police station
- PFC commissioners

- Vacate 7003 Cedar Street

- EMERGENCY ORDER — Alan Kesner

Case 2:20-cv-01660-NJ   Filed 02/02/23   Page 2 of 2   Document 288-5        DEFS RFD 000499