CITY OF WAUWATOSA
POLICE DEPARTMENT
1700 NORTH 116TH STREET
WAUWATOSA, WISCONSIN 53226
(414) 471-8430
FAX (414) 471-8447

BARRY M. WEBER
CHIEF OF POLICE

September 10, 2020

**Mayor Dennis McBride**
**City of Wauwatosa**

Dear Mayor McBride:

After reviewing our situation and planning for the possibility of civil unrest, several issues are of concern.

Officers who responded to the unrest in Kenosha, report that the use of the National Guard was a very positive factor in controlling the situation. Also, the use of armored vehicles to provide protection for firefighters was helpful.

Additionally, the use of a curfew enabled law enforcement to obtain control of the parts of the city that were under siege. I request that you consider the utilization of a curfew on short notice and the use of the National Guard be requested prior to the situation becoming critical.

I recognize this would require some formal steps to be initiated and put into place in advance of the District Attorney's decision on the Mensah case. Perhaps we need to connect again with the commander of the National Guard and ask the City Attorney's Office to prepare any other emergency orders including the curfew that can be executed on a short notice.

Please let me know what other steps you would like to be put into place.

Sincerely,

Barry M. Weber
Chief of Police

C:   City Administrator
     Captains