Just a couple items regarding resource requests. Once we receive the 7 day notice and can pin down date/ time of when the additional resources are needed, I will submit the request via email to the WEM Duty Officer and Cc Dallas. Dallas already has an idea of who he can pull the resources from, but doesn't want to confirm them until we know dates/ times.

Additionally, have you planned for lodging for any outside resources coming in? I know it was discussed to have them stay at hotels in Wauwatosa, but have you thought about keeping them out of your City so they are further away from any of the protests?

Finally, if the need for the National Guard comes, we will have Wauwatosa declare a State of Emergency and submit a request to the Governor to declare one for the State via the WEM Duty Officer. We will be preemptively notifying the National Guard once we receive the 7 day notice just so they are monitoring the situation and have a plan if they are needed.

If you have any questions, please let me know.

Thanks!
Paul

**Paul E. Riegel**
Emergency Management Coordinator
Office of Emergency Management
633 W. Wisconsin Ave., Suite 700; Milwaukee, WI 53203
O (414) 226-7375 | M (414) 374-6074 | F (414) 369-6696
paul.riegel@milwaukeecountywi.gov
Web | Facebook | LinkedIn



**From:** Luke Vetter <lvetter@wauwatosa.net>
**Sent:** Friday, September 11, 2020 2:50 PM
**To:** Riegel, Paul <Paul.Riegel@milwaukeecountywi.gov>
**Cc:** dallasneville@wisconsin.gov
**Subject:** Wauwatosa Police-DA Announcement Operations

CAUTION: This email originated from outside of Milwaukee County. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Paul-

Thanks for speaking with me and my Supervisors the last several weeks. We have been planning for weeks for the DA Announcement of our Officer Mensah Shooting. We will get a 7 day advanced phone call as to what day that will occur. That way we can notify all our partners to prep.

We have many commitments of resource help from neighboring jurisdictions we routinely work with. See the attached DRAFT operational plan we have in place, as well as the "needs" list I created as an official request through OEM.

Contact me with any questions.

_____

**Captain Luke Vetter**
Operations Bureau
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI  53226

Phone: 414-607-7072
Fax: 414-471-8447
E-Mail: lvetter@wauwatosa.net

This message is intended for the sole use of the individual and entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone the message or any information contained in the message. If you have received this message in error, please immediately advise the sender by reply email and delete the message.