| From: | Luke Vetter |
|---|---|
| To: | paul.e.knapp2.mil@mail.mil |
| Subject: | Wauwatosa PD - Operational documents |
| Date: | Thursday, September 17, 2020 5:09:04 PM |
| Attachments: | Incident Command Chart_DA Ops.docx |
| | DA Announcement Ops Plan-DRAFT.docx |
| | County OEM_Needs List 9-11-20.docx |

Gen. Knapp-

Again, thanks for the time today. As was discussed, we have been planning for weeks, but may only have a week or so to finalize. The 7 day advanced notice we get will result in an immediate notification to all our partners, yourself included, of the DA's announcement date. That'll let everyone spin up their own piece.

I have requested resources through the County and State OEM, so I am still waiting to get official replies back on that. See attached document "County OEM Needs List." This document highlights what Tosa PD has, what our mutual aid Police agencies committed, and what remains to be filled.

Thanks for offering "platoons" of soldiers - I'll take more than I requested!!

As for NG requests:
- I have 5 high value targets to protect: PD, FD, City Hall, Mayfair Mall/Cheesecake Factory, Mayfair Collections Strip Mall; I estimate needing 30 personnel divided between those 5 locations with their own vehicles to provide security.
- We would like additional crowd control (CC) forces to supplement our own; I estimated needing 40 personnel of the NGRF to support as rear guard or flanking CC units. It is my intent to leave local law enforcement "up front" to do the bulk of the arrest team and less lethal munitions work, being the higher liability activities.
-The up armored Humvees would also be useful to supplement the bearcats and mraps our LE partners are committing

Also see our attached ICS structure document, as well as the DRAFT Operations plan, which identifies the different resources we have set up.

I look forward to meeting with you next week.

W/C: 414-335-4806

**Captain Luke Vetter**
**Operations Bureau**