| | |
|---|---|
| **From:** | Shane R. Wrucke |
| **To:** | James Wood; Kurt Svatek; Stephen Kirby; Cory Wex |
| **Subject:** | For your review. |
| **Date:** | Tuesday, October 6, 2020 3:52:40 PM |
| **Attachments:** | Civil Unrest Tactical Brief.pptx |
| | 10-07-20 Tactical Civil Unrest Plan.docx |
| | Rules of Engagement - Use of Force.pdf |
| | Chem LL Deployment Log.pdf |

I know this is 11th hour, but things have been changing hour by hour.

See attachments for your review.  Feedback welcomed.

**Shane R. Wrucke**

Lieutenant – Investigative Division

Wauwatosa Police Department

1700 N 116th St

Wauwatosa, WI  53226

Phone: 414-471-8430

Fax: 414-471-8447

E-Mail: swrucke@wauwatosa.net

DEFS' RPD 017592



# Civil Unrest Tactical Brief

October 7, 2020



DEFS' RPD 017593

# BACKGROUND

On Wednesday, October 7th, 2020, Milwaukee County District Attorney John Chisolm released decision in regards to the Officer Involved Shooting death of Alvin Cole which occurred on Sunday, February 2nd, 2020 at Mayfair Mall, 2500 N Mayfair Rd, case: 20-2687.

In recent history, large groups of citizen protestors have made various demands at numerous community meetings, gatherings, etc. These demands called for the firing and charging of PO Joseph Mensah. On August 8th, 2020, the home of Officer Mensah was shot at with a shotgun. Several suspects have been charged in connection to that incident.

Ongoing protests continue to occur outside the homes of elected officials, and through city streets. Multiple confrontations with police have occurred. As a result of these incidents, several additional protestors have been arrested and either cited or referred for criminal charges.

Due to recent violent protests in Milwaukee, Kenosha, and Louisville and in anticipation of civil unrest from this decision, the Wauwatosa Police Department is putting forth a plan of action.

DEFS' RPD 017594

# MISSION

The overall mission is to protect life, property and the right for peaceful protests. Tactical assets are in place to augment crowd control assets with citizen/officer rescue, chemical munitions and less lethal deployments.

Outside agencies will be put on rotation deployment. Partner agencies are: West Allis PD, Oak Creek PD, Suburban Critical Incident Team, Waukesha PD, Waukesha SO, Ozaukee SO, Dane SO, La Crosse SO, Winnebago SO, Eau Claire PD, FBI, South Shore & US Marshal's Service.



# EMERGENCY ORDER

- ▲ Curfew 7 PM - 6 AM, Oct. 7 - Oct. 12.
- ▲ Gas stations closed during curfew.
- ▲ No purchasing or filling gas cans.

DEFS' RPD 017595



# TACTICAL OPERATIONS CENTER

- ▲ Tactical Commander
  - ▲ Lt. Shane Wrucke
  - ▲ Cell: 414-331-4653

- ▲ TOC Lines
  - ▲ Phone: 414-831-5533
  - ▲ Conference: 414-831-5532

DEFS' RPD 017596



# ORGANIZATIONAL STRUCTURE

**Tactical Operations**
Lt. S. Wrucke

**Crowd Control Operations**
Sgt. C. McAtee

**Mutual Aid / Site Security**
Lt. B. Beckman

**Field Operations Lt**
J. Farina

**Incident Command**
Captain L. Vetter

DEFS' RPD 017597

# STAGING

- WAUWATOSA DPW, 11100 W. Walnut St. - PRIMARY

- STATE FAIR PARK, 640 S. 84 St. West Allis - SECONDARY
  - National Guard Staging location

- Milwaukee Regional Medical Complex - Bluemound Campus, 10000 W. Bluemound Rd. - Tertiary
  - Primary for National Guard for fixed site security at main MRMC campus.
  - Entrance to parking garage from W. Wisconsin Ave. (rear of the building)

DEFS' RPD 017598



# TACTICAL PLAN

▶ WUPD SRT QRF's:
  ▲ Primary responsibility to support crowd control with chemical munitions
  ▲ Secondary responsibility to respond to acts of violence.

▶ USMS QRF:
  ▲ Primary responsibility is warm zone violence response.
  ▲ Secondary UC surveillance.

▶ South Shore QRF:
  ▲ Primary respond to acts of violence.

DEFS' RPD 017599



# TACTICAL PLAN

- ▲ Armored vehicles
  - ▲ Primary responsibility is officer/citizen rescue and overwatch of crowd control.
  - ▲ Secondary Responsibility for support of QRF as acts of violence or officer/citizen rescue in warm zone.

