INTEROFFICE MEMO
CITY OF WAUWATOSA



TO: Vicki Natarelli

FROM: David Simpson, Director of Public Works

RE: Milwaukee County District Attorney's Decision

DATE: October 6, 2020

---

As you may be aware the Milwaukee County District Attorney's Office is expected to release their decision regarding Wauwatosa Police Officer Mensah this week Wednesday (10/7). While we do not know what the decision will be preparations have been made in the unlikely event that protests occur that involve property destruction and/or violence.

Given that protest activity has not previously occurred at the City Garage it is unlikely that protests will occur here that will affect our ability to utilize the City Garage safely. Should protest activity occur anywhere in the City we will be in constant contact with the Police Department to verify that it is safe for you to complete work in the field before you are assigned work each day. If emergency work is needed at night we will contact the Police Department and they will provide an escort if the work cannot wait until morning. Please be assured that you will not be assigned field work that would place you in a knowingly dangerous situation and if you feel unsafe at any point please relocate somewhere safe and call your supervisor for further instructions. As always, if you experience or witness anything criminal call 911 immediately, prior to contacting a supervisor.

Access to the City Garage will only be available from 113th Street at times following the announcement so please plan to arrive via those gates. <u>During certain hours this will be a checkpoint staffed by the Police Department and you will be required to show this memo and your driver's license as verification that you are an employee in order to gain access to the City Garage so please keep this with you at all times.</u> Also, the Police Department may be utilizing portions of the City Garage during our off hours so please make sure to clear any items from the lunch room and meeting rooms at the end of your shift on Wednesday. It should also be noted that we will be taking extra care to sanitize surfaces each night after the Police Department vacates the building.

Protest activity, if any, will likely occur at City Hall and the Police Department and although protests have been peaceful thus far, the decision has been made to err on the side of caution and close City Hall and the Library at noon Wednesday, 10/7, remaining closed through Friday. We expect City Hall will reopen to the public on Monday, 10/12. There will be no access to City Hall and the Library during the time they are closed. Should you need assistance from Human Resources or any other City Department please utilize phone or email to communicate with them.

As always, your safety is my top priority and I will do everything I can to ensure our work will be completed as safely as possible. I truly appreciate your patience and dedication during a year that has brought many difficult times. Please feel free to call me directly at 414-831-0799 or email me at dsimpson@wauwatosa.net if you have any concerns or questions.

Thank you,

*David Simpson*
David Simpson
Director of Public Works

DEFS' RPD 017686