

Frank D "Nitty" Sensabaugh 5/█/1981)-

Khalil Coleman 7/█/1986)

Brandon M Love 5/█/1994)

Percy L Hayes JR 1/█/1986)

Brandon R Wilborn (7/█/2001)

Mariah █ Smith █ 1/█/1992)

Andre Triplet █ 2/█/1994)-



Demetrius L Griffin ▮ 11/▮▮/1987) ▬▬▬▬▬▬▬ – – –

Catarino "Nino" Cerda ▮ 7/▮▮/1986) ▬▬▬▬▬▬ – – –

Sedan M Smith Sr. (▮ 5/▮▮/1992) – – – – – – – – – –

Rebecca ▮ Wigley (Burrell) ▮ 2/▮▮/1986) – – – – – – –

Destiny ▮ Conner (9▮/▮/1993) ▬▬▬ – – – –

Jacqueline ▮ Bogenberger (5/▮/1991) – – – – – – – –

Henry ▮ Lee ▮ 11/▮▮/1986) – – – – – – –



Andrew █ Aaron (█ 10/██/1984)

Damion █ Patrick (█ 12/██/1998)

Brian █ Anderson (█ 3/██/1988)

Brandon █ Scharles (█ 3/██/92)

Jonathan Brostoff █ 9/██/1983)

afayette A Baldwin (█ 2/██/2002)

Lamount D Bradley (█ 2/██/2002)



urt W Bennett (7/■ 1977)

oseph S Hayes (■ 9/■ 1996)

Deshawnda T Bailey (7/■ 1986)

Nani M Ahrens (■ 11/■/1992)

Kim Dood (4/■/1987)

Joey R Koepp (1/■/1993)

Eric L Ajala (12/■/1999)



Tiffany M Henry ▮ 3/▮▮/1983)

Darius Hayes

Cherith B Love (9/▮▮/1958)

Sara Potts" Smith ▮ 6/▮▮/1993)

hannon I Mattner ▮ 4/▮▮/1974)

Kathleen A Hickman-Turner ▮ 7/▮/1973)

Honni A Al-Juma ▮ 4/▮▮/1986)

Angela Hayes ▮ 4/▮▮/1982)



Vaun L Mayes 3/■/1987)

andy Soloman 5/■/1971)

Gaige P Grosskruetz ( 11/■/1993)

Tabitha A Sanders 5/■/1998)

Isiah C Holmes 2/■/1996)

aynab H Baalbaki 5/■/1985)

John L Larry 9/■/1980)

Cole Family+

Taleavia L Cole ▮ 3/▮/1998):———————————————————————

Lauryn P Cross (6/▮/2000)———————————————————————--

**Tracy Cole ▮ 12/▮▮/1971)**————————————————————————



Atty. Kimberly Motley (BF 4/▮/1975

Office Contact number: 704-765-4887

Deja Vishny ———————————————————————————

Law office: 811 First St, Suite 101, Hudson, WI

Tristiana E Walls ▮ 1/▮▮/1992)—————————————————————

Tahudah L Cole ▮ 9/▮/1994) ———————————————————————



Lamonica M Langston █ 8/██/1975)———————————————————

Deandre Lockhart █ 9/██/1985)———————————————————

Caliph A Muab-El █ 11/██/1981)———————————

Charolette L Frazier █ 5/██/1991)———————————

Ronald D Bell █ 3/█/1992)———————————————————

Walter Townsend (Ph Oo Ly) █ 2/██/1997█

Breon Foster (2/5/2000)█———————————————————

Rosalind R Rodgers "Rozz" (3/██/2001)———————————————————

Isaiah J Baldwin (4/██/2002)█———————————————————



Justin J Stevens (5/■/2001)

John N Schuster (■08/■/94)

Nasir Re Harvey-Grigsby

Katelyn C Harvey (■,03/■/1996)

Adia M Green (■, 7/■1981)

