# Shooting at 3775 N 100 St

- 20-14889
- 08/08/2020

# Shooting incident

- First involved subjects identified:

  - Ronald D Bell ████ 03██/1992)

  

  - William Lofton ████ 08██/1997)

  

# Traffic stop with Bell/Lofton

- Following incident; Bell/Lofton were traffic stopped by PO Finley and positively identified.

- Surveillance conducted with MPD Bureau; Bell/Lofton traffic stopped by PO Cefalu and taken into custody. Vehicle search warrant drafted and approved, no new information obtained.

# Interview with Lofton

- Lofton declined to make any statements and was conveyed to CJF on RES charges (subject riding on top of his vehicle as he drove).

- Subsequently charged with Second-Degree Recklessly Endangering Safety.

# Interview with Bell

- Two different interviews; Bell waived rights in both.
- Admitted to having shotgun at Mensah's house and that it was in his control when it "went off".
- Implicated several other subjects involved in the incident. Identified several subject present at Mensah's house.
- Provided intelligence about the People's Revolution.
- Subsequently charged with Second-Degree Recklessly Endangering Safety, Battery to Law Enforcement Officer – PTAC.

# Niles J McKee

- Niles Jon McKee ▮▮ 07▮▮/1991); implicated by Bell as providing and disposing of the shotgun.
- No Knock Search Warrant authorized (20-15215). McKee taken into custody, items of evidentiary value seized; shotgun was NOT located.
- Waived rights and provided a statement implicating/identifying those involved/present.
- Gave shotgun to "Hippie Henderson".
- Subsequently charged with Harboring and Aiding a Felon.

# Hippie Henderson

- Jeremy J Henderson ▇▇▇ 02/▇/1978)
- Implicated by McKee as being in possession of shotgun; McKee passed shotgun off days after the shooting requesting Henderson maintain it.
- No Knock search warrant conducted (20-15394); shotgun recovered.
- Waived rights, did not provide any new information, denied knowledge that he was aware of shotgun's use.
- At this point, no charges have been filed.

# Lafayette Baldwin

- Lafayette A Baldwin (██ 02██/2002)
- Implicated by Bell and Lofton as having pulled a handgun on ██ensa and threatened his life.
- Identified by Swayka in photo array.
- No Knock search warrant (20-15393), some items of evidentiary value recovered.
- Declined to provide a statement.
- At this point, no charges have been filed.

# Confidential Informant

- Detective Roberson obtained information of a "protestor" that was on-scene.
- CI provided credible information and two videos that were previously, unknown.

# Witness statement attempts

- Several subjects have been identified.
- Detective Roberson has been attempting to identify additional subjects.
- Detective Roberson and Detective Sment tasked with contacting them for witness statements.
- Several have deferred to their attorneys. At this point, no additionaly statements have been obtained.

PL002854

# Continued investigation

- As subjects continue to be identified (specifically where there is PC for Battery to LE) attempts will be made to locate and arrest them. Charges will be sought through the DA's office.
- DA's office reluctant to issue charges leading to warrants on these subjects.
- DA's office will, likely, issue charges/warrants on higher value targets prior to arrests being made.  However, these higher value targets will need DA Administrative approval before proceeding.

# Higher Value Targets

- Khalil Coleman ( 07/1986)
  - Implicated by Bell
  - Viral video shows Bell on bullhorn; 90 seconds later, same bullhorn is used to strike Mensah on the head (CI video). However, only the arm of the person swinging is visible.
  - Provided broken bullhorn to Cole family as a souvenir.
  - Coleman believed the be the "leader" of the People's Revolution and is rumored to have had private meetings with McBride, Motley and Vishny.
  - Loose PC exists…DA's office has requested continued investigation in hopes that more will present.

002855

# HVT

- State Representative David Bowen
  - Present with group at Target purchasing toilet paper
  - Aware of destination, when asked for the disclosure his response was, "I can't tell you, but you're going to like it".
  - Seen in video in close proximity to the attack on Mensah.
  - Bell wanted to turn himself in, Bowen told him not to do so and to wait to see how things shook out.
  - Participated in phone call with Tiffany Henry and Bell.
  - Intentionally put out false information, on State Letterhead, following the attack.

# HVT

- Tiffany Henry (██ 03██/1983)
  - Milwaukee Office Director for US Senator Tammy Baldwin,
  - President of Milwaukee Urban League Young Professionals,
  - Implicated by McKee as also hitting Mensah with bullhorn; this information has not been confirmed.
  - Was with David Bowen when they called Bell to discuss the shooting. Following the discussion, Bowen's statement goes out.

# HVT



- Dennis McBride
  - Sanctioned violence against Mensah,
  - Alleged to have met privately with Coleman, Motley and Vishny and Brian Anderson.
  - Close connection to David Bowen, was willing to meet and provide an investigative update until stopped by City Attorney,
  - Continually provides outright lies and misleading information to the public,
  - Permitted the People's Revolution to run City of Wauwatosa meetings, has had discussions and Q&A sessions not outlined on meeting agendas, in violation of Open Meetings laws.
  - No PC for involvement in Mensah shooting…yet.