# Arrests/Booked and Released/Citations

|  Joanna Geisler DOB: 8/8/95 |  William Schroeder DOB: 2/19/97 |  Anne DeLassio-Parson DOB: 1/25/84 |
|---|---|---|
| Milwaukee Alliance Against Racist and Political Repression — Charge/Offense: Fail to Obey Lawful Order | Milwaukee Alliance Against Racist and Political Repression — Charge/Offense: Blocking Traffic | Charge/Offense: Curfew |



LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022461

# Arrests/Booked and Released/Citations

 Elizabeth Ebner
DOB: 11/11/77

Charge/Offense: Curfew

 Mary Rinnert
DOB: 9/2/83

The People's Revolution
Charge/Offense: Curfew / Refusing to Leave when Instructed

 Choke Moore
DOB: 4/8/99

The People's Revolution
Charge/Offense: Curfew

**LAW ENFORCEMENT SENSITIVE**

DEFS' RPD 022462

# Arrests/Booked and Released/Citations



Ashlee Hirth
DOB: 3/5/98

Charge/Offense: Curfew



Breon Foster
"HB Rich"
DOB: 2/5/00
**The People'es**

Charge/Offense: State resist causing injury (victim: Det. Keck). Curfew. Possession of riotous materials wearing goggles, latex gloves, lighter fluid in backpack



Luis Alpizar Pichardo
DOB: 10/10/97
**BLM**

Charge/Offense: Curfew and resisting

**LAW ENFORCEMENT SENSITIVE**

DEFS' RPD 022463

# Arrests/Booked and Released/Citations



Katelyn Wojnar
DOB: 12/1/97
TPR

Charge/Offense: Curfew / Resisting



Jacqueline Bogenberger
DOB: 5/9/91
TPR

Charge/Offense: Curfew / Resisting



Gabriella Vitucci
DOB: 8/8/00
TPR

Charge/Offense: Curfew / Resisting

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022464

# Arrests/Booked and Released/Citations



Raine Cich
DOB: 5/17/01
TPR

Charge/Offense: Curfew / Resisting



Angel Vega-Anguiano
DOB: 12/22/90
TPR

Charge/Offense: Curfew / Resisting
"Medic"



Cheryll Handley-Beck
DOB: 11/2/56

Charge/Offense: Misdemeanor Hold

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022465

# Arrests/Booked and Released/Citations



James Beck
DOB: 4/24/48

Charge/Offense: Misdemeanor Hold



Danladi Reed-Taylor
DOB: 2/1/98

Charge/Offense: Curfew Violation



Carnell Taylor
DOB: 8/23/01

Charge/Offense: Curfew Violation

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022466

# Arrests/Booked and Released/Citations



Triston Brown
DOB: JUVENILE

Charge/Offense: Curfew violation



Dimarious Reed
DOB: JUVENILE

Charge/Offense: Curfew violation



Chloe Moore
DOB: 4/8/99
TPR

Charge/Offense: Curfew violation

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022467

Cont'd.

# Arrests/Booked and Released/Citations



Ryan Reitinger
DOB: 3/18/93

Charge/Offense: Curfew/Resisting



Marlyn Morris Johnson
DOB: 4/25/02

Charge/Offense: Curfew violation



Lazarito Matheu
DOB: 12/21/87

Charge/Offense: Curfew violation

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022468

# Arrests/Booked and Released/Citations


Hector Rodriguez
DOB: 12/12/86
Charge/Offense: Curfew violation


William Rivera
DOB: 3/3/95
Charge/Offense: Curfew violation


Aidali Rivera
DOB: 1/14/77
Charge/Offense: Curfew violation

**LAW ENFORCEMENT SENSITIVE**

DEFS' RPD 022469

# Arrests/Booked and Released/Citations



Deanna Neal
DOB:

Charge/Offense: Eluding
Taken to CJF

Stephanie Hippolyte
DOB: 5/9/91

Charge/Offense: Eluding

LAW ENFORCEMENT SENSITIVE

DEFS' RPD 022470