**From:** Dominick Ratkowski
**To:** Luke Vetter
**Subject:** FW: Ad Hoc Committee on policing and systemic citizen members
**Date:** Monday, August 3, 2020 11:42:24 AM
**Attachments:** committee_members.pdf
Zaynab Baalbaki.jpg
John Larry.jpg

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI 53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net

**From:** Dominick Ratkowski
**Sent:** Thursday, July 30, 2020 10:37 AM
**To:** Barry Weber <bweber@wauwatosa.net>; Luke Vetter <lvetter@wauwatosa.net>; Brian Zalewski <bzalewski@wauwatosa.net>; Michael Schultz <mschultz@wauwatosa.net>
**Subject:** Ad Hoc Committee on policing and systemic citizen members

Just in case some one ask for proof that they are in the Peoples Revolution, I attached their Facebook information as members in the group.

**Dominick Ratkowski**
Crime Analyst
Wauwatosa Police Department
1700 N 116th St
Wauwatosa, WI 53226

Office: 414-607-7085
Cell: 414-688-0079
E-mail: dratkowski@wauwatosa.net

DEFS' RPD 026664
Case 2:20-cv-01660-NJ   Filed 02/02/23   Page 1 of 5   Document 292-5



Zaynab H Baalbaki (FW 5/8/1985)-"Founding Member" of the People's Revolution

DOT as of 6/16/2020: 724 S 26th St.

Employment: Escuela Verde Advisor (3628 W Pierce St) $46,000 salary
zaynab@escuelaverde.org "is a teacher-powered school that focuses on social justice, sustainability, and peace"

Other Employment:

WAEE (WI Association for Environmental Education) board of Directors 2018-2020

http://www.waee.org/board-of-directors

Educational Chair for the Milwaukee Urban League Young Professionals (where Tiffany Henry is President-see Farina's body Cam from 7/7/2020 (20-013276)) Email: education@tmulyp.org

WCSS (Wisconsin Council for Social Studies) 2020 presentation on Activities for Global Citizenship: People, Food, Energy and sustainability https://wcss2020.sched.com/event/ZscF/activities-for-global-citizenship-people-food-energy-and-sustainability

Education Degrees and course work:

**Marquette**: Master's Degree from the College Student Personnel/Student Affairs

Life in Kuwai https://marquetteeducator.wordpress.com/2012/07/04/life-in-kuwait-part-2/

**University of Pennsylvania**: Education, Culture and Society

Book Review: https://urbanedjournal.gse.upenn.edu/sites/default/files/pdf_archive/82-84--Baalbaki.pdf

**University of WI-Madison**: majors: Sociology, Elementary Education, **Minors:** Chicano & Latino Studies, Educational Police Studies

Likely attended the Young People's Revolution Committee Rally on 9/7/17 to protest President Trump. YPRC is closely linked to the *Freedom Road Socialist Organization/FightBack!*

Signee of Sociologists Issue Statement on Ferguson 1800+ Sociologists Demand Justice and Change in Policing of Communities of Color http://docshare01.docshare.tips/files/23745/237456935.pdf

Social Media

Twitter: https://twitter.com/intent/user?screen_name=zbaalbaki

Facebook: https://www.facebook.com/zhbaalbaki

LinkedIn: https://www.linkedin.com/in/zaynabbaalbaki?src=aff-lilpar&veh=aff_src.aff-lilpar_c.partners_pkw.123201_plc.adgoal%20GmbH_pcrid.449670_learning&trk=aff_src.aff-lilpar_c.partners_pkw.123201_plc.adgoal%20GmbH_pcrid.449670_learning&clickid=WzC1JxQccxyORVZwUx0Mo3bwUkiR5J2aEzpI0U0&irgwc=1&challengeId=AQG61MKgDXjqIgAAAXN3KBQta1W9HvipXlOY6mmqwsnP4WioXSkoSWE8YaBm3ZEx-BH8tDJosfygirMpA-L5nV9zjBmZ1JsXAw&submissionId=9f20d940-ef1c-2416-8bfb-0330db471e1f

NEWaukeean article:

https://urbanmilwaukee.com/2018/03/05/newaukeean-of-the-week-zaynab-baalbaki/

Pintrist: https://www.pinterest.com/zbaalbaki/

**KGIS:** Traffic Stop in 877YSS (2007 Red Acura) by Greenfield (11/6/16) & Tosa Speeding Citation (10/15/2016)

**CCAP:** Small claims court 2018SC040164 Progressive Universal Insurance Company vs. Kasim H. Baalbaki et al-Action dismissed due to Plaintiff and Defendant not in Court on 4/12/19

**Milwaukee Muni court:** Failed to Stop at Stop Sign 10/19/17 and speeding 6/23/2019



LaSharle M Borg (FB 6/15/1973)

DOT as of 6/19/2000: 2466 N 47th St

TLO: 2466 N 47th St and 4421 N Woodburn St.

