| | |
|---|---|
| **From:** | Barry Weber |
| **To:** | Brian Zalewski; Luke Vetter; Michael Schultz |
| **Subject:** | FW: Ad-Hoc Committee Membership |
| **Date:** | Thursday, July 16, 2020 9:55:56 PM |

Sent via the Samsung Galaxy S9, an AT&T 5G Evolution capable smartphone


-------- Original message --------
From: Kathleen Causier <kcausier@wauwatosa.net>
Date: 7/16/20 9:52 PM (GMT-06:00)
To: Nancy Welch <nwelch@wauwatosa.net>, Ernst-Ulrich Franzen <efranzen@wauwatosa.net>, Meagan O'Reilly <moreilly@wauwatosa.net>, Jason Kofroth <jkofroth@wauwatosa.net>, Jason Wilke <jwilke@wauwatosa.net>, Dennis McBride <dmcbride@wauwatosa.net>, James Archambo <jarchambo@wauwatosa.net>, Melissa Weiss <mweiss@wauwatosa.net>, Barry Weber <bweber@wauwatosa.net>
Cc: Allison Byrne <abyrne@wauwatosa.net>, "Matthew J. Stippich" <mstippich@wauwatosa.net>, Joel Tilleson <jtilleson@wauwatosa.net>, Craig Wilson <cwilson@wauwatosa.net>, Alan Kesner <akesner@wauwatosa.net>, Hanna Kolberg <hkolberg@wauwatosa.net>, Melanie Kollmansberger <mkollmansberger@wauwatosa.net>, Kathleen Causier <kcausier@wauwatosa.net>
Subject: Ad-Hoc Committee Membership

Colleagues,

The Common Council President and the four chairpersons of Council Standing Committees have appointed the following members to the Government Affairs Committee Ad-Hoc Committee to address Policing and Systemic Inequities:


Community Members:

     Ms Zaynab Baalbaki (Milwaukee Resident)
     Ms LaSharle Borg (Milwaukee Resident)
     Mr. Lindsey Draper (8th District Resident)
     Mr. John Larry (8th District Resident)

Common Council Members:

     Ald. Allison Byrne (Chair of Transportation Affairs; 6th District Alderperson)
     Ald. Heather Kuhl (5th District Alderperson)
     Ald. Matt Stippich (Chair of GAC; 1st District Alderperson)
     Ald. Craig Wilson (Chair of Financial Affairs; Liaison to Equity and Inclusion
               Commission; 8th District Alderperson)

DEFS-RFP 026866

This group represents a diversity of cultural backgrounds, professional accomplishments, and personal perspectives regarding day-to-day life in the City of Wauwatosa.

      Respectfully submitted,

      Alderpersons Causier, Byrne, Stippich, Tilleson, and Wilson

*Kathy Causier*
*Alderwoman, 2nd District*
*414-771-0123  Home*
*414-491-9286  Cell*

DEFS RFP 026867