| From: | Luke Vetter |
|---|---|
| To: | Dennis McBride; Barry Weber |
| Cc: | James Archambo |
| Subject: | RE: [External] Protest |
| Date: | Sunday, October 11, 2020 4:58:34 PM |

Mayor-

Chief Weber and I discussed this today. He will speak with you about it. I appreciate your enforcement fervor!

Capt. Vetter

**From:** Dennis McBride
**Sent:** Sunday, October 11, 2020 1:50 PM
**To:** Luke Vetter <lvetter@wauwatosa.net>; Barry Weber <bweber@wauwatosa.net>
**Cc:** James Archambo <jarchambo@wauwatosa.net>
**Subject:** Fw: [External] Protest

Please send Ms. Groppi a ticket for violating curfew.

Dennis R. McBride

Mayor, City of Wauwatosa

7725 West North Avenue

Wauwatosa, WI 53213

mayor@wauwatosa.net

(414) 479-8915

---

**From:** christine groppi <christinegroppi@yahoo.com>
**Sent:** Sunday, October 11, 2020 12:29 PM
**To:** Dennis McBride
**Subject:** [External] Protest

Dear Mayor McBride,

I am writing to express my extreme disgust and dismay at the behavior of the

DEFS' RPD 024770

Wauwatosa Police Department. I was a victim of the gas attack on peaceful protesters on Friday night, and was pursued on foot by the police for several blocks into Milwaukee, before reaching the safety of a friend's home.

Not only was this attack unnecessary and unprovoked, but it resulted in the illegal detention of fellow protesters and the bogus charges brought against them. They were held for hours in a secret location under Mayfair Mall, their property confiscated, and were subject to intimidation and harassment before finally being dropped on a random street corner with no way of calling for help.

This conduct is illegal, dangerous, irresponsible, and deeply distressing. I urge the mayor to abandon this course of action for the good of all citizens. End the ridiculous and racist curfew, send the National Guard home, and seek to right the grave injustices committed against the Cole family, and the Anderson and Gonzales families.

Thank you for your attention in this matter.
Sincerely,
Christine Groppi