| You are Notified to Pay or Appear | | | Form No. and Version CT | | CITATION NO. |
|---|---|---|---|---|---|
| Appearance Required: NO | Date NOV-18-2020 | Time 05:00 PM | MUNI | 0405 | 1R8163XJR7 |

WAUWATOSA CITY MUNICIPAL COURT
7725 W NORTH AVE
WAUWATOSA, WI 53213
(414) 471-8488   WWW.WAUWATOSA.NET

Juvenile   DEPOSIT   Cash-  Card
$1,321.00   N   N
Court Use: DA   N

**Defendant** (Last Name, First, Middle), Street Address, P.O. Box, City, State, Zip
RIVERA J. WILLIAM

Birth Date | Sex | Race
HT | WT | Hair | Eyes

Driver License/Identification Card Number | State | Exp. Yr.

Name and Address of Parent/Guardian/Legal Custodian (If minor defendant)

Other Identification Number | ID Type

License Plate Number | Plate Type | State | Exp. Yr.

Vehicle Identification Number | Telephone Number

Telephone Number of Parent/Guardian/Legal Custodian

**Plaintiff**
CITY OF WAUWATOSA

Ordinance Violated: 70201050

Adopting State Statute

Violation Description

Agency Space
20-18472

Ordinance Description

**VIOLATE EMERGENCY ORDER**

Week Day | Date | Time
FRIDAY 10/09/2020 | 10:43 PM

From/AT Hwy No. and/or Street Name
ON WAUWATOSA AVE/181 NORTH 11 FT N OF NORTH AVE

County | City/Village/Town
MILWAUKEE - 40 | WAUWATOSA - 59, CITY

Officer Name
OFFICER D. SCHLEIS

Date Citation Served: 10/09/2020   Method: IN PERSON
Residence Contact Name   Age

Officer ID | Department
6826 | WAUWATOSA POLICE DEPARTMENT

(If left with person at defendant's address)

Victim                           Birth Date   Restitution Requested

--- INSTRUCTIONS - READ CAREFULLY ---

Police # 20-18472

DEF WAS SEEN PARTICIPATING IN AN UNLAWFUL PROTEST AFTER EMERGENCY ORDER CURFEW WAS GIVEN AT 7:00PM. DEF REFUSED TO LEAVE THE AREA AFTER SEVERAL WARNINGS VIA A P/A SYSTEM AND WAS SUBSEQUENTLY ARRESTED.

**WISCONSIN NON TRAFFIC CITATION**
1 of 1

Citation # 1R8163XJR7