| You are Notified to Pay or Appear | | | Form No. and | Version CT | CITATION NO. |
|---|---|---|---|---|---|
| Appearance Required: **NO** | Date **OCT-28-2020** | Time **05:00 PM** | MUNI | 0405 | **1R8163XJQ0** |
| WAUWATOSA CITY MUNICIPAL COURT<br>7725 W NORTH AVE<br>WAUWATOSA, WI 53213<br>(414) 471-8488  WWW.WAUWATOSA.NET | | | Juvenile<br><br>Court Use: DA | DEPOSIT<br>**$691.00** | Cash- Card<br>N   N |

Defendant (Last Name, First, Middle), Street Address, P.O. Box, City, State, Zip: **BALDWIN, ISAIAH J.**

Birth Date | Sex | Race
HT | WT | Hair | Eyes

Driver License/Identification Card Number | State | Exp. Yr.
Other Identification Number | ID Type
License Plate Number | Plate Type | State | Exp. Yr.
Vehicle Identification Number | Telephone Number

Name and Address of Parent/Guardian/Legal Custodian (If minor defendant)
Telephone Number of Parent/Guardian/Legal Custodian

**Plaintiff**: CITY OF WAUWATOSA
**Ordinance Violated**: 750030
**Adopting State Statute**:
**Agency Space**: 20-16561

**Violation Description**

**Ordinance Description**
**SPECIAL EVENT PERMIT REQUIRED**

| Week Day | Date | Time |
|---|---|---|
| SUNDAY 09/06/2020 | | 12:51 AM |

**From/AT Hwy No. and/or Street Name**
ON W VLIET ST 137 FT E OF LOMBARD CT

| County | City/Village/Town |
|---|---|
| MILWAUKEE - 40 | WAUWATOSA - 59, CITY |

**Officer Name**: LIEUTENANT J. FARINA
**Officer ID**: 6050
**Department**: WAUWATOSA POLICE DEPARTMENT
**Victim**:

**Date Citation Served**: 09/06/2020
**Method**: IN PERSON
**Residence Contact Name**: DEFENDANT
(If left with person at defendant's address)
**Age**: 18
**Birth Date** | **Restitution Requested**

---

**INSTRUCTIONS - READ CAREFULLY**

Police # 20-16561

ON 09-05-20 AT BETWEEN 10:02PM AND 12:15AM (9-6-20) THE DEF. WAS PART OF A PROTEST GROUP ASSEMBLED AT N. 65TH ST./MILW. AVE. SEVERAL WAUWATOSA SQUADS WITH EMERGENCY LIGHTS ACTIVATED WERE BLOCKING THE ROAD TO STOP THE PROTEST, BLOCKING ALL LANES OF TRAFFIC. THE VEHICLES ENTERED WAUWATOSA YELLING AND SINGING AND WITH VEHICLES BLOWING THEIR HORNS. THE ACTIVITY OF THE PROTESTERS BLOCKED THE ENTIRE ROADWAY THROUGHOUT THE CITY THEREBY NOT ALLOWING VEHICULAR TRAFFIC TO PASS THROUGH. THE PROTESTERS AND VEHICLES WERE SUFFICIENTLY LOUD THAT THEY CAUSED A LARGE DISTURBANCE. PROTEST VEHICLES DROVE RECKLESSLY, CAUSING SIGNIFICANT DANGER TO THE PUBLIC. VEHICLES WERE DRIVING OFF ROAD ONTO SIDEWALKS AND FRONT YARDS. THERE IS SQUAD VIDEO AND BODY CAM DOCUMENTING THIS INCIDENT. DEF. DID NOT HAVE A PERMIT.

**WISCONSIN NON TRAFFIC CITATION**
1 of 1

Citation # 1R8163XJQ0

Case 2:20-cv-01660-NJ   Filed 12/19/23   Page 5 of 90   Document 259-1
ROY DECLARATION EXHIBIT A        DEFS' RFP 028772

Case 2:20-cv-01660-NJ   Filed 02/02/23   Page 1 of 1   Document 294-1