| You are Notified to Pay or Appear | | | Form No. and Version CT | | CITATION NO. |
|---|---|---|---|---|---|
| | Date | Time | MUNI 0405 | | 1R813GX53T |
| Appearance Required: NO | NOV-18-2020 | 05:00 PM | Juvenile | DEPOSIT | Cash- Card |
| WAUWATOSA CITY MUNICIPAL COURT<br>7725 W NORTH AVE<br>WAUWATOSA, WI 53213<br>(414) 471-8488  WWW.WAUWATOSA.NET | | | Court Use: DA  N | $1,321.00 | N    N |

**Defendant** (Last Name, First, Middle), Street Address, P.O. Box, City, State, Zip: **RIVERA, AIDALI**

Birth Date | Sex | Race
HT | WT | Hair | Eyes

Driver License/Identification Card Number | State | Exp. Yr.
Name and Address of Parent/Guardian/Legal Custodian (If minor defendant)

Other Identification Number | ID Type

License Plate Number | Plate Type | State | Exp. Yr.

Vehicle Identification Number | Telephone Number
Telephone Number of Parent/Guardian/Legal Custodian

**Plaintiff:** CITY OF WAUWATOSA
**Ordinance Violated:** 70201050
**Adopting State Statute:**

**Violation Description**

Agency Space
20-18413

**Ordinance Description**

**VIOLATE EMERGENCY ORDER**

| Week Day | Date | Time |
|---|---|---|
| FRIDAY | 10/09/2020 | 10:00 PM |

From/AT Hwy No. and/or Street Name
ON WAUWATOSA AVE/181 NORTH 31 FT N OF NORTH AVE

| County | City/Village/Town |
|---|---|
| MILWAUKEE - 40 | WAUWATOSA - 59, CITY |

**Officer Name:** LIEUTENANT J. FARINA

Date Citation Served: 10/17/2020
Method: MAILED
Residence Contact Name | Age

| Officer ID | Department |
|---|---|
| 6050 | WAUWATOSA POLICE DEPARTMENT |

(If left with person at defendant's address)
Victim | Birth Date | Restitution Requested

--- INSTRUCTIONS - READ CAREFULLY ---

Police # 20-18413
DEF VIOLATED EMERGENCY ORDER, SEE INCIDENT REPORT

**WISCONSIN NON TRAFFIC CITATION**
1 of 1

Citation #
1R813GX53T

Case 2:20-cv-01660-NJ   Filed 02/02/23   Page 1 of 1   Document 295-1