| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

Mara P Kachelski, from crossing the skirmish line. Larry is standing there and he becomes upset and accuses Officer Patnode-Fonseca of putting his hands on women. Kachelski and at least 2 other protestors try to calm Larry as he gets more agitated stating "Put your hands on me! Put your hand on me! Go ahead. Do the same thing you did to her, do it, I'm waiting on you", "I'm not playing", and "look up my address 4546 N 110 St, come looking for me. Come surround my house".

During these incidents, John Larry is wearing a red number 7 San Francisco 49ers jersey and black baseball hat. Larry's DOT record shows him to be ▓▓▓ tall, ▓▓▓ pounds, ▓▓▓ eyes and ▓▓▓ hair.

John Larry was issued a Municipal Citation for Disorderly Conduct / Disturbing the Peace.

**Disorderly Conduct / Obstructing by Crystal Carreon**
Officer Yandre described in his report a female who was kicking him in the shins during the protest. Based on her description and after viewing the video, I identified this female to be Crystal Carreon (▓▓, 01/▓▓/83). Carreon is on Squad P241 video from 19:31-19:36 blocking in the squad so it could not leave the scene. The video also shows Officer Yandre attempting to clear the protestors from in front of the squad and the group pushing back at him. Carreon is actively resisting Officer Yandre's attempt to clear the area around the squad.

During this incident, Carreon is wearing a black t-shirt, dark pants, a blue bandana used as a face mask, a dark handkerchief tied around her left wrist, cross necklace, aviator style sunglasses, and hair back in a ponytail. Carreon's DOT file shows her to be ▓▓" tall, ▓ pounds, ▓▓▓ eyes and ▓▓▓ hair.

Crystal Carreon will be issued a Municipal Citation for Disorderly Conduct / Disturbing the Peace / Obstructing Police.

**Disorderly Conduct by Joseph Hayes**
Officer Finley described in his report that Joseph S Hayes (▓9/▓▓/96) challenged him to fight.

A review of Joseph Hayes' Facebook live (under name Braxton Ivan), shows that Hayes made numerous threats to officers throughout the protest. At the 7:15 mark, Hayes states "They want us to do what we did to Mensah.... hey they know what we did up there". A female then tells Hayes "don't speak on that you're just giving them evidence".

At 13:50 mark, while Hayes is yelling at Officer Finley, Hayes says "take them clothes off and lets go one on one" and "if I beat you that proves this is not for you".

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 5 Of 20 |
|---|---|---|

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

At 19:50 mark, Hayes is talking to Officer Klett and Hayes states "I bet if you take off them clothes and go one on one, and if I beat you, you not supposed to be wearing that suit".

At 20:17 mark, the video captures John Larry getting threatening towards Lt. Farina and Hayes is yelling "yeah yeah yeah" in encouragement of Larry.

At 30:18 mark, Hayes is standing in front of Officers Patnode-Fonseca and Opelt, and he again says "if they take them uniforms off, I bet I can beat you". This is also captured on Officer Patnode-Fonseca's bodycam at 33:51 mark.

At 31:37 mark, Hayes states " They pushing us, I'm going to whoop their ass" and at 32:10 Hayes states "I'm going to whack their ass on my kids".

During the protest, Joshua Hayes was wearing a black t-shirt with red writing, blue jean shorts, black Nike sandals, white socks, and a gold bracelet on his right wrist. He has short cut hair. Hayes' DOT record shows him to be ▮ tall, ▮ pounds, ▮ eyes and ▮ hair.

Joshua Hayes will be issued a Municipal Citation for Disorderly Conduct / Disturbing the Peace

### Disorderly Conduct by Jonathan Rogers

Officers Finely and Opelt both described in their reports a black male protestor in a green shirt with black writing and blue jeans, who blew smoke in P.O. Finley's face and became threatening. I identified this subject to be Jonathan J Rogers ▮ 7/▮/02). Rogers is on multiple videos pushing the line of protestors from behind into the line of officers. Rogers appears to be trying to cause a physical confrontation between protestors and officers. Rogers disorderly behavior is seen in Lt Farina's body cam at 19:38:42, Adante Jordan's Facebook live at 7:40 mark, Jonathan Brostoff's Facebook live part 1 at 40:45 mark, and Brandon Love's Facebook live at 14:08 mark.

