# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al.,
    Plaintiffs.

v.                                                    Case No. 20 CV 01660

CITY OF WAUWATOSA et al.
    Defendants.

## DECLARATION OF TALEAVIA COLE

The undersigned, Taleavia Cole, under penalty of perjury, states:

1. I did not give any consent for Dominick Ratkowski to obtain or use my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I did not give any consent for Dominick Ratkowski to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

3. I did not give any consent for Joseph Roy to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

4. No police officer from any jurisdiction has reached out to me to provide information as a witness, victim, or suspect involving any protests from May 25, 2020 through October 7, 2020.

5. From May 25, 2020 through October 7, 2020 I did not provide my biographical information or personal information of address, eye color, hair color, weight, height, race, and gender to any officers.

6. I was protesting in Wauwatosa after 7pm on October 8, 2020 because I could not protest between 6:00a.m. and 7:00p.m. due to personal obligations.

7. On October 8, 2020 I was arrested in Wauwatosa.

8. At no time when I was in Wauwatosa on October 8, 2020 was I committing any crimes.

9. I was never asked in 2020 by any Wauwatosa officers for my personal information of address and biographical information of eye color, hair color, height, weight, race, and gender.

10. One of the photos on the Target List is my driver's license photo.

## CERTIFICATION

I, Taleavia Cole, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 17, 2023

ss: /s/ Taleavia Cole
Taleavia Cole