DocuSign Envelope ID: 32FD6AC1-8DF4-4743-A35E-3BCC27E42FCE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al.,
    Plaintiffs.

v.                                                        Case No. 20 CV 01660

CITY OF WAUWATOSA et al.
    Defendants.

## DECLARATION OF RAINE CICH

The undersigned Raine Cich, under penalty of perjury, states:

1. I, did not give any consent for Dominick Ratkowski to obtain or use my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I, did not give any consent for Dominick Ratkowski to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

3. I, did not give any consent for Joseph Roy to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

4. No police office from any jurisdiction has reached out to me as a witness, victim, or suspect involving any protests from May 25, 2020 through October 8, 2020.

5. From May 25, 2020 through October 8, 2020 I was not asked to provide my biographical information of eye color, hair color, date of birth, weight, height, race, and gender to any officers.

6. I was protesting in Wauwatosa after 7pm on October 9, 2020 because I could not protest between 6:00a.m. and 7:00p.m. due to personal obligations.

7. On October 9, 2020 I was arrested and ultimately given a violation of an emergency order ticket.

8. At no time when I was in Wauwatosa on October 9, 2020 was I committing any crimes.

9. One of the Wauwatosa officers used his own cell phone and took pictures of me.

10. I was never asked on October 9, 2020 by any Wauwatosa officers or any law enforcement officers for any biographical information such as my eye color, hair color, height, weight, race, and gender.

11. One of the photos on the Target List is my driver's license photo.

## CERTIFICATION

I, Raine Cich, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 16, 2023

ss:// *Raine Cich*
Raine Cich