DocuSign Envelope ID: 90B7F011-3ABF-4D16-9750-54C325391364

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al

    Plaintiffs.

    v.     Case No. 20 CV 01660

CITY OF WAUWATOSA et al.

    Defendants.

## DECLARATION OF REBECCA WIGLEY

The undersigned Rebecca Wigley, under penalty of perjury, states:

1. I did not give my written consent for Dominick Ratkowski to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I did not give my written consent for Dominick Ratkowski to share my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

3. I did not give my written consent for Joseph Roy to share my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

4. I have never given any biographical information, never have been asked to provide my driver's license, and have never given any state identification to any Wauwatosa officer.

1

5. No police office from any jurisdiction has reached out to me as a witness, victim, or suspect involving any protests from May 25, 2020 onwards.

6. I believe one of the photos on the Target List is my driver's license photo.

## CERTIFICATION

I, Rebecca Wigley, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 14, 2023

DocuSigned by:

*[signature]*

D3143E1F7A8A443...

Rebecca Wigley