DocuSign Envelope ID: F09D4434-486F-4937-A8B7-F335E318F0FA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al.,
    Plaintiffs.

v.                      Case No. 20 CV 01660

CITY OF WAUWATOSA et al.
    Defendants.

_____

## DECLARATION OF DANA McCORMICK

The undersigned Dana McCormick, under penalty of perjury, states:

1. I did not give any consent for Joseph Roy to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I have never been asked by any Wauwatosa officers or any officers for any biographical information of my eye color, hair color, height, weight, race, and gender.

3. I was a protesting the curfew in Wauwatosa after 7pm on October 10, 2020 because I could not protest between 6:00a.m. and 7:00p.m. due to personal obligations.

**CERTIFICATION**

I, Dana McCormick, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 29, 2023

ss:// *Dana McCormick*
Dana McCormick