DocuSign Envelope ID: 946D0C5A-160A-49A7-9303-14D33C4FD800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al

    Plaintiffs.

    v.                                       Case No. 20 CV 01660

CITY OF WAUWATOSA et al.

    Defendants.

## DECLARATION OF ROSALIND ROGERS

The undersigned Rosalind Rogers, under penalty of perjury, states:

1. I did not give any consent for Dominick Ratkowski to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I did not give any consent for Dominick Ratkowski to use or obtain my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

3. I did not give any consent for Joseph Roy to share my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

4. On September 5, 2020 I was arrested by a Wauwatosa officer Jeffrey Farina for several hours and he also ticketed me.

5. On September 5 and 6, 2020 I was not acting as an event organizer in Wauwatosa.

1

6. On September 5 and 6, 2020 I was not setting up, holding, or conducting a special event in Wauwatosa.

7. When I was in Wauwatosa on September 5 & 6, 2020 I was not committing any crimes.

8. Officer Farina put the handcuffs on me tight and told me that TPR was a gang.

9. I saw Farina inappropriately touch Isaiah Baldwin.

10. I also saw Farina tighten the handcuffs on Isaiah Baldwin's hands extremely tightly and I complained about it but Farina did nothing about it.

11. I also saw Farina at the WPD and he told me again that TPR was a gang.

12. I did not disclose my personal information of weight, height, eye color, hair color, race, address, and gender to any Wauwatosa officers on September 5, 2020 or September 6, 2020.

13. I was given a ticket for Special Event Permit required on September 6, 2020 that was later dismissed when I went to court.

14. One of the photos on the Target List is my Wisconsin state ID photo.

## CERTIFICATION

I, Rosalind Rogers, Jr., hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 30, 2023

ss:///Rosalind Rogers
Rosalind Rogers