DocuSign Envelope ID: 458EDC51-677A-4167-B3FC-BC53956ADB09

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al

    Plaintiffs.

    v.                                        Case No. 20 CV 01660

CITY OF WAUWATOSA et al.

    Defendants.

## DECLARATION OF WILLIAM SCHROEDER

The undersigned William Schroeder, under penalty of perjury, states:

1. I did not give my consent for Joseph Roy to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. On October 9, 2020 I was arrested in the City of Wauwatosa around 6:30p.m. for protesting in Wauwatosa.

3. I was arrested with Joanna Geisler who was also protesting in Wauwatosa at around 6:30p.m.

4. After my arrest, my phone was taken and we were taken in a police van and driven to the parking lot at City Hall.

5. We were told that they would take us to the Wauwatosa Police station once the van filled up.

6. I was in the police van for hours and eventually there were at least four other people put in the police van with us.

1

DocuSign Envelope ID: 458EDC51-677A-4167-B3FC-BC53956ADB09

DocuSign Envelope ID: 458EDC51-677A-4167-B3FC-BC53956ADB09

7. A person whom I believe to be a Wauwatosa Police officer took my picture on their cell phone while I was arrested.

8. When I was finally taken to the Wauwatosa Police Department, the driver of the van I believe was a Wauwatosa officer because he also helped to type in the computer at the station what I believed were the citations that were given to us later.

9. At the station, I was asked if I was a member of the People's Revolution.

10. I was never asked by any officers on October 9, 2020 for my address, eye color, hair color, height, weight, race, and gender.

11. After the Wauwatosa Police were done booking us, I was handcuffed again and made to go back into the police vehicle by the Wauwatosa Officers.

12. The Wauwatosa officers refused to tell us where they were taking us and did not give me my phone back.

13. It was after midnight and we were dropped off in Milwaukee, miles away from where we originally were arrested.

14. I did not commit any crimes when I was protesting in Wauwatosa on October 9, 2020.

## CERTIFICATION

I, William Schroeder, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 16, 2023

ss:/// *[DocuSigned by: William Schroeder]*
William Schroeder