DocuSign Envelope ID: F8DE6124-6C57-45FE-93F7-ED5043632D86

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON et al

    Plaintiffs.

v.                                Case No. 20 CV 01660

CITY OF WAUWATOSA et al.

    Defendants.

## DECLARATION OF WILLIAM RIVERA

The undersigned William Rivera, under penalty of perjury, states:

1. I, William Rivera, did not give my consent for Joseph Roy to disclose my personal information and/or my highly restricted personal information from my motor vehicle records with the Wisconsin Department of Transportation.

2. I am afro Latino and on October 9, 2020 I lived in Wauwatosa.

3. On October 9, 2020 I was arrested in the City of Wauwatosa when I was trying to go home along from work.

4. I had no idea that there was a curfew in place in Wauwatosa during this time and on October 9, 2020 I worked most of the day.

5. Immediately when I was arrested I told the person who I believe to be a Wauwatosa officer repeatedly that I was at work, I was wearing my work uniform, and I also told him that I did not know what was going on.

6. I also told the officer repeatedly that I lived in Wauwatosa and was ignored.

7. I repeatedly told the person whom I believe to be a Wauwatosa officer that I

1

lived in Wauwatosa and that I was trying to go home, the officer told me at this point (my arrest) does not matter because you are black.

8. I was then taken in a vehicle to the Wauwatosa Police Department with Hector Rodriguez, Lazarito Matheu and at least three other people in a police van.

9. At the Wauwatosa Police station I was asked by an officer if I was a member of Antifa or the People's Revolution.

10. I was never asked by anyone including officers on October 9, 2020 for my eye color, hair color, height, weight, race, and gender.

11. After the Wauwatosa Police were done booking us, I was handcuffed again and made to go back into the police vehicle by the Wauwatosa Officers.

12. The Wauwatosa officers refused to tell us where they were taking us and did not give me my phone back.

13. It was after midnight and we were dropped off in Milwaukee.

## CERTIFICATION

I, William Rivera, hereby swear under penalty of perjury that this Declaration and the information contained herein is truthful and accurate to the best of my knowledge, information, and belief. Under penalties of perjury, and pursuant to 18 USC 1621 and 1623, I declare that the above facts and statements are true and correct to the best of my knowledge:

January 16, 2023

ss: /s/ William Rivera
William Rivera