**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

KATHRYN KNOWLTON, *et al*.,

                  Plaintiffs,

v.                                              Case No. 20 CV 01660

CITY OF WAUWATOSA, *et al*.,

                  Defendants.

---

### DEFENDANTS' NOTICE OF ERRATA

---

Defendants City of Wauwatosa, Dennis McBride, Jeffrey Farina, Dominick Ratkowski, and Joseph Roy by their attorneys, Wirth + Baynard, give notice of the filing of an errata to the Declaration of Dominck Ratkowski, which Declaration was originally filed on December 19, 2022, (Dkt. # 258), in order to correct an inadvertent clerical error that occurred during the electronic filing of that document wherein Page 2 of the Declaration was omitted from the filing. Defendants are concurrently filing the full Declaration that corrects this mistake and make no other corrections.

Dated this 6th day of February, 2023.

                                 **WIRTH + BAYNARD**
                                 Attorneys for Defendants

           BY:     */s/ Kiley B. Zellner*
                      Kiley B. Zellner, WI Bar No. 1056806
                      9898 W. Bluemound Road, Suite 2
                      Wauwatosa, Wisconsin 53226
                      T: (414) 291-7979 / F: (414) 291-7960
                      Email: kbz@guntalaw.com