UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, et al.,

                Plaintiffs,

v.                                     Case No. 2020-CV-01660

CITY OF WAUWATOSA, et al.,

                Defendants.

## DECLARATION OF DOMINICK RATKOWSKI

STATE OF WISCONSIN   )
                             ) ss
MILWAUKEE COUNTY   )

Dominick Ratkowski, being first duly sworn under oath, declares and states as follows:

1. I am employed as a City of Wauwatosa crime analysist assigned to the detective bureau and have been since 2018.

2. On or about June 5, 2020, I created a list of people who had been involved in some sort of protest in Milwaukee and/or Waukesha County.

3. I created the list because there was a large amount of civil unrest and violence occurring in Milwaukee and I was working with the Milwaukee Fusion Division to help them identify people who were involved in large caravans, reckless driving, and burning of buildings.

4. The purpose of creating the list was to prepare for crime or potential violence by providing a means to identify witnesses, victims and suspects of any potential violence or crime that may came out of a protest.

5. Part of my role as a crime analysist is to help law enforcement officers solve crimes faster and the list allowed me to organize intel I was gathering for quick reference.

6. When I would obtain personal information from DOT records for inclusion on the list—it was always part of the intel gathering process to assist in identifying potential witness, suspects, and victims throughout the course of an investigation or for a future investigation.

7. By mid-November of 2020, I had essentially stopped making the list because law enforcement agencies had stopped asking for help in identifying people.

8. The information on the list was obtained and verified through numerous sources including Facebook, ZetX, officer observations, public resources including common council meeting minutes, public records, police department records, criminal histories, and open-source information.

9. ZetX is a law enforcement tool that allows officers to confirm a subscriber's name and associated phone number. ZetX was used to confirm phone numbers on the list.

10. KGIS is a data base that interfaces with the Wauwatosa Police Department's record management system called ProPhoenix that allow me to search other agencies record management systems for information like dates of birth.

11. TLO is a data base that allows you search names and obtain corresponding addresses, phone numbers, and possible associates.

12. Home addresses for the list were obtained from various open-source information, including criminal histories, Milwaukee County Land Management Systems, and programs like Rate Me, which is a public information gathering site.

13. Vehicle information including make, model, license plate, and registration would be provided to me from officers if they observed vehicles at protests. I did not know what their process was to get me that information.

14. The term "open-source information" means information available to the public including social media sources. It would not include department of transportation records.

15. Dates of birth were obtained from various sources including criminal history reports, public records, police department records, and other open-source information.

16. I provided the list to the following law enforcement agencies: the Wauwatosa Police Department, the FBI, the Milwaukee Police Department, Milwaukee County Sherriff's Office, Marquette University crime analyst, Oak Creek Police Department analyst, Racine Police Department, Racine Sherriff's Office, Greenfield Police Department, Brookfield Police Department, City of West Allis Police Department, and Burlington Police Department, and the Milwaukee County District Attorney's Office for use in law enforcement activities and investigations.

17. When I provided the list to other law enforcement agencies it was to assist those law enforcement agencies in their investigations by providing a means to identify who was at a protest so if something criminal would occur they would have knowledge of who may have seen it, who may be a victim, and who may be a suspect.

18. I am unaware of the List being used by any law enforcement agency for a purpose other than law enforcement or crime prevention strategies.

19. Attached as **Exhibit A** are true and accurate versions of the Protestors Involved List.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 16, 2022.

Dominick Ratkowski