| You are Notified to Pay or Appear | | | Form No. and | Version CT | CITATION NO. |
|---|---|---|---|---|---|
| | Date | Time | | | |
| Appearance Required: NO | NOV-18-2020 | 05:00 PM | MUNI | 0405 | 1R81CF68W7 |

WAUWATOSA CITY MUNICIPAL COURT
7725 W NORTH AVE
WAUWATOSA, WI 53213
(414) 471-8488  WWW.WAUWATOSA.NET

| Juvenile | DEPOSIT | Cash- | Card |
|---|---|---|---|
| | $1,321.00 | N | N |

Court Use: DA  N

**Defendant**(Last Name, First, Middle), Street Address, P.O. Box, City, State, Zip

**BOGENBERGER, JACQUELINE L**

4781 N ELKHART AVE
WHITEFISH BAY WI 53211

| Birth Date | Sex | Race |
|---|---|---|
| 5/9/1991 | F | W |
| HT | WT | Hair | Eyes |
| 506 | 160 LBS | BLOND | BLUE |

| Driver License/Identification Card Number | State | Exp. Yr. |
|---|---|---|
| B251-4329-1669-08 | WI | 2026 |

Other Identification Number — ID Type

Name and Address of Parent/Guardian/Legal Custodian (If minor defendant)

License Plate Number — Plate Type — State — Exp. Yr.

Vehicle Identification Number — Telephone Number

Telephone Number of Parent/Guardian/Legal Custodian

| Plaintiff | Ordinance Violated | Adopting State Statute |
|---|---|---|
| CITY OF WAUWATOSA | 70201050 | |

Violation Description

Agency Space
2018468

Ordinance Description

**VIOLATE EMERGENCY ORDER**

| Week Day | Date | Time |
|---|---|---|
| FRIDAY | 10/09/2020 | 10:46 PM |

From/AT Hwy No. and/or Street Name

ON NORTH AVE 23 FT E OF N 70TH ST

| County | City/Village/Town |
|---|---|
| MILWAUKEE - 40 | WAUWATOSA - 59, CITY |

Officer Name
PATROLMAN A. HODGSON

| Date Citation Served | Method |
|---|---|
| 10/09/2020 | IN PERSON |

Residence Contact Name — Age

| Officer ID | Department |
|---|---|
| 7119 | WAUWATOSA POLICE DEPARTMENT |

(If left with person at defendant's address)

Victim

Birth Date — Restitution Requested

---

**INSTRUCTIONS - READ CAREFULLY**

Police #  2018468

ON 10/9/20, AT APPROXIMATELY 9:00PM, JACQUELINE L. BOGENBERGER (F/W 05/09/91), WAS ARRESTED FOR RESISTING ARREST AND VIOLATION OF EMERGENCY CURFEW FOLLOWING A FOOT PURSUIT NEAR THE NORTH-SOUTH ALLEY IN THE 2700 BLOCK OF N. LEFEBER AVE. BOGENBERGER WAS OBSERVED BY SURVEILLANCE OFFICERS IN THE CITY OF WAUWATOSA PARTICIPATING IN AN UNLAWFUL PROTEST AFTER THE EMERGENCY CURFEW OF 7:00PM. SHE WAS FOLLOWED BY SURVEILLANCE OFFICERS TO THE AREA OF N. LEFEBER AVE. AND W. HADLEY ST., WHEN MYSELF AND SEVERAL OTHER OFFICERS ATTEMPTED TO STOP HER AND THE GROUP OF SUBJECTS SHE WAS WITH. I IDENTIFIED MYSELF AS THE POLICE AND TOLD HER TO STOP. SHE FLED ON FOOT EASTBOUND ON W. HADLEY ST., WHERE SHE WAS ULTIMATELY TAKEN INTO CUSTODY AFTER A BRIEF FOOT PURSUIT.

**WISCONSIN NON TRAFFIC CITATION**
1 of 1

Citation #
1R81CF68

