# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Kathryn KNOWLTON et. al.,

    Plaintiffs,

    v.        Case No. 20 CV 01660

CITY OF WAUWATOSA et. al,

    Defendants.

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs, by their attorney Kimberley Cy. Motley hereby moves the Court pursuant to Fed. L.R. 79(d), for an order sealing the following documents:

1. Exhibit A is a true and correct copy of Exhibit 4P as labeled by the court reporter in Joseph Roy's deposition which is a citation for Jacqueline Bogenberger for violation of an emergency order.

2. Plaintiffs Reply Brief in Support of His Motion for Partial Summary Judgment 0 Unredacted.

Respectfully submitted this 8th day of February, 2023.

/s/ Attorney Kimberley Cy. Motley
MOTLEY LEGAL SERVICES
State Bar No.: 1047193
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Email : kmotley@motleylegal.com
Telephone : (704) 763-5413

Attorney Kathryn Knowlton
Attorney E. Milo Schwab
ATTORNEYS FOR PLAINTIFFS

1