

Afghanistan and United States
Afghan Tel: +93 (0) 795 069 652
+93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

February 10, 2023

Honorable Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE :   Appointment of Magistrate for Mediation (DKT #218)

Dear Judge Joseph,

Please accept this correspondence as a follow up to the joint letter filed on October 17, 2022 in which parties agreed to explore mediation after the dispositive motions and briefs due date of December 19, 2022. (DKT #218)  At this time, Plaintiffs request the court to appoint a magistrate for mediation.

Warm regards,

s:/ Kimberley Cy. Motley
CEO / Founding Partner
MOTLEY LEGAL SERVICES
International Number : +1(704) 765-4887
US MOBILE : +1 (704) 763-5413
Email : kmotley@motleylegal.com

ATTORNEY FOR PLAINTIFFS