UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATHRYN KNOWLTON et al.,

        Plaintiffs,

CASE NO. 2020-CV-1660

v.

CITY OF WAUWATOSA et al.,

        Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

WIRTH + BAYNARD, hereby respectfully requests that Attorney Kiley B. Zellner no longer be listed as an attorney of record for the Defendants, City of Wauwatosa, Dennis McBride, Jeffrey Farina, Dominick Ratkowski, and Joseph Roy. Attorney Zellner is no longer employed by WIRTH + BAYNARD and therefore no longer represents Defendants, City of Wauwatosa, Dennis McBride, Jeffrey Farina, Dominick Ratkowski, and Joseph Roy.

Dated at Wauwatosa, Wisconsin this 2nd day of March, 2023.

        WIRTH + BAYNARD
        Attorneys for Defendants

        */s/ Jasmyne M. Baynard*
        Jasmyne M. Baynard (WI State Bar No. 1099898)
        9898 West Bluemound Road, Suite 2
        Wauwatosa, Wisconsin 53226
        T: (414) 291-7979 / F: (414) 291-7960
        Email: jmb@wbattys.com