# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

   Plaintiffs.

   v.                                    Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

   Defendants.

## STIPULATION FOR DISMISSAL OF BREON FOSTER

IT IS HEREBY stipulated and agreed by and between Plaintiff Breon Foster through his attorney, Attorney Kimberley Cy. Motley and Defendants by their attorney, Attorney Jasmyne M. Baynard, that the Second and Fourteenth claims for relief on behalf of the Plaintiff and the causes of action of as set forth against Defendants may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

   Dated: March 28, 2023

| | |
|---|---|
| /s/ Kimberley Cy. Motley | /s/ Jasmyne M. Baynard |
| MOTLEY LEGAL SERVICES | WIRTH & BAYNARD |
| Attorney for Plaintiff | Attorney for Defendants |
| Kimberley Cy. Motley, Esq. | Jasmyne M. Baynard |
| WI State Bar No. 1047193 | WI State Bar No. 1099898 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

    Plaintiffs.

v.                                          Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

    Defendants.

## ORDER FOR DISMISSAL OF BREON FOSTER SECOND AND FOURTEENTH CLAIMS FOR RELIEF

    Upon the Stipulation by and between Plaintiff Breon Foster, by his attorney, Attorney Kimberley Cy. Motley; and Defendants, by their attorney, Attorney Jasmyne M. Baynard, that the Second and Fourteenth claims for relief against Defendants and causes of action of Breon Foster as set forth against Defendants may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

    Dated: March 28, 2023

                                      BY THE COURT:

                                      _____
                                      Honorable Nancy Joseph
                                      United States District Judge