UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON, et al,

    Plaintiffs,

    v.                                Case No. 20-CV-01660

CITY OF WAUWATOSA, et al,

    Defendants.

## PLAINTIFF's RESPONSE to DEFENDANT's EXHIBIT LIST (ECF #344)

As for the filed Exhibit List by Defendants (ECF #344), Plaintiffs objects to three of the general Exhibits proposed except the use of the Redacted Protestor List. There is no basis upon which any evidence can be determined or distinguished based upon that which the Defendants have filed. Pursuant to Civil L.R. 16(c)(E) parties were required to prepare a "list of exhibits to be offered at trial sequentially numbered according to General L.R. 26 where practicable," unfortunately Defendants did not do that. Defendants' exhibit list as it now stands does not convey any intelligible and referenced evidence disclosed in discovery, as such no exhibits should be accepted except those advanced by the comprehensive, and already disclosed list filed by Plaintiffs (ECF #350). Other than the redacted protestor list, there is no specificity as to what exhibits the Defendants seek to use. Allowing any amendments to Defendants' exhibit list would be prejudicial and will substantially hinder Plaintiffs. We respectfully request Your Honor to deny Defendants' exhibits except the redacted protestor list.

Respectfully submitted this 10th day of April , 2023.

1

**COUNSEL FOR PLAINTIFFS**

/s/ Kimberley Cy. Motley, Esq.
WI State Bar No. 1047193
Motley Legal Services
2206 Bonnie Butler Way
Charlotte, North Carolina 28270
Telephone: (704) 763-5413
Email : kmotley@motleylegal.com

E. Milo Schwab
Ascend Counsel, LLC
2401 S Downing St.
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

2