

# STATE OF WISCONSIN
## DEPARTMENT OF JUSTICE

Josh Kaul  
Attorney General

Division of Law Enforcement Services  
Crime Information Bureau

17 West Main Street  
P.O. Box 2718  
Madison, WI 53701-2718  
(608) 266-7314

November 16, 2022

Motley Legal  
2206 Bonnie Butler Way  
Charlotte, North Carolina 28270

Re: Open Records Request

Dear Ms. Motley:

    I, Katie Schuh, Deputy Director, Crime Information Bureau, Division of Law Enforcement Services, Wisconsin Department of Justice, do hereby certify that the attached printouts of a recall of the TIME System logs, which go back to October 1, 2020-Present, are true and exact copy(s) of the original information.

*[signature: Katie Schuh]*

Deputy Director  
Division of Law Enforcement Services  
Crime Information Bureau

Subscribed and sworn to before me this __16th__ day of __November 2022__.

*[signature: Cynthia J Koll]*

Notary Public  
Dane County, Wisconsin  
My Commissions Expires

March 3, 2023