# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Andrew Aaron, *et al.*,

                     Plaintiffs,     Case No. 20-CV-1660

    v.

                                        **MINUTE SHEET**

Dominick Ratkowski and Joseph Roy,

                     Defendants.

---

| | |
|---|---|
| **Hon. Nancy Joseph, presiding.** | **Deputy Clerk:** Evan Romel |
| **Type of Proceeding:** FINAL PRETRIAL CONFERENCE | |
| **Date:** April 18, 2023, at 9:00 AM | **Court Reporter:** Zoom Audio |
| **Time Commenced:** 9:03 AM | **Time Concluded:** 10:26 AM |

| **Appearances:** | **Plaintiff:** | Kimberly Motley, Kathryn Knowlton |
|---|---|---|
| | **Defendant:** | Jasmyne M. Baynard, Joseph M. Wirth |

**Comments:**

The Court goes through the logistics of the trial scheduled to begin May 1, 2023.
Plaintiffs waive the right to have all named plaintiffs always present during the trial and voir dire process.
The Court clarifies the proper case name going forward.
The Court outlines the rules of decorum that are expected to be followed during trial.
The case will be tried before a jury of 8.
Due to their large number, the Plaintiff will have to revise their list of witnesses.
The Court enters a sequestration order as to the witnesses in this case.
Defense ordered to re-submit their exhibit list to come into compliance with the local rules.
The parties discuss a possible exemplar system to help streamline the examination of witnesses.
The parties agree that the issue of consent does not need to be argued as to the acquisition and dissemination of personal information from motor vehicle records.
The parties stipulate that Roy made the disclosure in question and that consent is not an issue.
The parties stipulate that out of town witnesses may testify remotely.
The parties discuss the subpoena and planned testimony of DOJ and DOT witnesses.
The parties discuss the nature of the testimony of the authentication witness.
Final Pretrial Conference continued to April 24, 2023, at 9:00 am by Zoom.