IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AARON, et. al.,
    Plaintiffs,

v.

RATKOWSKI, and ROY,
    Defendants.

PROPOSED SPECIAL VERDICT FORM
Case No. 20 CV 01660

We the jury in the above-entitled action, answer the Special Verdict questions as follows:

### AS TO CLAIMS AGAINST DEFENDANT JOSEPH ROY FOR VIOLATING DRIVER'S PRIVACY PROTECTION ACT

1. For each Plaintiff, did Defendant JOSEPH ROY **DISCLOSE** such Plaintiff's personal information from a motor vehicle record for a purpose not permitted in violation of the DPPA to the recipient (receiving address) as follows:
   \*\*\* Email Recipient(s) *will be specified based upon admitted evidence and per column* \*\*\*

| NAME | Email recipient<br>If Yes, write the number 1,<br>if No, write in 0. | Email recipient<br>If Yes, write the number 1,<br>if No, write in 0. | Email recipient<br>If Yes, write the number 1,<br>if No, write in 0. |
|---|---|---|---|
| 1. Andrew Aaron | | | |
| 2. Kamila Ahamed | | | |
| 3. Isaiah Baldwin | | | |
| 4. Jacqueline Bogenberger | | | |
| 5. Khalil Coleman | | | |
| 6. Anne Delessio-Parson | | | |
| 7. Rachel Dulay | | | |

1

| | | | |
|---|---|---|---|
| 8. Erik Fanning | | | |
| 9. Jill Ferguson | | | |
| 10. Joanna Geisler | | | |
| 11. Joseph Hayes | | | |
| 12. Destiney Jones | | | |
| 13. Adante Jordan | | | |
| 14. Mary Kachelski | | | |
| 15. Sean Kafer | | | |
| 16. Joseph Koepp | | | |
| 17. John Larry | | | |
| 18. Alex Larson | | | |
| 19. Sonora Larson | | | |
| 20. Lazarito Matheu | | | |
| 21. Molly Nilssen | | | |
| 22. Carmen Palmer | | | |
| 23. Leah Porter | | | |
| 24. Hector Rodriguez | | | |
| 25. Oscar Rodriguez | | | |
| 26. Nathan Sabel | | | |
| 27. Peter Sparks | | | |
| 28. Christina Vitolo-Haddad | | | |
| 29. Gabriella Vitucci | | | |
| 30. Oscar Walton | | | |
| 31. Jayden Welch | | | |
| 32. Suzanne Wells | | | |
| 33. Brandon Wilborn | | | |
| 34. Sonja Worthy | | | |

2. If you find that Defendant Roy violated the DPPA in a willful or reckless manner against any Plaintiff(s) what amount of money do you believe is appropriate to deter any future misconduct? _____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AARON, et. al.,
    Plaintiffs,

**PROPOSED SPECIAL VERDICT FORM**

v.

Case No. 20 CV 01660

RATKOWSKI, and ROY,
    Defendants.

We the jury in the above-entitled action, answer the Special Verdict questions as follows:

**AS TO CLAIMS AGAINST DEFENDANT DOMINICK RATKOWSKI FOR VIOLATING DRIVER'S PRIVACY PROTECTION ACT**

1. For each Plaintiff, did Defendant Dominick Ratkowski **OBTAIN** such Plaintiff's personal information from a motor vehicle record for a purpose not permitted in violation of the DPPA, complete the box and write YES (Y) or NO (N) for each Plaintiff.

| NAME | If Yes, write the number 1, if No, write in the number 0 |
|---|---|
| 1. Andrew Aaron | |
| 2. Robert Agnew | |
| 3. Kamila Ahamed | |
| 4. Isaiah Baldwin | |
| 5. Jacqueline Bogenberger | |
| 6. Lavita Booker | |
| 7. Rebecca Burrell (Wigley) | |
| 8. Raine Cich | |
| 9. Khalil Coleman | |
| 10. Tahudah Cole | |
| 11. Taleavia Cole | |
| 12. Tracy Cole | |
| 13. Steven Conklin | |
| 14. Lauryn Cross | |
| 15. Erik Fanning | |

1

| NAME | If Yes, write the number 1, if No, write in the number 0 |
|---|---|
| 16. Jessica Fenner | |
| 17. Christine Groppi | |
| 18. Gaige Grosskreutz | |
| 19. Joseph Hayes | |
| 20. Adante Jordan | |
| 21. Mary Kachelski | |
| 22. Sean Kafer | |
| 23. Joseph Koepp | |
| 24. John Larry | |
| 25. Alex Larson | |
| 26. Sonora Larson | |
| 27. Van Mayes | |
| 28. Molly Nilssen | |
| 29. Shawn Page | |
| 30. Carmen Palmer | |
| 31. Oscar Rodriguez | |
| 32. Rosalind Rogers | |
| 33. Madeline Schweitzer | |
| 34. Mariah Smith | |
| 35. Peter Sparks | |
| 36. Tiffany Stark | |
| 37. Angel Vega | |
| 38. Gabriella Vitucci | |
| 39. Tristiana Walls | |
| 40. Oscar Walton | |
| 41. Jayden Welch | |
| 42. Briitta Welch | |
| 43. Brandon Wilborn | |
| 44. Trisha Wilson | |
| 45. Katelyn Wojnar | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AARON, et. al.,
    Plaintiffs,

**PROPOSED SPECIAL VERDICT FORM**

v.

Case No. 20 CV 01660

RATKOWSKI, and ROY,
    Defendants.

We the jury in the above-entitled action, answer the Special Verdict questions as follows:

**AS TO CLAIMS AGAINST DEFENDANT DOMINICK RATKOWSKI FOR VIOLATING DRIVER'S PRIVACY PROTECTION ACT**

2. For each Plaintiff, did Defendant Dominick Ratkowski <u>USE</u> such Plaintiff's personal information from a motor vehicle record for a purpose not permitted in violation of the DPPA, complete the box as YES (Y) or NO (N) for each Plaintiff.

