IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KNOWLTON, et al,

    Plaintiffs,

v.                        Case No. 20 CV 01660

CITY OF WAUWATOSA, et al,

    Defendants.

## PLAINTIFFS' SUPPLEMENTAL PRETRIAL REPORT

Plaintiffs make the following supplement to their Pretrial Report filed April 3, 2023 (ECF #345):

Revising Section F. to be:

**F.    Designation of all depositions or portions of transcripts or other recordings of depositions to be read into the record or played at trial**

Plaintiffs do not anticipate that any depositions, or portions thereto, will be read in or shown at trial outside of any allowable purpose under Federal Rule of Civil Procedure 32, and specifically for witness unavailability or impeachment.

Respectfully submitted this 20th day of April, 2023.

                                    **COUNSEL FOR PLAINTIFFS**

                                    /s/ Kathryn L. Knowlton
                                    WI State Bar No. 1032814
                                    Knowlton Law Group, LLC
                                    7219 West Center Street
                                    Wauwatosa, WI 53210
                                    Telephone: (414) 202-2444
                                    Email : kate@knowltonlawgroup.com

1

Case 2:20-cv-01660-NJ   Filed 04/20/23   Page 1 of 1   Document 370