

WRITER'S DIRECT CONTACT:

KATHRYN L. KNOWLTON
(414) 202-2444
KATE@KNOWLTONLAWGROUP.COM

April 20, 2023

Honorable Magistrate Judge Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202                    **VIA EFILE**

      RE:    US District Court for the Eastern District of Wisconsin
               Case No: 2-20-CV-01660
               *Knowlton, et al v. City of Wauwatosa, et al.*
               **REVISION per ECF #361 ORDER**

Dear Your Honor:

      We write to confirm revision of Section F. of Plaintiffs' Pretrial Report (ECF #345), deposition designations, and confirm that Plaintiffs do not expect to read in any deposition testimony, as all relevant witnesses are expected to testify. The Supplemental Pretrial Report reflecting same is filed contemporaneously with this letter.

      As directed at the pretrial hearing with Your Honor on April 18, 2023, Plaintiffs understood that the witness list also required revision, and presumed today's date (April 20, 2023) to be the deadline consistent with Your Honor's other Order. Unfortunately, though counsel met yesterday and exchanged drafts of stipulations, both parties agreed to meet today. Unfortunately, Defendants' counsel was unable to meet and confer for finalization of stipulations today. However, counsel plan to meet tomorrow and expect to have finalized stipulations which will directly inform the witness list revision as discussed at the pretrial hearing, including the possible use of exemplar witnesses. Both the stipulations and revised witness list will be filed prior to the pretrial conference set for Monday, April 24, 2023.

Very truly yours,

KNOWLTON LAW GROUP, LLC
Attorneys for Plaintiffs

   *Kathryn L. Knowlton*
Kathryn L. Knowlton
SBN: 1032814

7219 WEST CENTER STREET, WAUWATOSA, WI 53210
PHONE: 414-375-4880 / FACSIMILE: 414-939-8830
KNOWLTONLAWGROUP.COM