# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Andrew Aaron, *et al.*,

                              Plaintiffs,        Case No. 20-CV-1660

        v.

                                                  **MINUTE SHEET**

Dominick Ratkowski and Joseph Roy,

                              Defendants.

**Hon. Nancy Joseph, presiding.**                 **Deputy Clerk:** Evan Romel

**Type of Proceeding:** FINAL PRETRIAL CONFERENCE

**Date:** April 24, 2023, at 9:00 AM             **Court Reporter:** Zoom Audio

**Time Commenced:** 9:04 am                    **Time Concluded:** 11:44 am

**Appearances:**       **Plaintiff:**     Kimberly Motley, Kathryn Knowlton, Milo Schwab

                      **Defendant:**   Jasmyne M. Baynard, Joseph M. Wirth

**Comments:**

The number of plaintiff witnesses remain an issue following our initial final pretrial conference.
The parties have conferred on the issue. Plaintiffs still want to have exemplar witnesses.
The parties have not come to an agreement as to the issue of exemplar witnesses.
The parties conduct an extensive conversation regarding the witness and exhibit lists.
Defendants are to revise their exhibit list and bring it into compliance with local rules and prior orders of this court.
The parties discuss the potential of a stipulation to have neither side present video evidence during trial.
As to the Court's draft jury instruction and verdict form, the plaintiff believes some may be shortened while some others may be added.
Defendants have no objections or suggestions now but may closer to closing arguments.
The Court will send the parties the proposed voir dire questions.