

WRITER'S DIRECT CONTACT:

KATHRYN L. KNOWLTON
(414) 202-2444
KATE@KNOWLTONLAWGROUP.COM

April 25, 2023

Honorable Magistrate Judge Nancy Joseph
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202                **VIA EFILE**

    RE:    US District Court for the Eastern District of Wisconsin
              Case No: 2-20-CV-01660
              *Knowlton, et al v. City of Wauwatosa, et al.*
              **ECF #373 ORDER Confirmation**

Dear Your Honor:

**Defendants' Exhibit List**: Pursuant to your Order (ECF #373) and the Court's directives at yesterday's pretrial hearing, Defendants were to provide Bates numbers of their proposed exhibits and bring the list into compliance "by end of business" yesterday. To date and time of this letter, Plaintiffs have not received any communication, clarification, or correspondence in this regard, nor has any corrected proposed Exhibit List been filed with the Court. Trial starts in three (3) business days. Plaintiffs renew their request that Defendants use only Exhibits that have been properly noticed and disclosed to all parties and this Court, in compliance with rules and orders.

**Plaintiffs' Witnesses:** Attorney Wirth did confirm that Defendant Ratkowski's affirmative theory of defense of "verification" will be applicable to all but three plaintiffs, thus it is anticipated that all Plaintiffs will need to testify. This will be contingent on testimony elicited from Defendant Ratkowski.

**Stipulations:** Finally, we file contemporaneously with this letter, the stipulations agreed upon to date, and referenced by Attorney Wirth yesterday, to be included in the Jury Instructions.

Very truly yours,

KNOWLTON LAW GROUP, LLC
Attorneys for Plaintiffs

*Kathryn L. Knowlton*

Kathryn L. Knowlton
SBN: 1032814

7219 WEST CENTER STREET, WAUWATOSA, WI 53210
PHONE: 414-375-4880 / FACSIMILE: 414-939-8830
KNOWLTONLAWGROUP.COM