IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

   Plaintiffs.

   v.                                                         Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

   Defendants.

## STIPULATION FOR DISMISSAL OF ISAIAH BALDWIN CLAIM FOR RELIEF AGAINST DEFENDANT DOMINICK RATKOWSKI

IT IS HEREBY stipulated and agreed by and between Plaintiff Isaiah Baldwin through his attorney, Attorney Kimberley Cy. Motley and Defendants by their attorney, Attorney Joseph Wirth, that the claim for relief against Defendant Dominick Ratkowski on behalf of the Plaintiff and the cause of action of as set forth against Defendant Dominick Ratkowski may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

    Dated: April 26, 2023

| | |
|---|---|
| /s/ Kimberley Cy. Motley | /s/ Joseph Wirth |
| MOTLEY LEGAL SERVICES | WIRTH & BAYNARD |
| Attorney for Plaintiff | Attorney for Defendants |
| Kimberley Cy. Motley | Joseph Wirth |
| WI State Bar No. 1047193 | WI State Bar No. 1012080 |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN KNOWLTON et al,

    Plaintiffs.

    v.                                       Case No. 20 CV 01660

CITY OF WAUWATOSA et al,

    Defendants.

## ORDER FOR DISMISSAL OF ISAIAH BALDWIN CLAIM FOR RELIEF AGAINST DEFENDANT RATKOWSKI

    Upon the Stipulation by and between Plaintiff Isaiah Baldwin, by his attorney, Attorney Kimberley Cy. Motley; and Defendants, by their attorney, Attorney Joseph Wirth, that the claim for relief against Defendant Dominick Ratkowski and cause of action of Isaiah Baldwin as set forth against Defendant Dominick Ratkowski may be dismissed, with prejudice, and without costs and fees to either party, pursuant to FDCP 41(a)(1)(A)(ii) and 41(a)(1)(B).

    Dated: April 26, 2023

                                            BY THE COURT:

                                            _____
                                            Honorable Nancy Joseph
                                            United States District Judge