

**Khalil Coleman (BM 7/3/1986)** ⬛ — — — — — — — — — — — — — — — — — — —

TLO: 414-704-1641 (ZETX confirmed)

TLO address: 2523 N 49th St

DOT address as of 8/20/2012: 4319 W Congress St.

MCSO: 414-704-1641

https://www.facebook.com/khalil.coleman.161

**Brandon R Wilborn (7/17/2001)**— — — — — — — — — — — — — — — — — — — — —

DOT as of 1/18/2019: 5314 N 34th St

TLO: 5314 N 34th St and 2461a N 9th St Mother is Trisha Wilson

https://www.facebook.com/profile.php?id=100008735880637

**Mariah R Smith (BF 1/5/1992) "Core Member"**— — — — — — — — — — —

DOT as of 12/29/2015: 4909 N 26th St

https://www.facebook.com/mariah.smith.5477

https://www.facebook.com/ryee.smith.1



Rebecca L Wigley (Burrell) (FB 2/14/1986)——————————————
DOT as of 12/18/2016: 4809 W Medford Ave
TLO: 7628 W Courtland Ave (most likely)
https://www.facebook.com/Crowning.Legacy.Becca

Jacqueline L Bogenberger (5/9/1991)—————————————————
DOT as of 11/30/2015: 4781 N Elkhart Ave
https://www.facebook.com/jaxximal/



Andrew J Aaron (Mw 10/16/1984) "Core Member"————————

Common Council Meeting Address: 2205 E Belleview pl #3a

Social media: Jo Van Deraffe

https://www.facebook.com/profile.php?id=100013651656401



Joseph S Hayes (MB 9/24/1996) "Braxton Ivan"——

As of 07/10/20: staying at Residence Inn on Discovery Plwy

TLO: 3765 N 13th St  https://www.facebook.com/josh.haues.39?refid=52
https://www.facebook.com/profile.php?id=100035599390952

Joey R Koepp (MW 1/12/1993)——————————————

DOT as of 6/23/2020: 4560 S 47 St

https://www.facebook.com/joey.koepp





PL

Vaun L Mayes (BM 3/1/1987)————————————————————————

DOT as of 12/19/2018: 3214 N 41st St YouTube

https://www.facebook.com/YungLz          https://www.instagram.com/yunglz/

https://www.facebook.com/CommunityTaskForceMKE

https://www.facebook.com/Justice-Tour-2020-Protest-Parties-MKE-107269697695666

Gaige P Grosskruetz (WM 11/4/1993)

DOT as of 8/7/2018: 801 7th st, Ashland WI

TLO: 7060 S 78th St, West Allis

https://www.facebook.com/gaige.grosskreutz.52

John L Larry (MB 9/22/1980)————————————————————

DOT as of 8/1/2016: 4546 N 110th St——Drives 2011 white Dodge Ram 2500
(NA8240) "Power Wagon" written on the sides

On New Tosa Ad Hoc Committee

https://www.facebook.com/john.larry

Cole Family+



Taleavia L Cole (BF 3/9/1998):————————————————

TLO: 414-455-8885 and 414-306-1717

KGIS as of 4/2/18: 414-501-6535

TLO Address: 3163 N Buffum St

DOT address as of 12/4/2019: 4876 N 24th P

https://www.facebook.com/taleavia.cole.3





Lauryn P Cross (6/7/2000)————————————————————

TLO address: 7900 W Grantosa Dr (DOT as of 12/18/2018) and 3400 N Maryland Ave

TLO Phone: 414-368-3110

https://www.facebook.com/lauryn.paige.cross





Tracy Cole (BF 12/19/1971)————————————————————

TLO: 414-455-8885 (likely landline)

TLO: 414-249-1098 (ZETX confirmed)

TLO Address: 4876 N 24th Pl

DOT address as of 10/11/2014: 3454a N 4th St.









Tristiana E Walls (FB 1/28/1992)————————————————

DOT as of 3/26/2019: 4876 N 24 Pl

https://www.facebook.com/shayla.wells.3?
fref=profile_friend_list&hc_location=profile_browser





Tahudah L Cole (FB 9/6/1994) ————————————————————

DOT as of 2/28/2019: 4408 W Burleigh St #4

https://www.facebook.com/imsexy.cole



Rosalind R Rodgers "Rozz" (3/12/2001)————————————————————————

DOT: 4204 N 42nd St— Arrest 9/5/2020 (20-016561)

https://www.facebook.com/rozz.rogers.5 & https://www.facebook.com/rosalind.rogers.7505



https://www.facebook.com/TheeAquarius85

Robert Agnew Jr (MB, 12/20/1987)     vehicle: 2007 Silver BMW 328 — — — — — — —

DOT: 7003 N Green Bay Ave—Arrest 9/5/2020 (20-016561)

https://www.facebook.com/profile.php?id=8649629



Adante D Jordan (MB 7/10/1975)— — — — — — — — — — — — — —

DOT as of 5/23/2016: 3888 N 19th St

https://www.facebook.com/adante.jordan

Jayden H Welch (MB 05/10/2001) — — — — — — — — — — — — — —

DOT as of 4/7/2017: 3111 Spring Dr Burlington #1(claims to be a EMT, rides in car
     with his mom Britta Welch)

https://www.facebook.com/jayden.welch.33

Briitta Welch (FW 2/5/1972)

