UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW AARON, et al.,

    Plaintiffs,

v.

    Case No. 20-CV-1660

DOMINICK RATKOWSKI and
JOSEPH ROY,

    Defendants.

SPECIAL VERDICT FORM

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

Question No. 1: For each Plaintiff, did Defendant **Dominick Ratkowski** knowingly obtain, use, or disclose Plaintiff's personal information from a motor vehicle record for a purpose not permitted by the DPPA?– complete the box as YES or NO. If you write "YES" in any boxes, write in how many times total.

| Plaintiff's Name | Did Ratkowski knowingly obtain, use, or disclose personal information from a motor vehicle record for a purpose not permitted by the DPPA? | If yes, how many times? |
|---|---|---|
| 1. Andrew Aaron | No | |
| 2. Kamila Ahmed | No | |
| 3. Robert Agnew | No | |
| 4. Jacqueline Bogenberger | No | |
| 5. Lavita Booker | No | |
| 6. Rebecca Burrell | No | |

| | | |
|---|---|---|
| 7. Raine Cich | No | |
| 8. Tahudah Cole | No | |
| 9. Taleavia Cole | No | |
| 10. Tracy Cole | No | |
| 11. Khalil Coleman | No | |
| 12. Steven Conklin | No | |
| 13. Lauryn Cross | No | |
| 14. Erik Fanning | No | |
| 15. Jessica Fenner | No | |
| 16. Christine Groppi | No | |
| 17. Gaige Grosskreutz | No | |
| 18. Joseph Hayes | No | |
| 19. Adante Jordan | No | |
| 20. Mary Kachelski | No | |
| 21. Sean Kafer | No | |
| 22. Joey Koepp | No | |
| 23. John Larry | No | |
| 24. Alex Larson | No | |
| 25. Sonora Larson | No | |
| 26. Vaun Mayes | No | |
| 27. Molly Nilssen | No | |
| 28. Shawn Page | No | |
| 29. Carmen Palmer | No | |
| 30. Oscar Concepcion Rodriguez | No | |
| 31. Rosalind Rogers | No | |
| 32. Madeline Schweitzer | No | |
| 33. Mariah Smith | No | |
| 34. Peter Sparks | No | |
| 35. Tiffany Stark | No | |

| | | |
|---|---|---|
| 36. Angel Vega | No | |
| 37. Gabriella Vitucci | No | |
| 38. Tristiana Walls | No | |
| 39. Oscar Walton | No | |
| 40. Britta Welch | No | |
| 41. Jayden Welch | No | |
| 42. Brandon Wilborn | No | |
| 43. Trisha Wilson | No | |
| 44. Katelyn Wojnar | No | |

Question No. 2: For each Plaintiff, did **Defendant Joseph Roy** knowingly disclose Plaintiff's personal information from a motor vehicle record for a purpose not permitted by the DPPA?– complete the box as YES or NO. If you write "YES" in any boxes, write in how many times total.

| Plaintiff's Name | Did Roy knowingly disclose personal information from a motor vehicle record for a purpose not permitted by the DPPA? | If yes, how many times? |
|---|---|---|
| 1. Andrew Aaron | No | |
| 2. Kamila Ahmed | No | |
| 3. Isiah Baldwin | No | |
| 4. Jacqueline Bogenberger | No | |
| 5. Khalil Coleman | No | |
| 6. Rachel Dulay | No | |
| 7. Anne Delessio-Parson | No | |
| 8. Erik Fanning | No | |
| 9. Jill Ferguson | No | |
| 10. Joanna Geisler | No | |
| 11. Joseph Hayes | No | |
| 12. Destiney Jones | No | |
| 13. Adante Jordan | No | |

| | | |
|---|---|---|
| 14. Mary Kachelski | No | |
| 15. Sean Kafer | No | |
| 16. Joey Koepp | No | |
| 17. John Larry | No | |
| 18. Alex Larson | No | |
| 19. Sonora Larson | No | |
| 20. Lazarito Matheu | No | |
| 21. Molly Nilssen | No | |
| 22. Carmen Palmer | No | |
| 23. Leah Porter | No | |
| 24. Hector Rodriguez | No | |
| 25. Nathan Sabel | No | |
| 26. Peter Sparks | No | |
| 27. Christina Vitolo-Haddad | No | |
| 28. Gabriella Vitucci | No | |
| 29. Jayden Welch | No | |
| 30. Suzanne Wells | No | |
| 31. Brandon Wilborn | No | |
| 32. Sonja Worthy | No | |

Question No. 3:   Did Plaintiffs prove by a preponderance of the evidence that Defendant **Dominick Ratkowski** acted willfully or in reckless disregard of the law?

Answer:   _____   __X__
               Yes           No

Question No. 4:   If you answered "YES" to Question No. 3, what amount of punitive damages should be awarded against Ratkowski?

Answer:   $_____

Question No. 5:   Did Plaintiffs prove by a preponderance of the evidence that Defendant **Joseph Roy** acted willfully or in reckless disregard of the law?

Answer:   _____   \_\_\_X\_\_\_\_\_
           Yes              No

Question No. 6:   If you answered "YES" to Question No. 5, what amount of punitive damages should be awarded against Roy?

Answer:   $_____

*Please sign and date the final page of this verdict form.*

_____   \_\_5/5/23\_\_
Foreperson                                    Date