# United States District Court

EASTERN DISTRICT OF WISCONSIN

**ANDREW AARON, ET AL.,**
        Plaintiffs,

    v.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-CV-1660

**DOMINICK RATKOWSKI AND JOSEPH ROY,**
        Defendants.

---

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that the remaining named Plaintiffs recover nothing on their claims against the remaining named Defendants, Dominick Ratkowski and Joseph Roy.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** on its merits.

Approved: *[signature]*
NANCY JOSEPH
United States Magistrate Judge

Dated: May 8, 2023

GINA M. COLLETTI
Clerk of Court

*s/ Evan Romel*
(By) Deputy Clerk