UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW AARON, et al.,

    Plaintiffs,

  v.                               Case No. 20-CV-1660

DOMINICK RATKOWSKI and
JOSEPH ROY,

    Defendants.

---

### ORDER ON SCHEDULING OF POST-TRIAL MOTIONS

Judgment on the jury's verdict was entered in this case on May 8, 2023. (Docket # 412.) To clarify the record, the Court will not set a briefing schedule on post-trial motions. Rather, any post-trial motions should be filed in accordance with the Federal Rules of Civil Procedure and this district's local rules.

**IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 10th day of May, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge