UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANDREW AARON, et al.,

    Plaintiffs,

  v.                                                          Case No. 20-CV-1660

DOMINICK RATKOWSKI and
JOSEPH ROY,

    Defendants.

---

## ORDER REDACTING TRANSCRIPT OF *VOIR DIRE*

---

Plaintiffs have requested a copy of the trial transcript in the above-captioned case, including a transcript of the *voir dire* process. Pursuant to *In re: Transcripts of Voir Dire*, General Order No. 22-9 (E.D. Wis. June 15, 2022), if a requested transcript includes a transcription of the *voir dire* process, at the time the transcript is made available in the clerk's office, the court reporter must notify the presiding judge that a transcript of the *voir dire* process has been made available for review. The presiding judge must balance the right to public access of the transcript with the jurors' right to privacy and seal the transcript of the *voir dire* process if appropriate.

In this case, the transcript of the *voir dire* proceedings contains both the first and last names of several members of the venire. To protect these individual's privacy, the first and last names of the venire members will be redacted in the transcript of the *voir dire* process.

    **IT IS SO ORDERED**.

Dated at Milwaukee, Wisconsin this 5th day of June, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge