# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 23, 2023

*By the Court*:

| No. 23-2145 | KATHRYN KNOWLTON, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> DOMINICK RATKOWSKI, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01660-NJ <br> Eastern District of Wisconsin <br> Magistrate Judge Nancy Joseph ||

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. APP. P. 42(b)(1)**, filed on June 22, 2023, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 23, 2023

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 23-2145 | KATHRYN KNOWLTON, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> DOMINICK RATKOWSKI, et al., <br> Defendants - Appellees |

**Originating Case Information:**
District Court No: 2:20-cv-01660-NJ
Eastern District of Wisconsin
Magistrate Judge Nancy Joseph

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:　　　　　　　　　　　　　　　　　F.R.A.P. 42(b)

STATUS OF THE RECORD:　　　　　　　　　　　　　no record to be returned

form name: **c7_Mandate**　　(form ID: **135**)