# United States District Court
## EASTERN DISTRICT OF WISCONSIN

Knowlton et al

Plaintiff(s),

v.

City of Wauwatosa

Defendant(s).

Case No.

20C1660

## EXHIBITS RELEASED BY CLERK OF COURT'S OFFICE

The Clerk of Court's office hereby releases all exhibits entered as evidence in the above captioned case on behalf of:

☒ Plaintiff     or  ☐ Defendant

An itemization of the exhibits being released to the party indicated above, is attached to this document.

The undersigned hereby acknowledges receipt of these exhibits on behalf of the party referenced herein.

Date: 8|11|23

By: _____

Title: Attorney for the Plaintiffs

Of: _____

# United States District Court

| Eastern | DISTRICT OF | Wisconsin |
|---|---|---|

Knowlton et al.

**EXHIBIT AND WITNESS LIST**

V.

City of Wauwatosa

Case Number: 20 CV 1660

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nancy Joseph | Kimberley Motley | Jasmyne Baynard |
| TRIAL DATE (S) May 1, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLT NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | TARGET LIST - UNREDACTED (PL BATES 32-601 |
| 2 | | | | | TARGET LIST REDACTED by WPD |
| 3 | | | | | WPD OPPA Policy (PL BATES 2714-2718) |
| 4 | | | | | WPD Rules and Regulations (PL Bates 2719 2746) |
| 5 | | | | | Open Records Requests (Def Bates 29553 29610) |
| 6 | | | | | 12/21/21 Defendant Amended Resp to PL RPD 6/23/21 |
| 7 | ✓ | 5/2/23 | y | y | Defendants Response to Plaintiffs 1st Request for Admissions & interrogatories - 7/26/21 |
| 8 | | | | | Dominick Ratkowski Emails Redacted - (Def Resp 7/26/21) |
| 9 | | | | | Dominick Ratkowski WPD Officers Access to PI - (Def Resp 7/26/21) |
| 10 | | | | | Defendant s Response to Plaintiffs 6th RPD, 4th REA. 5th mt November 17, 2022 |
| 11 | ✓ | 5/3/23 | y | y | 20CV1660 Protective Order ECF 233 |
| 12 | | | | | Defendant City of Wauwatosa Amended Resp to PL 2nd Req for Inter 12/5/22 |
| 13 | | | | | Open Records Request 10/9/20 Def Bates 30519 30522 |
| 14 | ✓ | 5/3/23 | y | y | Open Records Request 10/22/20 Def Bates 30480 30483 |
| 15 | | | | | Open Records Request 10/19/20 Def Bates 30483 30485 |
| 16 | | | | | Open Records Request 11/17/20 Def Bates 30486-30488 |
| 17 | ✓ | 5/3/23 | y | y | Open Records Request 10/23/20 Def Bates 30498-30500 |
| 18 | ✓ | 5/3/23 | y | y | Open Records Request 12/11/20 Def Bates 30501 |
| 19 | | | | | Open Records Request 11/4/20 Def Bates 30502 |
| 20 | ✓ | 5/3/23 | y | y | Open Records Request 12/22/20 Def Bates 30503 |
| 21 | ✓ | 5/3/23 | y | y | Open Records Request 10/23/20 Def Bates 30516 |
| 22 | ✓ | 5/3/23 | y | y | Open Records Request 10/18/20 Def Bates 30517 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages 2

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | Knowlton et. al, | | vs. | City of Wauwatosa, et. al. | 20CV01660 |
|---|---|---|---|---|---|