DEFS' RPD 017600

# RULES OF ENGAGEMENT

DEFS' RPD 017601

▲ **Discretionary Use of Force:** Unit leaders may use targeted force to protect their unit, the general public, and prevent significant property destruction. Force may be utilized at their discretion based upon the totality of the circumstances and must meet State of Wisconsin justification.

▲ **Command Authorized Use of Force:** Large scale utilization, such as mass use of chemical agents, less lethal munitions, and coordinated tactics meant to disperse crowds must be coordinated and authorized by incident command.



DEFS' RPD 017602

# RULES OF ENGAGEMENT

▲ **Control Devices (Chemical Agents):** The goal of control devices is to overcome active resistance or its threat. Active resistance, unlike passive resistance, involves a subject who is physically counteracting an officer's control efforts under circumstances in which the behavior itself, the environment in which the behaviors occurs, or officer/subject factors create risk of bodily harm. (DAAT manual).

▲ **Intermediate Weapons (extended range impact munitions) :** The goal of using intermediate weapons is to impede a subject, preventing him or her from continuing resistive, assaultive, or otherwise dangerous behavior. (DAAT manual).

DEFS' RPD 017603

# RULES OF ENGAGEMENT

▲ **Chemical Agent Authorization**
  ▲ Types:
    ▲ OC
    ▲ CS
    ▲ PAVA (synthetic capsaicinoid)
  ▲ Delivery methods:
    ▲ Hand deployed
    ▲ Launchable
    ▲ Powders
    ▲ Aerosols
    ▲ Pyrotechnics
    ▲ Sting balls
    ▲ Tear balls

▲ **Less Lethal Authorization**
  ▲ 12-gauge impact
  ▲ 37 mm impact
  ▲ 40 mm impact
  ▲ Pepper ball



# Rules of Engagement

- ▲ **Noise Flash Diversion Device Authorization**
  - ▲ Aerial NFDD's may be utilized with command authorization.
  - ▲ Hand-held NFDD's may not be utilized in a civil disturbance setting.
  - ▲ Hand-held NFDD's may be used for tactical operations.

DEFS' RPD 017604



DEFS' RPD 017605

# RULES OF ENGAGEMENT

| Mode | Purpose |
|---|---|
| A. Presence | To present a visible display of authority |
| B. Dialog | To verbally persuade |
| C. Control Alternatives | To overcome passive resistance, active resistance, or their threats |
| D. Protective Alternatives | To overcome continued resistance, assaultive behavior, or their threats |
| E. Deadly Force | To stop the threat |



# RULES OF ENGAGEMENT

▲ **Documentation:** All uses of force must be documented by the team leader. Fill out the "Chemical Agent/Less Lethal Munition Deployment Log." If body cam is available it is recommended that they be used to document the use of force, to include narration of the circumstances. If video is available, it must be downloaded and turned into Tactical Command as soon as practical.

DEFS' RPD 017606



# CONTINGENCY / EMERGENCY

AV's will enter hot zones when safe to extract the injuries party with the support of ground QRF, if necessary.

Injured officers will be recued to AV's.

Injured person(s) will be conveyed to a Casualty Exchange Point (CEP) by an AV, where the Wauwatosa Fire Department will convey to a hospital.

If there are large obstructions, AV's will be utilized to push them out of the way.

CC & MMF will retreat from online in the event of "shots fired" in a warm zone. All Tac units will respond.

DEFS' RPD 017607



# QUICK REACATION FORCE

## Wauwatosa SRT

**Tosa 1 - Black unmarked Ford Explorer**
▲ Sgt. Cory Wex - Team Leader

**Tosa 2 - Black unmarked Ford Explorer**
▲ Sgt. James Wood - Team Leader

**Tosa 3 - Black unmarked Ford Explorer**
▲ Sgt. Kurt Svatek - Team Leader

**Tosa 4 - Silver UC Ford Freestar**
▲ Det. Steve Kirby - Team Leader

DEFS' RPD 017608



DEFS' RPD 017609

# QUICK REACTION FORCE
## South Shore JTU

**South Shore 1 -**
▲ Officer

**South Shore 2 -**
▲ Officer

**South Shore 3 -**
▲ Officer



# QUICK REACTION FORCE
## WUPD SOG & USMS FAU

**Marshal 1 -**
▲ Det. James Short - Team Leader

**Marshal 2 -**
▲ Det. Martin Keck - Team Leader

**Marshal 3 -**
▲ Det. Joe Lewandowski - Team Leader

**Marshal 4 -**
▲ Det. Kelly Zielinski - Team Leader

DEFS' RPD 017610



DEFS' RPD 017611

## ARMORED VEHICLES

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader



ARMORED VEHICLES

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader

**Agency - Vehicle**
▲ Team Leader

DEFS' RPD 017612

DEFS' RPD 017613



# ENVIROMENT

▲ Temperature
▲ Wind
   ▲ Speed
   ▲ Direction

# BASIC GEOGRAPHY

- ▲ Hampton Ave - North boarder
- ▲ 124th St - West boarder Milwaukee/Waukesha County Line
- ▲ 60th St. - East boarder
- ▲ Bluemound Rd. - South boarder