Terrance W Raffeet (■,2/■/1978)

Justin W Carr (■, 2/■/1996)

Alyson ■ Branch (■, 2/■/1985)

Robert Agnew Jr (■, 12/■/1987)



M Sayfuddin Abbas Amin (Sayf Amin) 7/▆/1999)—————————————————

Jacob A Pick ( 9/▆/1991)————————————————

Adante D Jordan 7/▆/1975)————————————

Zachary Pick 9/▆/1986)————————————————

Jayden H Welch 05/▆/2001) ————————————————

Briitta Welch 2/▆/1972)

Crystal Carreon 01/▆/1983)————————————————

Lisa M Simmons 1/▆/1987)————————————————

Oscar Rodriguez ( 11/▆/1984)————————————————



Marybeth N Lockwood 10/█/1977)

Katelyn A Wojnar 12/█/1997)—————————————————

Acquinta D Price 1/█/1988)

Kamila S Ahamed 4/█/1992)—————————————

LaTasha Lux 12/█/1969)—————————————

Sean M Kafer (█ 10/█/1979)—————————

Madeleine Schweitzer 4/█/1991)—————————

Markasa S Tucker (1/█/1979)—————————————



Cherith B Love ( ▮ 9/▮▮/1958)

William Lofton ▮ 8/▮▮/1997)

Steven A Conklin ▮ 10/▮▮/1957

Andrew O Simpson-Blaser  ( ▮ 2/▮▮/1991)

Joanna E Beining ▮ 3/▮▮/1980)

Zakarie J Lenski ▮ (12/▮▮/1992)

Katherine E Schauble ▮ 7/▮▮/92



Niles J Mckee ▮ 7/▮▮/1991)

Ryan Berg ▮▮▮▮

Molly J Nilssen ▮ F 12/▮▮/1985)

Amanda M Derewicz ▮ 3/▮/1991)

onathan Rogers

David Bowmen ▮ 1/▮▮/1987)

Jeremy J "Hippy" Henderson ▮ 2/▮▮/1978)

Sonora A Larson (11/▮▮/1993)



Raine A Cich (05/██/01)

Mahogany A Givens (8/██/1996)

Alex A Larson (3/██/1992)

Jason Kern (5/██/1986)

Kaylah J Whittenberger (10/██/1989)

Raymond Moechoe (9/██/1994)

Solana Patterson-Ramos (11/██/1987)

John J Fleissner (10/██/1989)

Oscar J Walton "Spaidez" (6/██/1992)



Mary P "Mara" kachelski (9/■■/1972)

Gabriella M Vitucci (■ 08/■■/2000)

Alexia P Baertlein ■ 7/■/1998)

LaVita Booker ■ 9/■/1961)

Natasha Rodriguez ■ 3/■/1992)

Caleb Crossot

Trisha Wilson ■ 3/■/1970)

Sara ■■ Bingenheimer ■ 9/■■/1998)



Luiza R Calhoun (1/██/1993)

Kaytty J Weeks (1/██/1989)

Jada L Vucovic (6/██/2002)

Marqis M McVicker (7/██/1992)

Jackie W McGee (5██/1987)

Mark A Jenkins (3/██/1993)

Byrwynn K Osternga (2/█/1978)

(█/██/█)



Rebecca J Bannister  1/██/1975)

Amanda L Adams (4/██/1993)———————————————————

Amalia A Karioris  11/██/1987)———————————————————

Crystal G Gleason  1/█/1978)