**Husband:** Peter Borg (BM 4/8/1971)

**Employment:** First Weber Realtors https://sharborg.firstweber.com/

Represented Giannis Antetokounmpo when he was buying a $1.8 Million house https://www.latimes.com/business/realestate/hot-property/la-fi-hotprop-giannis-antetokounmpo-milwaukee-mansion-20181103-story.html

**Social Media:**

**Facebook:** https://www.facebook.com/shar.borg.3

**Instagram:** https://www.instagram.com/sharborgteam/

**CCAP:**

**2018SC032139:** Children's Hospital & Health System, Inc. vs. Lasharle Borg (def)-Action dismissed– defendant does not appear to have appeared in court

**2015TW001259:** Dept. of Revenue vs. PETER BORG et al (def)-Peter Borg Civil Judgement-Delinquent Tax Warrant (24,292.45)

**2012TW001978:** Dept. of Revenue vs. PETER BORG et al– Same as above ($15,624.85)

**2011TJ000904:** City of Milwaukee vs. Lasharle M Borg

**2010TW006436:** Dept. of Revenue vs. PETER BORG et al ($2,051.83)

**2010SC032176:** Milwaukee City vs. Lasharle Borg et al

**2010TW004355:** Dept. of Revenue vs. PETER BORG et al ($3,280.17)

**2010CV004195:** Wells Fargo Bank NA vs. Lasharle M Borg et al

**2009SC009868:** Wisconsin Electric Power Co vs. Lasharle Borg

**2001CV002564:** Peter Borg et al vs Peppertree Resort Villas Inc et al

**Borg v Shorewest Realtors: 11-CV-00986** https://www.leagle.com/decision/infdco20130628e64

**KGIS:**

Wauwatosa Witness to Hit & Run (19-024660); Traffic Stop– Speeding 2/9/2014 and operating unreg. 9/5/2010

South Milwaukee Traffic Stop 6/18/2013

Racine Sheriffs Traffic Stop– speeding 4/20/2016

Cederburg Traffic Stop– Speeding 1/7/2017

Ozaukee Traffic Stop– Speeding 8/30/2017

Elm Grove Traffic Stop– Speeding 6/26/2006

Bayside Traffic Stop– 10/1/2016

Fox Point Witness in Substantial Battery/Child Abuse (18-004799) 8/27/2018

Hales Corners Traffic Stop– Speeding 1/26/2012

Men. Falls Traffic Stop– 3/24/2013

**Milwaukee Muni court:** none

John L Larry (MB 9/22/1980) member of People's Revolution

DOT as of 8/1/2016: 4546 N 110th St (Facebook indicates he is originally from Chicago)

Wife: Maia Larry (BF 6/22/1982)

**Employment:** Linked in shows New Testament Christian Academy: Co-Curriculum Director/Middle School Language Arts Teacher but he is not listed on the school's website

Possibly fired from HOPE Christian School for an unknown reason (https://www.ipetitions.com/petition/rehire-mr-larry)

**Education: Grand Canyon University**-Ph.D Educational Leadership and Administration; **University of Phoenix**– Master of Arts in educational Studies and **Judson University**-BA in Worship Arts/youth Ministry

**TLO: Criminal:** Rock Island, IL 2002 Registration expiration (2002TR18150) and Driving with Expired Plates in Dupage County, Il (2002TR083525)

**Per JSOnline:** "Among those in the crowd was John Larry, 39, a former Milwaukee resident who now lives in Wauwatosa and has gone to dozens of protests in support of Black Lives Matter. He said Morales has not engaged with residents, and the fact that he wasn't fired Monday will just lead to more distrust in the community." https://www.jsonline.com/story/news/2020/07/20/uncertainty-hangs-over-police-chief-crises-build-milwaukee/5473422002/

TMJ4 article: https://www.tmj4.com/news/local-news/protesters-passion-reflecting-on-the-first-quarter-of-the-protest-journey

**Social Media:**

Facebook: https://www.facebook.com/john.larry/friends

OfferUp: https://offerup.com/p/7238078/

Linkedin: https://www.linkedin.com/in/john-larry-12485732/

**KGIS:** West Allis Impeding Traffic Citation 7/12/2020 in NA8240 White Dodge Truck (20-024629)

**CCAP:** Nothing

**Milwaukee Muni court:** nothing



Lindsey D Draper (2/9/1952)

**Employment:** Public Defender at Milwaukee Trial Juvenile Health Division

Former circuit court commissioner for Milwaukee County

Board Member at St. Charles

Attorney Coach, Wauwatosa West Mock Trial Team

Teacher, East Side Child and Youth Ministry (Middle School)

Standing Committee on Client Protection, American Bar Association (Chairmanship through August 2016)

National Client Protection Organization (Board Member)

Felmers Chaney Advocacy Board (Member)

Cathedral of St. John the Evangelist (Member)

Mock Trial Attorney Coach for Wauwatosa East

DOT as of 9/14/1991: 11111 W Courtland Ave

    Also owns The Village Cheese Shop building

Endorsed Rebecca Kiefer for Circuit Court

**Donations:** Gave $100 to Joe Donald for Appellate Court Judge and $100 to Blackpast.org

**Phoenix:** Victim of Attempted Burglary (19-008451) and Hit & Run 00.001327

**Other:**

    Around the Corner with John McGivern | Interview | #102 | Lindsey Draper

    https://www.youtube.com/watch?v=cYamPRas9RU

**Milwaukee Muni court: nothing**