During the protests, Rogers is wearing a green t-shirt with black writing, blue jeans, and has a medium afro. Rogers DOT record shows him to be ▮ tall, ▮ pounds, ▮ eyes and ▮ hair.

Rogers will be issued a Municipal Citation for Disorderly Conduct / Disturbing the Peace.

### Disorderly Conduct / Obstructing by Jayden Welch

Officer Grosenick described a protestor who pushed Grosenick's shield, which

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 6 Of 20 |
|---|---|---|

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

then struck him in the face. The protestor was described as a ▮▮▮▮▮, ▮▮▮▮ slim, black t-shirt, blue jeans, blue face mask, green vest with EMS patch. I identified that protestor to be Jayden H Welch (▮, 05/▮/01). Welch was captured on numerous video's claiming to be federally protected EMS.

On Lt Farina's body cam video at 19:38:48, Welch is seen pushing on the backside of the line of protestors, into the line of officers, increasing the likelihood of physical confrontation and injury to both. It was also captured on Jonathan Brostoff's Facebook live part 1 at 40:58. Welch is also on video blocking in a squad car on Isaiah Holmes' YouTube video at 14:22 and P241 camera at 19:34.

During the protest, welch was wearing a maroon t-shirt, blue jeans, a green chest patch with EMS patch, a blue surgical mask, and glasses. Welch's DOT record shows him to be ▮▮" tall, ▮▮ pounds, ▮▮ eyes and ▮▮ hair.

Welch will be issued a Municipal Citation for Disorderly Conduct / Disturbing the Peace/ Obstructing Police.

**Obstructing by Sean Kafer**

Officer Opelt described a white male protestor, wearing gray jeans, black t-shirt, black and white bandana, who was organizing people to surround Opelt's squad. I identified this protestor to be Sean M Kafer (▮, 10/▮/79). Kafer is on Kim Dood's Facebook live video at 6:26 mark yelling "surround the cars, get around the cars guys" while pointing at a squad. Multiple people did so and surrounded the squads so they are unable to leave.

Kafer's direction to the protestors prevented officers from leaving and escalated this incident.

During the protest, Kafer was wearing a black t-shirt, faded dark jeans, a black baseball hat, a dark bandana as a face covering, and he is filming the protest. Kafer's DOT record shows him to be 6▮▮ tall and ▮▮ pounds, ▮▮ hair, and ▮▮ eyes.

Kafer will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

**Obstructing by Khalil Coleman**

During a review of the videos, I observed a subject I recognized to be Khalil Coleman (▮, 07/▮/86) as one of the lead protestors. Coleman had a bullhorn which he used to give orders to the crowd of protestors to surround the squads, which they did. Coleman's orders were captured on Farina's body cam at 19:26:50 and Squad P241's camera at 19:24:22.

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 7 Of 20 |
|---|---|---|

Case 2:20-cv-01660-NJ Filed 12/19/22 Page 29 of 90 Document 259-2  WPD2028880
Case 2:20-cv-01660-NJ Filed 02/02/23 Page 3 of 9 Document 295-3

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

Coleman's direction to the protestors prevented officers from leaving and escalated this incident.

During the protest, Coleman was wearing a blue t-shirt, dark jeans, black shoes, black bandana for a face covering, black bandana on his head. Coleman's DOT record has him at ▇ tall, ▇ pounds, ▇ eyes and ▇ hair.

Coleman will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Andrew Simpson-Blaser

Officer Opelt described in his report a white male protestor who locked arms with two female protestors in front of the squad, blocking the squad from driving forward. The male was described as wearing an orange bucket hat and black Packers/Brewers/Badgers t-shirt. I identified that male to be Andrew O Simpson-Blaser (▇ 2/▇/91). Simpson-Blaser is on squad P241 video at 19:30 blocking the squad. Simpson-Blaser is also captured in Brandon Love's Facebook live video at mark 14:10, in the second row of protestors. Simpson-Blaser is pushing onto the back of protestor Charlotte Frazier, who is pushing into Officer Yandre.