3. If the answer to question #1 for <u>ANY</u> Plaintiff is YES, in column #2 please write down the number of times that Defendant Ratkowski <u>USED</u> Plaintiff's personal information from a motor vehicle record for a purpose not permitted in violation of the DPPA.

| NAME | (Y) YES or (N) NO | 2). If Yes, write the NUMBER of times Plaintiff's Information was USED in violation of the DPPA, If No, write in 0. |
|---|---|---|
| 1. Andrew Aaron | | |
| 2. Robert Agnew | | |
| 3. Kamila Ahamed | | |
| 4. Isaiah Baldwin | | |
| 5. Jacqueline Bogenberger | | |
| 6. Lavita Booker | | |
| 7. Rebecca Burrell (Wigley) | | |
| 8. Raine Cich | | |
| 9. Khalil Coleman | | |
| 10. Tahudah Cole | | |
| 11. Taleavia Cole | | |

3

| NAME | (Y) YES or (N) NO | 2). If Yes, write the NUMBER of times Plaintiff's Information was USED in violation of the DPPA, If No, write in 0. |
|---|---|---|
| 12. Tracy Cole | | |
| 13. Steven Conklin | | |
| 14. Lauryn Cross | | |
| 15. Erik Fanning | | |
| 16. Jessica Fenner | | |
| 17. Christine Groppi | | |
| 18. Gaige Grosskreutz | | |
| 19. Joseph Hayes | | |
| 20. Adante Jordan | | |
| 21. Mary Kachelski | | |
| 22. Sean Kafer | | |
| 23. Joseph Koepp | | |
| 24. John Larry | | |
| 25. Alex Larson | | |
| 26. Sonora Larson | | |
| 27. Van Mayes | | |
| 28. Molly Nilssen | | |
| 29. Shawn Page | | |
| 30. Carmen Palmer | | |
| 31. Oscar Rodriguez | | |
| 32. Rosalind Rogers | | |
| 33. Madeline Schweitzer | | |
| 34. Mariah Smith | | |
| 35. Peter Sparks | | |
| 36. Tiffany Stark | | |
| 37. Angel Vega | | |
| 38. Gabriella Vitucci | | |
| 39. Tristiana Walls | | |
| 40. Oscar Walton | | |
| 41. Jayden Welch | | |
| 42. Briitta Welch | | |
| 43. Brandon Wilborn | | |
| 44. Trisha Wilson | | |
| 45. Katelyn Wojnar | | |

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

AARON, et. al.,
    Plaintiffs,

v.

RATKOWSKI, and ROY,
    Defendants.

**PROPOSED SPECIAL VERDICT FORM**
Case No. 20 CV 01660

We the jury in the above-entitled action, answer the Special Verdict questions as follows:

## AS TO CLAIMS AGAINST DEFENDANT DOMINICK RATKOWSKI FOR VIOLATING DRIVER'S PRIVACY PROTECTION ACT

4. For each Plaintiff, did Defendant Dominick Ratkowski **DISCLOSE** such Plaintiff's personal information from a motor vehicle record for a purpose not permitted in violation of the DPPA to the recipient (receiving address) as follows: *** Email Recipient(s) *will be specified based upon admitted evidence and per column* ***

| NAME | Email recipient If Yes, write the number 1, if No, write in 0. | Email recipient If Yes, write the number 1, if No, write in 0. | Email recipient If Yes, write the number 1, if No, write in 0. |
|---|---|---|---|
| 1. Andrew Aaron | | | |
| 2. Robert Agnew | | | |
| 3. Kamila Ahamed | | | |
| 4. Isaiah Baldwin | | | |
| 5. Jacqueline Bogenberger | | | |
| 6. Lavita Booker | | | |
| 7. Rebecca Burrell (Wigley) | | | |
| 8. Raine Cich | | | |
| 9. Khalil Coleman | | | |
| 10. Tahudah Cole | | | |
| 11. Taleavia Cole | | | |
| 12. Tracy Cole | | | |
| 13. Steven Conklin | | | |

5

| | | | |
|---|---|---|---|
| 14. Lauryn Cross | | | |
| 15. Erik Fanning | | | |
| 16. Jessica Fenner | | | |
| 17. Christine Groppi | | | |
| 18. Gaige Grosskreutz | | | |
| 19. Joseph Hayes | | | |
| 20. Adante Jordan | | | |
| 21. Mary Kachelski | | | |
| 22. Sean Kafer | | | |
| 23. Joseph Koepp | | | |
| 24. John Larry | | | |
| 25. Alex Larson | | | |
| 26. Sonora Larson | | | |
| 27. Van Mayes | | | |
| 28. Molly Nilssen | | | |
| 29. Shawn Page | | | |
| 30. Carmen Palmer | | | |
| 31. Oscar Rodriguez | | | |
| 32. Rosalind Rogers | | | |
| 33. Madeline Schweitzer | | | |
| 34. Mariah Smith | | | |
| 35. Peter Sparks | | | |
| 36. Tiffany Stark | | | |
| 37. Angel Vega | | | |
| 38. Gabriella Vitucci | | | |
| 39. Tristiana Walls | | | |
| 40. Oscar Walton | | | |
| 41. Jayden Welch | | | |
| 42. Briitta Welch | | | |
| 43. Brandon Wilborn | | | |
| 44. Trisha Wilson | | | |
| 45. Katelyn Wojnar | | | |

5. If you find that Defendant Ratkowski violated the DPPA in a willful or reckless manner against any Plaintiff(s) what amount of money do you believe is appropriate to deter any future misconduct? _____

6