DOT as of 3/22/2020: 3111 Spring Dr Burlington (driver of silver Hyundai Elantra (WI — — —
532WEV), has red cross sticker on driver door)

https://www.facebook.com/briitta.welch

Oscar Concepcion Rodriguez (MH 11/3/1984)— — — — — — — — — — — —

DOT as of 4/3/2020: 1533 E Cleveland Ave

https://www.facebook.com/oscar.concepcion.18



Katelyn A Wojnar (WF 12/01/1997)————————————————————————

DOT as of 8/7/2020: 209 2nd St N #4 Stevens Point (From Waukesha 401 S University Dr)

https://www.facebook.com/profile.php?id=100009568005871

Kamila S Ahamed (BF 4/23/1992)——————————————————————

As of 2/25/2018: 4719 N 20th St

https://www.facebook.com/kamila.ahmed.9655

https://www.facebook.com/kami.simmone.3

Sean M Kafer (WM 10/15/1979)————————————————————

DOT as of 3/23/2013: 2102 N 2nd St

https://www.facebook.com/seankafer

Madeleine Schweitzer (FW 4/6/1991)-Photographer————————————————

DOT as of 10/15/2014L 2102 N 2nd St

https://www.facebook.com/madeleine.schweitzer.3



Steven A Conklin (MW 10/13/1957)—————————————————

DOT: 525 Grey Fox Run Watertown

https://www.facebook.com/steve.conklin.520



Molly J Nilssen (WF 12/16/1985)————————————————————————

DOT as of 3/20/2016: 1746 N52nd St

https://www.facebook.com/molly.nilssen

Sonora A Larson (11/27/1993)————————————————————————

DOT as of 5/23/2020: 2740 N Fratney St

https://www.facebook.com/SonoraLarson



Raine A Cich   (FW 05/17/01)

DOT: 7645 Lorraine Pl Milw

https://www.facebook.com/raine.mendoza.967

Alex A Larson (WM 3/16/1992)

DOT As of 7/24/2018: 1505 N Franklin Pl, #103

https://www.facebook.com/aalarson3

Oscar J Walton "Spaidez" (BM 6/24/1992)

DOT as of 10/24/2019: 2162 N 48th St.

https://www.facebook.com/OfficialSpaidez



Mary P "Mara" kachelski (9/12/1972) Tosa Moms Tackling Racism Often has daughter wit her——
Daughter —> DOT as of 11/18/2015:2408 N 72nd St

https://www.facebook.com/marajarzynski.kachelski

Gabriella M Vitucci (WF 08/08/2000)———————————————————————————

DOT as of 8/3/2019: 425b E Smith St

https://www.facebook.com/gabriella.vitucci.52?hc_location=ufi

LaVita Booker (BF 9/9/1961) "Mama Booker" Mother of Joshua Hayes———————————

DOT as of 9/6/2016: 2950 N 38th St

https://www.facebook.com/BlackQueen360

https://www.facebook.com/lavita.booker.9/photos

Trisha Wilson (FW 3/9/1970) Brandon Wilborn's Mother————————————————

DOT as of 5/31/2018: 5314 N 34th St

https://www.facebook.com/slim.missinniko







Shawn A Page (1/29/1974)
Dot as of 2/9/2016: 1342 S 56th St
https://www.facebook.com/seann.page.7
https://www.facebook.com/shawn.red.543



Eric C Fanning (MW 9/21/1970)————————————————————————————

: 10410 W Burleigh St.

https://www.facebook.com/profile.php?id=100015261732737

Carmen N Palmer (FB 3/13/1980)————————————————————

2926 W Bobolink Ave

https://www.facebook.com/profile.php?id=100001976603104

Angel Vega-Angiano (MH 12/22/1990)————————————————————

2822 N 1st St

https://www.facebook.com/angel.vega.315080/

Peter A Sparks (MW 4/2/1969)

2472 N 62nd St

Steven A Conklin (WM 10/13/1957)————————————————————

DOT:525 Grey Fox Run, Watertown

https://www.facebook.com/steve.conklin.520









Jessica F Fenner (FW 4/14/1974)————————————————————————
DOT as of 8/13/2004: 3208 N Holton St
https://www.facebook.com/FortuneMilwaukee

Christine A Groppi (9/12/1980)————————————————————————
DOT as of 311/2014: 217 E Montana St
https://www.facebook.com/christine.groppi



Tiffany A Stark (FW 11/3/1978)—————————————

DOT as of 9/282015: 6414 W Burnham St, West Allis

https://www.facebook.com/tiffany.stark2





Vehicles.

2010 Silver Jeep Patriot (403-UYC): Eluding 20-016413; 20-16398 Joey Keopp

2011 Black For Escape (AFF-8780): Adonte M Jordan (7/10/1975)-Reckless driving 20-016415 Robert Agnew

2015 Silver Ford Escape (710-XMJ): Mary P Kachelski (FW 9/12/1972)



2010 Red Chevrolet Equinox (614-ZSH): Carmen N Palmer (3/13/1980)

2019 Black Chevrolet Trax (ABZ-7668): Raine A Cich (5/17/2001)

2007 Silver BMW 328 (AGW-5110): Robert Agnew (12/20/1987)



2013 Black Chrysler Town & Country (523-SVS): John L Larry (9/22/1980)

2002 Black VW Cabrio GLX (AKC-5975): Sonora A Larson (11/27/1993)

Blue Ford Escape (AHC-1067): Lavita Booker