| PLTF NO | OFF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Defendants Response to PL4th Set of Discovery November 2, 2022 / November 4, 2022 |
| 24 | | | | | 11/16/22 - Certified Letter Katie Schuh Response to Subpoenas |
| 25 | | | | | TIME System Log Andrew Aaron- IDOJ Subp Resp OO3111-OO3152) |
| 26 | | | | | TIME System Log Spr eadsheet Andrew Aaron |
| 27 | | | | | TIME Systems Log information Kamila Ahamed (DOJ Subp Resp 003627 003658) |
| 28 | | | | | TIME System logSpr eadsheet Kamila Ahamed |
| 29 | | | | | TIME Systems Log Robert Agnew IDOJ Subp Resp 004119-004375) |
| 30 | | | | | TIME System LogSpreadsheet RoDert Agnew |
| 31 | | | | | TIME Systems Log Isaiah Baldwin- (DOJ Subp Resp 003337-003340) |
| 32 | | | | | TIME System logSpr eadsheet Isaiah Baldwin |
| 33 | | | | | TIME Systems Log Jacqueline Bogenberger IDOJ Subp Resp 003341-003460) |
| 34 | | | | | TIME System Log Spr eadsheet Jac quel me Bogenber ger |
| 35 | | | | | TIME Systems Log Lavita Booker- IDOJ Subp Resp 004013-004048) |
| 36 | | | | | TIME System Log Spr eadsheet Lavita Booker |
| 37 | | | | | TIME Systems Log Rebecca Burrell (Wigley)- IDOJ Subp Resp 304396-004402) |
| 38 | | | | | TIME System LogSpreadsheet Rebecca Burrell (Wigley) |
| 39 | | | | | TIME Systems Log Rame Cich- (DOJ Subp Resp 002387-002436) |
| 40 | | | | | TIME System LogSpr eadsheet RameCich |
| 41 | | | | | TIME Systems Log Khalil Coleman- (DOJ Subp Resp 000435 - 000643) |
| 42 | | | | | TiME System LogSpreadsheet Khalil Coleman |
| 43 | | | | | TIME Systems Log Tahudah Cole (DOJ Subp Resp 000197-000396) |
| 44 | | | | | TIME System Log Spreadsheet Tahudah Cole |
| 45 | | | | | TIME Systems Log Taleav.a Cole- (DOJ Subp Resp 000645-000836) |
| 46 | | | | | TIME System log Spr eadsheet Talea via Cole |
| 47 | | | | | Time Systems log Tracy Cole (DOJ Subp Resp. 000398 000434) |
| 48 | | | | | TIME System log Spr eadsheet TracyCoie |
| 49 | | | | | TIME Systems Log Steven Conklin (DOJ Subp Resp. 004085-004118) |

# EXHIBIT AX'D WITNESS LIST - CONTINUATION

| | Knowlton et.al. | | vs. | | Cty of Wauwatosa et.al. | 20CV01660 |

| PLF SQ | DEF SQ | DATE OFFERED | MARRID | XDX8 I III» | DF SCRIPT IOS OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| SO | | | | | TIME Syst em tog Spreadsheet St even Conkl in |
| 51 | | | | | TIME System Log Lauryn Cross- (DOJ Subp Resp. 000145-000190) |
| 52 | | | | | Time System log Spreadsheet lauryn Cross |
| S3 | | | | | TIME System Log Erik Fanning (DOJ Subp Resp 002187 002267) |
| 54 | | | | | TIME System Log Spreadsheet Erik Fanning |
| ss | | | | | TIME System log Jessica Fenner (DOJ Subp Resp 001362 0013681 |
| 56 | | | | | Time System Log Spreadsheet Jessica Fenner |
| 57 | | | | | Time System Log Spreadsheet Alex Larson |
| 58 | | | | | Time System Log Tristiana Walls |
| 59 | | | | | TIME System log Chnstme Groppi (DOJ Subp Resp 001358-001361) |
| 60 | | | | | time System Log Spreadsheet Christ me Groppi |
| 61 | | | | | TIME System log Gaige Grosskreutz (DOJ Subp Resp 001351-0013SS) |
| 62 | | | | | TIME System log Spreadsheet Gaige Grosskreutz |
| 63 | | | | | TIME System log Joseph Hayes (DOJ Subp Resp 003772-004012) |
| 64 | | | | | TIME System Log Spreadsheet Joseph Hayes |
| 65 | | | | | Time System Log Adante Jordan [DOJ Subp Resp 001293-001322) |
| 66 | | | | | Time System Log Spreadsheet Ana nt e Jordan |
| 67 | | | | | TIME System Log Mary Kachelski (DOJ Subp Resp 002437 002466) |
| 68 | | | | | TIME System Log Spreadsheet Mary Kachei ski |
| 69 | | | | | TIME System log Sean Kater (DOJ Subp Reso 002540 002571) |
| 70 | | | | | TIME System Log Spreadsheet Sean Kafer |
| 71 | | | | | TIME System Log Joseph Koepp (DOJ Subp Resp 000002 000144) |
| 72 | | | | | TIME System log Spreadsheet Joseph Koepp |
| 73 | | | | | TIME System Log John Larry. |DOJ Subp Resp 003474-003626) |
| 74 | | | | | TIME System Log Spreadsheet John Larry |
| 75 | | | | | TIME System Log Joanna Geisler- (DOJ Subp Resp 003461 003473) |
| 76 | | | | | TIME System Log Spreadsheet Joanna Geisler |