- ▲ I41 West side / I94 South side
- ▲ City is divided into 3 sectors, EAST / SOUTHWEST / NORTHWEST
- ▲ W. North Ave. - Main East / West route
- ▲ STH 100 (N. Mayfair Rd.) - Main North / South route West side
- ▲ STH 181 (Glenview Blvd, Harwood Av, Harmonee Av., Wauwatosa Av,) Main North / South on East side

DEFS' RPD 017614

DEFS' RPD 017615



DEFS' RPD 017616



# AIR SUPPORT

FIXED WING

▲ FBI - On standby.

▲ Video feed into CP / TOC & HISN SAR

▲ WI State Patrol on secondary stand by

DRONES

▲ Rotating via drone network

▲ Some streaming capabilities

DEFS' RPD 017617



# HIGH VALUE TARGETS
Fixed site security in place

Police Station, 11600 W. Walnut Ave.
▲ Ingress from DPW (Staging) on W. Walnut Av.

Fire Station 51, 1601 Underwood Av.
▲ Remote dispatch location

MRMC (Froedtert Hospital), 9200 W. Wisconsin Av.
▲ Entrance to ER off N. Connell Av East of N. 92 St.

City Hall, 7725 W. North Av.

Mayfair Mall, 2500 N. Mayfair Rd.

Cheesecake Factory, 2350 N. Mayfair Rd.

DEFS' RPD 017618

DEFS' RPD 017619



# OTHER TARGETS

## Pharmacies

▲ Walgreens

- ▲ 2275 M Mayfair Rd
- ▲ 2656 N Wauwatosa Av
- ▲ 6600 W State St
- ▲ 10800 W Capitol Dr

DEFS' RPD 017620

# OTHER TARGETS
## Pharmacies

▲ CVS

▲ 7520 W Bluemound Rd



DEFS' RPD 017621



# Other Targets

## Banks

- Equitable, 2290 N Mayfair Rd
- Wells Fargo, 2675 N Mayfair Rd.
- Waterstone, 7500 W State St
- Associated, 2645 N Mayfair Rd
- PNC, 2360 N 124
- Chase, 7430 W State St
- US Bank, 2323 N Mayfair Rd
- TriCity, 10859 W Bluemound Rd
- PNC, 6900 W State St
- Waterstone, 7136 W State St
- NorthStore, 8706 W North Av
- BMO Harris, 7501 W North Av
- US Bank, 6950 W State St

# OTHER TARGETS
## Liquor Stores

- Tosa Wine, 11500 W North Av
- Ray's, 8930 W North Av
- Tosa Liquor, 6607 W North Av
- Buy-Rite, 6002 W North Av
- Breeze Thru, 11104 W Bluemound Rd



# Medical

**Officer Citizen Rescue**
▲ TEMS to treat, if available
▲ Evac to CCP / CEP (Determined based upon location)

**Fire Department**
▲ Primary Staging FD51, 1601 Underwood Av. (EAST sector)

**Hospitals**
▲ FROEDTERT MLH, 9200 W. WISCONSIN AVE. - PRIMARY / Southwest Sector
▲ WEST ALLIS MH, 8901 W. GREENFIELD AVE. - SECONDARY

DEFS' RPD 017623



DEFS' RPD 017624

# COMMUNICATIONS

**OASIS SYSTEM (MILWAUKEE/WAUKESHA COUNTY)**
- ▲ MCSWAT3e (encrypted) – PRIMARY (C4)
- ▲ MCSWAT2 – SECONDARY (C3)

**EMERGENCY SYSTEM**
- ▲ 8CALL93 (F8)

**PLAIN TALK**
- ▲ Tactical Operations Center will be known as "TOC"
- ▲ Unit ID: City / County / State / Federal Agency + 1 (assigned by TOC)
  - ▲ Ex. QRF's: Tosa 1 / 2, Marshal 1 / 2. AV's: La Crosse / West Allis / Waukesha (WKSO "Sheriff")