Shaquana L Hannah  1/█/1985)———————————————————

Benjamin J Crevensten  2/██/1993)———————————————————

Bethany L Crevensten  12/██/1988)———————————————————

Amy S Taylor  7/██/1968)———————————————————



Shawn A Page (1/██/1974)——————————————————————

Tyrone ██ Randle Jr ██ 1/██/1993——————————————

Justin ██ Leonardo Lacy (10/██/1991)————————————

Tamuel R  Hendricks ██ 3/██/1981——————————————

Heart ██ Heiden (██ 5/██/1985)————————————————

Darrian D Davis ██ 8/██/1981——————————————————

Christina M Benton (██ 11/██/1986)——————————————

Nathan D Franklin (██ 6/██/1984)————————————————



Eric C Fanning 9/■/1970

Carmen N Palmer 3/■/1980

(■/■/■)

James L Beck (■ 4/■/1948)

Angel Vega-Angiano 12/■/1990

Peter A Sparks 4/■/1969



Heidi J Beaudoin (Brunner) █ 5/█/1966

John Schuster █ 1/█/1977

Hugo █ De Sa Beam ( █ 6/█/1987)

Katheryn A Franklin █ 4█/1989

Katy E Kujala-Korpela █ 8/██/1986

Mary █ F Randall ( █ 3/██/1950)

Alia A Swingle █ 8/██/1974

Tijuana L Conway-Bradley █ 12/██/1970

Savannha A Pyatt █ 01/██/1997



Garrett L Gutenberger ██ 03/██/1993) ----------------

Nicholas K Davis ██ 1/██/1999) ----------------

Emily M Schoenfelder ( ██ 9/██/1976)

Miranda D Davis ██ 10/██/1997) ----------------

Devante S White ( ██ 10/██/1992)

Elijah N Cosey ██ 6/██/1993)

Payton A Huff ██ 4/██/2001)

Deanna L Mckenzie ██B 11/██/1985) ----------------

Whitney R Roberson ██ 10/██/1986)

Gilbert T Lesky ██ 10/██/1991)



Heather L Parker (FW 6/██/1992)

Bryan J Garcia (MW 3/██/1978)—————————————————

Nicholas A Hansen (WM 9/██/1979)—————————————

Kimberleah M Bledsoe (FB 11/██/1990)————————————

Joseph N Brusky (WM 3/██/1977)—————————————

Tamara Santiago-Ignasiak (FW 9/██/1981)——————————

Connor M Nash (WM 3/██/1995)

Patricia L Hassenfeldt (Mans) (FW 3/██/1983)

Sara Gabriela Garcia Silva (FW 4/██/1988)————————————



Connor M Nash (WM 3/██/1995)

Stephanie A Croft (BF 4/██/1981)

Jessica F Fenner (FW 4/██/1974)————————————————————

Christine A Groppi (9/██/1980)————————————————————

Christina L Dresang (FW 7/██/1987)————————————————

Diana J Schmidt (FW 7/██/1974)————————————————————

Shenicqua M Billings-Troupe (BW 1/██/1993)

Melissa N Cason (BF 12/██/1984)



Nicole J Koback (FB 9/██/1975)

Tiffany A Stark (FW  11/██/1978)——————————————————————————

Mareza E Landeros Ramirez (FW 7/██/1992)————————————————

James C Prince (BM 10/██/1983)—————————————————————

KM PNyce——————————————————————————————

Jsaj OYW  "Zay"——————————————————————————————

**SHARP-PARKS, Isaiah Emmanuel (M/B 03/██/03)**

Tiffany Lovett-Rivera ——————————————————————————

Annie Oatmeal———————————————————————————————

United We Walk



Jessica M Klein (FW 12/█/1988)—————————————————————————————

Araceli Ramirez (9/█/1990)————————————————————————————————

Ahlahnah Rose

Chasidy N Palmer (FB 3/██/2006)

Chloe R Moore (FW 4/█/1999)

Mary M Rinnert (FW 9/█/1983)

Christina Benton

Tai Cassandra

Tynacity

Starlife Fortune

Sheilah Rossow

Lia Bella

Shyne Marie

Rico Santana

Malik Simmons

Daisy Chain

Ramone Santana

Jozi A Walker

Jessica Aguilar

Paige Walt

Brittany Lee