During the protest, Simpson-Blaser is wearing black pants, black shoes, a black t-shirt (Brewers/Packers/Badgers combination logo), orange bucket hat, and a black face covering. Simpson-Blaser's DOT record has him at ▇ tall, ▇ pounds, ▇ hair and ▇ eyes.

Simpson Blaser will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Katherine Schaubel

Lt Beckman and Officers Pentimalli and Klett all described in their reports a white female protestor with a bicycle who was blocking the back of a squad during the protest. I identified that protestor to be Katherine E Schaubel (▇ 07/▇/92). She is captured on Lt Beckman's body camera beginning at 19:33, Kim Dood's Facebook live at the 6:56 mark and Isaiah Holmes' YouTube video at the 13:41 mark and 14:10 mark. Dood was told by multiple officers to move and she did not comply.

During the protest, Schaubel was wearing a grey tank top, black shorts, blue surgical mask, sunglasses on her head, and had a grey Bianchi bicycle with a rack on the back. Schaubel's DOT record has her at ▇ tall, ▇ pounds, ▇ hair and ▇ eyes.

Schaubel will be issued a Municipal Citation for Obstructing Police/ Disturbing the Peace.

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 8 Of 20 |
|---|---|---|

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

**Obstructing by Lisa Simmons**
During review of the videos, I identified a black female protestor that blocked the front of a squad car and also was arm in arm to block officers. The female had a light complexion, was wearing a blue Sesame Street t-shirt, blue pants, a red bandana as a face covering, and had her hair up in a bun. I identified her to be Lisa M Simmons ▇, 01/▇/87). Simmons is on squad P241 video blocking in the squad starting at 19:24:36 and Adante Jordan's Facebook live at the 4:23 mark.

Simmons' DOT record has her as ▇ tall, ▇ pounds, ▇ hair and ▇ eyes.

Simmons will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

**Obstructing by Zachary Pick**
During review of the videos, I identified a white male protestor that blocked the back of a squad car. The protestor was identified to be Zachary T Pick ▇ 09/▇/86) and he was wearing a red "New York" t-shirt, pink and grey baseball hat, black face covering, tan shorts and a blue back pack. Pick is on Kim Dood's Facebook live at 6:42 blocking the back of a squad and instructing Kim Dood to film it. Pick is on Adante Jordan's Facebook live at 4:55 mark blocking in the back of the squad. Pick is also on Lt Farina's body cam at 19:26:45 and he appears to be directing protestors to surround the squads. In all the videos, Pick is pushing Alex Larson, who is in a wheelchair.

Pick's DOT record has him as ▇ tall, ▇ pounds, ▇ hair and ▇ eyes.

Pick will be issued a Municipal Citation for Obstructing / Disturbing the Peace.

**Obstructing by Alex Larson**
During review of the videos, I recognized a white male protestor in a wheel chair to be Alex A Larson ▇, 03/▇/92). Larson has been at numerous prior protests and is an active participant in the protests. In some videos, Larson propels himself in his wheel chair and in others he is pushed by other protestors. Larson is on video accompanied by Zachary Pick blocking in the back of a squad car. Larson is on Kim Dood's Facebook live starting at the 6:42 mark and Adante Jordan's Facebook live at the 4:55 mark blocking in the squad.

During the protest, Larson is wearing a blue t-shirt, safety goggles, multi colored face mask, tan shorts, black tennis shoes.

Larson's DOT record has him at ▇" tall, ▇ pounds, ▇ hair and ▇

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 10 Of 20 |

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-015259 | Incident Location: N 70 St/Aetna Ct, Wauwatosa, WI, 53213 | Incident Date: 08/14/2020 |

eyes.

Larson will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by M.Sayfuddin Amin

During the protest, I recognized a white male protestor to be M Sayfuddin A Amin (07//99). Amin is captured on video blocking in the rear of a squad on Kim Dood's Facebook live video at the 9:37 mark and on Adante Jordan's Facebook live at the 4:57 mark.