Page of _ Page»

| | | | | | |
|---|---|---|---|---|---|
| Knowlton et.al. | | vs. | City of Wauwatosa et.al. | 20CV01660 | |
| PI F NO | DEF NO | DATE OFFERED | MARKED | \DMII 1LL▶ | DESCRIPTION OI EXHIBITS AND WITNESSES |
| 77 | | | | | TIME System Log Sonora Larson (DOJ Subp Resp 002960- 002989) |
| 78 | | | | | TIME System Log Spreadsheet Sonora Lar son |
| 79 | | | | | TIME System Log Van Mayes (DOJ Subp Resp 001100 - 001118) |
| 80 | | | | | TIME System Log Spreadsheet Van Mayes |
| 81 | | | | | TIME System Log Mody Nilssen (DOJ Subp Reso 003361 003729) |
| 82 | | | | | TIME System Log Spreadsheet Molly Nilssen |
| 83 | | | | | TIME System Log Shawn Page- (DOJ Subp Resp 001497-001994) |
| 84 | | | | | TIME System Log Spreadsheet Shawn Page |
| 85 | | | | | TIME System Log Carmen Palmer- (DOJ Subp Resp 002134-002167) |
| 86 | | | | | TIME System log Spreadsheet Carmen Palmer |
| 87 | | | | | TIME System Log Oscar Concepcion Rodriguez- (DOJ Subp Resp 002834-002958) |
| 88 | | | | | TIME System Log Spreadsheet Oscar Concepcion Rodriguez |
| 89 | | | | | TIME System log Rosalind Rogers (DOJ Subp Resp 004049 004064) |
| 90 | | | | | TIME System Log Spreadsheet Ro sal md Roger s |
| 91 | | | | | TIME System Log Angel Vega- (DOJ Subp Resp 002003-002070) |
| 92 | | | | | TIME System log Spreadsheet Angel vega |
| 93 | | | | | TIME System Log Spreadsheet Madehence Schweitzer |
| 94 | | | | | TIME System Log Spreadsheet Mar iah Smit h |
| 95 | | | | | TIME System log Peter Sparks- (DOJ Subp Resp 003740-003771) |
| 96 | | | | | Time System Log Spreadsheet Peter Sparks |
| 97 | | | | | TIME System Log T.ffany Stark- (DOJ Subp Resp 001997-001998) |
| 98 | | | | | TIME System Log Spreadsheet Tiffany St ark |
| 99 | | | | | TIME System Log Gabriella Vitucci (DOJ Subp Resp 001339-001350) |
| 100 | | | | | T ime System Log Spreadsheet Gabriella Vitucci |
| 101 | | | | | TIME System Training Materials |
| 102 | | | | | DOT Signed Waiver Hector Rodriguez |
| 103 | | | | | IDOT Signed Waiver Van Mayes |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | Knowlton et.al. | | vs. | | City of Wauwatosa et.al. | 20CV01660 |
|---|---|---|---|---|---|---|