During the protest, Amin is wearing a white t-shirt, blue jeans, black shoes, black body armor, blue surgical mask, sunglasses, and has ear length shaggy brown hair.

Amin's DOT record has him at ▇' tall, ▇ pounds, ▇ hair and ▇ eyes.

Amin will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Kamila Ahamed

During a review of the videos, I identified a black female protestor to be Kamila S Ahamed (, 04//92). Ahamed is captured on videos blocking in a squad. She is on Squad P241 video at 19:33:57 and Adante Jordan's Facebook live at the 5:26 mark.

During the protest, Ahamed is wearing black shorts, a black visor, a black bandana face cover, a mulit colored "Nsync" t-shirt, and she has short reddish died hair.

Ahamed's DOT record has her at ▇ tall, ▇ pounds, ▇ hair and ▇ eyes.

Ahamed will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Gabriella Vitucci

During a review of the videos, I recognized a white female protestor to be Gabriella M Vitucci (08//00). Vitucci is captured on multiple videos blocking in the front of a squad car. She is on Lt Farina's body cam starting at 19:36:18, Adante Jordan's Facebook live at 4:23, and squad P241 camera starting at 19:31.

During the protest, Vitucci is wearing a tie-dye t-shirt, black short, black face mask, black purse, and white sandals. Her hair appears to be died blonde and is pulled back.

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 11 Of 20 |
|---|---|---|

Case 2:20-cv-01660-NJ Filed 12/19/22 Page 27 of 90 Document 259-2
ROY DECLARATION EXHIBIT A   DEFS RFP 028884
Case 2:20-cv-01660-NJ Filed 02/02/23 Page 6 of 9 Document 295-3

Vitucci's DOT record has her at ▓▓▓ tall, ▓▓▓ pounds, ▓▓▓ hair and ▓▓▓ eyes.

Vitucci will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Brandon Wilborn

During a review of the videos, I recognized a black male protestor to be Brandon R Wilborn ▓▓▓ 07/▓/01). Wilborn is captured on Kim Dood's Facebook live video instructing the crowd of protestors to surround the squad cars at the 1:14 mark and on Lt Farina's body cam at 19:26:54.

During the protest, Wilborn is wearing a black t-shirt with red writing, black Adidas shorts with white writing, white and black tennis shoes, a black bandana face cover and a black bandana hair cover.

Wilborn's DOT record has him at ▓▓▓ tall, ▓ pounds, ▓▓▓ hair and ▓▓▓ eyes.

Wilborn will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

### Obstructing by Kimberly Dood

During review of the video, I recognized a white female protestor to be Kimberly E Dood ▓▓, 04/▓/87). Dood is captured on multiple videos blacking in a squad car. She is on Lt Beckman's body cam at 19:33:29, her own Facebook live at 6:46, and squad P241 video at 19:24:39. Dood appears to refuse to move until pushed back away from the squad by officers.

During the protest, Dood is wearing a dark t-shirt, dark blue jeans, a black back pack, and a blue face mask, she has shoulder length straight hair.

Dood's DOT record has her at ▓▓▓' tall, ▓▓▓ pounds, ▓▓▓e hair and ▓▓▓ eyes.

Dood will be issued a Municipal Citation for Obstructing Police / Disturbing the Peace.

Threats towards media by Rebecca

### Squad video P241

Squad P241's camera was recording throughout the incident. It shows the protestors surrounding the squad at 19:24. Officers attempted to clear the area around the squad at 19:36 and met resistance. At 20:11, the squad was able to be backed out and away from the protestors.

| Reporting Officer(s): Kastner, Timothy J. | Payroll Number: 6065 | Pages: 12 Of 20 |
|---|---|---|

Case 2:20-cv-01660-NJ  Filed 12/19/22  Page 28 of 90  Document 259-2
ROY DECLARATION EXHIBIT A  DEFEST RSP 028885
Case 2:20-cv-01660-NJ  Filed 02/02/23  Page 7 of 9  Document 295-3

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-016413 | Incident Location: Harwood Av/W State St, Wauwatosa, WI, 53213 | Incident Date: 09/03/2020 |

20-16398.