| PI F NO | DEF NO | DATE OFFERED | MARKED | UNII II D | DESCRIPTION OF EXHIBITS XND WITNESSES |
|---|---|---|---|---|---|
| 104 | | | | | TIME System Log Anne Delessio Parson- (DOJ Subp Resp 003177-003209) |
| 105 | | | | | TIME System log Spreadsheet Anne Delessio-Parson |
| 106 | | | | | TIME System log Jill Ferguson (DOJ Subp Resp 001369 001410) |
| 107 | | | | | TIME System log Spreadsheet Jill Ferguson |
| 108 | | | | | TIME System Log Spreadsheet Destiney Jones |
| 109 | | | | | TIME System log latanto Matheu- IDOJ Subp Resp 001198-001224) |
| 110 | | | | | TIME System Log Spreadsheet Lazanto Matheu |
| 111 | | | | | TIME System Log Leah Porter- IDOJ Subp Resp 001464-001491) |
| 112 | | | | | TIME System log Spreadsheet Lean Porter |
| 113 | | | | | TIME System Log Nathan Sabel (DOJ Subp Resp 002467-002538) |
| 114 | | | | | TIME System log Spreadsheet Nathan Sabel |
| 115 | | | | | TIME System log Christina Vitolo-Haddad (DOJ Subp Resp 003157-003176) |
| 116 | | | | | TIME System log Spreadsheet Christina VitolaHaddad |
| 117 | | | | | TIME System log Oscar Walton (DOJ Subp Resp 003730 = 003739) |
| 118 | | | | | Time System log Spreadsheet Oscar Walton |
| 119 | | | | | TIME System log Jayden Welch (DOJ Subp Resp. 001411-001459) |
| 120 | | | | | TIME System Log Spreadsheet Jayden Welch |
| 121 | | | | | TIME System Log Brutta Welch (DOJ Subp Resp 001326-001335) |
| 122 | | | | | Time System log Spreadsheet Brutta Welch |
| 123 | | | | | TIME System log Sutane Wells (DOJ Subp Resp 002993-003109) |
| 124 | | | | | TIME System Log Spreadsheet Suzanne Weis |
| 125 | | | | | TIME System Log Brandon Wilborn (DOJ Subp Resp 002071-002133) |
| 126 | | | | | TIME System Log Spreadsheet Brandon Wilborn |
| 127 | | | | | TIME System log Tnsha Wilson (DOJ Subp Resp 004376-004395) |
| 128 | | | | | TIME System Log Spreadsheet Trisha Wilson |
| 129 | | | | | TIME System uog Spreadsheet Sonja Worthy |
| 130 | | | | | TIME System Log Spreadsheet Tnstiana Walls |

*. AOI87AIRe\ 7K7>

| | | | | | |
|---|---|---|---|---|---|
| Knowlton et. al- | | | vs. | City of Wauwatosa et.al. | 20CV01660 |

| PI F SQ | DEF SQ | DATE OFFERED | MARK! I> | wMinii) | DESCRIPT IOS OF EXHIBITS ASD WITNESSES |
|---|---|---|---|---|---|
| 131 | | | | | DOT Signed Waiver Andrew Aaron |
| 132 | | | | | DOT Signed Waiver Robert Agnew |
| 133 | | | | | DOT Sig ned Waiver Kamila Ah a med |
| 134 | | | | | DOT Signed Waiver isaian Baldwin |
| 135 | | | | | DOT Signed Waiver Jac quel me Bogenber ger |
| 136 | | | | | DOT Sig ned Waiver Lavita Booker |
| 137 | | | | | DOT Signed Waiver RaineCich |
| 138 | | | | | DOT Signed Waiver TahudahCole |
| 139 | | | | | DOT Signed Waiver Taleavia Cole |
| 140 | | | | | DOT Signed Waiver Tracy Col e |
| 141 | | | | | DOT Signed Waiver Khalil Coleman |
| 142 | | | | | DOT Sig ned Wa iver St even Co nkl in |
| 143 | | | | | DOT Signed Waiver lauryn Cross |
| 144 | | | | | DOT Sig ned Waiver Anne Dei essio-Par son |
| 145 | | | | | DOT Signed Waiver Rachel Dui ay |
| 146 | | | | | DOT Signed Waiver Erik Fanning |
| 147 | | | | | DOT Signed Waiver Jessica Fenner |
| 148 | | | | | DOT Sig ned Waiver Jill Ferguson |
| 149 | | | | | DOT Signed Waiver tazarito Matheu |
| ISO | | | | | DOT Sig ned Waiver Joanna Geisler |
| 1S1 | | | | | DOT Sig ned Waiver Christ ine Groppi |
| 152 | | | | | DOTSig ned Waiver GaigeGrosskreutz |
| 153 | | | | | DOT Signed Waiver Joseph Hayes |
| 154 | | | | | DOT Sig neo Waiver Desi iney Jones |
| 155 | | | | | DOT Sig neo Waiver Adante Jordan |
| 156 | | | | | DOT Sig ned waiver Mar y Kachel ski |
| 157 | | | | | DOT Sig neo Waiver Sean Kat er |