During the protest / incident, Det. Kastner had contact with a 2011 black Ford Escape with Wisconsin registration AFF-8780. See Det. Kastner's supplemental report for additional details, Case# 20-16412. The Ford Escape had tape placed over the license plate making it unreadable. It also had a flag attached to the rear driver side door area. The tape was removed and Det. Kastner took photographs and video of the vehicle. I observed the photographs and video of the vehicle and identified it as the vehicle that fled from me. Det. Kastner observed the driver of the vehicle and identified him as Adante D. Jordan (███, 7-██-1975).

A WI DOT records check of the license plate observed on the vehicle, AFF-8780, showed it listed to Adante D. Jordan (███, 7-██-75) with an address of ███████ St. Milwaukee, WI █████. Contact with Jordan was attempted via phone but the line was disconnected. The phone number used was ████████ which was retrieved from our in house records.

Det. Kastner also had contact with a silver Jeep Patriot with Wisconsin registration 403-UYC. Det. Kastner recognized the driver as Joseph R. Koepp. Video and pictures of the Jeep and Koepp were taken by Det. Kastner. See Det. Kastner's supplemental report for additional details.

**Arrest**

On 9-4-2020, Jordan and Koepp arrived at the Wauwatosa Police Department to pick up the flag that had been recovered by Sgt. Wood, Case# 20-16412. While in the lobby, Det. Kastner identified Koepp as the suspect in this case and placed him under arrest. Det. Kastner also recognized Jordan and served both citations in person regarding this case. Jordan also received three other citations, reference case# 20-16412 and 20-16398.

See Det. Kastner's supplemental report for additional details.

**Disposition**

Jordan was issued a Wauwatosa Municipal Traffic Citation for Owner's Liability Flee/Elude an Officer and another Wauwatosa Municipal Traffic Citation for Obstructed License Plate. Both citations have a non-mandatory court date of 10-21-2020 / 5:00 PM at the Wauwatosa Municipal Courthouse.

I am referring charges of Felony Eluding / Fleeing an officer and Misdemeanor Obstruct an Officer to the Milwaukee County District Attorney's Office against Joseph R. Koepp.

| Reporting Officer(s): Johnson, Jeffrey D. | Payroll Number: 6976 | Pages: 4 Of 7 |
|---|---|---|

| Wauwatosa Police Department | | Continuation |
|---|---|---|
| Incident Report Number: 20-016412 | Incident Location: N 68 St/W Wisconsin Av, Wauwatosa, WI, 53213 | Incident Date: 09/03/2020 |

that incident, Det. Kastner had contact with a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(see Det. Kastner's supplement). The vehicle had tape over its license plate and
flags attached to its rear doors. The tape on the license plate was removed. Det.
Kastner took photos and video of the vehicle. I reviewed the photos and video of
the vehicle and I'm certain that it is the same vehicle that fled from me. Det.
Kastner observed the driver of the vehicle during the protest and identified him
as Adante D. Jordan ▮▮▮ 7-▮▮-75). Det. Kastner observed the vehicle leaving the
area and it appeared that there was new tape covering the license plates.

A WI DOT records check of ▮▮▮▮▮▮▮ showed it listed to a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
The listed owner was Adante D. Jordan ▮▮▮ 7-▮▮-75) of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮,
▮▮▮▮▮▮▮. I attempted contact with Jordan via the phone number listed for him
through our in house records of ▮▮▮▮▮▮▮▮▮ but it was disconnected.

**Disposition**

Jordan was issued a municipal citation for Owner's Liability Flee/Elude an Officer
and having an Obstructed License Plate with a court date of 10/21/20.

| Reporting Officer(s): Wood, James L. | Payroll Number: 6505 | Pages: 3 Of 4 |
|---|---|---|

Case 2:20-cv-01660-NJ   Filed 12/19/22   Page 55 of 88   Document 259-4
ROY DECLARATION EXHIBIT A                                      DEFS_RSP-029093
Case 2:20-cv-01660-NJ   Filed 02/02/23   Page 9 of 9   Document 295-3