Page 6 of 1Q Pages

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | Knowlton et. al. | | vs. | City of Wauwatosa et.al. | 20Cv01660 |
|---|---|---|---|---|---|

| Pl F MI | DEF NO | DATE OFFERED | XI ARRI D | ADMIT II I) | DESCRIPTION Of EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | DOT Signed Waiver Joseph Koepp |
| 159 | | | | | DOT Sign ed Waiver John Larr y |
| 160 | | | | | DOT Signed Waiver Alex Larson |
| 161 | | | | | DOT Signed Waiver Sonor a Lar son |
| 162 | | | | | DOT Signed Waiver Molly Nil ssen |
| 163 | | | | | DOT Signed waiver Shawn Page |
| 164 | | | | | DOT Signed Waiver Carmen Palmer |
| 165 | | | | | DOT Signed Waiver Leah Porter |
| 166 | | | | | DOT Signed Waiver Oscar Rodrigue; |
| 167 | | | | | DOT Signed Waiver Rosalind Rogers |
| 168 | | | | | DOT Signed Waiver Nathan Sabei |
| 169 | | | | | DOT Signed Waiver Madel IeneSchweit zer |
| 170 | | | | | DOT Signed Waiver Mar iah Smit h |
| 171 | | | | | DOT Sig ned Waiver Peter Sparks |
| 172 | | | | | DOT Signed Waiver Tiffany St ark |
| 173 | | | | | DOT Sig ned Waiver Angel Vega |
| 174 | | | | | DOT Signed Waiver Christ ma Vit ol o rtddad |
| 175 | | | | | DOT Sig n ed waiver Gabr iel 1 a Vit uc c i |
| 176 | | | | | DOT Sig n ed Wa iver Tr is t >an a Wa 11 s |
| 177 | | | | | DOTSigned Waiver Oscar Walton |
| 178 | | | | | DOT Sig n ed Waiver Br nt t a Wei c h |
| 179 | | | | | DOT Signed Waiver Jayden Welch |
| 180 | | | | | DOT Signed Waiver Suzanne Wei 1 s |
| 181 | | | | | DOT Signed Waiver Rebecca w>g i ey (Bur rei l ) |
| 182 | | | | | DOT Signed Waiver Br andon Wil bor n |
| 183 | | | | | DOT Sig n ed Wa iver Tr isha Wil so n |
| 184 | | | | | DOT Signed Waiver Katelyn Wojnar |

| | Knowlton et. al. | | NN | | City of Wauwatosa et.al. | CASE NO 20CV01660 |
|---|---|---|---|---|---|---|

| PLF NO | DEF NO | DAT! OFFERED | MARKED | u >NI II I.I  | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 185 | | | | | DOT Signed Waiver So nja Wo r t hy |
| 186 | | | | | TIME System Log Katelyn Wopar (DOJ SuDp Resp 002269-002382) |
| 187 | | | | | TIME System Log Spreadsheet Katelyn wojnar |
| 188 | | | | | Email Ratkowski 070920 (DEF Bates 27021) |
| 189 | | 5/4/23 | y | y | Email Ratkowski with attached Letter to the Common Council (DEF Bates 27023-27030) |
| 190 | | | | | Emails 26082/03 ■ 7/16/20 Wauwatosa Gov' l Affairs Committee (DEF Bates |
| 191 | | | | | Email Wauwatosa Ad Hoc Committee 7/31/20- (DEF Bates 26315 ■ 26316) |
| 192 | | | | | Email Melissa Weiss Def BATES 26480 26481 |
| 193 | | 5/4/23 | y | y | EMAIL Re: Ad Hoc Committtee (DEF Bates 26664) |
| 194 | | | | | Trump Rally ends in anger. scuffles as protestors ignore COViD (PL Bates ■ 2644-2646) |
| 195 | | | | | MAGA Rally Scheduled for Wauwatosa (PL Bates 2647 2651 |
| 196 | | | | | Email Open Records Request Request 1/7/21 (DEF Bates 22721-22753) |
| 197 | | | | | Email Open Records Response 7/1/21 - (DEF Bates 22176 22208) |
| 198 | | 5/2/23 | y | y | Email Ratkowski to Burlington 11/1020 (DEF Bates 24200) |
| 199 | | 5/4/23 | y | y | Email Ratkowski to Burlington 11/1020 (DEF Bates 24201 ■ 24229) |
| 200 | | 5/2/23 | y | y | Email Ratkowski to Burlington 11/1020 (DEF Bates 24201 24229) |
| 201 | | 5/2/23 | y | y | Email Ratkowski 10/06/2020 (DEF Bates 25052 25080 l |
| 202 | | 5/4/23 | y | y | Email Ratkowski 10/01/2020 (DEF Bates 25196 - 25224 ) |
| 203 | | 5/4/23 | y | y | Email Ratkowski 09/28/2020 (DEF Bates 25455 25483 ) |
| 204 | | 5/4/23 | y | y | Email Ratkowski 09/24/2020 (DEF Bates 25495 25522) |
| 205 | | 5/4/23 | y | y | Email re Target List 09/23/2020 (DEF Bates 25556) |
| 206 | | 5/4/23 | y | y | Email re Target List 09/23/2020 (DEF Bates 25650-25678) |
| 207 | | | | | Email Ratkowski 11/19/20 (Def Bates 23840 ■ 23846 |
| 208 | | | | | Email & Attachments Breona Mcmlee to WeDer - (DeF BATES 26217 ■ 26222) |
| 209 | | 5/2/23 | y | y | Email Ratkowski (DEF Bates 27031 - 27035) |
| 210 | | | | | Email Target List 09/04/2020 (DEF Bates 25749 - 25771) |
| 211 | | | | | Email Ratkowski (DEF Bates 25852- 25879) |

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | Knowlton et. al. | vs. | City of Wauwatosa et.al. | 20CV01660 |
|---|---|---|---|---|

| PLF NO | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 212 | ✓ | 5/4/23 | y | y | Email Ratkowski (DEF Bates 25975- 25995) |
| 213 | ✓ | 5/3/23 | y | y | Joseph Roy Email of January 7, 2021 |
| 214 | ✓ | 5/3/23 | y | y | Citations Disclosed by Joseph Roy - DF Bates 28768 - 28833 |
| 215 | ✓ | 5/3/23 | y | y | Documents Disclosed by Joseph Roy - DF BATES 28834 - 29168 |
| 216 | | | | | Documents Disclosed by Joseph Roy - DF BATES 29169 • 29438 |
| 217 | ✓ | 5/1/23 | y | y | Luke Vetter February 18, 2021 Email - DEF Bates 22618 - 22622 |
| 218 | | | | | Rat kowski Email -11/19/20 DF BATES 23840-41 |
| 219 | | | | | Ratkowski Email -11/21/20 Bates 23869 - 70 |
| 220 | | | | | Email Luke Vetter Letter of February 15, 2021 - DEF Bates 22622 |
| 221 | | | | | Letter to Luke Vetter February 10, 2021 - DEF RPD 022620 |
| 222 | | | | | ~~Open Records Request 11/18/20 Def. Bates 30525~~   Email Ratkowski DF Bates 26301-26312 |
| 223 | ✓ | 5/5/23 | y | y | Open Records Request 10/14/20 Def. Bates 30525 - 30527 |
| 224 | ✓ | 5/3/23 | y | y | Open Records Request 10/11/20 Def. Bates 30528 |
| 225 | | | | | ~~Open Records Request 12/22/20 Def. Bates 30~~   Email Ratkowski DF Bates 26285-26296 |
| 226 | | | | | Colleen Marie Henry Open Records Request 29614 - 29615 |
| 227 | | | | | Open Records Request 8/11//20 Def. Bates 29620 - 29621 |
| 228 | | | | | ~~Open Records Request 11/18/20 Def. Bates 30525~~   Email Ratkowski DF Bates 26264-26277 |
| 229 | | | | | ~~Open Records Request 11/17/20 Def. Bates 29634 - 29636~~ Email Ratkowski DF Bates 25110-26127 |
| 230 | | | | | Email Luke Vetter 11/19/20 Def. Bates 23824 |
| 231 | | | | | Email Ratkowski 8/27/20 Def. Bates 7052 |
| 232 | | | | | Videos Disclosed by Roy on 1/7/21 |
| 233 | ✓ | 5/2/23 | y | y | Email Ratkowski 5/28/21 Def. Bates 22272 - 22274 |
| 234 | | | | | ~~Email Ratkowski 11/19/20 Def. Bates 23840-23846~~   Email Ratkowski DF Bates 26085-26102 |
| 235 | | | | | 10/30/20 Taleavia Cole Court Transcripts PI Bates 2873-2905 |
| 236 | | | | | 12/22/20Transcripts PL Bates 2953-2974) |
| 237 | | | | | 10/30/20 Transcripts PL Bates 2920 - 2952 |
| 238 | | | | | 2020CV6184 PI Motion and Brief to Impose Costs PL Bates 2909-2912 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | Knowlton et. si. | vs. | City of Wauwatosa et.al. | CASE NO. 20CV01660 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 239 | | | | | 10/05/20 Wauwatosa Gov' t Affairs Ad-Hoc Committee on issues PL 2408-2426 |
| 240 | | | | | 01/20/23 Milwaukee Police Department Response p. 1 - 49 |
| 241 | | | | | City of Wauwatosa Police and Fire Commission Agenda 8/14/20 (DEF Bates 26218-26222 |
| 242 | | | | | Email Ratkowski and Fusion(DEF Bates 26264-26266) |
| 243 | ✓ | 5/4/23 | y | y | Email Ratkowski Target List (DEF Bates 26754-26763) |
| 244 | ✓ | 5/4/23 | y | y | Email Ratkowski Target List (DEF Bates 26764-26773) |
| 245 | ✓ | 5/4/23 | y | y | Email Ratkowski Target List 7/23/20 (DEF Bates 26811-26820) |
| 246 | | | | | Email Ratkowski Target List 7/23/20 (DEF Bates 26821-26825) |
| 247 | | | | | Email Ratkowski Target List 7/14/20 (DEF Bates 26916-26923) |
| 248 | | | | | Email Ratkowski Target List 7/14/20 (DEF Bates 26924-26931) |
| 249 | ✓ | | | | Email Ratkowski Target List 7/14/20 (DEF Bates 26955-26962) |
| 250 | ✓ | 5/2/23 | y | y | Email Ratkowski Target List 7/14/20 (DEF Bates 26969-26977) |
| 251 | | | | | ~~Email Ratkowski Target List 7/03/20 (DEF Bates 27031-27035)~~ Email DF Bates 24447-24477 |
| 252 | | | | | Wauwatosa Zeidler Group PL Bates 2551-2630 |
| 253 | | | | | 11/21/20 2 hurt in hit and run in Wauwatosa PL Bates 2640-2641 |
| 254 | | | | | ~~11/14/20 Trump Rally ends in Ag in~~ 2644-2646  Email Ratkowski DF Bates 26168-26180 |
| 255 | | | | | 11/16/20 - At Trump Rally, former Sheriff calls for Proud Boys Chapter PL Bates 2659-2665 |
| 256 | | | | | WPD Administration Operation PI Bates 2760-2763 |
| 257 | | | | | 2020CV6184 PI Motion to Retunr Seized Property PI Bates 2913-2914 |
| 258 | | | | | 103020 - Court Transcripts 20CV6184 PI Bates 2920- 2952 |
| 259 | | | | | All Party' s Picture, Claims, and Names 20CV01660 |
| 260 | | | | | Email Alan Kesner 1/13/21 Def. Bates 22677-22679 |
| 261 | | | | | High Value Target Powerpoint Slide PI Bates 2844-2858 |
| 262 | | | | | Trump Rally Ends in Scuffle PL Bates 2757-2759 |
| 263 | | | | | Email Katherine Meissner 10/19/20 Def. Bates 24595 - 24637 |
| 264 | | | | | Email Katherine Meissner 12/9/20 Def. Bates 23061 - 23150 |
| 265 | | | | | Email Vetter 21809 11/18/20 Def. Bates 21809 |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | Knowlton et. al | | vs. | | City of Wauwatosa, et. al. | CASE NO. 2XV01660 |
|---|---|---|---|---|---|---|

| PLF. NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 266 | | | | | Lewandowski Message 10/7/20 Def. Bates 17042-17044 | |
| 267 | | | | | Court Transcripts 20CV6184 12/22/20 Pl Bates 2953-2974 | |
| 268 | | | | | Email Kesner 2/1/21 - Def. Bates 22632-22633 | |
| 269 | | | | | Sonora Larson Medical Receipts (Exhibits B) | |
| 270 | | | | | Peter Sparks Medical Bill Receipts (Exhibits Al - Ll) | |
| 271 | | | | | City of Wauwatosa Emails Pl Bates 61-1714 | |
| 272 | | | | | Email Ratkowski to Fusion May 30, 2020 | |
| 273 | | | | | Emails of Ratkowski re: Target List Reeived 7/27/21 | |
| 274 | | | | | Ratkowski File Wauwatosa Chalk | |
| 275 | | | | | Ratkowski File 6/3/20 Tweet Desks | |
| 276 | | | | | Ratkowski File Walk in Wauwatosa | |
| 277 | | | | | Ratkowski File Balloon Release | |
| 278 | | | | | Ratkowski File 7/10/20 Window | |
| 279 | | | | | Ratkowski File Facebook Info 6/9/09 | |
| 280 | | | | | Ratkowski File Protests 105011695, 104350130,103985531,103605230 | |
| 281 | | | | | Ratkowski File Facebook Posts 6/25/20 (2) | |
| 282 | | | | | Ratkowski File Facebook Posts 6/24/20 (2) | |
| 283 | | | | | Ratkowski File Facebook Posts 6/22/20 (5) | |
| 284 | | | | | Ratkowski File Facebook Posts 6/19/20 (4) | |
| 285 | | | | | Ratkowski File Facebook Posts 6/17/20 | |
| 286 | | | | | Ratkowski File Police Department | |
| 287 | | | | | Ratkowski File 6/8/20 | |
| 288 | | | | | Ratkowski File 6/6/20 | |
| 289 | | | | | Ratkowski File Wauwatosa North Video | |
| 290 | | | | | Ratkowski File Wauwatosa Together Video (1) | |
| 291 | | | | | Ratkowski File Wauwatosa Together Video (2) | |
| 292 | | | | | ~~Ratkowski File Shayla Wells Wauwatosa~~    Ratkowski File 06082020 | |

11

Page  of 22Pages

Case 2:20-cv-01660-NJ   Filed 05/09/23   Page 11 of 12   Document 413

Case 2:20-cv-01660-NJ   Filed 08/11/23   Page 12 of 13   Document 438

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| | | VS. | | | CASE NO |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 293 | | | | | Ratkowski File 6/14/20 Protest North 2 - Video |
| 294 | | | | | Ratkowski File 6/24/20 Tweet |
| 295 | | | | | Ratkowski File 6/10/20 |
| 296 | | | | | Ratkowski File 6/11/20 Photos (3) |
| 297 | | | | | Ratkowski File 6/10.20 - Justice for Thee Three FB |
| 298 | | | | | Ratkowski File Anytime Fitness |
| 299 | | | | | Ratkowski File 8/3/20 Tiffany Henry |
| 300 | | | | | Ratkowski File 6/29/20 Ira Dash (2) |
| 301 | | | | | Ratkowski File Tweets 6/25/20 (5) |
| 302 | | | | | Ratkowski File Tweets 6/24/20 (2) |
| 303 | | | | | Ratkowski File Tweets 6/9/20 (3) |
| 304 | | | | | Ratkowski File Tweets 6/2/20 (4) |
| 305 | | | | | Ratkowski File 060820 |
| 306 | | | | | Ratkowski File 061520 |
| 307 | | | | | Ratkowski File Tweet 062520 |
| 308 | | | | | Ratkowski File June 2020 (2) |
| 309 | | 5/4/23 | y | y | Open Records Response DF Bates 30480-30528 (12/5/22) |
| 310 | | 5/4/23 | y | y | Open Records Response DF Bates 29611-29653 |
| 311 | | 5/2/23 | y | y | Redacted TPR "Target List" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |